1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
   Ranhee Lee, Esq. (Bar No. 330979)
3  rlee@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
   Tel:   (818) 347-3333
5  Fax:   (818) 347-4118

6  *Attorneys for the Plaintiffs*

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11  R.L., M.L., and H.L., minors, by and    Case No. 1:21−CV−01352−DAD−JLT
    through guardian *ad litem* Roberta
12  Haro, individually and as successors in  Case No. 1:21-CV-00378-NONE-JLT
    interest to Mickel Lewis Sr., deceased;
13  A.W., a minor, by and through guardian
    *ad litem* Alisha White, individually and
14  as a successor in interest to Mickel    **STIPULATION FOR**
    Lewis Sr., deceased; Alisha White,      **CONSOLIDATION OF CASES**
15  individually and as a successor in
    interest to Mickel Lewis Sr.,
16
17                 Plaintiffs,
18       vs.
19  COUNTY OF KERN; JASON AYALA;
    and DOES 1-10, inclusive,
20
21                 Defendants.
22
23
24
25
26
27
28

STIPULATION FOR CONSOLIDATION OF CASES

1     **IT IS HEREBY STIPULATED**, by and between the parties hereto that the
2  following lawsuits be consolidated for all purposes.
3     1. The case of Mickel Erick Lewis Jr., et al. v. Kern County, et al. was filed
4        on March 9, 2021, Case No. 1:21-cv-00378-NONE-JLT.  The case is in
5        discovery phase.
6     2. On September 9, 2021, the case of R.L., et al. v. County of Kern, et al.,
7        Case No. 1:21−CV−01352−DAD−JLT, was filed.  Defendant County of
8        Kern filed their answer on November 1, 2021.  The Mandatory Scheduling
9        Conference is scheduled for December 13, 2021 at 9:00 a.m. before the
10       U.S. Magistrate Judge Jennifer L. Thurston.
11    All the cases need to be consolidated and coordinated for purposes of trial.
12 All the claims arise out of the death of Mickel Erich Lewis, who died as a result of
13 an incident involving deputies of the Kern County Sheriff's Department on October
14 2, 2020 in the City of Mojave in County of Kern, California.  Aforementioned cases
15 are the same, arising out of the same events and involving different Plaintiffs,
16 depending upon differing relationships with the decedent Michel Erich Lewis.
17    The Parties believe good cause exists to consolidate the cases and to grant the
18 instant stipulation as prayed.

20 DATED: November 29, 2021         LAW OFFICES OF DALE K. GALIPO
21                                  */s/ Dale K. Galipo*
22                                  _____
                                    Dale K. Galipo
23                                  Ranhee Lee
24                                  *Attorneys for Plaintiffs,* R.L., M.L., and
25                                  H.L., minors, by and through guardian ad
                                    litem Roberta Haro,; A.W., a minor, by and
26                                  through guardian ad litem Alisha White; and
27                                  Alisha White.

-1-
STIPULATION FOR CONSOLIDATION OF  CASES

| | | |
|---|---|---|
| 1 | DATED: November 29, 2021 | TONI JARAMILLA, A Professional Law Corp. |
| 2 | | |
| 3 | | */s/ Toni J. Jaramilla* |
| 4 | | Toni J. Jaramilla |
| 5 | | *Attorney for Plaintiffs,* Mickel Erick Lewis Jr., Oriona Lewis, and Briona Lewis in the case, Mickel Erick Lewis Jr., et al. v. Kern County, et al. |
| 10 | DATED: November 29, 2021 | ALEXANDER MORRISON + FEHR LLP |
| 11 | | */s/ J. Bernard Alexander, III* |
| 12 | | J. Bernard Alexander, III |
| 13 | | *Attorney for Plaintiffs,* Mickel Erick Lewis Jr., Oriona Lewis, and Briona Lewis in the case, Mickel Erick Lewis Jr., et al. v. Kern County, et al. |
| 18 | DATED: November 29, 2021 | OFFICE OF THE COUNTY COUNSEL, COUNTY OF KERN |
| 19 | | */s/ Kathleen Rivera* |
| 20 | | Margo A. Raison, Kern County Counsel |
| 21 | | Kathleen Rivera, Deputy |
| 22 | | *Attorneys for Defendants,* Kern County and Jason Ayala |

ORDER

Good cause appearing, the stipulation is GRANTED. The matters are CONSOLIDATED and all filings SHALL be made in case number 1:21-cv-00358 NONE JLT. The parties SHALL file a joint scheduling conference statement no later than December 27, 2021. The scheduling conference is CONTINUED to January 3, 2022 at 9:00 a.m.

IT IS SO ORDERED.

DATED: November 30, 2021

_____
Jennifer L. Thurston
CHIEF U.S. MAGISTRATE JUDGE

-2-
STIPULATION FOR CONSOLIDATION OF CASES