# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., et al., | Case No. 1:21-cv-00378-DAD-BAK (SKO) |
| Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE AMENDED STIPULATED PROTECTIVE ORDER** |
| v. | |
| KERN COUNTY, et al., | (Doc. 27) |
| Defendants. | |

## I.   INTRODUCTION

On February 7, 2022, the parties filed a request seeking the Court's approval of their amended stipulated protective order. (Doc. 27.) The Court has reviewed the proposed stipulated protective order and has determined that, in its current form, it cannot be granted. For the reasons set forth below, the Court DENIES *without prejudice* the parties' request to approve the amended stipulated protective order.

## II.   DISCUSSION

**A.   The Protective Order Does Not Comply with Local Rule 141.1(c)**

The proposed protective order does not comply with Rule 141.1 of the Local Rules of the United States District Court, Eastern District of California. Pursuant to Rule 141.1(c), any proposed protective order submitted by the parties must contain the following provisions:

(1) A description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information (e.g., customer list, formula for soda, diary of a troubled child);

(2) A showing of particularized need for protection as to each category of information proposed to be covered by the order; and

(3) A showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties.

1 Local Rule 141.1(c).

2       The proposed protective order seeks to cover "CONFIDENTIAL information," which the parties define to mean "any and all information regardless of format or medium, that qualify for protection under Federal Rule of Civil Procedure 26(c). In the context of the present case, it also *includes, but is not limited to*: (1) any peace officer information protected by California Penal Code Section 832.7 and California Evidence Code Sections 1043 to 1047 and (2) Kern County Coroner records, photographs and testing results regarding decedent Michael E. Lewis, Sr." (Doc. 27 at 2-3, emphasis added.)

      With its inclusion of the phrase "includes, but is not limited to," the proposed protective order fails to comply with Local Rule 141.1(c)(1), which requires "[a] description of the types of information eligible for protection under the order, with the description provided in general terms sufficient to reveal the nature of the information." Without any additional qualification to the phrase "includes, but is not limited to" or the removal thereof, the proposed protective order does not sufficiently identify the types of information eligible for protection.

**B.   The Parties' Stipulated Protective Order is Denied <u>Without</u> Prejudice**

      The parties may re-file a revised proposed stipulated protective order that complies with Local Rule 141.1(c) and corrects the deficiency set forth in this order.

### III.   CONCLUSION AND ORDER

      Based on the foregoing, IT IS HEREBY ORDERED that the parties' request for approval of the amended stipulated protective order (Doc. 27) is DENIED without prejudice to renewing the request.

IT IS SO ORDERED.

Dated:   **February 10, 2022**          /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE