1 **MARGO A. RAISON, KERN COUNTY COUNSEL**
**KATHLEEN RIVERA, Deputy (SBN 211606)**
2 **Office of the County Counsel, County of Kern**
3 **1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
4 **Telephone: (661) 868-3800**
**Facsimile: (661) 868-3805**
5 **Attorneys for Defendant Kern County and**
**Deputy Jason Ayala**
6 **krivera@kerncounty.com**

**UNITED STATES DISTRIC COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICHAEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,**<br>　　　　　　　**Plaintiffs,**<br>vs.<br>**KERN COUNTY Deputy JASON AYALA, and DOES 1-20, inclusive,**<br>　　　　　　　**Defendants.** | Case No. 1:21-CV-00378-DAD-BAK (SKO)<br><br>**STIPULATION TO AMEND THE SCHEDULING ORDER;** ~~[PROPOSED]~~ **ORDER**<br><br>Consolidated with Case No.<br><br>1:21-CV-01352-DAD-JLT |
| **R.L, M.L, and H.L, minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W, a minor, by and through guardian *ad litem* Alisha White, individually and as a successor in interest to Michael Lewis Sr., deceased, Alisha White, individually and as a successor in interest to Mickel Lewis Sr.,**<br><br>　　　　　　　**Plaintiffs,**<br>vs.<br>**COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,**<br><br>　　　　　　　**Defendants.** | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, by and through their respective attorneys of record, as follows:

1

1     WHEREAS the original complaint in this matter was filed on March 9, 2021 by plaintiffs Mickel Erich Lewis, Jr., Oriona Lewis and Briona Lewis.  The parties timely made Rule 26 initial disclosures, entered into a Stipulated Protective Order regarding confidential documents, and propounded and responded to written discovery;

    WHEREAS the second complaint in this matter was filed on October 22, 2021, by minors R.L., M.L., H.L., A.W. and Alisha White.  The matters were consolidated on December 1, 2021 (Doc. 17).  These newly added plaintiffs and defendants timely exchanged Rule 26 initial disclosures, and defendants provided a Stipulated Protective Order and once this was signed by the court on February 16, 2022 (Doc. 31), the defendants provided the newly added plaintiffs with all documents produced thus far in the matter.

    WHEREAS the parties engaged in a discovery dispute over the production of peace officer personnel records, which was resolved through this court's informal discovery dispute process on February 16, 2022 (Doc. 32);

    WHEREAS the parties having diligently engaged in written discovery, with the defendants recently producing their fourth supplemental responses to requests for production of documents on May 9, 2022;

    WHEREAS the deposition of defendant Deputy Jason Ayala is on calendar for June 17, 2022;

    WHEREAS counsel for the defense has not been able to schedule the depositions of the eight plaintiffs and percipient witnesses in this case, as two attorneys from defense counsel's office left the office recently, and defense counsel Kathleen Rivera has had to unexpectedly take on a large additional caseload, hampering her ability to complete necessary discovery in this matter as timely as expected.  The current deadline for fact discovery is July 13, 2022, and counsel for defense will need additional time to complete the eight plaintiff depositions and percipient witness depositions.

    WHEREAS plaintiffs' counsel Dale Galipo and Ranhee Lee and defense counsel Kathleen Rivera have a jury trial scheduled in another matter, *Hagood et al. v. Kern County et al.*, 1:18-cv-01092-BAK(EPG), currently scheduled for August 8, 2022; however, the parties were informed by the court that because this matter has been temporarily reassigned to the docket of Magistrate Judge

Erica Grosjean, a new trial date will be set at the pre-trial conference scheduled for June 27, 2022, based on the calendar of Judge Grosjean;

WHEREAS the parties stipulate that good cause exists to seek an amendment of the scheduling order in this case, as, despite the diligence of the counsel, the parties will not be able to complete fact discovery prior to the deadline for fact discovery of July 13, 2022;

WHEREAS the parties have not requested any previous amendments to the scheduling order in this case;

THEREFORE, the parties stipulate that the following deadlines be continued by approximately 60 days as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Non-Expert Discovery Deadline | 7/13/2022 | **9/7/2022** |
| Expert Witness Disclosure | 8/15/2022 | **10/11/2022** |
| Rebuttal Expert Disclosure | 9/15/2022 | **11/10/2022** |
| Expert Discovery Deadline | 10/26/2022 | **12/21/2022** |
| Non-Dispositive Motion Filing Deadlines | 11/14/2022 | **1/9/2023** |
| Non-Dispositive Motion Hearing | 12/8/2022 | **2/21/2023** |
| Dispositive Motion Filing Deadlines | 1/9/2023 | **3/6/2022** |
| Dispositive Motion Hearing | 2/21/2023 | **4/18/2023, 9:30 a.m.** |
| Settlement Conference | 2/16/2023, 9:00 a.m. | **4/13/2023, 9:00 a.m.** |
| Pre-Trial Conference | 6/12/2023, 1:30 p.m. | **8/7/2023, 1:30 p.m.** |

//

Respectfully submitted,

Dated:                                MARGO A. RAISON, COUNTY COUNSEL

3

|  |  |
|---|---|
|  | By:   /s/ Kathleen Rivera  |
|  | Kathleen Rivera, Deputy |
|  | Attorneys for Defendant |

Dated:                              TONI JARAMILLA, A PROFESSIONAL LAW CORP.

                                    By:   /s/ Toni Jaramilla
                                          Toni Jaramilla,
                                          Attorney for Plaintiffs

Dated:                              ALEXANDER MORRISON + FEHR LLP

                                    By:   /s/ J. Bernard Alexander
                                          J. Bernard Alexander, III
                                          Attorney for Plaintiffs

Dated:                              LAW OFFICES OF DALE K. GALIPO

                                    By:   /s/ Dale K. Galipo
                                          Dale K. Galipo
                                          Ranhee Lee
                                          Attorney for Plaintiffs

*As the filer of this document, I, Kathleen Rivera, attest that on June 7, 2022 and June 8, 2022 all counsel provided their consent to affix their electronic signatures.

IT IS SO ORDERED.

Dated:   **June 9, 2022**                             */s/ Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE