1   **MARGO A. RAISON, KERN COUNTY COUNSEL**
    **By: Kathleen Rivera, Deputy (SBN 211606)**
2   **Office of the County Counsel, County of Kern**
    **1115 Truxtun Avenue, Fourth Floor**
3   **Bakersfield, CA 93301**
    **Telephone: (661) 868-3800**
4   **Facsimile: (661) 868-3805**
    **krivera@kerncounty.com**
5

6   Attorneys for Defendants, County of Kern,
    Deputy Jason Ayala
7

8                **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT COURT OF CALIFORNIA**

| | |
|---|---|
| 10  **MICKEL ERICK LEWIS JR., individually** | Case No. 1:21-CV-00378-CDB |
| 11  **and as successor-in-interest to MICHAEL E.** | |
|     **LEWIS, SR., ORIONA LEWIS; and** | **STIPULATION TO AMEND THE** |
| 12  **BRIONA LEWIS, individually and as** | **SCHEDULING ORDER REGARDING** |
|     **successor-in-interest,** | **EXPERT DESIGNATION; ORDER** |
| 13 | **(Doc. 40)** |
|            **Plaintiffs,** | |
| 14  **vs.** | |
| 15  **KERN COUNTY Deputy JASON AYALA,** | |
|     **and DOES 1-20, inclusive,** | |
| 16 | |
| 17            **Defendants.** | |
| 18  **R.L, M.L, and H.L, minors, by and through** | |
|     **guardian *ad litem* Roberta Haro, individually** | |
| 19  **and as successors in interest to Michel Lewis** | |
|     **Sr., deceased; A.W, a minor, by and through** | |
| 20  **guardian *ad litem* Alisha White, individually** | |
|     **and as a successor in interest to Michael** | |
| 21  **Lewis Sr., deceased, Alisha White,** | |
|     **individually and as a successor in interest to** | |
| 22  **Mickel Lewis Sr.,** | |
| 23            **Plaintiffs,** | |
| 24  **vs.** | |
| 25  **COUNTY OF KERN; JASON AYALA; and** | |
|     **DOES 1-10, inclusive,** | |
| 26 | |
| 27            **Defendants.** | |

28

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, by and through their respective attorneys of record, as follows:

WHEREAS the parties completed non-expert discovery on September 7, 2022 as required by this court's order Doc. 37;

WHEREAS on September 29, 2022, counsel for the defense informed counsel for the plaintiffs that one of defense counsel's experts had an unexpected and sudden death of a close family member, and would need additional time to complete his expert report, due on October 11, 2022; defense counsel sought agreement to extend the date for expert disclosure by two weeks;

WHEREAS counsel for the plaintiffs agreed to such an extension, provided that the dates for rebuttal expert disclosure and expert discovery were likewise extended by two weeks;

THEREFORE, the parties stipulate that there is good cause to continue the current expert disclosure and discovery deadlines by two weeks (remaining trial calendar not affected):

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Witness Disclosure | 10/11/2022 | **10/25/2022** |
| Rebuttal Expert Disclosure | 11/10/2022 | **11/23/2022** |
| Expert Discovery Deadline | 12/21/2022 | **1/4/2023** |

Respectfully submitted,

Dated: 10/5/2022          MARGO A. RAISON, COUNTY COUNSEL

By:   /s/ Kathleen Rivera
          Kathleen Rivera, Deputy
          Attorneys for Defendant

Dated:                    TONI JARAMILLA, A PROFESSIONAL LAW CORP.

By:  /s/Toni Jaramilla
          Toni Jaramilla,
          Attorney for Plaintiffs

1 | Dated:                      ALEXANDER MORRISON + FEHR LLP

2                         By:    /s/J. Bernard Alexander

3                                 J. Bernard Alexander, III
                                Attorney for Plaintiffs

4 | Dated:                      LAW OFFICES OF DALE K. GALIPO

5

6                         By:    /s/Dale K. Galipo

7                                 Dale K. Galipo
                                Ranhee Lee
                                Attorney for Plaintiffs

8

9 | *As the filer of this document, I, Kathleen Rivera, attest that on Oct. 7, 2022 all counsel provided their consent to affix their electronic signatures.

10

11

12                                       **ORDER**

13

14       Based on the above-stipulation and the court finding good cause.

15       **IT IS HEREBY ORDERED.**

16 | IT IS SO ORDERED.

17    Dated:    **October 11, 2022**

18                                   UNITED STATES MAGISTRATE JUDGE

3

**DECLARATION OF KATHLEEN RIVERA**

I, KATHLEEN RIVERA, declare:

1.      I am a Deputy County Counsel for the County of Kern, representing the County and Deputy Jason Ayala in this matter.  I am assigned the responsibility of handling this case and I make this declaration in such capacity and in the course and scope of my duties.  I could and would testify competently as to the following facts;

2.      The parties completed non-expert discovery on September 7, 2022 as required by this court's order Doc. 37;

3.      On or about September 29, 2022, I was informed by one of my retained experts that he had experienced a sudden and unexpected death of a close family member, and would need additional time to complete his expert report, due on October 11, 2022;

4.      The parties agree that good cause exists to continue the expert disclosure and discovery deadlines by two weeks;

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 5th day of October, 2022, in Bakersfield, California.

Signature:      /s/Kathleen Rivera
                Kathleen Rivera

Stipulation to Amend the Scheduling Order Regarding Expert Designation, 1:21-cv-00378-CDB