1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   MICKEL E. LEWIS JR., *et al*.                 Case No. 1:21-cv-00378-ADA-CDB

12              Plaintiffs,                        ORDER ON STIPULATION AMENDING
                                                   THE SCHEDULING ORDER
13        v.
                                                   (ECF No. 43)
14   KERN COUNTY, *et al*.

15              Defendants.

16

17        Plaintiffs Mickel Erick Lewis Jr., Oriona Lewis, Briona Lewis, Alisha White, R.L., M.L.,

18   H.L., and A.W. ("Plaintiffs") filed the complaint in this action on March 9, 2021, against

19   Defendants Kern County and Jason Ayala. (ECF No. 1). The operative, first amended complaint

20   was filed on March 19, 2021. (ECF No. 6).

21        On October 11, 2022, the Court issued an order on the parties' stipulation extending the

22   deadlines pertaining to expert discovery by two weeks. (ECF No. 41).

23        On December 9, 2022, the parties filed the instant stipulation and proposed order to

24   extend the deadlines for expert discovery and non-dispositive motions. (ECF No. 43). The

25   parties note two of Plaintiffs' experts are available for depositions after the current expert

26   discovery deadline of January 4, 2023. *Id*. at 3.

27        Accordingly, based on the parties' representations in the stipulation and for good cause

28   shown, IT IS HEREBY ORDERED:

1    1. The expert discovery deadline shall be extended by one week from January 4, 2023, to

2       **January 11, 2023**;

3    2. The filing of non-dispositive motions shall be extended from January 9, 2023, to **January**

4       **17, 2023**, and shall be heard before the undersigned on or before **February 28, 2023**.

5  IT IS SO ORDERED.

6     Dated:    **December 12, 2022**     _____

7                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28