**TONI JARAMILLA, A Professional Law Corp.**
Toni J. Jaramilla, Esq. (SBN 174625)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019
E-mail: Toni@tjjlaw.com

**ALEXANDER MORRISON + FEHR LLP**
J. Bernard Alexander, III (State Bar No. 128307)
Britt L. Karp (State Bar No. 278623)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811
E: balexander@amfllp.com | bkarp@amfllp.com

Attorneys for Plaintiffs
MICKEL ERICK LEWIS JR, ORIONA LEWIS
and BRIONA LEWIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>   Plaintiffs,<br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>   Defendants. | Case No: 1:21−CV−00378−KES-CDB<br>U.S. District Judge Kirk E. Sherriff<br><br>**JOINT STATUS REPORT**<br><br>Consolidated with Case No. 1:21−CV−01352−DAD−JLT |

TO THE HONORABLE COURT:

Plaintiffs and Defendants submit the instant joint status report in compliance with the Court's Minute Order and reassignment of trial judge. (Dkt. 63 & 64.) At this time, Plaintiffs and Defendants have conducted written discovery and taken percipient witness depositions, including those of the Parties. The Parties have also disclosed expert witnesses and taken expert witness depositions as well.

The Parties also attended a settlement conference on May 19, 2023 before Magistrate Judge Christopher D. Baker. The case did not settle. The Parties do not believe another settlement conference will be beneficial at this time.

The Parties propose the following dates for trial: ; March 11, 2025; March 18, 2025; July 8, 2025. .

The Parties estimate that six (6) to eight (8) court days are needed for trial.

Date: April 5, 2024                ALEXANDER MORRISON + FEHR LLP
                                   TONI JARAMILLA, A Professional Law Corp.

                                   /s/J. Bernard Alexander, III
                                   J. Bernard Alexander, III
                                   Toni Jaramilla
                                   Britt L. Karp
                                   Counsel for Plaintiffs MICKEL ERICK
                                   LEWIS JR, ORIONA LEWIS and BRIONA
                                   LEWIS

///

JOINT STATUS REPORT

2

| | |
|---|---|
| Dated: April 5, 2024 | Law Offices of Dale K. Galipo |
| | |
| | _/s/ Dale K. Galipo_ |
| | Dale K. Galipo |
| | Counsel for Plaintiffs, R.L., M.L., and H.L., minors, by and through guardian ad litem Roberta Haro,; A.W., a minor, by and through guardian ad litem Alisha White; and Alisha White. |
| | |
| Dated: April 5, 2024 | MARGO A. RAISON, COUNTY COUNSEL |
| | |
| | _/s/ Kathleen Rivera_ |
| | Kathleen Rivera, Deputy Attorneys for Defendants |

JOINT STATUS REPORT

3

# CERTIFICATE OF SERVICE

I, J. Bernard Alexander, III, an employee in the City of Los Angeles, certify that on April 5, 2024, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

1. **JOINT STATUS REPORT**

| *Counsel for Defendants:* Kern County and Jason Ayala<br><br>Kathleen Rivera, Deputy (SBN211606)<br>Office of the County, County of Kern<br>1115 Truxton Avenue, 4th Floor<br>Bakersfield, California 93301<br>T:   661.868.3800<br>F:   661.868.3805<br>E:   krivera@kerncounty.com | *Co-Counsel for Plaintiffs:* Mikel Erick Lewis Jr., Oriona Lewis and Briona Lewis<br><br>TONI JARAMILLA, A Professional Law Corp.<br>Toni J. Jaramilla, Esq. (SBN 174625)<br>1900 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>T:   310.551.3020<br>F:   310.551.3019<br>E:   toni@tjjlaw.com |
|---|---|
| *Co-Counsel for Plaintiffs:* R.L., M.L., H.L., A.W. and Alisha White<br><br>Dale K. Galipo, Esq.<br>Law Office of Dale K. Galipo<br>21800 Burbank Blvd, Suite 310<br>Woodland Hills, California 91367<br>T:   818.347.3333<br>F:   818.347.4118<br>E:   dalekgalipo@yahoo.com | |

Dated: April 5, 2024                ALEXANDER MORRISON + FEHR LLP
                                    TONI JARAMILLA, A Professional Law Corp.

                            By:   s/ *J. Bernard Alexander, III*
                                    J. BERNARD ALEXANDER, III
                                    TONI JARAMILLA
                                    1900 Avenue of the Stars, Suite 900
                                    Los Angeles, California 90067
                                    Attorneys for Plaintiffs,
                                    MIKEL ERIK LEWIS, JR.
                                    ORIONA LEWIS
                                    BRIONA LEWIS