MARGO A. RAISON, COUNTY COUNSEL
By: Kyle W. Holmes, Deputy (SBN 288300)
Stephanie Virrey-Gutcher, Deputy (SBN 277833)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: kholmes@kerncounty.com
       sgutcher@kerncounty.com

Attorneys for Defendant Kern County
and Jason Ayala

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICHAEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00378-KES-CDB<br><br>**CHANGE OF COUNSEL** |

Defendant, County of Kern (erroneously sued as "Kern County") and Deputy Jason Ayala, through their attorney of record, Margo A. Raison, Kern County Counsel, hereby changes Kyle W. Holmes, Deputy and Stephanie Virrey-Gutcher, Deputy, 1115 Truxtun Avenue, Fourth Floor, Bakersfield, California, 93301, telephone (661) 868-3800 as attorneys for Defendant, County of Kern and Deputy Jason Ayala, in place and stead of Chief Deputy County Counsel Kathleen S. Rivera.

Dated: April 18, 2024

MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Kyle Holmes
Kyle W. Holmes, Deputy
Stephanie Virrey Gutcher, Deputy
Attorneys for Defendants, Kern County
and Deputy Jason Ayala

–1–