**TONI JARAMILLA, A Professional Law Corp.**
Toni J. Jaramilla, Esq. (SBN 174625)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019
E-mail: Toni@tjjlaw.com

**ALEXANDER MORRISON + FEHR LLP**
J. Bernard Alexander, III (State Bar No. 128307)
Britt L. Karp (State Bar No. 278623)
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811
E: balexander@amfllp.com | bkarp@amfllp.com

Attorneys for Plaintiffs
MICKEL ERICK LEWIS JR, ORIONA LEWIS
and BRIONA LEWIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>　　　　Plaintiffs,<br>　vs.<br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>　　　　Defendants. | Case No: 1:21−CV−00378−KES-CDB<br>U.S. District Judge Kirk E. Sherriff<br><br>**JOINT STATUS REPORT**<br><br>Consolidated with Case No. 1:21−CV−01352−DAD−JLT |

TO THE HONORABLE COURT:

Despite counsel's best efforts, Plaintiffs and Defendants are unable to find any trial dates in 2024 when all Parties are available. There are numerous attorneys representing the multiple Plaintiffs in this case as well as representing Kern County and Defendant Ayala. This requires the coordination of at least five different trial calendars. As a result, the soonest trial dates that all Parties have available are those which were included in the prior joint status report (Dkt. 65), i.e., March 11, 2025; March 18, 2025; and July 8, 2025. Counsel propose setting a status conference in a few months so that trial calendars can be revisited in the event of perhaps, a continuance or settlement, of another matter.

Date: April 18, 2024

ALEXANDER MORRISON + FEHR LLP
TONI JARAMILLA, A Professional Law Corp.

*/s/J. Bernard Alexander, III*
J. Bernard Alexander, III
Toni Jaramilla
Britt L. Karp
Counsel for Plaintiffs MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS

Dated: April 18, 2024

Law Offices of Dale K. Galipo

*/s/Dale K. Galipo*
Renee V. Masongsong
Dale K. Galipo
Counsel for Plaintiffs, R.L., M.L., and H.L., minors, by and through guardian ad litem Roberta Haro,; A.W., a minor, by and through guardian ad litem Alisha White; and Alisha White

JOINT STATUS REPORT

Dated: April 18, 2024                    MARGO A. RAISON, COUNTY COUNSEL

                                        <u>     /s/ Kathleen Rivera                    </u>

                                        Kathleen Rivera
                                        Kyle W. Holmes
                                        Deputy Attorneys for Defendants

# CERTIFICATE OF SERVICE

I, J. Bernard Alexander, III, an employee in the City of Los Angeles, certify that on April 18, 2024, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

1. **JOINT STATUS REPORT**

| | |
|---|---|
| *Counsel for Defendants:* Kern County and Jason Ayala<br><br>Margo A. Raison<br>Kyle W. Holmes<br>Stephanie Virrey-Gutcher<br>Kern County Administrative Center<br>1115 Truxtun Avenue, 4th Floor<br>Bakersfield, California 93301<br>T: 661.868.3800<br>F: 661.868.3805<br>E: kholmes@kerncounty.com<br>   sgutcher@kerncounty.com | *Co-Counsel for Plaintiffs:* Mikel Erick Lewis Jr., Oriona Lewis and Briona Lewis<br><br>TONI JARAMILLA, A Professional Law Corp.<br>Toni J. Jaramilla, Esq. (SBN 174625)<br>1900 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>T:   310.551.3020<br>F:   310.551.3019<br>E:   toni@tjjlaw.com |
| *Co-Counsel for Plaintiffs:* R.L., M.L., H.L., A.W. and Alisha White<br><br>Dale K. Galipo, Esq.<br>Law Office of Dale K. Galipo<br>21800 Burbank Blvd, Suite 310<br>Woodland Hills, California 91367<br>T:   818.347.3333<br>F:   818.347.4118<br>E:   dalekgalipo@yahoo.com | |

Dated: April 18, 2024            ALEXANDER MORRISON + FEHR LLP
                                 TONI JARAMILLA, A Professional Law Corp.


                         By:    s/ *J. Bernard Alexander, III*
                                J. BERNARD ALEXANDER, III
                                TONI JARAMILLA
                                1900 Avenue of the Stars, Suite 900
                                Los Angeles, California 90067
                                Attorneys for Plaintiffs,
                                MIKEL ERIK LEWIS, JR.
                                ORIONA LEWIS
                                BRIONA LEWIS