```
MARGO A. RAISON, COUNTY COUNSEL
By:  Kyle W. Holmes, Deputy (SBN 288300)
Stephanie Virrey-Gutcher, Deputy (SBN 277833)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: kholmes@kerncounty.com
       sgutcher@kerncounty.com

Attorneys for Defendant Kern County
and Jason Ayala
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICHAEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00378-KES-CDB<br><br>**CHANGE OF COUNSEL** |

Defendant, County of Kern (erroneously sued as "Kern County") and Deputy Jason Ayala, through their attorney of record, Margo A. Raison, Kern County Counsel, hereby changes Marshall S. Fontes, Chief Deputy, Andrew C. Hamilton, Deputy and Kimberly L. Marshall, Deputy, 1115 Truxtun Avenue, Fourth Floor, Bakersfield, California, 93301, telephone (661) 868-3800 as attorneys for Defendant, County of Kern and Deputy Jason Ayala, in place and stead of Kyle W. Holmes, Deputy and Stephanie Virrey Gutcher, Deputy.

Dated: December 19, 2024              MARGO A. RAISON, COUNTY COUNSEL

                                      By: /s/ Stephanie Virrey Gutcher
                                          Kyle W. Holmes, Deputy
                                          Stephanie Virrey Gutcher, Deputy
                                          Attorneys for Defendants, Kern County
                                          and Deputy Jason Ayala

–1–