1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
   21800 Burbank Boulevard, Suite 310
3  Woodland Hills, California 91367
   Tel:   (818) 347-3333
4  Fax:   (818) 347-4118

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICH LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>             Plaintiffs,<br>   vs.<br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>             Defendants. | Case No.1:21−CV−00378−KES-CDB<br><br>**JOINT STIPULATION TO CONTINUE THE LAST DAY TO FILE THE JOINT PRETRIAL STATEMENT BY ONE WEEK**<br><br>Consolidated with Case No. 1:21−CV−01352−DAD−JLT |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; Alisha White, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>             Plaintiffs,<br>   vs.<br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>             Defendants. | |

COME NOW, Plaintiffs R.L., M.L., and H.L., A.W., and Alisha White; Plaintiffs MICKEL ERICK LEWIS JR., ORIONA LEWIS, and BRIONA LEWIS; and Defendants County of Kern and Jason Ayala and hereby stipulate and request as follows:

1. WHEREAS, the Pretrial Conference in this case is set for January 13, 2025.
2. WHEREAS, the Parties' Joint Pretrial Statement is due to be filed no later than December 30, 2024.
3. WHEREAS, lead trial counsel for Plaintiffs R.L., M.L., H.L., A.W., and Alisha White will be out of the office visiting family for the holidays between December 21, 2025 and December 29, 2024.
4. THEREFORE, the Parties jointly stipulate and request that this Court continue the last day to file the Joint Pretrial Statement from December 30, 2024, to January 6, 2025, to accommodate the upcoming holidays and related office closures.

IT IS SO STIPULATED.

DATED: December 19, 2024                LAW OFFICES OF DALE K. GALIPO

                                        */s/ Dale K. Galipo*

                                        Dale K. Galipo
                                        *Attorney for Plaintiffs*, R.L., M.L., and H.L., minors, by and through guardian ad litem Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through guardian ad litem Alisha White, individually and as a successor in interest to Michel Lewis Sr.,

|   |   |
|---|---|
|   | deceased; Alisha White, individually and as a successor in interest to Mickel Lewis Sr. |
| DATED: December 19, 2024 | TONI JARAMILLA, a PLC<br><br>ALEXANDER MORRISON + FEHR LLP<br><br>*/s/ Britt L. Karp*<br>Toni Jaramilla<br>J. Bernard Alexander, III<br>Britt L. Karp<br>*Attorneys for Plaintiffs,* MICKEL ERICH LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest. |
| DATED: December 19, 2024 | COUNTY COUNSEL<br><br>*/s/ Scott Fontes*<br>Scott Fontes, Chief Deputy County Counsel<br>*Attorneys for Defendants,* County of Kern and Jason Ayala |