1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

9   MICKEL ERICH LEWIS JR,
    individually and as successor-in-interest
10  to MICKEL E. LEWIS SR., ORIONA
    LEWIS, individually and as successor-
11  in-interest; and BRIONA LEWIS,
    individually and as successor-in-
12  interest,
13                          Plaintiffs,
                vs.
14  KERN COUNTY, Deputy JASON
    AYALA, and Does 1–20, inclusive,
15
16                          Defendants.

17  R.L., M.L., and H.L., minors, by and
    through guardian *ad litem* Roberta
18  Haro, individually and as successors in
    interest to Michel Lewis Sr., deceased;
19  A.W., a minor, by and through guardian
    *ad litem* Alisha White, individually and
20  as a successor in interest to Michel
    Lewis Sr., deceased; Alisha White,
21  individually and as a successor in
    interest to Michel Lewis Sr.,
22
23                          Plaintiffs,
24
25              vs.
26  COUNTY OF KERN; JASON AYALA;
    and DOES 1-10, inclusive,
27
28                          Defendants.

Case No.1:21−CV−00378−KES−CDB

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE THE LAST DAY TO FILE THE JOINT PRETRIAL STATEMENT BY ONE WEEK**

Consolidated with Case No. 1:21−CV−01352−DAD−JLT

Having reviewed the Parties' Joint Stipulation to Continue the Last Day to File the Pretrial Statement by One Week, and GOOD CAUSE appearing, it is hereby ordered that the last day to file the Joint Pretrial Statement is continued from December 30, 2024, to January 6, 2025.

IT IS SO ORDERED.

DATED:                                    UNITED STATES DISTRICT COURT


_____

HON. KIRK E. SHERRIFF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER