1  MARGO A. RAISON, COUNTY COUNSEL
   By: Marshall S. Fontes, Chief Deputy (SBN 139567)
2  Andrew C. Hamilton, Deputy (SBN 299877)
   Kern County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
4  Telephone: (661) 868-3800
   Facsimile: (661) 868-3805
5  Email: sfontes@kerncounty.com
          ahamilton@kerncounty.com
6         marshallkim@kercounty.com

7  Attorneys for Defendant County of Kern (erroneously
   sued as "Kern County") and Deputy Jason Ayala

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest, | Case No. 1:21-CV-00378-KES-CDB *Consolidated with Case No. 1:21-CV-01352-DAD-JLT* |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive, | |
| Defendant | |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr., | |
| Plaintiffs, | |
| vs. | |
| COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive, | |
| Defendants. | |

—1—

Substitution of Counsel                                    1:21-CV-00378-KES-CDB

Defendants, County of Kern (erroneously sued as "Kern County") and Deputy Jason Ayala), through their attorney of record, Margo A. Raison, Kern County Counsel, hereby substitutes James D. Weakley of Weakley & Arendt, 5200 Palm Avenue, Ste. 211, Fresno CA 93704; (559) 221-5256, on behalf of Deputy Jason Ayala in the above-referenced matter, in place and stead of Margo A. Raison, County Counsel, by Marshall S. Fontes, Chief Deputy, Andrew C. Hamilton, Deputy and Kimberly L. Marshall, Deputy.

Dated: January 21, 2025

MARGO A. RAISON, COUNTY COUNSEL

By: _____
Marshall S. Fontes, Chief Deputy
Andrew C. Hamilton, Deputy
Kimberly L. Marshall, Deputy
Attorneys for County of Kern and Jason Ayala

I consent to the above substitution.

Dated: January 21, 2025

By: _____
Jason Ayala, Defendant

I consent to the above substitution.

Dated: January 21, 2025

WEAKLEY & ARENDT

By: _____
James D. Weakley, Esq.
Attorneys for Jason Ayala, Defendant