1  MARGO A. RAISON, COUNTY COUNSEL
   By: Marshall S. Fontes, Chief Deputy (SBN 139567)
2  Andrew C. Hamilton, Deputy (SBN 299877)
   Kern County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
4  Telephone: (661) 868-3800
   Facsimile: (661) 868-3805
5  Email: sfontes@kerncounty.com
          ahamilton@kerncounty.com
6         marshallkim@kercounty.com

7  Attorneys for Defendant County of Kern (erroneously
   sued as "Kern County") and Deputy Jason Ayala
8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21–CV–01352–DAD–JLT*<br><br><br><br>**SUBSTITUTION OF COUNSEL** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>Defendants. | |

–1–

Substitution of Counsel                                    1:21-CV-00378-KES-CDB

1   Defendants, County of Kern (erroneously sued as "Kern County") and Deputy Jason Ayala),
2  through their attorney of record, Margo A. Raison, Kern County Counsel, hereby substitutes James
3  D. Weakley of Weakley & Arendt, 5200 Palm Avenue, Ste. 211, Fresno CA 93704; (559) 221-5256,
4  on behalf of Deputy Jason Ayala in the above-referenced matter, in place and stead of Margo A.
5  Raison, County Counsel, by Marshall S. Fontes, Chief Deputy, Andrew C. Hamilton, Deputy and
6  Kimberly L. Marshall, Deputy.

7  Dated: January 21, 2025

MARGO A. RAISON, COUNTY COUNSEL

By: _____
Marshall S. Fontes, Chief Deputy
Andrew C. Hamilton, Deputy
Kimberly L. Marshall, Deputy
Attorneys for County of Kern and Jason Ayala

I consent to the above substitution.

Dated: January 21, 2025

By: _____
Jason Ayala, Defendant

I consent to the above substitution.

Dated: January 21, 2025

WEAKLEY & ARENDT

By: _____
James D. Weakley, Esq.
Attorneys for Jason Ayala, Defendant

| | |
|---|---|
| 1 | MARGO A. RAISON, COUNTY COUNSEL |
|   | By: Marshall S. Fontes, Chief Deputy (SBN 139567) |
| 2 | Andrew C. Hamilton, Deputy (SBN 299877) |
|   | Kern County Administrative Center |
| 3 | 1115 Truxtun Avenue, Fourth Floor |
|   | Bakersfield, CA 93301 |
| 4 | Telephone: (661) 868-3800 |
|   | Facsimile: (661) 868-3805 |
| 5 | Email: sfontes@kerncounty.com |
|   | ahamilton@kerncounty.com |
| 6 | marshallkim@kercounty.com |
| 7 | Attorneys for Defendant Kern County |

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest, <br><br> Plaintiff, <br><br> vs. <br><br> KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive, <br><br> Defendant. | Case No. 1:21-CV-00378-KES-CDB <br> *Consolidated with Case No.* <br> *1:21−CV−01352−DAD−JLT* <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT JASON AYALA'S SUBSTITUTION OF ATTORNEY** <br><br> Judge: Hon. District Judge Kirk E. Sherriff |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive, <br><br> Defendants. | |

27  / / /

28  / / /

–1–

ORDER GRANTING DEFENDANT, JASON AYALA'S SUBSTITUTION OF ATTORNEY

**IT IS HEREBY ORDERED THAT:**

The court hereby orders that the request of Defendant, Jason Ayala, to substitute James D. Weakley, of Weakley & Arendt, 5200 Palm Avenue, Ste. 211, Fresno CA  93704; (559) 221-5256, as attorney of record in place and stead of Margo A. Raison, County Counsel, by Marshall S. Fontes, Chief Deputy, Andrew C. Hamilton, Deputy and Kimberly L. Marshall, Deputy, is hereby **GRANTED**.

Dated: January ___, 2025

_____
UNITED STATES DISTRICT COURT JUDGE