UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY, *et al.*,<br><br>Defendants. | Case No. 1:21-cv-00378-KES-CDB<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>(Doc. 78) |

The Court has read and considered Defendant Deputy Jason Ayala's request to substitute James D. Weakley as counsel of record in place of attorney Margo A. Raison. (Doc. 97). In light of the request and for good cause appearing, the substitution of attorney is GRANTED.

IT IS SO ORDERED.

Dated:  **January 24, 2025**

_____
UNITED STATES MAGISTRATE JUDGE