James D. Weakley, Esq.       Bar No. 082853
Brande L. Gustafson, Esq.    Bar No. 267130
**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Deputy Jason Ayala

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>    Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>    Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21−CV−01352−DAD−JLT*<br><br>**DEFENDANT DEPUTY JASON AYALA'S OBJECTIONS TO THE TENTATIVE PRETRIAL ORDER (Doc. No. 80)**<br><br><br>Judge: Hon. District Judge Kirk E. Sherriff |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br>    Plaintiffs,<br> vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br>    Defendants. | |

/ / /

Defendant Deputy Jason Ayala ("Deputy Ayala") hereby presents the following objections to the Tentative Pretrial Order (Doc. No. 80). The order granting substitution of attorney for Deputy Ayala was granted on January 24, 2025 (Doc. No. 81), the day after the Tentative Pretrial Order (Doc. No. 80) was filed.  The substitution of counsel was filed on January 22, 2025 (Doc. No. 77), the day after the parties filed the Joint Pretrial Statement (Doc. No. 76).  Consequently, Deputy Ayala's new counsel was not afforded an opportunity to provide his input in the information included in the Joint Pretrial Statement or the Tentative Pretrial Order.

As a result, Deputy Ayala would respectfully request the following be included in the Pretrial Order in the following sections for the Defendants so that Deputy Ayala is not precluded from being able to raise the following affirmative defenses and motions in limine or present the following evidence and discovery documents:

### **Disputed Evidentiary Issues/Motions in Limine**

Deputy Ayala anticipates filing the following motions in limine, in addition to those identified in the Tentative Pretrial Report:

1. To exclude evidence of indemnification of Deputy Ayala by his employer and vicarious liability of County of Kern

2. To exclude testimony of John Gardiner, Ph.D.

### **Points of Law**

The affirmative defenses that Deputy Ayala intends to raise at trial, in addition to those already identified in the Tentative Pretrial Report include: (1) self-defense, (2) assumption of risk by the decedent for his actions, and (3) immunity under California Penal Code § 196.

### **Witnesses**

Deputy Ayala would like to correct the spelling of the name for witness number 25 in Attachment A: Witnesses to the Tentative Pretrial Report, from "Jose Castillo" to "Jose Castellanos."

/ / /

/ / /

2
Defendant Deputy Jason Ayala's Objections to the Tentative Pretrial Order

**Exhibits**

Deputy Ayala intends to offer some, or all, of the following exhibits, in addition to those identified in the Tentative Pretrial Report:

k.  Audio interview of Jason Ayala on 10/07/2020
l.  Transcript of interview of Jason Ayala on 10/07/2020 (Bates 01366-01426)
m.  Audio interview of Jessica Salcedo on 10/03/2020
n.  Transcript of Jessica Salcedo interview (Bates 01346-01365)
o.  Audio interview of Destiny Salcedo on 10/03/2020
p.  Transcript of Destiny Salcedo interview (Bates 01321-01345)
q.  Audio interview of Jeremy Terletter on 10/02/2020
r.  Transcript of interview with Jeremy Terletter (Bates 01289-01320)
s.  Audio/video interview of Marlyn Komnenus on 10/02/2020
t.  Transcript of interview with Marlyn Komnenus (Bates 01263-01288)
u.  Audio interview with Nicholas Montoya on 10/02/2020
v.  Transcript of interview with Nicholas Montoya (Bates 01207-01231)
w.  Transcript of cellphone video taken by Nicholas Montoya (Bates 01201-01206)
x.  Mojave OIS final video
y.  Enlargement of shooting video
x.  Deputy Ayala's Training Records (Bates 01434-01439)
y.  All graphics from the expert report of Rocky L. Edwards and Heather Heider (10 graphics)
z.  All graphics from the expert report of Paris Ward (13 graphics)
aa. California Police Officer Standards and Training ("POST") Basic Learning Domain #1 – Leadership, Professionalism and Ethics
bb. California POST Basic Learning Domain #2 – Criminal Justice System
cc. California POST Basic Learning Domain #3 – Policing in the Community
dd. California POST Basic Learning Domain #12 – Controlled Substances
ee. California POST Basic Learning Domain #19 – Vehicle Operations

|   |     |                                                                          |
|---|-----|--------------------------------------------------------------------------|
| 1 | ff. | California POST Basic Learning Domain #20 – Use of Force                 |
| 2 | gg. | California POST Basic Learning Domain #21 – Patrol Techniques            |
| 3 | hh. | California POST Basic Learning Domain #22 – Vehicle Pullovers            |
| 4 | ii. | California POST Basic Learning Domain #23 – Crimes in Progress           |
| 5 | jj. | California POST Basic Learning Domain #33 – Arrest and Control           |
| 6 | kk. | California POST Basic Learning Domain #35 – Firearms/Chemical Agents     |

**Discovery Documents**

Deputy Ayala may use the following discovery documents at trial, in addition to those identified in the Tentative Pretrial Report:

1. Deposition transcript of Roberta Haro
2. Video Deposition of Roberta Haro
3. Deposition transcript of Mickel Erick Lewis, Jr.
4. Video Deposition of Mickel Erick Lewis, Jr.
5. Deposition transcript of Oriona Lewis
6. Video Deposition of Oriona Lewis
7. Deposition transcript of Briona Lewis
8. Video Deposition of Briona Lewis
9. Deposition transcript of Alisha White
10. Video Deposition of Alisha White
11. Deposition transcript of Alana White
12. Video Deposition of Alana White
13. Deposition transcript of Marlyn Komenenus
14. Video Deposition of Marlyn Komenenus
15. Deposition transcript of Destiny Salcedo
16. Video Deposition of Destiny Salcedo
17. Deposition transcript of Jessica Salcedo
18. Video Deposition of Jessica Salcedo
19. Deposition transcript of CHP Officer Jose Castellanos

| | | |
|---|---|---|
| 20. | Video Deposition of CHP Officer Jose Castellanos |
| 21. | Deposition transcript of Nicholas Montoya |
| 22. | Video Deposition of Nicholas Montoya |
| 23. | Deposition transcript of Jeremy Terletter |
| 24. | Video Deposition of Jeremy Terletter |
| 25. | Deposition transcript of Scott DeFoe |
| 26. | Video Deposition of Scott DeFoe |
| 27. | Deposition transcript of John Gardiner, Ph.D. |
| 28. | Video Deposition of John Gardiner, Ph.D. |
| 29. | Deposition transcript of Clarence Chapman |
| 30. | Deposition transcript of Rocky Edwards |
| 31. | Deposition transcript of Michael Kuzel, P.E. |
| 32. | Deposition transcript of Michael Levine, M.D. |
| 33. | Deposition transcript of Frank Sheridan, M.D. |
| 34. | Deposition transcript of Deputy Jason Ayala |
| 35. | Video deposition of Deputy Jason Ayala |
| 36. | Deposition transcript of Eugene Carpenter, Jr., M.D. |
| 37. | Deposition transcript of Paris Ward, J.D. |

**Miscellaneous**

Deputy Ayala anticipates filing a motion pursuant to Rule 50(a) of the Federal Rules of Civil Procedure at the conclusion of Plaintiffs' case. In the event the court determines that factual determinations are needed to be made by the jury, Deputy Ayala will seek the assistance of the court to prepare factual questions to be determined by the jury.

Dated: February 6, 2025

                                               WEAKLEY & ARENDT
                                               A Professional Corporation

By: */s/ Brande L. Gustafson*
      James D. Weakley
      Brande L. Gustafson
      Attorneys for Defendant,
      Deputy Jason Ayala