| | |
|---|---|
| 1 | **TONI JARAMILLA, A Professional Law Corp.** |
| 2 | Toni J. Jaramilla, Esq. (SBN 174625) |
|   | Toni@tjjlaw.com |
| 3 | 1900 Avenue of the Stars, Suite 900 |
| 4 | Los Angeles, California 90067 |
|   | T: (310) 551-3020 | F: (310) 551-3019 |
| 5 | |
| 6 | **ALEXANDER MORRISON + FEHR LLP** |
|   | J. Bernard Alexander, III (State Bar No. 128307) |
| 7 | balexander@amfllp.com |
| 8 | Britt L. Karp (State Bar No. 278623) |
|   | bkarp@amfllp.com |
| 9 | 1900 Avenue of the Stars, Suite 900 |
| 10 | Los Angeles, California 90067 |
|    | T: (310) 394-0888 | F: (310) 394-0811 |

Attorneys for Plaintiffs
MICKEL ERICK LEWIS JR, ORIONA LEWIS
and BRIONA LEWIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest, <br><br>           Plaintiffs, <br>     vs. <br><br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive, <br><br>           Defendants. | Case No: 1:21−CV−00378−KES-CDB <br>Hon. District Judge Kirk E. Sherriff <br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT DEPUTY AYALA'S OBJECTION TO TENTATIVE PRETRIAL ORDER** <br><br>Consolidated with Case No. 1:21−CV−01352−DAD−JLT |

TO THE HONORABLE COURT:

Plaintiffs MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS, hereby submit the following Response to the Objection filed by Defendant Deputy Ayala to the Tentative Pretrial Order. (Dkt. 82.)

Defendant Deputy Ayala does not set forth why he did not seek to substitute in counsel prior to the deadline for filing the Parties' Joint Pretrial Statement. If Deputy Ayala is permitted to belatedly add motions in limine, points of law, exhibits and discovery documents to the Pretrial Order, then Plaintiffs seek the opportunity to add the following two exhibits, set forth below, to the Pretrial Order. On February 6, 2025, these documents, and the claims they support, were raised for the first time as the basis for a possible defense motion in limine on a call between all Parties (although such a motion is not set forth in the Tentative Pretrial Order).

<u>Plaintiffs' Exhibits</u>

Exhibit 20.   Photographs and Video of Kern County Officers

Exhibit 21.   Additional Video from Scene of Incident

Date: January 6, 2025

ALEXANDER MORRISON + FEHR LLP

TONI JARAMILLA, A Professional Law Corp.

<u>s/J. Bernard Alexander, III</u>
J. Bernard Alexander, III
Toni Jaramilla
Britt L. Karp
Counsel for Plaintiffs  MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS