1  James D. Weakley, Esq.    Bar No. 082853
   Brande L. Gustafson, Esq.    Bar No. 267130
2  **WEAKLEY & ARENDT**
   A Professional Corporation
3  5200 N. Palm Avenue, Suite 211
   Fresno, California 93704
4  Telephone:  (559) 221-5256
   Facsimile:  (559) 221-5262
5  Jim@walaw-fresno.com
   Brande@walaw-fresno.com
6
   Attorneys for Defendant Deputy Jason Ayala
7
                    **UNITED STATES DISTRICT COURT**
8
              **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10  MICKEL ERICK LEWIS JR., individually and     Case No. 1:21-CV-00378-KES-CDB
    as successor-in-interest to MICKEL E. LEWIS,     *Consolidated with Case No.*
11  SR., ORIONA LEWIS; and BRIONA LEWIS,     *1:21−CV−01352−DAD−JLT*
    individually and as successor-in-interest,
12                                                   **DECLARATION OF JAMES D.**
                        Plaintiff,                   **WEAKLEY IN SUPPORT OF**
13                                                   **DEFENDANT DEPUTY JASON AYALA'S**
            vs.                                      **MOTIONS IN LIMINE**
14
    KERN COUNTY, Deputy JASON AYALA,
15  and DOES 1-20, inclusive,
16                        Defendant.
17  R.L., M.L., and H.L., minors, by and through
    guardian *ad litem* Roberta Haro, individually
18  and as successors in interest to Michel Lewis
    Sr., deceased; A.W., a minor, by and through
19  her guardian *ad litem* Alisha White,
    individually and as a successor in interest to
20  Michel Lewis Sr., deceased; ALISHA WHITE,
    individually and as a successor in interest to
21  Mickel Lewis Sr.,
22                        Plaintiffs,
            vs.
23
    COUNTY OF KERN; JASON AYALA; and
24  DOES 1-10, inclusive,
25                        Defendants.
26
27  / / /
28  / / /

                                    –1–

I, James D. Weakley, declare:

1.      I am an attorney at law, duly licensed to practice before all of the courts in the State of California and the Eastern District of California. I am an attorney in the law firm of Weakley & Arendt, A Professional Corporation, the attorneys of record for defendant Deputy Jason Ayala and am an attorney assigned to the case. As such, I have personal knowledge of the matters set forth herein, except those matters stated on information and belief, and would so testify.

2.      Attached hereto as **Exhibit A** are relevant portions of what I am informed and belief to be a true and accurate transcript of the deposition of Plaintiffs' biomechanical engineer, John Gardiner, taken on January 6, 2023.

3.      Attached hereto as **Exhibit B**, is what I am informed and believe to be a true and accurate copy of John Gardiner's Rule 26 expert report, which was attached as Exhibit 2 to his deposition transcript. The autopsy and scene photos included in Mr. Gardiner's report are subject to protective order (Doc. Nos. 14 & 31) and have been redacted as they would otherwise be required to be filed under seal. If, however, the Court wishes to see the photos in order to rule upon defendant Deputy Jason Ayala's motion in limine, an unredacted copy of Mr. Gardiner's report can be provided under seal for the Court's consideration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in Fresno, California on February 11, 2025.

*/s/ James D. Weakley*
James D. Weakley

***Mickel Erick Lewis, Jr., et al. v. Kern County, et al.***
**United States District Court Case No. - 1:21-CV-00378-KES-CDB**
**[Consolidated with Case No. 1:21-CV-01352-DAD-JLT]**

# Exhibit A

1               UNITES STATES DISTRICT COURT

2              EASTERN DISTRICT OF CALIFORNIA

3

4   MICKEL ERICK LEWIS, JR., individually,
    and as successor-in-interest to MICKEL ERICK
5   LEWIS, SR.; ORIONA LEWIS; and BRIONA LEWIS
    individually, and successor-in-interest,
6
               Plaintiffs,
7
        vs.                        Case No.: 1:21-CV00-378 ADA CDB
8
    KERN COUNTY Deputy Jason Ayala,
9   and DOES 1 through 20, inclusive,

10
               Defendants.
11   _____

12   AND RELATED ACTIONS
     _____
13

14

15

16

17               DEPOSITION

18           John Gardiner, Ph.D

19               Volume 1

20         Friday, January 6, 2023

21         Laguna Hills, California

22       Kathy L. Pa'u, CSR No. 5684

23

24

25



```
1    APPEARANCES OF COUNSEL:

2

3         For the Plaintiffs:

4
              Law Offices of Toni Jaramilla
5             BY:   TONI JARAMILLA AND J. BERNARD ALEXANDER
                    ATTORNEY AT LAW
6             1900 Avenue of the Stars, Suite 900
              Los Angeles, California 90067
7             alexander@amfllp.com

8

9

10        For the Plaintiffs:

11
              Law Offices of Dale F. Galipo
12            BY:   RANHEE LEE
                    ATTORNEY AT LAW
13            21800 Burbank Boulevard, Suite 310
              Woodland Hills, California 91367
14            rlee@galipolaw.com

15

16        For the Defendants:

17
              Office of County Counsel, County of Kern
18            BY:   KATHLEEN RIVERA
                    ATTORNEY AT LAW
19            1115 Truxtun Avenue, Fourth Floor
              Bakersfield, California 93301
20            661.868.3800
              krivera@kerncounty.com
21

22

23   The Videographer:   Louwhan Welch

24

25
```



```
 1                        INDEX

 2   Friday, January 6, 2023

 3

 4   WITNESS:                EXAMINATION

 5   John Gardiner, Ph.D                **

 6

 7

 8

 9   Ms. Rivera                                        6

10   Mr. Alexander                                     64

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



| | | |
|---|---|---|
| 1 | EXHIBIT LIST | |
| 2 | Defendants | Description | Page |

5    Exhibit 1    Notice of Deposition          7

6    Exhibit 2    Expert Report                 9

7    Exhibit 3    Photograph                   41

8    Exhibit 4    Photograph                   42

9    Exhibit 5    Photograph                   42

10   Exhibit 6    Photographs                  44

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1              Deposition of JOHN GARDINER, PH.D

2                   Friday, January 6, 2023

3

4              THE VIDEOGRAPHER:  Good morning.  We are now on

5    the record.  The time is now 10:06 a.m. on Friday,

6    January 6, 2023.

7              This begins the videotaped deposition of John

8    Gardiner taken in the matter of Mickel E. Lewis, Jr., et

9    al. versus Kern County, et al. filed in the United

10   States District Court Eastern District Court of

11   California.  Case No. which is 1:21-CV00-378 ADA CDB.

12             The videographer today is Louwhan Welch.  The

13   court reporter today is Kathy Pa'u.  We are both

14   representing Esquire Deposition Solutions.

15             Counsel, will you please announce your name and

16   whom you represent after which the court reporter will

17   swear in the witness.

18             MR. RIVERA:  Kathleen Rivera for all

19   defendants.

20             MR. ALEXANDER:  Bernard Alexander on behalf of

21   some plaintiffs.

22             MS. JARAMILLA:  Tony Jaramilla on behalf of

23   Mickel Lewis Jr, Briona Lewis and Oriona Lewis.

24             MS. LEE:  Ranhee Lee on behalf of some

25   plaintiffs.



```
 1              JOHN GARDINER, PH.D was

 2   called as a witness by and on behalf of the Defendants,

 3   and having been first duly sworn, was examined and

 4   testified as follows:

 5

 6                        EXAMINATION

 7

 8   BY MS. RIVERA

 9       Q    Good morning, Mr. Gardiner, can you please

10   state your full name?

11       A    Yes, it's John Gardiner.

12       Q    What's your middle name?

13       A    Carter.

14       Q    And you've had your deposition taken many times

15   in the past; correct?

16       A    Yes.

17       Q    So I can dispense with the usual admonitions?

18       A    That would be fine with me.

19       Q    Can you hear me okay?

20       A    Yeah, loud and clear.

21       Q    In yesterday's deposition in this case, I froze

22   for a bit and didn't realize I had frozen.  So obviously

23   you've done Zoom depos.  If at any time you can't hear

24   me, see me, try to gesture so that we have a good record

25   of what we are talking about.
```



1    A    On page 8 of the report --

2    Q    Okay.

3    A    -- I mention that.

4    Q    Thank you.  Okay.  Right.

5         And that's at section 4.1.  You didn't include

6    any of the photos that you took in your report; correct?

7    A    I believe that's correct.  Let me just double

8    check.  That's correct, I just did my report, which

9    included photos from the time of the incident.  So you

10   are correct, I didn't include them in my report.

11   Q    And you didn't include the results of your use

12   of the 3-D scanner in your report; correct?

13   A    Correct.

14   Q    And when you list your opinions, your four

15   opinions, you don't mention the site inspection as being

16   a basis for any of those opinions; is that right?

17   A    I certainly don't mention it in the actual

18   phrasing of the conclusions.  I think the site

19   inspection is helpful just to understand the general

20   nature of the scene, that it's generally flat road and

21   just understanding the general condition of the scene.

22        But it's certainly -- there is no evidence

23   remaining at the scene when I was there.  I wasn't

24   measuring location of blood or anything of that nature,

25   years after the fact when I was at the scene.



1     Q     Okay.  And is it correct that none of your four

2     opinions mention the results of any results you have

3     from having used a 3-D scanner as part of the bases for

4     any of your four opinions?

5     A     Correct, correct.

6     Q     You didn't take -- I believe you said that you

7     didn't take any measurements while you were at the

8     scene; right?

9     A     Just with the 3-D scanner.  Again nothing with

10    a tape measure or anything, if that's what you're

11    asking.

12    Q     I'm looking at your report and turning your

13    attention to page 1 section 2.0 instructions.

14         Do you have that?

15    A     Yes.

16    Q     It says that I was instructed to review the

17    supplied materials listed in Appendix C and perform a

18    biomechanical reconstruction analysis of the officer

19    involved shooting incident.

20         Let me ask you.  I've looked at some of your

21    other reports in federal in officer involved shooting

22    cases.  There is six that I have.  There is Morad versus

23    City of Long Beach, and you've already mentioned that.

24    That was on your list; right?

25    A     Yes.



1  you don't have these materials because I'm looking now,

2  I don't know that you actually have the Kern County

3  Sheriff's report on the incident.

4        But was there anything in your review of the

5  materials, other than the autopsy, that would support

6  that there were five bullets fired, such as an

7  inspection of Deputy Ayala's gun or photographs of the

8  shell casings on the ground?

9    A    I don't have an itemized list of that.  But my

10 recollection from the evidence of all of those things

11 listed is that it was most likely five shots in total.

12 The missing cartridges from his gun as well as the

13 autopsy certainly all seem to indicate a total of five

14 shots.

15   Q    Okay.  And as far of Dr. Hiserodt -- and my

16 apologies if I am mispronouncing that -- autopsy, it

17 would be correct to say you did not attend that autopsy;

18 is that right?

19   A    Correct.

20   Q    But your opinions are based at least in part on

21 Dr. Hiserodt's autopsy results?

22   A    I would say I'm primarily relying on

23 Dr. Carpenter's autopsy descriptions of the entrance

24 wounds and wound paths.

25   Q    Now, Dr. Hiserodt, as you note in your report,



1  he lists six entry wounds.  And, of course, he didn't

2  have the benefit of doing the first autopsy, he says six

3  bullets were recovered.  I'm assuming that he assumed

4  six bullets were recovered because he found what he

5  believed to be six entry wounds.

6          Did you notice that discrepancy between the

7  Kern County autopsy and Dr. Hiserodt's?

8      A    I did, yes.

9      Q    And from the diagram that you included,

10  comparing the two diagrams from the Kern County coroner

11  to Dr. Hiserodt, it looks like Dr. Hiserodt's six entry

12  wound or the one that isn't listed as an entry wound on

13  the Kern County Coroner's report is -- I'm looking at

14  page 13 of your report right now -- do you see under

15  John C. Hiserodt autopsy No. 3?

16      A    Yes, yes.

17      Q    Okay.  And above that under Kern County

18  autopsy, No. 2, the Kern County Coroner had that as a

19  gunshot wound incomplete exit.

20          Do you see that?

21      A    I do.

22      Q    So did you try to reconcile this in your mind

23  as to how Dr. Hiserodt has six entry wounds and the Kern

24  County Coroner has five?

25      A    Not much beyond what you've just stated.  I



1    certainly recognized that Dr. Carpenter, the Kern County
2    autopsy incomplete exit wound No. 2 is the same location
3    as Dr. Hiserodt's entry of wound No. 3.
4            But I'm not a forensic pathologist.  I didn't
5    perform the autopsy.  I'm not the person to offer
6    opinions on what's an incomplete exit or what's an
7    entrance.
8        Q    Okay.  So regardless of that again, back to
9    your opinions, your opinions are based on the Kern
10   County Coroner's findings of five entry wounds only;
11   right?
12       A    Correct, correct.
13       Q    Okay.  Now, you have attended some autopsies in
14   the past with regard to your line of work as an expert,
15   providing expert opinions?
16       A    Yes, I have.
17       Q    And in this case is it your understanding that
18   the Kern County Coroner's listing or numbering of the
19   gunshot wounds is not the Kern County Coroner was not
20   intending to sequence the shots but rather number them
21   for identification only?
22       A    Correct, that's certainly my understanding.
23       Q    And in your experience doing these types of
24   cases, that's typically what happens with an autopsy,
25   the gunshot entry wounds are numbered but that doesn't



1           Again getting back to my question can you show

2    me where in your four opinions you list whether any of

3    your opinions were consistent with or inconsistent with

4    the physical evidence found at the scene?

5        A    Yes, again the main physical evidence that I'm

6    using to draw conclusions about the posture and position

7    of Mr. Lewis relative to Deputy Ayala is the wound

8    pattern described in the Kern County autopsy report.

9           So the direction, the location of the bullet

10   entries and the path of those wounds through the body

11   through that anatomical and biomechanical information

12   contained within those wounds gives me information about

13   the relative posture of Mr. Lewis relative to Deputy

14   Ayala at the time of those individual shots.

15          So that's the main physical evidence, the

16   relative -- the exact location of the vehicles, things

17   of that nature are less important for determining the

18   relative postures of Mr. Lewis and Deputy Ayala.

19       Q    Okay.  So opinion No. 4 is that the gunshot

20   wounds that entered the back of Mr. Lewis, wounds 4 and

21   5 on the Kern County autopsy report are consistent with

22   occurring as his back, I take it, that's Mr. Lewis'

23   back; right?

24       A    Yes.

25       Q    Was facing Deputy Ayala as Mr. Lewis was



1  downward and go more than just I think forward, slight

2  forward lean.  It looks more like an out of balance,

3  more I guess a fall is occurring.  But wound 2 is not as

4  steep downward to be consistent with more of a, you

5  know, running forward lean or football player movement

6  perhaps.

7  BY MS. RIVERA

8      Q    Have you made a determination when you say

9  falling movement versus a moving forward with a slight

10  bent at the waist movement, did you make a determination

11  as to wounds 1 and 3 as to what angle Mr. Lewis' body

12  would need to be bent forward in order to cause those

13  trajectories?

14     A    I haven't calculated an exact angle.  But again

15  it would need to be fairly significant lean.  Mr. Lewis

16  is about 6-foot 5 or 6.  I think Deputy Ayala was quite

17  a bit shorter and was shooting from a relatively low

18  height.

19          To get such a steep downward trajectory he has

20  to be very far forward with his torso getting close to

21  being horizontal to get these steep downward angles that

22  we see in 3 and 1.

23     Q    And let me just share my screen and show you a

24  page from an expert report of Rocky Edwards.

25          Do you see this figure on your screen?



1          MS. RIVERA:  Thank you.

2     Q    So in the cases that I listed you were retained

3   by the plaintiff in all those cases; correct?

4     A    I believe that's correct, yes.

5     Q    And you provided testimony favorable to the

6   plaintiffs in those cases; correct?

7     A    Again I did some analysis, I wrote a report.  I

8   don't recall if I testified in all of those.  And I

9   don't know how to characterize whether my testimony was

10   favorable or not to a certain party.  That's a better

11   question for the attorney probably.

12     Q    Fair enough.

13          So in this case, although you took your 3-D

14   scanner to the scene, you didn't perform the same type

15   of followup work as we've gone over with those prior

16   cases; would that be fair to say?

17     A    I would agree, I didn't do all of that same

18   detailed photographic analysis trying to exactly map all

19   of the pieces of evidence.

20          My role here was more narrow, just assessing

21   body postures, orientations relative to the descriptions

22   from the statements and depositions from the various

23   parties.

24     Q    And in those cases that I mentioned body

25   posture was an issue; correct?



```
 1        A     Certainly in some of them.  Again there is lots
 2   of different issues in lots of different cases.  I can't
 3   state what was particularly important in every one of
 4   those case.  I'm not sure as I sit here right now.  I
 5   would have to go back and review them.
 6        Q     Okay.  Well, why didn't you do the -- is it
 7   photogrammetric; am I saying that right?
 8        A     Yes.
 9        Q     Why didn't you do the point cloud, you know,
10   use your 3-D scanner to do the point cloud and do the
11   photogrammetric analysis in order to form your opinions
12   with regard with posture and trajectory bullets in this
13   case?
14        A     I didn't feel it was necessary to go to that
15   level of detail for the questions/issues that I was
16   dealing with in this case.
17              Again just trying to understand the relative
18   orientation of Mr. Lewis relative to Deputy Ayala, I did
19   not feel it was necessary to go to that level of detail
20   in the analysis to map the location of every bullet
21   casing and every other piece of evidence.  It just
22   wasn't necessary.
23        Q     Okay.  Were time constraints an issue?
24        A     I don't recall specifically.  Certainly I was
25   -- I didn't have months and months to work on this.  But
```



1   again it was just work that wasn't necessary to do the

2   analysis and answer the questions that I had been asked

3   to answer.

4        Q    Okay.  Now, in forming your opinions in this

5   case, you reviewed, as we talked about, some deposition

6   testimony, witness statements.

7             Did you make any credibility determinations as

8   to one witness' credibility over another in forming your

9   opinions?

10       A    Generally, no.  You know, I'm reviewing

11  testimony and reviewing statements, comparing that to

12  physical evidence.  It's not my job to say whether

13  someone is credible or not.

14            Again I'm reviewing that information and using

15  it to supplement the physical evidence of the wound

16  patterns and the rest positions.  But I'm not creating a

17  list of whose credibility and who is not.  That's not my

18  role.

19       Q    Okay.  And skipping back to conclusion No. 2

20  that the totality of the gunshot wounds sustained by

21  Mr. Lewis are not consistent with Deputy Ayala's

22  description that Mr. Lewis was running towards the

23  deputy and facing the deputy while all shots were fired.

24            As we talked about before, I believe you said

25  that bullet wound No. 2 and bullet wound No. 3 could be



1                    REPORTER'S CERTIFICATE

2         I, the undersigned, a Certified Shorthand

3     Reporter of the State of California, do hereby

4     certify:

5         That the foregoing proceedings were taken

6     before me at the time and place herein set forth;

7     that any witnesses in the foregoing proceedings,

8     prior to testifying, were administered an oath;

9         That a record of the proceedings was made by me

10    using machine shorthand which was thereafter transcribed

11    under my direction;

12        That the foregoing transcript is

13    a true record of the testimony given.

14        Further, that if the foregoing pertains to

15    the original transcript of a deposition in a Federal

16    Case, before completion of the proceedings, review

17    of the transcript was not requested.

18        I further certify I am neither financially

19    interested in the action nor a relative or employee.

20        IN WITNESS WHEREOF, I have this date

21    subscribed my name.

22            Dated:  January 12, 2023

23            Kathy L. Pa'u, CSR No. 5684    

24

25



*Mickel Erick Lewis, Jr., et al. v. Kern County, et al.*
**United States District Court Case No. - 1:21-CV-00378-KES-CDB**
**[Consolidated with Case No. 1:21-CV-01352-DAD-JLT]**

# Exhibit B

**mea** forensic

Los Angeles ⁘ Vancouver ⁘ Toronto

October 25, 2022

**MEA File Number: 516772**

Toni Jaramilla, Esq                        J Bernard Alexander III, Esq.
Toni Jaramilla, A Professional Law Corp    Alexander Morrison & Fehr
1900 Ave of the Stars, Suite 900           1900 Ave of the Stars, Suite 900
Los Angeles, CA 90067                      Los Angeles, CA 90067

**Re: Mickel Erich Lewis, Jr., et al. vs. Kern County, Deputy Jason Ayala, et al.
Incident Date: 10/2/2020**

Attached please find my biomechanics report for the above-captioned matter. If you have any questions or additional requirements, please do hesitate to contact me. Thank you for asking us to assist you in this matter.

Yours very truly,
**MEA Forensic Engineers & Scientists Inc**

*John C Gardiner*

John C Gardiner, PhD PE
Principal, Senior Biomechanical Engineer

**EXHIBIT
2**

**forensic**

Los Angeles ∴ Vancouver ∴ Toronto

# Biomechanics Report

Re:              Mickel Erich Lewis, Jr., et al. vs. Kern County, Deputy
                 Jason Ayala, et al.
Incident Date:   October 2, 2020

**Prepared for:**

Toni Jaramilla, Esq                          J Bernard Alexander III, Esq.
Toni Jaramilla, A Professional Law Corp       Alexander Morrison & Fehr
1900 Ave of the Stars, Suite 900              1900 Ave of the Stars, Suite 900
Los Angeles, CA 90067                         Los Angeles, CA 90067

**Principal Author:**

_____

John C Gardiner, PhD PE
Principal, Senior Biomechanical Engineer

Report Date:        10/25/2022

MEA File Number:    516772

www.meaforensic.com     23281 Vista Grande Drive, Suite A   T: 949 855 4632
                        Laguna Hills, CA 92653              877 855 5322
                        USA                                 F: 949 855 3340

**TABLE OF CONTENTS**

1.0 QUALIFICATIONS ........................................................................ 1
2.0 INSTRUCTIONS ........................................................................... 1
3.0 BACKGROUND ........................................................................... 1
  3.1 Incident summary ............................................................... 1
  3.2 Scene photographs .............................................................. 2
  3.3 Deposition testimony and interviews ........................................... 3
    3.3.1 Deposition testimony of Deputy Jason Ayala ............................... 3
  3.4 Summary of autopsy reports .................................................... 4
4.0 ANALYSIS ................................................................................. 8
  4.1 MEA scene inspection .......................................................... 8
  4.2 Bullet wound analysis and reconstruction ...................................... 8
5.0 CONCLUSIONS ............................................................................ 14

APPENDIX A - CURRICULUM VITAE OF JOHN GARDINER, PHD PE
APPENDIX B – DEPOSITION AND TRIAL TESTIMONY OF JOHN GARDINER, PHD PE
APPENDIX C – SUPPLIED MATERIALS



## 1.0 QUALIFICATIONS

John C Gardiner, PhD PE, is responsible for the contents of this report. My education, background, experience, and publications are described in my attached curriculum vitae (Appendix A). In brief, I hold a BS degree in Mechanical Engineering from the University of Minnesota and a PhD in Bioengineering from the University of Utah. I am a Professional Engineer, licensed as a Professional Mechanical Engineer by the State of California. I am a member of the Orthopaedic Research Society, the American Society of Biomechanics, the American Society of Mechanical Engineers, and the Society of Automotive Engineers. I am a Principal and Senior Biomechanical Engineer at MEA Forensic Engineers & Scientists where I conduct accident reconstruction and biomechanical analyses of a variety of events including automobile collisions, slip/fall, trip/fall, sports injuries, assaults, and shootings.

I have qualified to testify in the courts with expertise in the areas of accident reconstruction and injury biomechanics. A list of my history of deposition and trial testimony is attached in Appendix B. My hourly rate for all work performed on this matter is $525/hour.

## 2.0 INSTRUCTIONS

I was instructed to review the supplied materials listed in Appendix C and perform a biomechanical reconstruction analysis of the officer involved shooting incident that occurred on October 2, 2020 near the intersection of Mono St. and K St. in Mojave, California. The analysis and opinions contained herein are based on my review of the supplied materials, my inspection of the accident scene on October 18, 2022, and analysis of the sustained bullet wounds of Mr. Lewis.

## 3.0 BACKGROUND

### 3.1 Incident summary

On October 2, 2020 Mr. Mickel Lewis sustained fatal gunshot wounds from multiple shots from a Glock 22 .40 caliber handgun fired by Deputy Jason Ayala of the Kern County Sheriff's Office. The shooting occurred after Mr. Lewis exited the black Chevrolet Suburban he was driving following a traffic stop. There were three female passengers in the Lewis vehicle.



## 3.2  Scene photographs

The supplied photographs show the stopped location of the Lewis Chevrolet and the supine rest position of Mr. Lewis following the shooting.



**Figure 1. Supplied photograph showing post-shooting position of vehicles and Mr. Lewis.**





**Figure 2. Supplied photograph showing post-shooting position of vehicles and Mr. Lewis.**

### 3.3  Deposition testimony and interviews

3.3.1  Deposition testimony of Deputy Jason Ayala

In his deposition testimony, Deputy Ayala described firing four or five shots with his Glock 22, .40 caliber semiautomatic handgun.

Just prior to the shooting, Deputy Ayala described that he was standing behind and east of the rear bumper of the Lewis vehicle and Mr. Lewis had re-entered the driver's door and sat down. Mr. Lewis was in the car for about 5 seconds and had his hands under the seat. Deputy Ayala testified that Mr. Lewis then exited the vehicle and ran towards Deputy Ayala. Deputy Ayala further described that Mr. Lewis's right hand was behind his body and not visible, Mr. Lewis's left hand was visible in front or to the side of his body as Mr. Lewis ran towards him and he shot Mr. Lewis. Deputy Ayala described backing up as he was shooting Mr. Lewis. He believes Mr. Lewis rotated his body counterclockwise when he exited the vehicle. When Mr. Lewis fell to the ground after being shot he landed on his back.

"Q. At some point did you see him going to the ground? A. Yes. Q. Did you think it was appropriate to shoot him as he was going to the ground? A. So after I shot and saw him stop running towards me, I stopped shooting, and then he turned around. Q. Okay. And



when he stopped running towards you, was he still facing you? A. Yes. Q. Was his back exposed to you at any time during the shots? A. No."

Deputy Ayala described taking several steps backwards as Mr. Lewis was running towards him. All shots were fired while Mr. Lewis was moving towards Deputy Ayala and before Mr. Lewis was on the ground.

### 3.4    Summary of autopsy reports

Forensic pathologist Eugene Carpenter, MD performed an autopsy of Mr. Lewis on October 8, 2020 at the Kern County Sheriff's Officer, Coroner Section. The cause of death was determined to be multiple gunshot wounds. Numerous photographs were taken during the autopsy including several with steel rods used to illustrate bullet trajectories. Five gunshot wounds were described as follows:

1.  Projectile #1 hits at the upper lateral right upper arm shoulder region and travels to the left, slightly toward the back, and slightly downward through the neck of the right humerus causing complete fracturing, then the chest wall, then the lung, and then into the upper thoracic spine where the copper jacket and slug are recovered in two portions. These are turned over to the technician near the autopsy table on the day of the autopsy. This is a lethal wound.

2.  Projectile #2 hits at the upper right chest and travels downward, toward the back and a little to the right through lung and liver to penetrate into the posterior lower right chest wall and then be trapped underneath the skin of the lower right back. This is at the 11th intercostal space. It is recovered and turned over to the technician on the day of the autopsy near the autopsy table. This is a lethal wound. The hole in the liver is about 6 x 6 x 5 cm in volume. It is fairly central to the right lobe of the liver. There is a 1/4 inch tear over the top of the projectile representing a near exit wound.

3.  Projectile #3 hits at the mid anterior right chest just medial and just a little bit below the level of the right nipple. It also proceeds through the lower lobe of the left lung, the diaphragm, the liver and the medial portion of the right kidney and then into the psoas muscle to be found at the superior posterior medial right pelvis region near the sacrum. It is recovered and transferred to the technician near the autopsy table on the day of the autopsy.

4.  Projectile #4 hits at the upper left back near the midline and travels downward and toward the front through lung to almost exit the front left and upper anterior chest wall. There is a near exit that is about 3/4 inch long and about 1/4 inch wide without any marginal abrasion. The projectile is recovered within 1/2 inch of this area underneath the skin of the anterior chest wall. It is transferred to the technician near the autopsy table on the day of the autopsy. This is a lethal wound.

5.  Projectile #5 hits at the lateral left mid lateral back and proceeds to the right and toward the front and a bit upward through the tissues near the upper pole of the left kidney and then completely destroys the aorta to continue across the body and hit the inner surface of the lateral right chest wall causing superficial damage to the inner chest wall and then bouncing into the chest cavity area or even the



abdominal cavity area. It is found free in that general area after the organs are pulled away. This is a lethal wound.



**Figure 3. Autopsy photographs.**





**Figure 4. Autopsy diagram with bullet wound numbering.**

A secondary autopsy was performed by Forensic pathologist John Hiserodt, MD PhD on October 15, 2020 at the Inglewood Mortuary. Dr. Hiserodt described six gunshot wounds to the torso:

- GSW #1: (Potentially fatal)
  - [Labeled as GSW #4 entrance for Kern County autopsy]



- ▪ Entrance: Left upper back, 14" below the top of the head and 1" to the left of midline, 9 x 9 mm in diameter, No soot or powder stippling.
- ▪ Pathway of Bullet: Penetration of the tissue of the left upper back area, entering chest cavity through 3rd intercostal space, posteriorly (fracturing 4th rib), perforating (through-and-through) left upper lobe of lung, and coming to rest in the anterior chest cavity. Bullet recovered by Coroner.
- ▪ Exit: No exit. Bullet recovered from anterior chest cavity by Coroner.
- ▪ Trajectory of Bullet: Back to front.
- o GSW #2: (Potentially fatal)
    - ▪ [Labeled as GSW #5 entrance for Kern County autopsy?]
    - ▪ Entrance: Left lateral back, 20" below the top of the head and 8" to the left of the midline, 9 x 9 mm in diameter, No soot or powder stippling.
    - ▪ Pathway of Bullet: Penetration of the tissue of the left lateral back area, entering chest cavity through 8th intercostal space, posteriorly (fracturing rib 8 posteriorly), perforating the right kidney, and coming to rest in the anterior abdominal cavity.
    - ▪ Exit: No exit. Bullet recovered from anterior abdominal cavity by Coroner.
    - ▪ Trajectory of Bullet: Back to front and slightly right to left.
- o GSW #3: (Potentially fatal)
    - ▪ [Listed as GSW #2 exit for Kern County autopsy, discrepancy on direction]
    - ▪ Entrance: Right lower back area, 25" below the top of the head and 3.5" to the right of the midline, entrance is mutilated within a large incised area by Coroner, No soot or powder stippling is present.
    - ▪ Pathway of Bullet: Penetration of the tissue of the right lower back area, entering the abdominal cavity through 10th intercostal space, perforating (through-and-through) right lobe of the liver and hitting the 6th rib, anteriorly, fracturing the rib and coming to rest in the soft tissue around the 6th rib.
    - ▪ Exit: No exit. Bullet recovered from the soft tissue around the right anterior 6th rib by the Coroner.
    - ▪ Trajectory of Bullet: Back to front and slightly left to right.
- o GSW #4: (Potentially fatal)
    - ▪ [Labeled as GSW #1 for Kern County autopsy]
    - ▪ Entrance: Right lateral shoulder (deltoid muscle), 9 x 8 mm in diameter, no soot or powder stippling.
    - ▪ Pathway of Bullet: Penetration of the tissue and muscle of right shoulder, then penetration of the chest cavity, entering by fracturing rib 3 (laterally), perforating the right upper lung lobe



through-and-through and crossing the midline to penetrate the left upper lobe of the lung. Bullet recovered from chest cavity by Coroner.
- Exit: No exit. Bullet recovered from chest cavity by Coroner.
- Trajectory of Bullet: Directly right to left.
  - o GSW #5: (Potentially fatal)
    - [Labeled as GSW #2 for Kern County autopsy]
    - Entrance: Right antero-lateral chest wall, 12" below the top of the head and 4" to the right of the midline, 12 x 8 mm in diameter, No soot or powder stippling.
    - Pathway of Bullet: Penetration of the tissue of the right antero-lateral chest, entering chest cavity through 3rd intercostal space (fracturing 4th rib), perforating (through-and-through) right lobe of the liver, and hitting the T6 vertebral body and coming to rest within the substance of T6 vertebral body. Bullet recovered by Coroner.
    - Exit: No exit. Bullet recovered from posterior chest cavity by Coroner.
    - Trajectory of Bullet: Front to back and slightly right to left.
  - o GSW #6. (Potentially fatal)
    - [Labeled as GSW #3 for Kern County autopsy]
    - Entrance: Left upper anterior chest wall, 16" below the top of the head and 2.5" to the left of the midline,12 x 9 mm in diameter, No soot or powder stippling.
    - Pathway of Bullet: Penetration of the tissue of the left anterior chest, entering chest cavity through 1st intercostal space (fracturing rib 2), perforating (through-and-through) left upper lobe of lung, and hitting and fracturing Rib 3, posteriorly.
    - Exit: No exit. Bullet recovered from posterior chest cavity by Coroner.
    - Trajectory of Bullet: Front to back and slightly right to left.

## 4.0 ANALYSIS

### 4.1 **MEA scene inspection**

I inspected the subject location on October 18, 2022. Photographs were taken of the scene and a 3D Faro scanner was used to measure the 3D geometry of the scene.

### 4.2 **Bullet wound analysis and reconstruction**

The bullet wound directions as described in the autopsy reports and photographs is further described in the figures below. The red labeled wound numbers correspond to the wound numbering of the Kern County Autopsy.





**Figure 5. Autopsy photo with bullet wound numbering.**



**Figure 6. Autopsy photo with bullet wound numbering.**





**Figure 7. Autopsy photo with bullet wound numbering.**



**Figure 8. Autopsy photo with bullet wound numbering.**





**Figure 9. Autopsy photo with bullet wound numbering.**



**Figure 10. Autopsy photo with bullet wound numbering.**





**Figure 11. Autopsy photo with bullet wound numbering.**





**Figure 12. Diagram of Kern County Autopsy bullet wound numbering.**



**Figure 13. Diagram of John Hiserodt, MD autopsy bullet wound numbering.**



**5.0 CONCLUSIONS**

- The gunshot wounds sustained by Mr. Lewis were the result of bullet entries to the back, chest, and top of the right shoulder.

- The totality of the gunshot wounds sustained by Mr. Lewis are not consistent with Deputy Ayala's description that Mr. Lewis was running towards the deputy and facing the deputy while all shots were fired.

- The downward trajectory of wounds 1, 2, and 3 (as defined by the Kern County Autopsy Report) are consistent with occurring while Mr. Lewis was falling forwards towards Deputy Ayala.

- The gunshot wounds that entered the back of Mr. Lewis (wounds 4 and 5 on the Kern County Autopsy Report) are consistent with occurring as his back was facing Deputy Ayala as Mr. Lewis was exiting the parked vehicle while rotating clockwise.



**Appendix A – Curriculum Vitae of John Gardiner, PhD PE**



mea forensic

**JOHN C GARDINER, PhD PE**
**PRINCIPAL, SENIOR BIOMECHANICAL ENGINEER**


## EDUCATION

Doctor of Philosophy, Bioengineering, University of Utah, 2002.
Bachelor of Science, Mechanical Engineering, University of Minnesota, 1995.


## PROFESSIONAL STATUS

Registered Professional Engineer, State of California, January 2005.  License M33048.


## PROFESSIONAL ASSOCIATIONS

Society of Automotive Engineers (SAE), since 2003.
American Society of Biomechanics (ASB), since 2002.
Orthopaedic Research Society (ORS), since 2002.
American Society of Mechanical Engineers (ASME), since 1995.


## SCHOLARLY ACTIVITIES

Reviewer, Journal of Biomechanics.
Reviewer, Journal of Biomechanical Engineering.
Reviewer, Journal of the Royal Society Interface.
Reviewer, International Journal of Vehicle Design.
Reviewer, Summer Biomechanics, Bioengineering, and Biotransport Conference.
Reviewer, SAE World Congress.


## PROFESSIONAL EXPERIENCE

**MEA FORENSIC ENGINEERS & SCIENTISTS**
Principal, Senior Biomechanical Engineer, 2002 to Present
Conduct accident reconstruction and biomechanical analyses of a variety of events including automobile collisions, slip/trip and fall, and sports injuries. Perform analyses to assess product failure and function in medical device and other fields. Prepare written reports and provide expert testimony.

**UNIVERSITY OF UTAH, SALT LAKE CITY, UTAH**
Research Associate, 1995 to 2002
Developed and validated finite element (FE) models of the human knee joint which included surface reconstruction from medical image data, FE mesh generation using TrueGrid, nonlinear FE analysis using NIKE3D and model validation with experimental data. Measured structural and material properties of human tissue. Presented work at scientific meetings and published results.

**SELF EMPLOYED CONSULTANT**
Finite Element Analysis Engineer, 1996 to 2002
Performed FE analyses for design optimization and failure analysis. Analyzed a variety of products, primarily in the medical device industry, including coronary stents, total knee and hip replacements and spinal fusion devices.

**UNIVERSITY OF PITTSBURGH, DEPARTMENT OF ORTHOPEDIC SURGERY**
Visiting Research Associate, 1999
Measured forces in knee ligaments with a force-moment control robot.

**BOSTON SCIENTIFIC SCIMED**
Engineering Intern, 1993 to 1995
Designed, built, and tested prototype balloon angioplasty catheters.  Implemented quality assurance testing of manufactured catheters.

**3M**
Technical Aide, 1992 to 1993
Performed quality control testing and analysis of a variety of 3M products including pressure sensitive adhesives, filters, and insulation products.

## RESEARCH ACTIVITIES

Measured the impact performance characteristics of various styles of motorcycle helmets using a custom-designed drop tower.  Helmets were tested at a range of impact severities and performance was quantified as headform linear acceleration.

Studied the mechanics of the medial collateral ligament (MCL) of the human knee during valgus loading. A combination of experimental and computational methods were utilized that allowed subject-specific finite element models to be created for a series of cadaveric knees. Models were used to predict the stress/strain distribution throughout the MCL as a function of passive flexion and valgus loading. Results were used to indicate specific regions of the MCL that would be most vulnerable to injury under particular loading conditions. This research was funded through the National Institutes of Health and the Whitaker Foundation Biomedical Research and Transition Grants.

Quantified the mechanical response of MCL samples to large deformation simple shear loading under both quasi-static and rate-dependent loading conditions. Developed a nonlinear parameter estimation technique utilizing finite element simulations of individual material tests to estimate material coefficients for a three-dimensional material model. Results indicated that shear stiffness increases with shear strain. This research was funded through the National Institutes of Health and the Whitaker Foundation Biomedical Research and Transition Grants.

Assisted in the development and validation of a finite element model of the inferior glenohumeral ligament of the human shoulder. The model was used to understand the mechanical function of capsular structures of the human shoulder during a clinical exam and to develop experimental and analytical tools to study capsular injury and repair. This project was a collaborative effort involving the University of Pittsburgh and the University of Utah through funding provided by the Whitaker Foundation.

## PUBLICATIONS

### PEER-REVIEWED JOURNALS

Bonin SJ, Gardiner JC, Onar-Thomas A, Asfour SS, Siegmund GP (2017). The effect of motorcycle helmet fit on estimating head impact kinematics from residual liner crush. Accident Analysis and Prevention, 106, pp 316-326.

Bonin SJ, Luck JF, Bass CR, Gardiner JC, Onar-Thomas A, Asfour SS, Siegmund GP (2016). Dynamic response and residual helmet liner crush using cadaver heads and standard headforms. Annals of Biomedical Engineering, doi 10.1007_s10439-016-1712-5.

DeMarco AL, Chimich DD, Gardiner JC, Siegmund GP (2016). The impact response of traditional and BMX-style bicycle helmets at different impact severities. Accident Analysis and Prevention 92, pp. 175-183. doi: 10.1016/j.aap.2016.03.027.

DeMarco AL, Chimich DD, Gardiner JC, Nightingale RW, Siegmund GP (2010). The impact response of motorcycle helmets at different impact severities. Accident Analysis and Prevention, 42, pp. 1778-1784.

Siegmund GP, Flynn J, Mang DW, Chimich DD, Gardiner JC (2010). Utilized friction when entering and exiting a dry and wet bathtub. Gait & Posture 31, pp. 473-478.

Weiss JA, Gardiner JC, Ellis BJ, Lujan TJ, Phatak NS (2005).  Three-dimensional finite element modeling of ligaments: Technical aspects. Medical Engineering & Physics, 27, pp 845-861.

Gardiner JC, Weiss JA (2003). Subject-specific finite element models can predict strain in the human medial collateral ligament during valgus knee loading. Journal of Orthopaedic Research, 21(6), pp. 1098-1106.

Weiss JA, Gardiner JC, Bonifasi-Lista C (2002). Ligament material behavior is nonlinear, viscoelastic, and rate-independent under shear loading. Journal of Biomechanics, 35(7), pp. 943-950.

Gardiner JC, Weiss JA, Rosenberg TD (2001). Strain in the human medial collateral ligament during valgus loading of the knee. Clinical Orthopaedics and Related Research, 391, pp. 266-274.



Gardiner JC, Weiss JA (2001). Simple shear testing of parallel-fibered planar soft tissues. American Society of Mechanical Engineers Journal of Biomechanical Engineering, 123, pp. 170-175.

Weiss JA, Gardiner JC (2001). Computational modeling of ligament mechanics. Critical Reviews in Biomedical Engineering 29(3), pp. 303-371.

**PEER-REVIEWED CONFERENCE PROCEEDINGS**

Weiss JA, Gardiner JC, Quapp KM (1995). Material models for the study of soft tissue mechanics. In: Proc. of International Conference of Pelvic and Lower Extremity Injuries, pp. 249-261, Washington, D.C., December 4-6, 1995.

**ABSTRACTS**

Gardiner JC, Van Toen C, Mang DWH, Demarco AL, Bonin SJ, Siegmund GP (2019). The effect of foam thickness and impact velocity in padded falls onto the buttocks. International Society of Biomechanics, Calgary, Canada, July 31-August 4, 2019.

Nelson TS, Gardiner JC, Chimich DD, Siegmund GP (2015). Head, neck, chest, and lumbar responses during compact SUV rollovers. 43rd International Workshop on Human Subjects for Biomechanical Research, New Orleans, LA, November 8, 2015.

Bonin SJ, Luck JF, Bass CR, Gardiner JC, Onar-Thomas A, Asfour SS, Siegmund GP (2014). A comparison of cadaver heads and standard headforms in helmet testing. 42nd International Workshop on Human Subjects for Biomechanical Research, San Diego, CA, November 9, 2014.

Bonin SJ, Luck JF, Bass CR, Gardiner JC, Onar-Thomas A, Asfour SS, Siegmund GP (2014). A comparison of cadaver heads and standard headforms in helmet testing. World Congress of Biomechanics, Boston, MA, July 6-11, 2014.

DeMarco AL, Gardiner JC, Wilkinson CC, Hassan EA, Siegmund GP (2007). Predicting motorcycle helmet impact severity from residual crush damage. 35th International Workshop on Human Subjects for Biomechanical Research. San Diego, CA, October 28, 2007.

DeMarco AL, Chimich DD, Gardiner JC, Nightingale RW, Siegmund GP (2006). Motorcycle helmet impact response: Comparison of helmet type and impact severity. 34th International Workshop on Human Subjects for Biomechanical Research, Dearborn, MI, November 5, 2006.

Brault JR, Gardiner JC, Chimich DD, Siegmund GP (2004). Biomechanical determinants of injuries from low-level falls. 56th Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX, February 16-21, 2004.

Gardiner JC, Weiss JA (2003). Subject-specific finite element models can predict strain in the human medial collateral ligament under valgus loading. In: Proc. of 49th Annual Meeting of the Orthopaedic Research Society, 28, pg 805, New Orleans, LA, February 2-5, 2003.

Newmann WJ, Debski RE, Gardiner JC, Moore SM, Weiss JA (2002). Function of the anterior band of the inferior glenohumeral ligament during the load and shift test. American Society of Mechanical Engineers International Mechanical Engineering Congress and Exposition, New Orleans, LA, November 17-22, 2002.

Gardiner JC, Weiss JA (2002). Subject-specific finite element modeling of the human MCL. Fourth World Congress of Biomechanics, Calgary, AB, August 4-9, 2002.

Gardiner JC, Rosenberg TD, Weiss JA (2002). In situ strains in the human MCL are non-uniform and transmit significant forces to the bones. In: Proc. of 48th Annual Meeting of the Orthopaedic Research Society, 27, pg 599, Dallas, TX, February 10-13, 2002.

Gardiner JC, Maker BN, Weiss JA (2001). An iterative update algorithm to enforce initial stretch in hyperelastic finite element models of soft tissue. American Society of Mechanical Engineers Summer Bioengineering Conference, 50, pp. 359-360. Snowbird, UT, June 27-July 1, 2001.

Weiss JA, Bonifasi-Lista C, Gardiner JC (2001). Determination of ligament shear properties using a finite element parameter estimation technique. American Society of Mechanical Engineers Summer Bioengineering Conference, 50, pp. 43-44, Snowbird, UT, June 27-July 1, 2001.

Gardiner JC, Weiss JA (2000). Elastic and viscoelastic shear properties of the MCL. In: Proc. of 46th Annual Meeting of the Orthopaedic Research Society, 25, pg. 63, Orlando, FL, March 12-15, 2001.



Gardiner JC, Weiss JA (2000). Strain in the human MCL during valgus loading. In:  Proc. of 46th Annual Meeting of the Orthopaedic Research Society, 25, pg. 774, Orlando, FL, March 12-15, 2001.

Pfaeffle J, Weiss J, Gardiner J, Fischer K, Manson T, Tomaino M, Herndon J, Woo SL-Y (2000). The effect of forearm rotation on stress distribution in the interosseous ligament of the human forearm. In:  Proc. of 46th Annual Meeting of the Orthopaedic Research Society, 25, pg. 421, Orlando, FL, March 12-15, 2001.

Gardiner JC, Weiss JA (1999). Analysis of transversely isotropic soft tissues under finite shear conditions. American Society of Mechanical Engineers Summer Bioengineering Conference, 42, pp. 443-444. Big Sky, MT, June 16-20, 1999.

Gardiner JC, Weiss JA (1998). Representation of anisotropy in constitutive models of biological soft tissues. American Society of Mechanical Engineers Advances in Bioengineering BED, 39, pp. 263-264, Anaheim, CA, November 15-20, 1998.

Weiss JA, Gardiner JC (1998). Stresses in the human medial collateral ligament during valgus loading. In:  Proc. of the 3rd World Congress of Biomechanics, pg. 132, Sapporo, Japan, August 2-8, 1998.

Weiss JA, Gardiner JC (1998). Stresses in the human medial collateral ligament during valgus loading. In:  Proc. of the 5th Japan-USA-Singapore-China Conference on Biomechanics, pp. 116-117, Sendai, Japan, August 9-13, 1998.

Gardiner JC, Weiss JA (1998). Experimental testing and computational modeling to determine the stress-strain distribution in the human MCL. In:  Proc. of 44th Annual Meeting of the Orthopaedic Research Society, 23(2), pg. 1027, New Orleans, LA, March 16-19, 1998.

Gardiner JC, Weiss JA (1997). Effects of flexion angle and valgus rotation on stresses in the human medial collateral ligament. American Society of Mechanical Engineers Summer Bioengineering Conference, BED 35, pp. 27-28, Sun River, OR, June 11-15, 1997.

Weiss JA, Schauer DA, Gardiner JC (1996). Modeling contact in biological joints using penalty and augmented Lagrangian methods. American Society of Mechanical Engineers Winter Annual Meeting, BED 33, pp. 347-348, Atlanta, GA, November 17-22, 1996.

Weiss JA, Rabbitt RD, Gardiner JC (1996). Tracking the deformation of soft tissue using image-based data and nonlinear continuum mechanics. American Society of Mechanical Engineers Mechanics and Materials Conference, Baltimore, MD, June 12-14, 1996.

**OTHER PUBLICATIONS**

DeMarco AL, Gardiner JC, Chimich DD (2012). The Biomechanics of Head Injury Causation and Prevention. Claims, Biomechanics and Bodily Injury.

Gardiner JG, Kam CY (2011). Biomechanics of Auto Accidents: Injury mechanics and medical opinion combine to form the testimony for injury causation. The Advocate, August 2011.


**LECTURES AND PRESENTATIONS**

February 2021 – Expert evidence in slips, trips & falls. MEA webinar, Online.

January 2021 – Using biomechanics to assess your injury claims. Association of Southern California Defense Counsel webinar, Online.

June 2017 – Accident Reconstruction and Injury Biomechanics. CAARS Quarterly Meeting. Roseville, CA.

May 2017 – Accident Reconstruction and Injury Biomechanics. CAARS Quarterly Meeting. Santa Ana, CA.

May 2011 – Premises Liability: Slips, Trips, and Falls. Combined Claims Conference. Long Beach, CA.

April 2011 – Biomechanics of Helmet Use and Effectiveness. Orange County Traffic Investigators Association. Irvine, CA.

June 2010 – Slips, Trips, and Falls. OC-RIMS Meeting, Orange, CA.

September 2009 – Biomechanics of Auto Accidents. CAALA Annual Convention. Las Vegas, NV.



October 2008 – Use of Biomechanics in Fraud Investigation. California District Attorneys Association Insurance Fraud Seminar. Anaheim, CA.

September 2006 – Mock trial. CAALA Annual Convention. Las Vegas, NV.

September 27, 1999 – Structure and function of ligaments and tendons. Guest lecture, Bioengineering 1101 - Introduction to Bioengineering. University of Utah, Salt Lake City, UT.

May 27, 1997 – Finite element modeling of joint mechanics. Guest lecture, Mechanical Engineering 646 - Advanced Finite Element Methods. University of Utah, Salt Lake City, UT.

April 10, 1997 – Computational modeling of the knee joint. Orthopedic Sports Medicine Fellowship Training Seminar. The Orthopedic Specialty Hospital, Salt Lake City, UT.

February 11, 1997 – Mechanical testing of ligaments. Orthopedic Sports Medicine Fellowship Training Seminar. The Orthopedic Specialty Hospital, Salt Lake City, UT.


**TRAINING AND PROFESSIONAL DEVELOPMENT**

October 26-27, 2021 – 49th NHTSA Workshop on Human Subjects for Biomechanical Research, Online.

October 19-22, 2021 – Association for the Advancement of Automotive Medicine 65th Annual Scientific Conference, Online.

March 22–25, 2021 – iNPUT-ACE Video Evidence Symposium 2021, Online.

October 27-28, 2020 – 48th NHTSA Workshop on Human Subjects for Biomechanical Research, Online.

October 12-16, 2020 – Association for the Advancement of Automotive Medicine 64th Annual Scientific Conference, Online.

July 31-August 4, 2019 – International/American Society of Biomechanics Annual Meeting, Calgary, AB.

July 8-12, 2018 – 8th World Congress of Biomechanics, Dublin, Ireland.

October 15-18, 2017 – Association for the Advancement of Automotive Medicine 61st Annual Conference, Las Vegas, NV.

July 6, 2015 – Building Code Overview, Ontario Society of Professional Engineers, Mississauga, ON.

June 1, 2015 – Rail Safety Training Course, Los Angeles County Metropolitan Transportation Authority, Los Angeles, CA.

November 10-12, 2014 – 58th Stapp Car Crash Conference, San Diego, CA.

November 9, 2014 – 42nd International Workshop on Human Subjects for Biomechanical Research, San Diego, CA.

July 6-11, 2014 – 7th World Congress of Biomechanics, Boston, MA.

June 26-29, 2013 – ASME Summer Bioengineering Conference, Sunriver, OR.

August 10-13, 2011 – 35th Annual Meeting of the American Society of Biomechanics, Long Beach, CA.

January 13-16, 2011 – Orthopaedic Research Society Annual Meeting, Long Beach, CA.

January 12, 2011 – 19th Annual Symposium on Computational Methods in Orthopaedic Biomechanics, Long Beach, CA.

November 3-5, 2010 – 54th Stapp Car Crash Conference, Phoenix, AZ.

November 2, 2010 – 38th International Workshop on Human Subjects for Biomechanical Research, Phoenix, AZ.

November 2009 – 53rd Stapp Car Crash Conference, Savannah, Georgia.

November 10, 2008 – Crash Data Retrieval Technician Course, Laguna Hills, CA.

November 3-5, 2008 – 52nd Stapp Car Crash Conference, San Antonio, TX.

January 20-22, 2008 – World Congress on Neck Pain, Los Angeles, CA.



October 29-31, 2007 – 51st Stapp Car Crash Conference, San Diego, CA.

October 28, 2007 – 35th International Workshop on Human Subjects for Biomechanical Research, San Diego, CA.

February 11-14, 2007 – 53rd Annual Meeting of the Orthopaedic Research Society, San Diego, CA.

February 10, 2007 – 15th Annual Symposium on Computational Methods in Orthopaedic Biomechanics, San Diego, CA.  Co-moderator of session on spine biomechanics.

November 6-8, 2006 – 50th Stapp Car Crash Conference, Dearborn, MI.

November 5, 2006 – 34th International Workshop on Human Subjects for Biomechanical Research, Dearborn, MI.

September 19-21, 2005 – The Role of Warnings and Instructions, Madison, WI.

February 25-26, 2005 – International Whiplash Trauma Congress, Breckenridge, CO.

November 11-12, 2004 – SAE Seminar – Occupant and Vehicle Kinematics in Rollovers, Troy, MI.

August 20-22, 2004 – CRASH 2004 – Human subjects crash testing and scientific conference, San Diego, CA.

March 22-23, 2004 – SAE Seminar – The role of the seat in rear crash safety, Davis, CA.

October 26, 2003 – 31st Annual International Workshop on Human Subjects for Biomechanical Research, San Diego, CA.

July 28, 2003 – Means of Egress Seminar, Los Angeles Basin Chapter of ICC, Alhambra, CA.

June 29, 2003 – Tribometer Workshop, sponsored by the ASTM Committee F-13 on Pedestrian/Walkway Safety and Footwear, Pasadena, CA.

June 28, 2003 – Biomechanics of Slips and Falls, ASTM F13, Pasadena, CA.

March 28-29, 2003 – Southern California Conference on Biomechanics, Malibu, CA.

November 11-13, 2002 – 46th Stapp Car Crash Conference, Ponte Vedra Beach, FL.

November 10, 2002 – 30th Annual International Workshop on Human Subjects for Biomechanical Research, Ponte Vedra Beach, FL.

September 29, 2002 – Association for the Advancement of Automotive Medicine Biomechanics of Impact Seminar, Tempe, AZ.

August 4-9, 2002 – 4th World Congress of Biomechanics, Calgary, AB.

February 10-13, 2002 – 48th Annual Meeting of the Orthopaedic Research Society, Dallas, TX.

June 27-July 1, 2001 – ASME Summer Bioengineering Conference, Snowbird, UT.

March 12-15, 2000 – 46th Annual Meeting of the Orthopaedic Research Society, Orlando, FL.

March 11, 2000 – 8th Annual Symposium on Computational Methods in Orthopaedic Biomechanics, Lake Buena Vista, FL.

March 11, 2000 – 1st International Symposium on Ligaments and Tendons, Lake Buena Vista, FL.

June 16-20, 1999 – ASME Summer Bioengineering Conference, Big Sky, MT.

February 1-4, 1999 – 45th Annual Meeting of the Orthopaedic Research Society, Anaheim, CA.

January 31, 1999 – 7th Annual Symposium on Computational Methods in Orthopaedic Biomechanics, University of California at Irvine Medical Center, Orange, CA.

March 16-19, 1998 – 44th Annual Meeting of the Orthopaedic Research Society, New Orleans, LA.

March 15, 1998 – 6th Annual Symposium on Computational Methods in Orthopaedic Biomechanics, Tulane University, New Orleans, LA.

June 11-15, 1997 – ASME Summer Bioengineering Conference, Sun River, OR.

February 9-12, 1997 – 42nd Annual Meeting of the Orthopaedic Research Society, San Francisco, CA.



February 8, 1997 – 5th Annual Symposium on Computational Methods in Orthopaedic Biomechanics, University of California at Berkeley, Berkeley, CA.

November 12-17, 1995 – ASME Winter Annual Meeting, San Francisco, CA.

*11/24//21



**<u>Appendix B – Deposition and Trial Testimony of John Gardiner, PhD PE</u>**



**John C Gardiner, PhD PE**

**Trial Testimony**

| Date | Case Name | Law Office | Attorney | Venue (in CA unless noted) |
|------|-----------|------------|----------|------------------------------|
| 1/15/2016 | Moshrefi vs. Guzman | Alder Law P.C. | Christa Ramey | Long Beach |
| 1/25/2016 | Wheatley v. Moreno | Tiedt & Hurd | Marc Hurd | Riverside |
| 3/8/2016 | Recinto vs. Dover | Bish Law, A Professional Corporation | Mindy Bish | Santa Ana |
| 3/15/2016 | Houston vs. Crenshaw | Foldenauer Law Group | Tyler Campbell | San Diego |
| 3/18/2016 | Adsit vs. Bell | Vaziri Law Group | Borislav Kasreliovich | Santa Monica |
| 4/18/2016 | Adam vs. Pirolo | Law Offices of Vivian L. Schwartz | Valerie Morris | San Bernardino |
| 5/5/2016 | Katz vs. CVS | Homan & Stone | Robert Rossi | Ventura |
| 5/17/2016 | Lambey vs. Jameson Properties / Schindler Elevators | Law Office of Martin Stanley | Martin Stanley | Long Beach |
| 7/14/2016 | Nakajima vs. Anaheim Hills Racquet Club | The Traut Firm | James Traut | Santa Ana |
| 7/14/2016 | Baharanchi vs. Direnzo | Mesriani Law Group | Stephen Bucklin | Ventura |
| 8/1/2016 | Williams vs. Disney / Scooter Bug | Law Office of John McCain | Richard McCain | Santa Ana |
| 8/22/2016 | Sanchez vs. Anderson | Gates, O'Doherty, Gonter & Guy | K. Robert Gonter | Los Angeles |
| 10/4/2016 | Mendoza v. Beauchamp | Burg & Brock | Craig Rackohn | Los Angeles |
| 10/27/2016 | State of Hawaii v. Joe Crofford | Low Cost Legal Services | Michael Glenn | Honolulu, HI |
| 10/31/2016 | State of Wyoming v. Foltz | Public Defender's Office | Kerri Johnson | Gillette, WY |
| 11/16/2016 | Trejo / de Jesus Rios vs. Northwest Freightways | Southwest Legal Group | Dean Smith | Monterey |
| 12/12/2016 | Tavakoli-Vaskas vs. Mrsic / Ohara | Century Park Law Group | Robert Booker | Santa Monica |
| 1/17/2017 | Ratonel vs. Carranza | Wasson & Associates | David Wasson | San Diego |
| 6/21/2017 | Cobb vs. Biosite | Law Office of Kenneth Kingdon | Kenneth Kingdon | San Diego |
| 8/17/2017 | Cobb vs. County of Los Angeles | Collins Collins Muir & Stewart | Vanessa Evangelista | Los Angeles |
| 9/26/2017 | Park vs. Rabinowitz | Justice California Law Group | George Stanbury | Van Nuys |
| 9/27/2016 | Picazzo vs. CW Driver | Law Office of Edward Deason | Edward Deason | Los Angeles |
| 11/9/2017 | Zamudio vs. Stackle | Raffalow Rhoads & Bretoi | Michael Stele | Santa Ana |
| 12/5/2017 | Dean vs. Callahan | Law Office of Brian Riley | Brian Riley | San Diego |
| 1/18/2018 | Waldie vs. Pedroza | Law Offices of William Roberts | William Roberts | Long Beach |
| 1/29/2018 | Park vs. Martin | Law Office of Ross Peabody | Ross Peabody | Van Nuys |
| 5/24/2018 | Koontz vs. Ortiz | Raffalow Rhoads & Bretoi | Bryan Elkerton | Santa Ana |
| 6/25/2018 | Perez vs. Huynh | Law Office of Minh T. Nguyen | Minh Nguyen | Santa Ana |
| 6/28/2018 | Morad vs. City of Long Beach | Hadsell Stormer & Renick | Joshua Piovia-Scott | Los Angeles |
| 7/18/2018 | Vasquez vs. Boatmen | Banafsheh Law Firm | Arturo Salinas | Santa Ana |
| 11/6/2018 | Movsesyan vs. Sonic Towing, Inc. / Martinez | LA Injury Attorneys | Karen Padua | Van Nuys |
| 11/14/2018 | Barragan vs. City of South Gate / Sosa | Alvarado Smith | Rick Navarette | Alhambra |
| 11/15/2018 | Hansen vs. Moore | Russell & Lazarus | Marc Lazarus | Santa Ana |
| 12/4/2018 | Au v. Stern | Law Office of Ross Peabody | Michael SanFilippo | San Diego |
| 3/4/2019 | Sun vs. Andrade/Sixt Rent-a-Car | Kronenberg Law | Stacey Chau | San Bernardino |
| 3/7/2019 | Garner vs. Disney | Murchison & Cumming | Richard McCain | Santa Ana |
| 5/20/2019 | Vasquez vs. Hunter - Englehard | Gordon Edelstein Krepack Grant Felton & Goldstein | Joshua Merliss | San Bernardino |
| 7/26/2019 | Anthony vs. Lasso/Aristile | Blumberg Law Corporation | John Blumberg | Irvine |
| 9/25/2019 | Mahler vs. Monk | Law Office of Victor L. George | Norman Coe | San Bernardino |
| 10/8/2019 | White vs. Bailey | Joseph Farzam Law Firm | Matthew Evans | Santa Ana |
| 10/22/2019 | Cabezas vs. Diversified Transportation / Keolis | Trachtman & Trachtman | Timothy Smith | Long Beach |
| 12/10/2019 | Besharat vs. Ivsic / Jarno | Heimanson & Wolf | Ilan Heimanson | Los Angeles |
| 12/18/2019 | Price vs. Talbott | Dickson Kohan Bablove | Nicholas Kohan | Riverside |
| 1/2/2020 | Peacock v. City of Riverside/Hogerty | Office of the City Attorney | Michael Verska | Riverside |
| 1/29/2020 | Stroud / Harrison vs. Kia / Hyundai / Avis Budget | Ghozland Law Firm | Michael Ghozland | Los Angeles |
| 2/11/2020 | Fannin vs. George / Blaze Pizza | Lewis Brisbois Bisgaard & Smith | Amy Freeland | Pasadena |
| 12/7/2020 | State of California vs. Rojas Morales | Alton & Allen, Inc. | Raymond Allen | San Luis Obispo |
| 4/7/2021 | Rodriguez v. KSI Industries Inc., et al. | The Law Offices of Brian Witzer | Eric Canton | Bakersfield |
| 5/17/2021 | Hernandez vs. Oliveros | The Law Offices of Brian Witzer | Eric Canton | San Bernardino |
| 8/10/2021 | Laws vs. Health Care Transport Inc. dba Silver Medical Transportation | Savin & Bursk Law | Brian Kim | Van Nuys |
| 8/12/2021 | Delsas v. Cruz | Nguyen Lawyers | Megan Klein | Alhambra |
| 11/15/2021 | Aranda vs. Harris | Ramey Law | Christa Ramey | Torrance |
| 4/6/2022 | Santiago vs. Alvarez | Arias, Sanguinetti, Wang & Torrijos LLP | Anna Mezhebovskaya | Los Angeles |

| Date | Case Name | Law Office | Attorney | Venue (in CA unless noted) |
|---|---|---|---|---|
| 4/18/2022 | Azizsoltani vs. McConnell | Heidari Law Group | Anjan Gewali | Laguna Hills (Via Remote) |
| 4/27/2022 | Romano vs. Long Beach Shoreline | Law Office of Danny Soong | Danny Soong | Laguna Hills (Via Remote) |
| 8/25/2022 | Gomez vs. State of CA/Spreutels | CalTrans- Los Angeles | Paul DiPietro | Laguna Hills (Via Remote) |
| 9/6/2022 | Carpio vs. Torpocos / Hayes / Lampel | Frish Law Group, APLC | Vadim Frish | Los Angeles |

**Deposition Testimony**

| Date | Case Name | Law Office | Attorney | Venue (in CA unless noted) |
|------|-----------|-----------|----------|-----------------------------|
| 9/18/2015 | Miramontes vs. Vu | Niven and Niven | Leslie Niven | Los Angeles |
| 9/29/2015 | Baharanchi vs. Direnzo | Mesriani Law Group | Stephen Bucklin | Glendale |
| 10/1/2015 | Gellis vs. Scottsdale Fairmont Princess | Ketchmark McCreight, P.C. | Ben Fadler | Laguna Hills |
| 10/21/2015 | Massihi vs. Castillo | Law office of Raymond Sarraf | Raymond Sarraf | Laguna Hills |
| 10/27/2015 | Zaidman vs. ABM Industries, Inc. | The Simon Law Group | Brandon Simon | Laguna Hills |
| 11/6/2015 | Picazzo v. CW Driver | Law Office of Edward Deason | Edward Deason | Laguna Hills |
| 11/9/2015 | Recinto vs. Dover | Bish Law, A Professional Corporation | Mindy Bish | Laguna Hills |
| 11/18/2015 | Lopez vs. County of Sonoma | Gregory W. Moreno & Associates | Arnoldo Casillas | Irvine |
| 12/3/2015 | Sanchez vs. Anderson | Gates, O'Doherty, Gonter & Guy | K. Robert Gonter | Laguna Hills |
| 12/8/2015 | McKenzie vs. Coyle / City of Fresno | Parker Kern Nard & Wenzel | Krist Costa | Laguna Hills |
| 12/16/2015 | Mizrahie vs. Pavillions | Carpenter Zuckerman & Rowley | Steve Spencer | Los Angeles |
| 12/18/2015 | Redman vs. Tornabene | Rose Klein & Marias LLP | Richard Barone | Laguna Hills |
| 12/31/2015 | Moshrefi vs. Guzman | Alder Law P.C. | Christa Ramey | Woodland Hills |
| 1/20/2016 | Zeytuntsyan vs. Charzan / Crispy Crust, | Green & Hall | Lawrence Luppi | Laguna Hills |
| 1/21/2016 | Carlos v. Barraza | Law Office of Mark Julius | Ward Deffebach | Los Angeles |
| 1/29/2016 | Easley vs. City of Riverside | Lewis Brisbois Bisgaard & Smith LLP | John Porter | Los Angeles |
| 2/12/2016 | Wheatley vs. Moreno | Tiedt & Hurd | Marc S. Hurd, Esq. | Laguna Hills |
| 2/18/2016 | Adam vs. Pirolo | Law Offices of Vivian L. Schwartz | Valerie Morris | San Bernardino |
| 3/1/2016 | Adsit vs. Bell | Vaziri Law Group | Borislav Kasreliovich | Beverly Hills |
| 3/2/2016 | Lambey vs. Jameson Properties / | Law Office of Martin Stanley | Martin Stanley | Glendale |
| 3/11/2016 | Heiss vs. Sherwin-Williams | Tucker Ellis | Clifford Mendelsohn | Laguna Hills |
| 4/1/2016 | Katz vs. CVS | Homan & Stone | Robert Rossi | Woodland Hills |
| 4/8/2016 | Aragon / Escobar vs. Goeden | Justice California Law Group | George Stanbury | Laguna Hills |
| 4/12/2016 | Colvin-White vs. Ramirez | Daniels, Fine, Israel, Schonbuch & Lebovits | Mary Fersch | North Hollywood |
| 4/28/2016 | Corbett vs. Bonn | Brentwood Legal Services | Steven Zelig | Laguna Hills |
| 4/29/2016 | Domingos vs. McJunkin Red Man / MRC | Law Office of Timothy Osborn | Timothy Osborn | Laguna Hills |
| 5/17/2016 | Nguyen vs. City of Los Angeles | Baute Crochetiere & Gilford | Mark Baute | Los Angeles |
| 6/15/2016 | Markson vs. Anaheim Hills Comm. Assoc. | The Traut Firm | Eric Traut | Laguna Hills |
| 6/24/2016 | McCormick v. Holiday Park Homes | The Traut Firm | James Traut | Laguna Hills |
| 7/14/2016 | Williams vs. Disney / Scooter Bug | Law Office of John McCain | Richard McCain | Newport Beach |
| 7/21/2016 | Evenbly vs. Hade | Lerner Moore Silva Cunningham & | Darla Cunningham | Laguna Hills |
| 8/24/2016 | Lopez vs. Lopez / Martinez | Berglund & Johnson | Daniel Johnson | Irvine |
| 9/9/2016 | Mendoza v. Beauchamp | Burg & Broc | Craig Rackohn | Laguna Hills |
| 10/11/2016 | Van vs. Farell | Gibson & Hughes | Robert Gibson | Laguna Hills |
| 10/13/2016 | Cifuentes vs. Single Room Occupancy | Law Office of Werner Meissner | Gregory Coolidge | San Pedro |
| 10/14/2016 | Trejo / de Jesus Rios vs. Northwest | Southwest Legal Group | Dean Smith | Gardena |
| 10/20/2016 | Perry vs. AECOM / Osorio | Law Office of Robert McMahon | Robert McMahon | Los Angeles |
| 11/11/2016 | Tavakoli-Vaskas vs. Mrsic / Ohara | Century Park Law Group | Robert Booker | Los Angeles |
| 11/30/2016 | Ratonel vs. Carranza | Wasson & Associates | Kimberly Sakai | Laguna Hills |
| 12/1/2016 | Carroll vs. Ruiz | Alder Law P.C. | Cioffi Remer | Marina Del Rey |
| 2/23/2016 | Pearce vs. Keating | Law Firm of Kaiser & Swindells | Raymond Kaiser | Laguna Hills |
| 4/6/2017 | Usman vs. Dalinghaus | Grey Law Corp. | Scott Mann | Laguna Hills |
| 4/19/2017 | Park vs. Rabinowitz | Justice California Law Group | George Stanbury | Manhattan Beach |
| 4/27/2017 | Zamudio vs. Stackle | Raffalow Rhoads & Bretoi | Michael Stele | Laguna Hills |
| 5/15/2017 | Diaz vs. Sutton / Federal Express / Mardrigal | Law Office of William Salle | William Salle | Laguna Hills |
| 5/16/2017 | Nazari vs. Portfolio SheLAX LLC / SheLAX | Murtaugh Meyer Nelson & Treglia | Oz Tannenbaum | Beverly Hills |
| 5/23/2017 | Frizelle vs. GSG Residential Mountain | Owen Patterson & Owen | Tamiko Herron | Laguna Hills |
| 6/29/2017 | Cobb vs. County of Los Angeles | Collins Collins Muir & Stewart | Vanessa Evangelista | Laguna Hills |
| 8/1/2017 | Mayberry vs. Luu | Makkabi Law Group | Matthew Foose | Laguna Hills |
| 8/8/2017 | Edmon vs. Quezada | Law Office of McCarthy and Beavers | Wesley Beavers | Laguna Hills |
| 8/30/2017 | Mazure vs. Walmart Stores, Inc. | Law Office of Timothy Osborn | Timothy Osborn | Laguna Hills |
| 9/11/2017 | Saycon vs. City of Long Beach / Luna / Nguyen | Hadsell Stormer & Renick | Joshua Piovia-Scott | Glendale |
| 9/12/2017 | Hunter vs. Arizon / Guerrero | Wasson & Associates | Kimberly Sakai | Laguna Hills |
| 10/4/2017 | Cervantes vs. Angely World | Wasson & Associates | Kimberly Sakai | Laguna Hills |
| 11/1/2017 | Morad vs. City of Long Beach | Hadsell Stormer & Renick | Joshua Piovia-Scott | Laguna Hills |
| 11/10/2017 | Kothari vs. Bear | El Dabe Ritter Trial Attorneys | Dilini Mendes | Laguna Hills |
| 11/15/2017 | Park vs. Martin | Law Office of Ross Peabody | Ross Peabody | Laguna Hills |
| 12/1/2017 | Hawkins vs. La | Ramey Law | Christa Ramey | Laguna Hills |
| 12/5/2017 | Dean vs. Callahan | Law Office of Brian Riley | Brian Riley | Laguna Hills |

| Date | Case Name | Law Office | Attorney | Venue (in CA unless noted) |
|---|---|---|---|---|
| 12/13/2017 | Scanlon vs. Hauk | Bordin Mortorell | Mark Bloom | Costa Mesa |
| 12/14/2017 | Waldie vs. Pedroza | Law Offices of William Roberts | William Roberts | Laguna Hills |
| 12/20/2017 | Marquez vs. Ortiz | Darling & Risbrough | Robert Risbrough | Laguna Hills |
| 1/4/2018 | Benlevi vs. Tager | Law Offices of Randall S. Shiffman | Randall Shiffman | Orange |
| 1/10/2018 | Koontz vs. Ortiz | Raffalow Rhoads & Bretoi | Bryan Elkerton | Irvine |
| 1/23/2018 | Gegeny vs. Long Beach Police Department | Mardirossian & Associates | Larry Marks | Laguna Hills |
| 2/7/2018 | Garcia vs. Rudolph & Sletten / Black | Wait & Huffnagel | Robert Hufnagel | Laguna Hills |
| 3/1/2018 | Littlefield vs. Nutribullet | Abir Cohen Treyzon Salo | Derek Chaiken | Laguna Hills |
| 4/6/2018 | Villanueva / Martinez vs. Ingram | Raffalow, Bretoi & Adams | Kimberly Reed | Laguna Hills |
| 4/18/2018 | Mendoza v. County of LA | Mardirossian & Associates | Garo Mardirossian | Los Angeles |
| 4/19/2018 | Perez vs. Huynh | Law Office of Minh Nguyen | Minh Nguyen | Laguna Hills |
| 4/20/2018 | Collins vs. Crisafulli | Scherer & Marx | William Scherer III | Laguna Hills |
| 5/9/2018 | Nuber vs. Esebag | Hanger Steinberg Shapiro & Ash | Josephine Baurac | El Segundo |
| 5/30/2018 | Coleman vs. Burns | Alder Law P.C. | Cioffi Remer | West Covina |
| 6/28/2018 | Elnahass v. Super Center Concepts Inc., | Trachtman & Trachtman | Mitchell Motu | Laguna Hills |
| 7/6/2018 | Vasquez vs. Boatmen | Banafshe Law | Arturo Salinas | Laguna Hills |
| 7/25/2018 | Au v. Stern | Law Office of Ross Peabody | Michael SanFilippo | Laguna Hills |
| 8/1/2018 | Movsesyan vs. Sonic Towing, Inc. / | LA Injury Attorneys | Karen Padua | Long Beach |
| 8/23/2018 | White vs. Bailey | Joseph Farzam Law Firm | Matthew Evans | Tustin |
| 8/28/2018 | Ambriz v. Universal Security et al | Law Office of Mifflin & Associates | Ken Mifflin | Laguna Hills |
| 9/12/2018 | Vavra vs. Al Carinos Restuarant / Travis | Hall Huguenin | Jonathan Slipp | Laguna Hills |
| 9/17/2018 | Hudson vs. Ben-Yehuda | Law Offices of Bradley Snyder | Bradley Snyder | Laguna Hills |
| 10/18/2018 | Hansen vs. Moore | Russell & Lazarus | Marc Lazarus | Laguna Hills |
| 10/30/2018 | Vasquez vs. Hunter - Englehard | Gordon Edelstein Krepack Grant Felton | Joshua Merliss | Laguna Hills |
| 10/31/2018 | Barragan vs. City of South Gate / Sosa | Alvarado Smith | Rick Navarette | Los Angeles |
| 11/7/2018 | Morris v. JC Carrillo Inc. et al | LA Injury Attorneys | Karina Padua | Laguna Hills |
| 11/8/2018 | Sell vs. City of Santa Maria | Lynberg & Watkins | Ruben Escobedo III | Laguna Hills |
| 11/28/2018 | Garcia vs. Jessen / Pizza Hut | Biesty Garrety & Wagner | Sean Garretty | Laguna Hills |
| 1/4/2019 | Gonzalez / Lorta vs. Alagar | Aminpour & Associates | Oliver Shami | San Diego |
| 1/9/2019 | Rey vs. Peterson | Hanger Steinberg Shapiro & Ash | John Demarest | Laguna Hills |
| 1/10/2019 | Spears vs. McCabe | Law Office of Ann Marie DeFelice | Marshall Frasher | Bakersfield |
| 1/16/2019 | Mahler vs. Monk | Law Office of Victor L. George | Norman Coe | Laguna Hills |
| 1/23/2019 | Esttaifan vs. Allstate | Aminpour & Associates | Oliver Shami | Laguna Hills |
| 1/25/2019 | Lipscomb vs. Fernandez | Wasson & Associates | David Wasson | Laguna Hills |
| 2/15/2019 | Sun vs. Andrade/Sixt Rent-a-Car | Kronenberg Law | Stacey Chau | Laguna Hills |
| 3/28/2019 | Valencia vs. Gerra / Endeavor | Gutierrez, Preciado & House | Paul Dipietro | Laguna Hills |
| 4/2/2019 | Valdovinos vs. Nunnenkamp | Daniels Fine Israel Schonbuch & | Yarden Ferdida | Laguna Hills |
| 4/10/2019 | Vazquez vs. Goldman | Makkabi Law Group | Matthew Foose | Laguna Hills |
| 4/15/2019 | Brooks vs. Willing | Hanger Steinberg Shapiro & Ash | John Demarest | Laguna Hills |
| 6/28/2019 | Solario vs. Panuzzo | Richardson Fair & Cohen | David Hitch | Laguna Hills |
| 7/16/2019 | Anthony vs Lasso/Aristile | Blumberg Law Corporation | John Blumberg | Laguna Hills |
| 7/18/2019 | Stafford vs. Nutt | Law Office of Kevin Piekut | Kevin Piekut | Laguna Hills |
| 8/15/2019 | Hyatt vs. Mr. Crane Inc. | Heimanson & Wolf LLP | Jeffrey Wolf | Laguna Hills |
| 8/16/2019 | Sanders vs. Peacock | Carpenter Zuckerman & Rowley | Steven Spencer | Laguna Hills |
| 8/23/2019 | Karaboghosian et al vs. Ferrara / Law | Skane Wilcox | John Wilcoxson | Los Angeles |
| 9/4/2019 | Giles vs. Kadakia | Kalfayan Merjanian, LLP | John Shaver | Laguna Hills |
| 9/5/2019 | Ahdoot vs. LACMTA | The Saylor Firm | Jefferson Saylor | Los Angeles |
| 9/11/2019 | Castrejon / Dunn vs. Nunez | Biesty Garrety & Wagner | James Biesty | Laguna Hills |
| 9/12/2019 | Cabezas vs. Diversified Transportation / | Trachtman & Trachtman | Timothy Smith | Laguna Hills |
| 9/27/2019 | Werner vs. Wherry | Biesty Garrety & Wagner | James Biesty | Laguna Hills |
| 10/9/2019 | Pinon vs. Schrank | Lalezary Law Firm | Albert DiRocco | Laguna Hills |
| 10/14/2019 | Wilson vs. Gonzalez | Rejali Law Firm | Omid Rejali | Laguna Hills |
| 10/16/2019 | Lino vs. Raptor Plumbing | Viefhaus & Schneider | Calvin Schneider | Laguna Hills |
| 10/17/2019 | Mayers vs. KTL Business Insurance / | Gomez Trial Attorneys | Kayla Lynk | Laguna Hills |
| 11/1/2019 | Sanches vs. Paradigm Builders | Lewis Brisbois Bisgaard & Smith LLP | Tracey Stromberg | Calabasas |
| 11/8/2019 | Humphrey vs. Lopez / Zaslavskiy / Lyft | Selman Breitman | Ryan Sellers | Laguna Hills |
| 11/19/2019 | Fannin vs. George / Blaze Pizza | Lewis Brisbois Bisgaard & Smith | Amy Freeland | Laguna Hills |
| 11/22/2019 | Besharat vs. Ivsic / Jarno | Heimanson & Wolf LLP | Ilan Heimanson | Laguna Hills |
| 11/26/2019 | Le vs. Sanderson | RMD Law | Nicole Dolle | Laguna Hills |
| 12/9/2019 | Stroud / Harrison vs. Kia / Hyundai / Avis Budget | Ghozland Law Firm | Michael Ghozland | Newport Beach |
| 12/11/2019 | Price vs. Talbott | Dickson Kohan Bablove | Nicholas Kohan | Laguna Hills |
| 1/14/2020 | Parker vs. Mercury Insurance Group | Law Offices of West, Borges & Rosa LLP | David Hillings | Laguna Hills |
| 1/31/2020 | Cerf vs. Woodward / Birnam Wood Golf Club | Carpenter Zuckerman & Rowley | Stephen McElroy | Laguna Hills |

| Date | Case Name | Law Office | Attorney | Venue (in CA unless noted) |
|---|---|---|---|---|
| 2/13/2020 | Kalantari vs. Robles | Century Park Law Group | Soheil Bahari | Laguna Hills |
| 2/14/2020 | Valadez vs. A. Bates GC, Inc. / Chavarria- | Skane Wilcox | John Wilcoxson | Laguna Hills |
| 2/20/2020 | Sandoval vs. Whatley/AT&T Services/One | Lalezary Law Firm | Caitlin Gregg | Laguna Hills |
| 3/11/2020 | Marlatt vs. Safeco Ins. | Law Office of William Salle | William Salle | Laguna Hills |
| 4/7/2020 | Smith vs. Levy | Law Office of Victor L. George | Victor George | Laguna Hills |
| 5/15/2020 | Gonzalez vs. Lowe's Home Centers | Century Park Law Group | Shabnam Sarani | Laguna Hills (Via Remote) |
| 8/13/2020 | Lopez vs. Simental | Hanger Steinberg Shapiro & Ash | Rebecca Hariri | Laguna Hills (Via Remote) |
| 12/18/2020 | Rodriguez v. KSI Industries Inc., et al. | The Law Offices of Brian Witzer | Eric Canton | Laguna Hills (Via Remote) |
| 1/7/2021 | Hernandez vs. Oliveros | The Law Offices of Brian Witzer | Michael Manapol | Laguna Hills (Via Remote) |
| 1/27/2021 | Durado vs. City of Long Beach | Skane Wilcox | Michelle Watkins | Laguna Hills (Via Remote) |
| 1/28/2021 | Stephan vs. Costco | Ardalan & Associates | Jackie Leibl | Laguna Hills (Via Remote) |
| 2/23/2021 | Coyne vs. Alsafah | Heidari Law Group | Thomas Miletic | Laguna Hills (Via Remote) |
| 4/14/2021 | Sawyer vs. Vera et. al | Kramer, DeBoer & Keane, LLP | Sandra Calin | Laguna Hills (Via Remote) |
| 6/10/2021 | Laws vs. Health Care Transport Inc. dba | Savin & Bursk Law | Brian Kim | Laguna Hills (Via Remote) |
| 6/23/2021 | Azizsoltani vs. McConnell | Heidari Law Group | Anjan Gewali | Laguna Hills (Via Remote) |
| 6/30/2021 | Pastor vs. Latolait | Banafshe Law Firm | Mitchell Berman | Laguna Hills (Via Remote) |
| 7/8/2021 | Villanueva / Young v. Kirkham | Curtis Legal Group | Glenn Kenna | Laguna Hills (Via Remote) |
| 7/28/2021 | Bosack vs. Allstate | Biesty Garretty & Wagner | James Biesty | Laguna Hills (Via Remote) |
| 7/30/2021 | Delsas v. Cruz | Nguyen Lawyers | Megan Klein | Laguna Hills (Via Remote) |
| 8/18/2021 | Frey vs. Rodriguez / Hester | Roberts Law Firm | Michael Jeandron | Laguna Hills (Via Remote) |
| 8/25/2021 | Lippold vs. Espiritu | Law Offices of Robert Karwin | Robert Karwin | Laguna Hills (Via Remote) |
| 9/7/2021 | Rea vs. County of Los Angeles | Casillas & Associates | Arnoldo Casillas | Laguna Hills (Via Remote) |
| 9/14/2021 | Layal v. Stifano | Macdonald & Cody | Ivette Kincaid | Laguna Hills (Via Remote) |
| 9/22/2021 | Aranda vs. Harris | Ramey Law | Christa Ramey | Laguna Hills (Via Remote) |
| 10/6/2021 | German vs. HHC TRS Portsmouth | Arnold & Itkin | Adam Lewis | Laguna Hills (Via Remote) |
| 10/8/2021 | Rojas-Reyes vs. Chen / Green | Cullins & Grandy | Allison Grandy | Laguna Hills (Via Remote) |
| 11/12/2021 | Torres v. Edwin Trucking, et al. | Nguyen Lawyers | Megan Klein | Laguna Hills (Via Remote) |
| 1/14/2022 | Portillo vs. Seadfast Insurance | DTLA Law Group | Igor Fradkin | Laguna Hills (Via Remote) |
| 1/20/2022 | Lopes vs. Quality Towing | Kennedy & Souza | Timothy Workman | Laguna Hills (Via Remote) |
| 1/21/2022 | Santiago vs. Alvarez | Arias Sanguinetti Wang & Torrijos LLP | Anna Mezhebovskaya | Laguna Hills (Via Remote) |
| 1/24/2022 | Washington vs. Faraj | Ellis Law corporation | Boris Briskin | Laguna Hills (Via Remote) |
| 1/25/2022 | Frias / Kakri vs. Wyatt | Wilshire Law Firm | Hazel Chang | Laguna Hills (Via Remote) |
| 1/27/2022 | Jacobo vs. United Rentals / Brown | Sutton & Murphy | Michael Sutton | Laguna Hills (Via Remote) |
| 3/22/2022 | Romano vs. Long Beach Shoreline | Law Offices of Danny Soong | Danny Soong | Laguna Hills (Via Remote) |
| 3/23/2022 | Santana vs. Higuera | Flores Law Group | Edward Flores | Laguna Hills (Via Remote) |
| 3/24/2022 | Hannegan vs. Southwest Transportation | KJT Law Group, LLP | Caspar Jivalagian | Laguna Hills (Via Remote) |
| 4/4/2022 | Miner vs. James River Insurance | Lalezary Law Firm | Andrew Yep | Laguna Hills (Via Remote) |
| 4/5/2022 | Vega vs. Success Valley Produce / Gomez / Structure Works / Brito-Silvestre | Slaughter, Reagan & Cole | Jonathan Marshall | Laguna Hills (Via Remote) |
| 4/13/2022 | Masoudian v. CC Water Products | Jolly Berry Law | Kevin Jolly | Laguna Hills (Via Remote) |
| 4/15/2022 | Briceno vs. County of LA; et al | Pachowicz Goldenring | Jennie Hendrickson | Los Angeles |
| 4/19/2022 | Beebe vs. Nutribullet | Abir Cohen Treyzon Salo, LLP | Evan Koncan | Laguna Hills (Via Remote) |
| 4/19/2022 | Sullivan vs. Nutribullet | Abir Cohen Treyzon Salo, LLP | Evan Koncan | Laguna Hills (Via Remote) |
| 4/22/2022 | Wilchis vs. The City of Manhattan Beach | McElroy Parris Trial Lawyers, APLC | Stephen McElroy | Laguna Hills (Via Remote) |
| 4/26/2022 | Roche vs. Hernandez-Galan | Nguyen Lawyers | Diamo Dokhanian | Laguna Hills (Via Remote) |
| 5/5/2022 | Tanida vs. KBP Investco | Glantz Law | Jason Glantz | Laguna Hills (Via Remote) |
| 5/11/2022 | De Rosa vs. Oliver | Paul De Rosa | Paul De Rosa | Laguna Hills (Via Remote) |
| 6/9/2022 | Parraz / Vega vs. Hilman | Biesty, Garretty & Wagner | Gabriella Guthner | Laguna Hills (Via Remote) |
| 7/13/2022 | Cruz vs. South Whittier USD | McCune & Harber | Julian Smith | Laguna Hills (Via Remote) |
| 7/27/2022 | Holguin, et al. v. Premier General Engineering Construction / Rubio | Cozen O'Connor | David Shimkin | Laguna Hills (Via Remote) |
| 8/3/2022 | Green vs. Toru Nagao | Caldwell Law Firm | Larry Caldwell | Laguna Hills (Via Remote) |
| 8/8/2022 | Carpio vs. Torpocos / Hayes / Lampel | Frish Law Group, APLC | Vadim Frish | Laguna Hills (Via Remote) |
| 8/11/2022 | Bucio vs. Volk | Lyfe Law | Shabnam Sarani | Laguna Hills (Via Remote) |
| 8/12/2022 | Newton vs. Decade Dairy LLC | Hoppe Law Group | Theodore Hoppe | Laguna Hills (Via Remote) |
| 8/16/2022 | Lopez vs. Chang | KJT Law Group, LLP | Aaron Turchin | Laguna Hills (Via Remote) |
| 8/22/2022 | Gomez vs. State of CA/Spreutels | CalTrans- Los Angeles | Paul DiPietro | Laguna Hills (Via Remote) |
| 8/23/2022 | Banks v. Burton | Peterson Poll & Trostler | Larry Peterson | Laguna Hills (Via Remote) |
| 9/6/2022 | Nasibi vs. State Farm | Law Offices of Cohen & Cohen | Jake Cohen | Los Angeles |

**Appendix C – Supplied Materials**

Deposition transcripts and exhibits
- Deputy Jason Ayala          (Deputy, defendant)
- Jeremy Terletter          (Trucker, witness)

Medical records for Mickel Erich Lewis
- Kern County Coroner autopsy report
- John C. Hiserodt, MD, PhD, FCAP autopsy report

Interview and statements

- Audio interview with passenger
- Deputy Ayala statement
- Jeremy Terletter interview
- Destiny Salcedo interview
- Jessica Salcedo interview

Photographs
- Scene
- Vehicle at scene
- Autopsy of Mickel Erich Lewis

Videos
- "15. Lewis - Mojave OIS final video.wmv"
- "IMG_3123.mov"

