MARGO A. RAISON, COUNTY COUNSEL
By: Marshall S. Fontes, Chief Deputy (SBN 139567)
Andrew C. Hamilton, Deputy (SBN 299877)
Kimberly L. Marshall, Deputy (SBN 186338)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: sfontes@kerncounty.com
       ahamilton@kerncounty.com
       marshallkim@kercounty.com

Attorneys for Defendant County of Kern (erroneously sued as "Kern County")

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21-CV-01352-DAD-JLT*<br><br>**NOTICE OF LODGING OF ORIGINAL DEPOSITION TRANSCRIPTS FOR TRIAL**<br><br>**Date:**     March 11, 225<br>**Time:**     8:30 a.m.<br>**Location:** Courtroom 6<br>**Judge:**    Hon. Judge Kirk E. Sherriff |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>Defendants. | |

Defendant, County of Kern (erroneously sued as "Kern County") (hereinafter "County Defendant"), hereby lodges the original deposition transcripts of the following witnesses for Trial in this matter:

1. Mickel Erick Lewis, Jr.
2. Briona Lewis
3. Oriona Lewis
4. Destiny Salcedo
5. Alana White
6. Nicholas Montoya
7. Jeremy Terletter
8. Marlyn Komenenus
9. Jose Castellanos
10. Jessica L. Salcedo
11. Deputy Jason Ayala
12. Scott Allen DeFoe

Dated: 02/24/25

MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Marshall S. Fontes
Marshall S. Fontes, Chief Deputy
Andrew C. Hamilton, Deputy
Kimberly L. Marshall, Deputy
Attorneys for Defendants, County of Kern

Notice of Lodging of Original Deposition Transcripts for Trial