1  MARGO A. RAISON, COUNTY COUNSEL
   By: Marshall S. Fontes, Chief Deputy (SBN 139567)
2  Andrew C. Hamilton, Deputy (SBN 299877)
   Kimberly L. Marshall, Deputy (SBN 186838)
3  Kern County Administrative Center
   1115 Truxtun Avenue, Fourth Floor
4  Bakersfield, CA 93301
   Telephone: (661) 868-3800
5  Facsimile: (661) 868-3805
   Email: sfontes@kerncounty.com
6          ahamilton@kerncounty.com
           marshallkim@kercounty.com
7
   Attorneys for Defendant County of Kern (erroneously
8  sued as "Kern County")

9                     **UNITED STATES DISTRICT COURT**

10                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| 11 | MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21-CV-01352-DAD-JLT*<br><br>**NOTICE TO COUNSEL FOR PLAINTIFFS, MICKEL ERICK LEWIS, JR., ORIONA LEWIS, BRIONA LEWIS, R.L., M.L., H.L., A.W. AND ALISHA WHITE TO LODGE DEPOSITION TRANSCRIPTS**<br><br>Date:     March 11, 2025<br>Time:     8:30 a.m.<br>Location: Courtroom 6<br>Judge:    Hon. Judge Kirk E. Sherriff |
|---|---|
| 19-28 | R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br>                    Plaintiffs,<br>vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br>                    Defendants. | |

TO PLAINTIFFS, MICKEL ERICK LEWIS, JR, ORIONA LEWIS, BRIONA LEWIS, R.L., M.L., H.L. A.W., ALISHA WHITE AND THEIR ATTORNEY OF RECORD:

Defendant, County of Kern (erroneously sued as "Kern County") (hereinafter "County Defendant"), hereby requests that the original deposition transcripts of Roberta Haro, Rocky Edwards, Clarence Chapman, Frank Sheridan, Alisha White and Michael Levine be lodged with the Court for use at the trial in this matter:

Dated: 02/24/25                    MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Marshall S. Fontes
    Marshall S. Fontes, Chief Deputy
    Andrew C. Hamilton, Deputy
    Kimberly L. Marshall, Deputy
    Attorneys for Defendants, County of Kern