LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (Bar No. 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:  (818) 347-3333
Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICH LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiffs,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>Defendants.<br><br>R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; Alisha White, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.1:21−cv−00378-KES-CDB<br>*Hon. District Judge Kirk E. Sherriff*<br><br>**NOTICE OF LODGING ORGINAL DEPOSITION TRANSCRIPTS FOR TRIAL**<br><br>Trial Date: March 11, 2025<br>Time: 8:30 a.m.<br>Dept: Courtroom 6 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs' hereby lodges the original deposition transcripts of the following witnesses for Trial in this matter.

1. Clarence Chapman
2. Frank Sheridan
3. Jason Ayala
4. Michael Kuzel
5. Michael Levine, M.D.
6. Parris Ward
7. Rocky Edwards

Dated: February 24, 2025

LAW OFFICES OF DALE K. GALIPO

By: /s/ Dale K. Galipo

Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiff