1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Renee V. Masongsong, Esq. (SBN 281819)
3  rvalentine@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA 91367
   Telephone:  (818) 347-3333
5  Facsimile:  (818) 347-4118

6  Attorneys for Plaintiffs
   R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro; A.W., a
7  minor, by and through guardian *ad litem* Alisha White, Alisha White

8

   TONI JARAMILLA, A Professional Law Corp.
9  Toni J. Jaramilla, Esq. (SBN 174625)
   Toni@tjjlaw.com
10 1900 Avenue of the Stars, Suite 900
   Los Angeles, California 90067
11 T: (310) 551-3020 | F: (310) 551-3019

12 ALEXANDER MORRISON + FEHR LLP
   J. Bernard Alexander, III (State Bar No. 128307)
13 balexander@amfllp.com
   Britt L. Karp (State Bar No. 278623)
14 bkarp@amfllp.com
   1900 Avenue of the Stars, Suite 900
15 Los Angeles, California 90067
   T: (310) 394-0888 | F: (310) 394-0811
16
   Attorneys for Plaintiffs
17 MICKEL ERICK LEWIS JR, ORIONA LEWIS
   and BRIONA LEWIS
18

19

20            **UNITED STATES DISTRICT COURT**
21            **EASTERN DISTRICT OF CALIFORNIA**

22

23

24

25

26

27

28

PLAINTIFFS' [PROPOSED] VERDICT FORM

| | |
|---|---|
| 1   MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, <br> 2   individually and as successor-in-interest; and BRIONA LEWIS, individually and as <br> 3   successor-in-interest, <br> 4                           Plaintiffs, <br>         vs. <br> 5   KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive, <br> 6                           Defendants. | Case No: 1:21−CV−00378−KES-CDB <br> Hon. District Judge Kirk E. Sherriff <br><br> **PLAINTIFFS' [PROPOSED] SPECIAL VERDICT FORM** <br><br> Trial Date: March 11, 2025 |
| 8   R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, <br> 9   individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a <br> 10  minor, by and through her guardian *ad litem* Alisha White, individually and as a <br> 11  successor in interest to Michel Lewis Sr., deceased; Alisha White, individually and <br> 12  as a successor in interest to Mickel Lewis Sr., <br> 13                          Plaintiffs, <br> 14          vs. <br> 15  COUNTY OF KERN; JASON AYALA, <br> 16                          Defendants. | |

PLAINTIFFS' [PROPOSED] VERDICT FORM

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

  **PLEASE TAKE NOTICE THAT** Plaintiffs hereby submit their [Proposed] Special Verdict Form.

Respectfully submitted,

DATED: February 25, 2025          LAW OFFICES OF DALE K. GALIPO

                                  By   */s/ Dale K. Galipo*
                                     Dale K. Galipo
                                     Renee V. Masongsong
                                     Attorneys for Plaintiffs R.L., M.L., H.L.,
                                     A.W., and ALISHA WHITE

Date: February 25, 2025           ALEXANDER MORRISON + FEHR LLP

                                  TONI JARAMILLA, A Professional Law Corp.

                                  /s/ *J. Bernard Alexander, III*
                                  J. Bernard Alexander, III
                                  Toni Jaramilla
                                  Britt L. Karp
                                  Counsel for Plaintiffs MICKEL ERICK LEWIS
                                  JR, ORIONA LEWIS and BRIONA LEWIS

We, the jury in the above-entitled action, find the following:

**QUESTION 1:** Did Defendant Jason Ayala use excessive or unreasonable force against Mickel Lewis, Sr.?

_____ YES        _____ NO

*If you answered "yes" to Question 1, please answer question 2. If you answered "no" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive or unreasonable force against Mickel Lewis, Sr. by Defendant Jason Ayala a cause of harm, injury, damage, or death to Mickel Lewis, Sr.?

_____ YES        _____ NO

*Please proceed to the next Question.*

**QUESTION 3:** Was Defendant Jason Ayala negligent toward Mickel Lewis, Sr.?

_____ YES        _____ NO

*If you answered "yes" to Question 3, please proceed to Question 4.  If you answered "no" to Question 3, please proceed to Question 8.*

**QUESTION 4:** Was the negligence of the Defendant Jason Ayala a cause of harm, injury, damage, or death to Mickel Lewis, Sr.?

_____ YES      _____ NO

*If you answered "yes" to Question 4, please proceed to Question 5.  If you answered "no" to Question 4, please proceed to Question 8.*

**QUESTION 5:** Was Mickel Lewis, Sr. negligent?

_____ YES      _____ NO

*If you answered "Yes" to Question 5, please answer Question 6. If you answered "No" to Question 5, please proceed to Question 8.*

**QUESTION 6:** Was Mickel Lewis, Sr.'s negligence a cause of his harm, injury, damage, or death?

_____ YES      _____ NO

*If you answered "Yes" to Question 6, please answer Question 7. If you answered "No" to Question 6, please proceed to Question 8.*

**QUESTION 7:** What percentage of negligence that was a cause of Mickel Lewis, Sr.'s harm, injury, damage, or death do you assign to Defendant Jason Ayala, and what percentage of negligence that was a cause of Mickel Lewis, Sr.'s harm, injury, damage, or death do you assign to Mickel Lewis, Sr., if any? (Your total should equal 100%)

          Jason Ayala                              \_\_\_\_\_ %

          Mickel Lewis, Sr.                      \_\_\_\_\_ %

*If you answered "Yes" to Question 1, please answer Question 8. If you answered "No" to Question 1, please proceed to Question 9.*

**QUESTION 8:** Did Defendant Jason Ayala violate the Bane Act when he used deadly force against Mickel Lewis, Sr.?

                                           _____ YES      _____ NO

*If you answered "Yes" to Questions 2 or 8, please answer Question 9.*

**QUESTION 9:** What are Mickel Lewis, Sr.'s damages for his pre-death pain and suffering and loss of life?

          Pre-death pain and suffering     $_____

          Loss of life                            $_____

*Please proceed to the next Question.*

**QUESTION 10:** Did Kern County Sheriffs interfere with Plaintiffs' right to a familial relationship with Mickel Lewis, Sr. by their conduct after Mr. Lewis' death?

_____ YES      _____ NO

*Please proceed to the next Question.*

**QUESTION 11:** Did Defendant Jason Ayala interfere with Plaintiffs' right to a familial relationship with Mickel Lewis, Sr.?

_____ YES      _____ NO

*If you answered "Yes" to Questions 2, 3, 10 or 11, please answer Question 12.*

**QUESTION 12:** What are Plaintiffs' past and future wrongful death damages for the loss of Mickel Lewis, Sr.?

R. L.  $_____

H. L.  $_____

M. L.  $_____

A.W.  $_____

Alisha White       $_____

Mickel Lewis, Jr.  $_____

Oriona Lewis       $_____

-5-
PLAINTIFFS' [PROPOSED] SPECIAL VERDICT FORM

|  | Briona Lewis | $_____ |

*Please proceed to the next Question.*

**QUESTION 13:** Did Defendant Jason Ayala act with malice, oppression or in reckless disregard for Mickel Lewis, Sr.'s constitutional right to be free from excessive force?

                 _____ YES    _____ NO

*Please sign and date the verdict form and return it to the Court*

Dated: _____         _____

                     Jury Foreperson