LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:    (818) 347-3333
Facsimile:     (818) 347-4118

Attorneys for Plaintiffs
R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro; A.W., a minor, by and through guardian *ad litem* Alisha White, Alisha White

TONI JARAMILLA, A Professional Law Corp.
Toni J. Jaramilla, Esq. (SBN 174625)
Toni@tjjlaw.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019

ALEXANDER MORRISON + FEHR LLP
J. Bernard Alexander, III (State Bar No. 128307)
balexander@amfllp.com
Britt L. Karp (State Bar No. 278623)
bkarp@amfllp.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811

Attorneys for Plaintiffs
MICKEL ERICK LEWIS JR, ORIONA LEWIS
and BRIONA LEWIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>     Plaintiffs,<br>  vs.<br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>     Defendants. | Case No: 1:21−CV−00378−KES-CDB<br>Hon. District Judge Kirk E. Sherriff<br><br>**PLAINTIFFS' AMENDED [PROPOSED] SPECIAL VERDICT FORM**<br><br>Trial Date: March 11, 2025 |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; Alisha White, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>     Plaintiffs,<br>  vs.<br>COUNTY OF KERN; JASON AYALA,<br><br>     Defendants. | |

PLAINTIFFS' [PROPOSED] VERDICT FORM

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

  **PLEASE TAKE NOTICE THAT** Plaintiffs hereby submit their [Proposed] Special Verdict Form.

Respectfully submitted,

DATED: February 25, 2025   LAW OFFICES OF DALE K. GALIPO

            By   */s/ Dale K. Galipo*
              Dale K. Galipo
              Renee V. Masongsong
              Attorneys for Plaintiffs R.L., M.L., H.L.,
              A.W., and ALISHA WHITE

Date: February 25, 2025   ALEXANDER MORRISON + FEHR LLP

              TONI JARAMILLA, A Professional Law Corp.

              */s/ J. Bernard Alexander, III*
              J. Bernard Alexander, III
              Toni Jaramilla
              Britt L. Karp
              Counsel for Plaintiffs MICKEL ERICK LEWIS
              JR, ORIONA LEWIS and BRIONA LEWIS

We, the jury in the above-entitled action, find the following:

**QUESTION 1:** Did Defendant Jason Ayala use excessive or unreasonable force against Mickel Lewis, Sr.?

_____ YES       _____ NO

*If you answered "yes" to Question 1, please answer question 2. If you answered "no" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was the use of excessive or unreasonable force against Mickel Lewis, Sr. by Defendant Jason Ayala a cause of harm, injury, damage, or death to Mickel Lewis, Sr.?

_____ YES       _____ NO

*Please proceed to the next Question.*

**QUESTION 3:** Was Defendant Jason Ayala negligent toward Mickel Lewis, Sr.?

_____ YES       _____ NO

*If you answered "yes" to Question 3, please proceed to Question 4. If you answered "no" to Question 3, please proceed to Question 8.*

**QUESTION 4:** Was the negligence of Defendant Jason Ayala a cause of harm, injury, damage, or death to Mickel Lewis, Sr.?

_____ YES      _____ NO

*If you answered "yes" to Question 4, please proceed to Question 5.  If you answered "no" to Question 4, please proceed to Question 8.*

**QUESTION 5:** Was Mickel Lewis, Sr. negligent?

_____ YES      _____ NO

*If you answered "Yes" to Question 5, please answer Question 6. If you answered "No" to Question 5, please proceed to Question 8.*

**QUESTION 6:** Was Mickel Lewis, Sr.'s negligence a cause of his harm, injury, damage, or death?

_____ YES      _____ NO

*If you answered "Yes" to Question 6, please answer Question 7. If you answered "No" to Question 6, please proceed to Question 8.*

-3-
PLAINTIFFS' [PROPOSED] SPECIAL VERDICT FORM

**QUESTION 7:** What percentage of negligence that was a cause of Mickel Lewis, Sr.'s harm, injury, damage, or death do you assign to Defendant Jason Ayala, and what percentage of negligence that was a cause of Mickel Lewis, Sr.'s harm, injury, damage, or death do you assign to Mickel Lewis, Sr., if any? (Your total should equal 100%)

        Jason Ayala                                  \_\_\_\_\_ %

        Mickel Lewis, Sr.                          \_\_\_\_\_ %

*If you answered "Yes" to Question 1, please answer Question 8. If you answered "No" to Question 1, please proceed to Question 9.*

**QUESTION 8:** Did Defendant Jason Ayala violate the Bane Act when he used deadly force against Mickel Lewis, Sr.?

                                         _____ YES     _____ NO

*If you answered "Yes" to Questions 2 or 8, please answer Question 9.*

**QUESTION 9:** What are Mickel Lewis, Sr.'s damages for his pre-death pain and suffering and loss of life?

        Pre-death pain and suffering      $_____

        Loss of life                              $_____

*Please proceed to the next Question.*

**QUESTION 10:** Did Defendant Jason Ayala interfere with Plaintiffs' right to a familial relationship with Mickel Lewis, Sr.?

_____ YES     _____ NO

*Please proceed to the next Question.*

**QUESTION 11:** Did Kern County Sheriffs interfere with Plaintiffs' right to a familial relationship with Mickel Lewis, Sr. by their conduct after Mr. Lewis' death?

_____ YES     _____ NO

*If you answered "Yes" to Questions 2, 4, 10 or 11, please answer Question 12.*

**QUESTION 12:** What are Plaintiffs' past and future wrongful death damages for the loss of Mickel Lewis, Sr.?

| | |
|---|---|
| R. L. | $_____ |
| H. L. | $_____ |
| M. L. | $_____ |
| A.W. | $_____ |
| Alisha White | $_____ |
| Mickel Lewis, Jr. | $_____ |
| Oriona Lewis | $_____ |
| Briona Lewis | $_____ |

-5-
PLAINTIFFS' [PROPOSED] SPECIAL VERDICT FORM

*Please proceed to the next Question.*

**QUESTION 13:** Did Defendant Jason Ayala act with malice, oppression or in reckless disregard for Mickel Lewis, Sr.'s constitutional right to be free from excessive force?

_____ YES     _____ NO

*Please sign and date the verdict form and return it to the Court*

Dated: _____     _____
                                                                Jury Foreperson