**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiffs,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21−CV−01352−DAD−JLT*<br><br><br>**SPECIAL VERDICT** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SPECIAL VERDICT

1    We, the jury answer the questions submitted to us as follows:

2  **Question 1:**

3    Do you find that Deputy Jason Ayala violated  Mickel Lewis, Sr's. Fourth Amendment

4  rights by using excessive force against him?

5    Yes   _____

6    No.   _____

7    If you answered "Yes" to Question 1, please proceed to Question 2. If you answered "No"

8  to Question 1, please skip to Question 3.

9  **Question 2:**

10    Do you find that Deputy Jason Ayala's violation of the Fourth Amendment was a substantial

11  factor in causing Mickel Lewis, Sr. death?

12    Yes   _____

13    No.   _____

14    Please proceed to Question 3.

15

16  **Question 3:**

17    Do you find that Deputy Jason Ayala acted with a purpose to harm decedent Mickel Lewis,

18  Sr. that was unrelated to a legitimate law enforcement objective in violation of the Plaintiffs'

19  Fourteenth Amendment rights?

20    Yes   _____

21    No.   _____

22    If you answered "Yes" to Question 3, please proceed to Question 4. If you answered "No"

23  to Question 3, please skip to Question 5.

24

25  **Question 4:**

26    Do you find that Deputy Jason Ayala's violation of the Fourteenth Amendment was a

27  substantial factor in causing Mickel Lewis, Sr. death?

28    Please proceed to Question 5.

SPECIAL VERDICT

**Question 5:**

Do you find that Deputy Jason Ayala was negligent in using deadly force against Mickel Lewis, Sr.?

Yes     _____

No      _____

If you answered "Yes" to Question 5, please proceed to Question 6. If you answered "No" to Question 5, skip to Question 10.


**Question 6:**

Do you find that Deputy Jason Ayala's negligence was a substantial factor in causing Mickel Lewis Sr. death?

Yes     _____

No.     _____

If you answered "Yes" to Question 6, please proceed to Question 7. If you answered "No" to Question 6, skip to Question 10.


**Question 7:**

Was Mickel Lewis. Sr. negligent?

Yes      _____

 No      _____

If you answered "Yes" to Question 7, please proceed to Question 8. If you answered "No" to Question 8, please skip to Question 10.


**Question 8:**

Was Mickel Lewis Sr.'s negligence a substantial factor in causing his death?

Yes      _____

No       _____

If you answered "Yes" to Question 8, please proceed to Question 9. If you answered "No"

SPECIAL VERDICT

to Question 8, please skip to Question 10.

**Question 9:**

What was Mickel Lewis Sr.'s percentage of fault? _____%

What was Deputy Jason Ayala's percentage of fault? _____%

Total fault 100%

Answer Question 10.

**Question 10**:

Did Deputy Jason Ayala commit a battery?

Yes    _____

No    _____

If you answered "Yes" to Question 10, please proceed to Question 11. If you answered "No" to Question 10, please skip to Question 13.

**Question 11:**

Do you find that Deputy Jason Ayala's battery was a substantial factor in causing Mickel Lewis Sr's. death?

Yes    _____

No    _____

If you answered "Yes" to Question 11, please proceed to Question 12. If you answered "No" to Question 11, please skip to Question 13.

**Question 12:**

Was Deputy Jason Ayala acting in self-defense?

Yes    _____

No    _____

Answer Question 13.

SPECIAL VERDICT

**Question 13:**

      Did Deputy Jason Ayala falsely arrest Mickel Lewis Sr.?

      Yes     _____

      No     _____

      If you answered "Yes" to Question 13, please proceed to Question 14. If you answered "No" to Question 13, please skip to Question 16.


**Question 14:**

      Do you find that Deputy Jason Ayala's false arrest of Mickel Lewis Sr. was a substantial factor in causing his death?

      Yes     _____

      No     _____

      If you answered "Yes" to Question 14, please proceed to Question 15. If you answered "No" to Question 14, please skip to Question 16.


**Question 15:**

      Did Deputy Jason Ayala have probable cause to arrest Mickel Lewis Sr.?

      Yes     _____

      No     _____

      Answer Question 16.


**Question 16:**

      Did Deputy Jason Ayala violate the Bane Act?

      Yes     _____

      No     _____

      If you answered "Yes" to Question 16, please proceed to Question 17. If you answered "No" to Question, please skip to Instruction 1.

SPECIAL VERDICT

**Question 17:**

Do you find that Deputy Jason Ayala's violation of the Bane Act was a substantial factor in causing Mickel Lewis Sr's. death?

Yes    _____

No    _____

Proceed to Instruction 1.


**Instruction 1:**

If you answered "No" to Questions 1, 3, 5, 10, 13, and 16, do not answer any further questions. Please sign and date this Verdict Form and return it to the Court. Thank you.

If you answered "Yes" to Question 1, but "No" to Question 2; "Yes" to Question 3, but "No" to Question 4; "Yes" to Question 5, but "No" to Question 6; "Yes" to Question 10, but "No" to Questions 11 or 12; "Yes" to Question 13, but "No" to Question 14 or "Yes" to Question 15; and "Yes" to Question 16, but "No" to Question 17, do not answer any further questions.  Please sign and date this Verdict Form and return it to the Court.  Thank you.

If you answered "Yes" to Questions 2, 4, 6, or 17, or "No" to Questions 12 or 15 then answer Question 18.


**Question 18:**

What are Plaintiffs' damages?

Economic Damages                $_____

Past Noneconomic Damages        $_____

Future Noneconomic Damages      $_____


Please proceed to Question 19 only if you answered "Yes" to Questions 2, 4, or 17, or answered "No" to Questions 12 or 15.  If you only answered "Yes" to Questions 5 and 6, do not answer any further questions.  Please sign and date this Verdict Form and return it to the Court. Thank you.

SPECIAL VERDICT

**Question 19:**

Do you find that Deputy Jason Ayala acted with malice, oppression, or in reckless disregard of Mickel Lewis Sr.'s rights?

Yes    _____

No     _____

Please sign and date this Verdict Form and return it to the Court. Thank you.

Dated: _____          _____
                                                      Jury Foreperson

SPECIAL VERDICT

1

**SPECIAL INTERROGATORIES**

2      If you answered "Yes" to Question No. 2, Question No. 4, or Question No. 14, the Court

3  needs to make additional determinations.  Please answer all of the following, then sign and date this

4  page and return the verdict form to the Court.

5      If you answered "No" to Question No. 2, Question No. 4, and Question 14, do not complete

6  this page.  Return the verdict form to the Court.

7

8  **Special Interrogatory No. 1:**

9      Was Deputy Ayala's belief that Mickel Lewis, Sr. had a gun in his car at the time Deputy

10 Ayala pulled Mickel Lewis, Sr. over reasonable?

11

12              YES _____              NO _____

13

14 **Special Interrogatory No. 2:**

15     Was Deputy Ayala's belief that Mickel Lewis, Sr. had a gun in one of his hands reasonable

16 when Mickel Lewis, Sr. got out of his car the second time?

17

18              YES _____              NO _____

19

20 **Special Interrogatory No. 3:**

21     Was it reasonable for Deputy Ayala to believe that Mickel Lewis, Sr. was charging at him

22 after he got out of the car a second time?

23

24              YES _____              NO _____

25

26

27

28

SPECIAL VERDICT

**Special Interrogatory No. 4:**

Was Deputy Ayala's belief that he needed to use some force to protect himself from Mickel Lewis, Sr. reasonable?

YES _____                    NO _____

**Special Interrogatory No. 5:**

Did Deputy Ayala inflict force upon Mickel Lewis, Sr. beyond that necessary for his own self defense?

YES _____                    NO _____

Please sign and date these Special Interrogatories and return them to the Court. Thank you.

Dated: _____          _____
                                    Jury Foreperson

SPECIAL VERDICT