James D. Weakley, Esq.      Bar No. 082853
Brande L. Gustafson, Esq.   Bar No. 267130
**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:   (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant Deputy Jason Ayala

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest, <br><br> Plaintiff, <br><br> vs. <br><br> KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive, <br><br> Defendant. | Case No. 1:21-CV-00378-KES-CDB <br> *Consolidated with Case No.* <br> *1:21−CV−01352−DAD−JLT* <br><br> **DEFENDANT' OBJECTIONS TO PLAINTIFFS' EXHIBITS** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr., <br><br> Plaintiffs, <br> vs. <br><br> COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive, <br><br> Defendants. | |

P - 1; Denny's video Lack of Foundation; Relevance; Rule 403; This photograph doesn't help the jury.

–1–

P – 2; No exhibit

P – 3; No exhibit

P – 4; Ch 15 video; Lack of Foundation; Rule 403; The video needs explaining for the jury to understand it. After 3:30 into the video the shooting is over. The rest of the video is not relevant; and Rule 403.

P – 5; Transcript of interview of Deputy Ayala; Foundation.

P – 6; Audio recording of interview of Deputy Ayala; Foundation.

P – 7; Stipulated Judgment; Lack of Relevance; Hearsay; Rule 403; Judgement is unrelated to this case; Judgment was without the taking of proof, or the adjudication of any fact or law, the stipulated judgment does not constitute evidence of liability, or admissions by the County of any issue of fact or law, without the County admitting liability, the allegations are deemed denied by the County, The stipulated judgment is an agreed upon means of resolving the matter with no findings of fact or liability as to any issue by any court, judge or jury.

P – 8; Scene photos of Lewis; Lack of Foundation; Rule 403 on photos of Lewis without yellow cover; Only relevance is to create sympathy.

P – 9; No exhibit.

P – 10; No exhibit.

P – 11; Radio traffic; Lack of Foundation; Rule 403; Hearsay; Without explaining the recording doesn't assist the jury; Although portions of the recording may be relevant, the entire recoding does not need to go into evidence. The recording is over an hour long.

P – 12; Dispatch recording; Lack of Foundation; Hearsay.

P – 13; Enhanced video; Lack of Foundation; Rule 403; The video needs explaining for the jury to understand it.

P – 14; Autopsy Report; Lack of Foundation; Hearsay; Rule 403; Requires expert opinion testimony.

P – 15; Autopsy Photos – Rule 403; Subject to in limine motion; Needs expert opinion testimony; photos are being offered to elicit sympathy.

P – 16; Family photos; Rule 403; Rule 404(a) (1); Photos are offered to elicit sympathy and show

good character violating Rule 404(a)(1). If Plaintiffs are allowed to show good character Defendants should be able to present evidence of decedent's character on the date of the incident, including carrying a gun, having used methamphetamine, having drug paraphernalia in his vehicle and related evidence.

P – 17; No exhibit.

P – 18; Photos of Deputy Ayala and gun;

P – 19; Lack of Foundation; Cannot tell what the exhibit is.

P – 20; Photos and videos of memorial; Relevance; Rule 403; Photos and videos taken after shooting have no relevance to issues to be tried; Only purposes are to elicit sympathy for Plaintiffs and bias against law enforcement.

P – 21; Videos of scene after shooting; Lack of Foundation; Relevance; Rule 403; Hearsay; Videos taken after shooting have no relevance to issues to be tried; Some videos contain talking.

Dated: February 25, 2025

    WEAKLEY & ARENDT
    A Professional Corporation

By:  */s/ James D. Weakley*
    James D. Weakley
    Brande L. Gustafson
    Attorneys for Defendant Deputy Jason Ayala

Dated: February 25, 2025     MARGO A. RAISON, COUNTY COUNSEL

By: _____
    Marshall S. Fontes, Chief Deputy
    Andrew C. Hamilton, Deputy
    Kimberly L. Marshall, Deputy
    Attorneys for Defendant, County of Kern
    ("erroneously sued as Kern County")