LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro; A.W., a minor, by and through guardian *ad litem* Alisha White, ALISHA WHITE

**TONI JARAMILLA, A Professional Law Corp.**
Toni J. Jaramilla, Esq. (SBN 174625)
E-mail: Toni@tjjlaw.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019

**ALEXANDER MORRISON + FEHR LLP**
J. Bernard Alexander, III (State Bar No. 128307)
Email: balexander@amfllp.com
Britt L. Karp (State Bar No. 278623)
Email: bkarp@amfllp.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811

Attorneys for Plaintiffs
MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>                 Plaintiffs,<br>    vs.<br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>                 Defendants.<br>_____<br>R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>                 Plaintiffs,<br>    vs.<br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>                 Defendants.<br>_____ | Case No: 1:21−CV−00378−KES-CDB<br>Hon. District Judge Kirk E. Sherriff<br><br>**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBITS**<br><br>Trial Date: March 11, 2025<br>Time: 8:30 a.m.<br>Dept.: Courtroom 6<br><br>Consolidated with Case No. 1:21−CV−01352−DAD−JLT |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiffs R.L., M.L., and H.L., minors, by and through guardian ad litem Roberta Haro; A.W., a minor, by and through her guardian ad litem Alisha White, ALISHA WHITE, MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS ("Plaintiffs") ("Plaintiffs") hereby submit the following objections to Defendants' Exhibit List [Dkt. 89, Attachment C] pursuant to this Court's Final Pretrial Order.

Date: February 25, 2025　　　　　ALEXANDER MORRISON + FEHR LLP
　　　　　　　　　　　　　　　　　TONI JARAMILLA, A Professional Law Corp.

　　　　　　　　　　　　　　　　　s/J. Bernard Alexander, III
　　　　　　　　　　　　　　　　　J. Bernard Alexander, III
　　　　　　　　　　　　　　　　　Toni Jaramilla
　　　　　　　　　　　　　　　　　Britt L. Karp
　　　　　　　　　　　　　　　　　Counsel for Plaintiffs MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS

Dated: February 25, 2025　　　　　Law Offices of Dale K. Galipo

　　　　　　　　　　　　　　　　　s/ Dale K. Galipo
　　　　　　　　　　　　　　　　　Renee V. Masongsong
　　　　　　　　　　　　　　　　　Dale K. Galipo
　　　　　　　　　　　　　　　　　Counsel for Plaintiffs, R.L., M.L., and H.L., minors, by and through guardian ad litem Roberta Haro; A.W., a minor, by and through guardian ad litem Alisha White; and Alisha White

| Def. Ex. | Description | Pl.'s Objection |
|---|---|---|
| A | All video capturing the incident, including that from Dennys, Wienerschnitzel and Montoya | FRE 401, 402, 403 |
| B | KCSO Call for Services Detail Report | FRE 401, 402, 403, 801, 802 |
| C | KCSO Incident Report No. 2020-00141469 and all supplemental Reports | FRE 403, 801, 802 |
| D | Audio recordings of all radio traffic concerning the incident | FRE 401, 402, 403, 801, 802 |
| E | All photographs taken as part of the KCSO investigation of the incident | FRE 401, 402, 403 |
| F | All recorded statements and interviews taken from witnesses to the incident, including audio and transcripts | FRE 401, 402, 403, 801, 802 |
| G | Text messages to and from Ayala immediately before the incident | FRE 401, 402, 403, 801, 802 |
| H | Diagrams, maps and overhead aerial views of the incident scene | |
| I | Kern County Coroner's records and reports pertaining to the death of Lewis | FRE 401, 402, 403, 801, 802; Pl.'s MIL No. 1 |
| J | NMS laboratory records relating to toxicological testing of Lewis specimens | FRE 401, 402, 403, 404, 801, 802; Pl.'s MIL No. 1 |
| K | Audio interview of Jason Ayala on 10/07/2020 | FRE 401, 402, 403, 801, 802 |

| | | |
|---|---|---|
| L | Transcript of interview of Jason Ayala on 10/07/2020 (Bates 01366-01426) | FRE 401, 402, 403, 801, 802 |
| M | Audio interview of Jessica Salcedo on 10/03/2020 | FRE 401, 402, 403, 801, 802 |
| N | Transcript of Jessica Salcedo interview (Bates 01346-01365) | FRE 401, 402, 403, 801, 802 |
| O | Audio interview of Destiny Salcedo on 10/03/2020 | FRE 401, 402, 403, 801, 802 |
| P | Transcript of Destiny Salcedo interview (Bates 01321-01345) | FRE 401, 402, 403, 801, 802 |
| Q | Audio interview of Jeremy Terletter on 10/02/2020 | FRE 401, 402, 403, 801, 802 (impeachment only) |
| R | Transcript of interview with Jeremy Terletter (Bates 01289-01320) | FRE 401, 402, 403, 801, 802 (impeachment only) |
| S | Audio/video interview of Marlyn Komnenus on 10/02/2020 | FRE 401, 402, 403, 801, 802 |
| T | Transcript of interview with Marlyn Komnenus (Bates 01263-01288) | FRE 401, 402, 403, 801, 802 |
| U | Audio interview with Nicholas Montoya on 10/02/2020 | FRE 401, 402, 403, 801, 802 (impeachment only) |
| V | Transcript of interview with Nicholas Montoya (Bates 01207-01231) | FRE 401, 402, 403, 801, 802 (impeachment only) |
| W | Transcript of cellphone video taken by Nicholas Montoya (Bates 01201-01206) | FRE 401, 402, 403, 801, 802 (impeachment only) |
| X | Mojave OIS final video | FRE 401, 402, 403, 801, 802 |
| Y | All graphics from the expert report of Rocky L. Edwards and Heather Heider (10 graphics) | |

| | | |
|---|---|---|
| Z | All graphics from the expert report of Paris Ward (13 graphics) | FRE 401, 402, 403; Pl.'s MIL No. 1 |
| aa | California Police Officer Standards and Training ("POST") Basic Learning Domain #1 – Leadership, Professionalism and Ethics | FRE 403, 801, 802 |
| bb | California POST Basic Learning Domain #2 – Criminal Justice System | FRE 403, 801, 802 |
| cc | California POST Basic Learning Domain #3 – Policing in the Community | FRE 403, 801, 802 |
| dd | California POST Basic Learning Domain #3 – Policing in the Community | FRE 403, 801, 802 |
| ee | California POST Basic Learning Domain #19 – Vehicle Operations | FRE 403, 801, 802 |
| ff | California POST Basic Learning Domain #20 – Use of Force | FRE 403, 801, 802 |
| gg | California POST Basic Learning Domain #21 – Patrol Techniques | FRE 403, 801, 802 |
| hh | California POST Basic Learning Domain #22 – Vehicle Pullovers | FRE 403, 801, 802 |
| ii | California POST Basic Learning Domain #23 – Crimes in Progress | FRE 403, 801, 802 |
| jj | California POST Basic Learning Domain #33 – Arrest and Control | FRE 403, 801, 802 |

| kk | California POST Basic Learning Domain #35 – Firearms/Chemical Agents | FRE 403, 801, 802 |

Date: February 25, 2025

ALEXANDER MORRISON + FEHR LLP
TONI JARAMILLA, A Professional Law Corp.

s/J. Bernard Alexander, III
J. Bernard Alexander, III
Toni Jaramilla
Britt L. Karp
Counsel for Plaintiffs MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS

Dated: February 25, 2025

Law Offices of Dale K. Galipo

s/ Dale K. Galipo
Renee V. Masongsong
Dale K. Galipo
Counsel for Plaintiffs, R.L., M.L., and H.L., minors, by and through guardian ad litem Roberta Haro; A.W., a minor, by and through guardian ad litem Alisha White; and Alisha White

PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBITS
4