October 25, 2022

**MEA File Number: 516772**

Toni Jaramilla, Esq                           J Bernard Alexander III, Esq.
Toni Jaramilla, A Professional Law Corp       Alexander Morrison & Fehr
1900 Ave of the Stars, Suite 900              1900 Ave of the Stars, Suite 900
Los Angeles, CA 90067                         Los Angeles, CA 90067

**Re: Mickel Erich Lewis, Jr., et al. vs. Kern County, Deputy Jason Ayala, et al.
Incident Date: 10/2/2020**

Attached please find my biomechanics report for the above-captioned matter. If you have any questions or additional requirements, please do hesitate to contact me. Thank you for asking us to assist you in this matter.

Yours very truly,
**MEA Forensic Engineers & Scientists Inc**

John C Gardiner, PhD PE
Principal, Senior Biomechanical Engineer

www.meaforensic.com    23281 Vista Grande Drive, Suite A   T: 949 855 4632
                        Laguna Hills, CA 92653                  877 855 5322
                        USA                                     F: 949 855 3340

**mea forensic**
Los Angeles · Vancouver · Toronto

# Biomechanics Report

Re:              Mickel Erich Lewis, Jr., et al. vs. Kern County, Deputy
                 Jason Ayala, et al.
Incident Date:   October 2, 2020

**Prepared for:**

Toni Jaramilla, Esq                         J Bernard Alexander III, Esq.
Toni Jaramilla, A Professional Law Corp     Alexander Morrison & Fehr
1900 Ave of the Stars, Suite 900            1900 Ave of the Stars, Suite 900
Los Angeles, CA 90067                       Los Angeles, CA 90067

**Principal Author:**

*[signature]*

_____

John C Gardiner, PhD PE
Principal, Senior Biomechanical Engineer

Report Date:        10/25/2022

MEA File Number:    516772

www.meaforensic.com   23281 Vista Grande Drive, Suite A   T: 949 855 4632
                      Laguna Hills, CA 92653              877 855 5322
                      USA                                 F: 949 855 3340

**TABLE OF CONTENTS**

1.0   QUALIFICATIONS ................................................................................................ 1
2.0   INSTRUCTIONS ................................................................................................... 1
3.0   BACKGROUND .................................................................................................... 1
   3.1   Incident summary ........................................................................... 1
   3.2   Scene photographs ........................................................................ 2
   3.3   Deposition testimony and interviews ............................................. 3
      3.3.1   Deposition testimony of Deputy Jason Ayala ......................... 3
   3.4   Summary of autopsy reports ......................................................... 4
4.0   ANALYSIS ......................................................................................................... 8
   4.1   MEA scene inspection .................................................................... 8
   4.2   Bullet wound analysis and reconstruction ..................................... 8
5.0   CONCLUSIONS .................................................................................................14


APPENDIX A - CURRICULUM VITAE OF JOHN GARDINER, PHD PE
APPENDIX B – DEPOSITION AND TRIAL TESTIMONY OF JOHN GARDINER, PHD PE
APPENDIX C – SUPPLIED MATERIALS



## 1.0 QUALIFICATIONS

John C Gardiner, PhD PE, is responsible for the contents of this report. My education, background, experience, and publications are described in my attached curriculum vitae (Appendix A). In brief, I hold a BS degree in Mechanical Engineering from the University of Minnesota and a PhD in Bioengineering from the University of Utah. I am a Professional Engineer, licensed as a Professional Mechanical Engineer by the State of California. I am a member of the Orthopaedic Research Society, the American Society of Biomechanics, the American Society of Mechanical Engineers, and the Society of Automotive Engineers. I am a Principal and Senior Biomechanical Engineer at MEA Forensic Engineers & Scientists where I conduct accident reconstruction and biomechanical analyses of a variety of events including automobile collisions, slip/fall, trip/fall, sports injuries, assaults, and shootings.

I have qualified to testify in the courts with expertise in the areas of accident reconstruction and injury biomechanics. A list of my history of deposition and trial testimony is attached in Appendix B. My hourly rate for all work performed on this matter is $525/hour.

## 2.0 INSTRUCTIONS

I was instructed to review the supplied materials listed in Appendix C and perform a biomechanical reconstruction analysis of the officer involved shooting incident that occurred on October 2, 2020 near the intersection of Mono St. and K St. in Mojave, California. The analysis and opinions contained herein are based on my review of the supplied materials, my inspection of the accident scene on October 18, 2022, and analysis of the sustained bullet wounds of Mr. Lewis.

## 3.0 BACKGROUND

### 3.1 Incident summary

On October 2, 2020 Mr. Mickel Lewis sustained fatal gunshot wounds from multiple shots from a Glock 22 .40 caliber handgun fired by Deputy Jason Ayala of the Kern County Sheriff's Office. The shooting occurred after Mr. Lewis exited the black Chevrolet Suburban he was driving following a traffic stop. There were three female passengers in the Lewis vehicle.



### 3.2 Scene photographs

The supplied photographs show the stopped location of the Lewis Chevrolet and the supine rest position of Mr. Lewis following the shooting.



**Figure 1. Supplied photograph showing post-shooting position of vehicles and Mr. Lewis.**





**Figure 2. Supplied photograph showing post-shooting position of vehicles and Mr. Lewis.**

### 3.3   Deposition testimony and interviews

#### 3.3.1   Deposition testimony of Deputy Jason Ayala

In his deposition testimony, Deputy Ayala described firing four or five shots with his Glock 22, .40 caliber semiautomatic handgun.

Just prior to the shooting, Deputy Ayala described that he was standing behind and east of the rear bumper of the Lewis vehicle and Mr. Lewis had re-entered the driver's door and sat down. Mr. Lewis was in the car for about 5 seconds and had his hands under the seat. Deputy Ayala testified that Mr. Lewis then exited the vehicle and ran towards Deputy Ayala. Deputy Ayala further described that Mr. Lewis's right hand was behind his body and not visible, Mr. Lewis's left hand was visible in front or to the side of his body as Mr. Lewis ran towards him and he shot Mr. Lewis. Deputy Ayala described backing up as he was shooting Mr. Lewis. He believes Mr. Lewis rotated his body counterclockwise when he exited the vehicle. When Mr. Lewis fell to the ground after being shot he landed on his back.

"Q. At some point did you see him going to the ground? A. Yes. Q. Did you think it was appropriate to shoot him as he was going to the ground? A. So after I shot and saw him stop running towards me, I stopped shooting, and then he turned around. Q. Okay. And



when he stopped running towards you, was he still facing you? A. Yes. Q. Was his back exposed to you at any time during the shots? A. No."

Deputy Ayala described taking several steps backwards as Mr. Lewis was running towards him. All shots were fired while Mr. Lewis was moving towards Deputy Ayala and before Mr. Lewis was on the ground.

### 3.4   Summary of autopsy reports

Forensic pathologist Eugene Carpenter, MD performed an autopsy of Mr. Lewis on October 8, 2020 at the Kern County Sheriff's Officer, Coroner Section. The cause of death was determined to be multiple gunshot wounds. Numerous photographs were taken during the autopsy including several with steel rods used to illustrate bullet trajectories. Five gunshot wounds were described as follows:

1. Projectile #1 hits at the upper lateral right upper arm shoulder region and travels to the left, slightly toward the back, and slightly downward through the neck of the right humerus causing complete fracturing, then the chest wall, then the lung, and then into the upper thoracic spine where the copper jacket and slug are recovered in two portions. These are turned over to the technician near the autopsy table on the day of the autopsy. This is a lethal wound.
2. Projectile #2 hits at the upper right chest and travels downward, toward the back and a little to the right through lung and liver to penetrate into the posterior lower right chest wall and then be trapped underneath the skin of the lower right back. This is at the 11th intercostal space. It is recovered and turned over to the technician on the day of the autopsy near the autopsy table. This is a lethal wound. The hole in the liver is about 6 x 6 x 5 cm in volume. It is fairly central to the right lobe of the liver. There is a 1/4 inch tear over the top of the projectile representing a near exit wound.
3. Projectile #3 hits at the mid anterior right chest just medial and just a little bit below the level of the right nipple. It also proceeds through the lower lobe of the left lung, the diaphragm, the liver and the medial portion of the right kidney and then into the psoas muscle to be found at the superior posterior medial right pelvis region near the sacrum. It is recovered and transferred to the technician near the autopsy table on the day of the autopsy.
4. Projectile #4 hits at the upper left back near the midline and travels downward and toward the front through lung to almost exit the front left and upper anterior chest wall. There is a near exit that is about 3/4 inch long and about 1/4 inch wide without any marginal abrasion. The projectile is recovered within 1/2 inch of this area underneath the skin of the anterior chest wall. It is transferred to the technician near the autopsy table on the day of the autopsy. This is a lethal wound.
5. Projectile #5 hits at the lateral left mid lateral back and proceeds to the right and toward the front and a bit upward through the tissues near the upper pole of the left kidney and then completely destroys the aorta to continue across the body and hit the inner surface of the lateral right chest wall causing superficial damage to the inner chest wall and then bouncing into the chest cavity area or even the



5

abdominal cavity area. It is found free in that general area after the organs are pulled away. This is a lethal wound.



**Figure 3. Autopsy photographs.**





**Figure 4. Autopsy diagram with bullet wound numbering.**

A secondary autopsy was performed by Forensic pathologist John Hiserodt, MD PhD on October 15, 2020 at the Inglewood Mortuary. Dr. Hiserodt described six gunshot wounds to the torso:

- GSW #1: (Potentially fatal)
    - [Labeled as GSW #4 entrance for Kern County autopsy]



- Entrance: Left upper back, 14" below the top of the head and 1" to the left of midline, 9 x 9 mm in diameter, No soot or powder stippling.
- Pathway of Bullet: Penetration of the tissue of the left upper back area, entering chest cavity through 3rd intercostal space, posteriorly (fracturing 4th rib), perforating (through-and-through) left upper lobe of lung, and coming to rest in the anterior chest cavity. Bullet recovered by Coroner.
- Exit: No exit. Bullet recovered from anterior chest cavity by Coroner.
- Trajectory of Bullet: Back to front.
- GSW #2: (Potentially fatal)
  - [Labeled as GSW #5 entrance for Kern County autopsy?]
  - Entrance: Left lateral back, 20" below the top of the head and 8" to the left of the midline, 9 x 9 mm in diameter, No soot or powder stippling.
  - Pathway of Bullet: Penetration of the tissue of the left lateral back area, entering chest cavity through 8th intercostal space, posteriorly (fracturing rib 8 posteriorly), perforating the right kidney, and coming to rest in the anterior abdominal cavity.
  - Exit: No exit. Bullet recovered from anterior abdominal cavity by Coroner.
  - Trajectory of Bullet: Back to front and slightly right to left.
- GSW #3: (Potentially fatal)
  - [Listed as GSW #2 exit for Kern County autopsy, discrepancy on direction]
  - Entrance: Right lower back area, 25" below the top of the head and 3.5" to the right of the midline, entrance is mutilated within a large incised area by Coroner, No soot or powder stippling is present.
  - Pathway of Bullet: Penetration of the tissue of the right lower back area, entering the abdominal cavity through 10th intercostal space, perforating (through-and-through) right lobe of the liver and hitting the 6th rib, anteriorly, fracturing the rib and coming to rest in the soft tissue around the 6th rib.
  - Exit: No exit. Bullet recovered from the soft tissue around the right anterior 6th rib by the Coroner.
  - Trajectory of Bullet: Back to front and slightly left to right.
- GSW #4: (Potentially fatal)
  - [Labeled as GSW #1 for Kern County autopsy]
  - Entrance: Right lateral shoulder (deltoid muscle), 9 x 8 mm in diameter, no soot or powder stippling.
  - Pathway of Bullet: Penetration of the tissue and muscle of right shoulder, then penetration of the chest cavity, entering by fracturing rib 3 (laterally), perforating the right upper lung lobe



- through-and-through and crossing the midline to penetrate the left upper lobe of the lung. Bullet recovered from chest cavity by Coroner.
- Exit: No exit. Bullet recovered from chest cavity by Coroner.
- Trajectory of Bullet: Directly right to left.
  - GSW #5: (Potentially fatal)
    - [Labeled as GSW #2 for Kern County autopsy]
    - Entrance: Right antero-lateral chest wall, 12" below the top of the head and 4" to the right of the midline, 12 x 8 mm in diameter, No soot or powder stippling.
    - Pathway of Bullet: Penetration of the tissue of the right antero-lateral chest, entering chest cavity through 3rd intercostal space (fracturing 4th rib), perforating (through-and-through) right lobe of the liver, and hitting the T6 vertebral body and coming to rest within the substance of T6 vertebral body. Bullet recovered by Coroner.
    - Exit: No exit. Bullet recovered from posterior chest cavity by Coroner.
    - Trajectory of Bullet: Front to back and slightly right to left.
  - GSW #6. (Potentially fatal)
    - [Labeled as GSW #3 for Kern County autopsy]
    - Entrance: Left upper anterior chest wall, 16" below the top of the head and 2.5" to the left of the midline,12 x 9 mm in diameter, No soot or powder stippling.
    - Pathway of Bullet: Penetration of the tissue of the left anterior chest, entering chest cavity through 1st intercostal space (fracturing rib 2), perforating (through-and-through) left upper lobe of lung, and hitting and fracturing Rib 3, posteriorly.
    - Exit: No exit. Bullet recovered from posterior chest cavity by Coroner.
    - Trajectory of Bullet: Front to back and slightly right to left.

### 4.0 ANALYSIS

### 4.1 MEA scene inspection

I inspected the subject location on October 18, 2022. Photographs were taken of the scene and a 3D Faro scanner was used to measure the 3D geometry of the scene.

### 4.2 Bullet wound analysis and reconstruction

The bullet wound directions as described in the autopsy reports and photographs is further described in the figures below. The red labeled wound numbers correspond to the wound numbering of the Kern County Autopsy.





**Figure 5. Autopsy photo with bullet wound numbering.**



**Figure 6. Autopsy photo with bullet wound numbering.**





**Figure 7. Autopsy photo with bullet wound numbering.**



**Figure 8. Autopsy photo with bullet wound numbering.**





**Figure 9. Autopsy photo with bullet wound numbering.**



**Figure 10. Autopsy photo with bullet wound numbering.**





**Figure 11. Autopsy photo with bullet wound numbering.**





**Figure 12. Diagram of Kern County Autopsy bullet wound numbering.**



**Figure 13. Diagram of John Hiserodt, MD autopsy bullet wound numbering.**



**5.0 CONCLUSIONS**

- The gunshot wounds sustained by Mr. Lewis were the result of bullet entries to the back, chest, and top of the right shoulder.

- The totality of the gunshot wounds sustained by Mr. Lewis are not consistent with Deputy Ayala's description that Mr. Lewis was running towards the deputy and facing the deputy while all shots were fired.

- The downward trajectory of wounds 1, 2, and 3 (as defined by the Kern County Autopsy Report) are consistent with occurring while Mr. Lewis was falling forwards towards Deputy Ayala.

- The gunshot wounds that entered the back of Mr. Lewis (wounds 4 and 5 on the Kern County Autopsy Report) are consistent with occurring as his back was facing Deputy Ayala as Mr. Lewis was exiting the parked vehicle while rotating clockwise.

