|   |   |
|---|---|
| MICKEL ERICK LEWIS, JR., *et al.*, | Case No. 1:21-cv-00378-KES-CDB |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW AS TO ATTORNEY MAY MALLARI |
| v. | |
| KERN COUNTY, *et al.*, | (Doc. 113) |
| Defendants. | Clerk of the Court to Update Docket |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

On February 27, 2025, counsel for Plaintiff Mickel E. Lewis, Jr., *et al.* ("Plaintiffs"), filed a motion for withdrawal of May Mallari as counsel of record. (Doc. 113). Plaintiffs note at least one member of Ms. Mallari's firm or agency will continue to serve as counsel for Plaintiffs. *Id.* at 2. As such, Mallari's withdrawal does not leave Plaintiffs without counsel and is in compliance with Local Rule 182(d).

The Court notes that Plaintiffs' filing requesting withdrawal incorrectly identifies this action's forum as the Central District of California, in violation of Local Rule 133(g). The Court admonishes Plaintiffs to make all future filings in compliance with the Local Rules of this Court.

Accordingly, IT IS HEREBY ORDERED, the Clerk of the Court is DIRECTED to terminate May Mallari as counsel for Plaintiffs.

IT IS SO ORDERED.

Dated: __March 3, 2025__                              _____
                                                                              UNITED STATES MAGISTRATE JUDGE