MARGO A. RAISON, COUNTY COUNSEL
By: Marshall S. Fontes, Chief Deputy (SBN 139567)
Andrew C. Hamilton, Deputy (SBN 299877)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: sfontes@kerncounty.com
       ahamilton@kerncounty.com
       marshallkim@kercounty.com

Attorneys for Defendant County of Kern (erroneously sued as "Kern County")

James D. Weakley, Esq.      Bar No. 082853
Brande L. Gustafson, Esq.   Bar No. 267130
WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Email: Jim@walaw-fresno.com
       Brande@walaw-fresno.com

Attorneys for Defendant Deputy Jason Ayala

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No. 1:21−CV−01352−DAD−JLT*<br><br>**DEFENDANT, COUNTY OF KERN'S PROPOSED VOIR DIRE**<br><br>Judge: Hon. District Judge Kirk E. Sherriff<br>Department: 6<br>Date: March 11, 2025<br>Time: 8:30 a.m. |

| | |
|---|---|
| 1 | R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr., |
| | Plaintiffs, |
| | vs. |
| | COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive, |
| | Defendants. |

Defendant, County of Kern (erroneously sued as "Kern County") and Deputy Jason Ayala (hereinafter "County Defendants"), hereby submit the following Proposed Voir Dire. Defendants request the Court ask for explanations when appropriate:

1. Please state your name and city or area of residence.
2. Would you briefly tell us about your educational background?
3. What is the highest level of education that you have achieved?
4. What degrees or other certifications do you have?
5. What is your occupation?
6. How long have you worked in that field?
7. What do you do in your work?
8. What is your marital status?
9. If married, what does your husband/wife do?
10. Do you have any children?
11. What are their current ages?
12. What type of work do your children do?
13. What city and county do you live in?
14. Have you ever lived in Kern County?

–2–

15. Do you know any of the parties in this case?

16. Do you know any of the witnesses in this case?

17. Do you know any of the attorneys in this case?

18. Have you ever had any dealings or experiences with Kern County Sheriff's Office or its employees? If so, did that experience leave you with any negative feelings?

19. Have you ever had any dealings or experience with Kern County Jail or its employees? If so, did that experience leave you with any negative feelings?

20. Do you have any particular feelings about Sheriff's deputies?

21. Would you have difficulty being fair and impartial while serving on a jury during a lawsuit against a Kern County Sheriff's deputy? Please explain your answer.

22. Does anyone close to you, work for a government agency, city, county, state or federal ?

23. Do you have any close friends or relatives who are employed in fields pertaining to law enforcement?

24. Have you, a friend, family member, or someone close to you, ever believed that your/their civil rights had been violated? Please explain.

25. Have you ever had any dealings or experience with Sheriff's deputies? If so, how did that experience leave you feeling about Sheriff's Deputies?

26. Have you ever had any dealings with any Kern County Agency that you felt was not handled fairly or appropriately? If so, please explain.

27. Have you ever been a party to any litigation? If so, was there a satisfactory outcome to that litigation?

28. Have you, your friends, family members, or someone close to you, ever been involved in any type of lawsuit? If so, was that lawsuit or claim resolved satisfactorily?

29. Have you, your friends, family members or someone close to you ever received any legal training?

30. Have you ever served on a jury before?

31. If so, was your jury experience in federal or state court?

–3–

Defendants' Proposed Voir Dire

32. On what type of case(s) did you serve as a juror? Civil or Criminal?

33. Did you reach a verdict?

34. Were you satisfied with your experience?

35. Was there anything that occurred in your prior jury service which would affect your ability to serve as a juror on this case?

36. Have you, a family member, or someone close to you, ever been shot by law enforcement?

37. Is there any matter about which you have not been asked that would make it difficult for you to act as an impartial juror in this case?

38. Is there any reason you know of why you should not act as a juror in this case?

39. Do you have any feelings about the subject matter of this lawsuit that would make it difficult for you to be a fair and impartial juror?

40. If you were chosen to serve as a juror in this case, would you accept the law that the court gives you even if you personally disagree with the instruction?

41. If you serve as a juror in this case, can you assure us that you will not share your own personal feelings and personal opinions regarding the law with the jury while you are deliberating and rely solely on the law that the court gives you?

42. Is there anything about the facts that I have read to you that makes you believe that you are leaning for one side rather than the other? Is there anything that would prevent or make it difficult for you to be a fair and impartial juror? Please explain?

43. Will you be able to listen to all of the evidence in this case without any preconceived ideas or conclusions, and be willing to wait until the end of the presentation of all evidence and testimony, before deliberating about what happened?

44. Do any of you believe that the defendants must have done something wrong since a lawsuit has been filed?

45. How do you feel about law enforcement?

/ / /

/ / /

46. Have you, any family member, close relative, or friend ever been arrested by any law enforcement officer? If so, please explain. Will that experience affect your ability to be fair and impartial in this case?

47. Have you, any family member, close relative, or friend ever had any negative contact with the County of Kern or any of its agencies?

48. Do you know of anyone who has been injured by a law enforcement officer? If so, please explain.

49. Have you or any family members or close friends ever filed a lawsuit seeking money damages? If so, please explain.

50. Have you seen or heard any news coverage regarding the County of Kern Sheriff's Department?

- What have you heard or seen?
- When did you see or hear the news coverage reports?
- What opinions or thoughts did you have when you heard or saw these reports?
- What was the source of the report (i.e. local newspaper/TV, national newspaper/TV)?

51. Are any of you gun owners?

52. Are any of you opposed to gun ownership? Why?

53. During this trial you may be shown photographs of someone who was shot and died. Is that going to affect your ability to be objective and focused on the trial?

54. During this trial you may be shown autopsy photographs of someone. Is that going to affect your ability to be objective and focused on the trial?

55. Is anybody familiar with the town of Mojave?

56. If so, this incident happened near the intersection of K Street and Mono Street. Are you familiar with that area?

/ / /

/ / /

/ / /

–5–

Defendants' Proposed Voir Dire

57. Is there any reason why you think you should not sit as a juror in this case?

Dated: March 4, 2025　　　　　　　　　MARGO A. RAISON, COUNTY COUNSEL

By:  */s/ Andrew C. Hamilton*
Marshall S. Fontes, Chief Deputy
Andrew C. Hamilton, Deputy
Kimberly L. Marshall, Deputy
Attorneys for Defendants, County of Kern
(erroneously sued as "Kern County")

Dated: March 4, 2025

WEAKLEY & ARENDT
A Professional Corporation

By:  */s/ James D. Weakley*
James D. Weakley
Brande L. Gustafson
Attorneys for Defendant Deputy Jason Ayala