LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

Attorneys for Plaintiffs, R.L., M.L., and H.L., by and through guardian *ad litem* Roberta Haro; A.W., by and through guardian *ad litem* Alisha White, Alisha White

TONI JARAMILLA, A Professional Law Corp.
Toni J. Jaramilla, Esq. (SBN 174625)
Toni@tjjlaw.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019

ALEXANDER MORRISON + FEHR LLP
J. Bernard Alexander, III (State Bar No. 128307)
balexander@amfllp.com
Britt L. Karp (State Bar No. 278623)
bkarp@amfllp.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811

Attorneys for Plaintiffs, MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEL ERICK LEWIS JR, et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>COUNTY OF KERN and JASON AYALA,<br><br>    Defendants. | Case No: 1:21−CV−00378−KES-CDB<br><br>Assigned to:<br>Hon. District Judge Kirk E. Sherriff<br>Hon. Magistrate Judge Charles D. Breyer<br><br>**PLAINTIFFS' [PROPOSED] VOIR DIRE** |
| R.L., et al.,<br><br>    Plaintiffs,<br><br> vs.<br><br>COUNTY OF KERN and JASON AYALA,<br><br>    Defendants. | |

PLAINTIFFS' [PROPOSED] VERDICT FORM

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

    **PLEASE TAKE NOTICE THAT** Plaintiffs hereby submit their [Proposed] Voir Dire.

Respectfully submitted,

DATED: March 4, 2025        LAW OFFICES OF DALE K. GALIPO

                                      By      */s/ Dale K. Galipo*
                                              Dale K. Galipo
                                              Renee V. Masongsong
                                              Attorneys for Plaintiffs R.L., M.L., H.L., A.W., and ALISHA WHITE

DATED: March 4, 2025        ALEXANDER MORRISON + FEHR LLP

                                      TONI JARAMILLA, A Professional Law Corp.

                                      By      *s/ J. Bernard Alexander, III*
                                           J. Bernard Alexander, III
                                           Toni Jaramilla
                                           Britt L. Karp
                                           Counsel for Plaintiffs MICKEL ERICK LEWIS, JR., ORIONA LEWIS and BRIONA LEWIS

## **PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

Plaintiffs hereby respectfully request the Court to ask the jury panel the following proposed voir dire questions as set forth below:

### **Questions re: Peace Officer Bias**

1. Would you be more likely to believe a police officer's testimony over the testimony of a non-police officer?
2. Do you think a police officer who is a defendant in a civil case is capable of testifying falsely under oath?
3. Are you or any of your family members or close friends current or former government employees or police officers? If yes, what agency and what type of job?
4. Are you or any of your family members or close friends current or former service members in any division or branch of our military? If yes, what division or branch and what type of job?
5. Are you or is anyone you know a current or former police officer? If yes, who, what agency, and how long?
6. Have you or has anyone you know attended or applied to attend any law enforcement academy or basic training?
7. Have you applied to or are you a member of any branch of the armed forces?
8. Have you or anyone you know worked as or applied to work as a firefighter, paramedic, or other type of emergency response personnel?
9. Does anyone feel that police officers have been unfairly portrayed in the media with respect to the use of force? In what way?
10. Has anyone seen a video, or heard a statement from the Kern County Sheriff's Department, describing or discussing the shooting of a citizen during a traffic stop?

**Questions re: Juror Connection to Defendants**

11. Have you, a family member, or any of your close friends had any contact or association with the Kern County Sheriff's Department, or any of their employees? If so, please describe the circumstances of the contact or association.
    a) If so, would you view the evidence in this case differently because of your past experience with the Kern County Sheriff's Department, or any of their employees?
12. Are you or is anyone you know a current or former employee of the Kern County Sheriff's Department? If so:
    a) Who do you know?
    b) What is or was their job?
    c) How long were they employed?
    d) Would you view the evidence in this case differently because of your past experience with the Kern County Sheriff's Department, or any of their employees?

**Questions re: Justiciability of Peace Officer Conduct**

13. Do you agree or disagree that society should hold police officers liable in court when they violate an individual's constitutional rights?
14. Do you agree or disagree that police officers or the entity they work for should pay money damages when they violate an individual's constitutional rights?
15. Do you agree or disagree that police officers should be able to use as much force as they want when arresting someone?
16. Do you agree or disagree that our society should restrict the amount of force that police officers can use?

**Questions re: General Juror Bias & Bias Against Actions for Money Damages**

17. Do you think that because the defendants are denying responsibility for this incident, they are probably not responsible?
18. Is there anybody that would hold it against the plaintiffs simply because they have pursued this case to trial?