MARGO A. RAISON, COUNTY COUNSEL
Marshall S. Fontes, Chief Deputy (SBN 139567)
By: Andrew C. Hamilton, Deputy (SBN 299877)
Kimberly L. Marshall, Deputy (SBN 186838)
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: sfontes@kerncounty.com
          ahamilton@kerncounty.com
          marshallkim@kerncounty.com

Attorneys for Defendant County of Kern (erroneously sued as "Kern County")

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICHAEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiffs,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 1:21-CV-00378-KES-CDB<br><br>**CHANGE OF COUNSEL** |

Defendant, County of Kern (erroneously sued as "Kern County"), through their attorney of record, Margo A. Raison, Kern County Counsel, hereby changes Andrew C. Hamilton, Deputy and Kimberly L. Marshall, Deputy, 1115 Truxtun Avenue, Fourth Floor, Bakersfield, California, 93301, telephone (661) 868-3800 as attorneys for Defendant, County of Kern, in place and stead of Marshall S. Fontes, Chief Deputy.

Dated: March 5, 2025                                    MARGO A. RAISON, COUNTY COUNSEL

                                                        By: /s/ Andrew C. Hamilton
                                                            Marshall S. Fontes, Chief Deputy
                                                            Andrew C. Hamilton, Deputy
                                                            Kimberly L. Marshall, Deputy
                                                            Attorneys for Defendants, Kern County

–1–