1   **LAW OFFICES OF DALE K. GALIPO**
2   Dale K. Galipo, Esq. (SBN 144074)
    dalekgalipo@yahoo.com
3   Renee V. Masongsong, Esq. (SBN 281819)
    rvalentine@galipolaw.com
4   21800 Burbank Boulevard, Suite 310
    Woodland Hills, CA 91367
5   Tel: (818) 347-3333 / Fax: (818) 347-4118

6   Attorneys for Plaintiffs
    R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro; A.W., a
7   minor, by and through guardian *ad litem* Alisha White, and ALISHA WHITE

8   **ALEXANDER MORRISON + FEHR LLP**
    J. Bernard Alexander, III (State Bar No. 128307)
9   balexander@amfllp.com
    Britt L. Karp (State Bar No. 278623)
10  bkarp@amfllp.com
    1900 Avenue of the Stars, Suite 900
11  Los Angeles, California 90067
    T: (310) 394-0888 | F: (310) 394-0811

12  Attorneys for Plaintiffs
    MICKEL ERICK LEWIS JR, ORIONA LEWIS
13  and BRIONA LEWIS

14                **UNITED STATES DISTRICT COURT**
                  **EASTERN DISTRICT OF CALIFORNIA**
15

16  | MICKEL ERICK LEWIS JR, et al., | Case No. 1:21-cv-00378-KES-CDB |
    |---|---|
17  | Plaintiffs, | *Consolidated with:* Case No. 1:21-cv-01352-DAD-JLT |
18  | v. | |
19  | COUNTY OF KERN and JASON AYALA, | **PLAINTIFFS' FIRST AMENDED EXHIBIT LIST** |
20  | | |
21  | Defendants. | Trial: March 11, 2025 Time: 8:30 a.m. |
22  | | Courtroom: 6, 7th Floor 2500 Tulare Street |
23  | R.L., et al., Plaintiffs, | Fresno, CA 93721 |
24  | v. | |
25  | COUNTY OF KERN and JASON AYALA, | |
26  | Defendants. | |
27
28

PLAINTIFFS' FIRST AMENDED EXHIBIT LIST

**TO THIS HONORABLE COURT:**

Plaintiffs R.L., M.L., and H.L., minors, by and through guardian ad litem Roberta Haro; A.W., a minor, by and through her guardian ad litem Alisha White, ALISHA WHITE, and MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS ("Plaintiffs") hereby submit the following Amended Exhibit List clarifying the categories contained in Exhibit B to the Final Pretrial Order (Dkt. 89.) and addressing duplication.

| Exh. | Description |
|---|---|
| 1. | Denny's Video (19400300) |
| 2. | Video, Channel 15  20201002211000.avi. (9:59) |
| 3. | Transcript of Audio-Recorded Interview of Jason Ayala (COK 01366-1426) |
| 4. | Audio-Recorded Interview of Jason Ayala, (38:40) |
| 5. | Photographs of Scene<br>KCSO 00270<br>KCSO 00271<br>KCSO 00273-76<br>KCSO 00281-82<br>KCSO 00285-303<br>KCSO 00328<br>KCSO 00315-17<br>KCSO 00322-23<br>KCSO 00347<br>KCSO 00350<br>KCSO 00352-53<br>LEWIS 42, 43, 45 |
| 6. | Photographs of Jason Ayala and his weapon<br>KCSO 00370<br>KCSO 00376<br>KCSO 00379-81 |
| 7. | Wienerschnitzel Surveillance Video Ch. 16 (Enlarged 4X) |
| 8. | Relevant Portions of the Autopsy Report (KCSO- 00938-00961) |
| 9. | Autopsy Photographs |

|   | KCSO 00399 |
|---|---|
|   | KCSO 00403 |
|   | KCSO 00416 |
|   | KCSO 00418 |
|   | KCSO 00420 |
|   | KCSO 00422 |
|   | KCSO 00424 |
|   | KCSO 00425 |
|   | KCSO 00427 |
|   | KCSO 00428 |
|   | KCSO 00430 |
|   | KCSO 00441 |
|   | KCSO 00443 |
| 10. | Photographs of Plaintiffs with Decedent / Family Photographs |
| 11. | Funeral and Burial Expenses (LEWIS000051-000057) |
| 12. | Bystander Videos from Scene of Incident (LEWIS31-34) |
| 13. | Photographs and Videos relating to claim by Plaintiffs Brianna Lewis, Oriona Lewis and Mickel Lewis, Jr. arising from conduct by Kern County Deputies after the incident |
| 14. | Diagrams by Plaintiffs' Expert, John Gardiner |

Respectfully submitted,

Dated: March 5, 2025                LAW OFFICES OF DALE K. GALIPO

                            By:        /s/ Renee V. Masongsong
                                Dale K. Galipo
                                Renee V. Masongsong
                                Attorneys for Plaintiffs, R.L., M.L., H.L., A.W., and Alisha White


Date: March 5, 2025                ALEXANDER MORRISON + FEHR LLP

                            TONI JARAMILLA, A Professional Law Corp.

                            s/J. Bernard Alexander, III
                            J. Bernard Alexander, III
                            Toni Jaramilla
                            Britt L. Karp
                            Counsel for Plaintiffs MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS