MARGO A. RAISON, COUNTY COUNSEL
By: Andrew C. Hamilton, Deputy (SBN 299877)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: ahamilton@kerncounty.com
　　　　 marshallkim@kercounty.com

Attorneys for Defendant County of Kern (erroneously sued as "Kern County")

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>　　　　　Defendant.<br><hr>R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21−CV−01352−DAD−JLT*<br><br>**DEFENDANTS' JOINT EXHIBIT LIST**<br><br>**Date:**　　　March 11, 225<br>**Time:**　　　8:30 a.m.<br>**Location:**　Courtroom 6<br>**Judge:**　　Hon. Judge Kirk E. Sherriff |

　　　Defendants' list the following Exhibits that may be introduced into evidence at the time of

---
DEFENDANTS' JOINT EXHIBIT LIST

Trial.

**DEFENDANTS' EXHIBITS**

| NO. | IDENTIFICATION | DATE ID | DATE ADMITTED |
|---|---|---|---|
| A | Kern County Sheriff's Office Incident/Investigation Report & Supplemental Reports, Case No. 2020-00141469 | | |
| B | Video from Denny's Restaurant | | |
| C | Wienerschnitzel Surveillance video - ch11_20201002211000 | | |
| D | Wienerschnitzel Surveillance video - ch14_20201002211000 | | |
| E | Wienerschnitzel Surveillance video - ch15_20201002211000 | | |
| F | Wienerschnitzel Surveillance video - ch16_20201002211000 shows shooting | | |
| G | Cell Phone video from Nicholas Montoya | | |
| H | Transcript of Nicholas Montoya Cell Phone Video | | |
| I | Call for service detail report CFS-811 and CFS-817 | | |
| J | Audio recordings of all radio traffic concerning the incident | | |
| K | Scene and Coroner Photos 2020-00137643 | | |
| L | Overhead aerial views of the incident scene | | |
| M | Kern County Coroner's records and reports pertaining to the death of Mickel Lewis, Sr. | | |
| N | NMS Laboratory records relating to toxicological testing of Mickel Lewis Sr | | |
| O | Audio interview of Jason Ayala on 10/07/2020 | | |
| P | Transcript of Jason Ayala interview | | |
| Q | Audio interview of Jessica Salcedo on 10/03/2020 | | |
| R | Transcript of Jessica Salcedo interview | | |

| NO. | IDENTIFICATION | DATE ID | DATE ADMITTED |
|---|---|---|---|
| S | Audio interview of Destiny Salcedo on 10/03/2020 | | |
| T | Transcript of Destiny Salcedo interview | | |
| U | Audio interview of Jeremy Terletter on 10/02/2020 | | |
| V | Transcript of interview of Jeremy Terletter | | |
| W | Audio interview of Marlyn Komnenus on 10/02/2020 | | |
| X | Transcript of interview of Marlyn Komnenus | | |
| Y | Audio interview of Nicholas Montoya on 10/02/2020 | | |
| Z | Transcript of interview of Nicholas Montoya | | |
| AA | Video Deposition of Scott DeFoe | | |
| BB | Video Deposition of Roberta Haro | | |
| CC | Video Deposition of Mickel Erick Lewis, Jr. | | |
| DD | Video Deposition of Oriona Lewis | | |
| EE | Video Deposition of Briona Lewis | | |
| FF | Video Deposition of Alisha White | | |
| GG | Video Deposition of Alana White | | |
| HH | Video Shooting Enlargement | | |
| II | Video deposition of CHP Officer Jose Castellanos | | |
| JJ | Video deposition of Marlyn Komnenus | | |
| KK | Deputy Ayala's Training Records | | |
| LL | All graphics from the expert report of Rocky L. Edwards and Heather Heider (10 graphics) | | |
| MM | All graphics from the expert report of Paris Ward (13 graphics) | | |
| NN | Video Deposition of Destiny Salcedo | | |
| OO | Video Deposition of Jessica Salcedo | | |
| PP | Video Deposition of Nicholas Montoya | | |
| QQ | Video Deposition of Jeremy Terletter | | |

DEFENDANTS' JOINT EXHIBIT LIST

| NO. | IDENTIFICATION | DATE ID | DATE ADMITTED |
|---|---|---|---|
| RR | Video Deposition of John Gardiner, Ph.D. | | |
| SS | Video deposition of Deputy Jason Ayala | | |
| TT | Ayala's Text Messages | | |
| UU | Plaintiff Briona Lewis Responses to County of Kern's RPD – Set 1 | | |
| VV | Plaintiff Oriona Lewis Responses to County of Kern's RPD – Set 1 | | |
| WW | Plaintiff Mickel Erik Lewis, Jr. Responses to County of Kern's RPD – Set 1 | | |
| XX | Plaintiff H.L. Responses to County of Kern's RPD – Set 1 | | |
| YY | Plaintiff M.L. Responses to County of Kern's RPD – Set 1 | | |
| ZZ | Plaintiff A.W. Responses to County of Kern's RPD – Set 1 | | |
| AAA | Plaintiff R.L. Responses to County of Kern's RPD – Set 1 | | |
| BBB | Plaintiff Alisha White Responses to County of Kern's RPD – Set 1 | | |
| CCC | Plaintiff Briona Lewis Responses to County of Kern's Interrogatories – Set 1 | | |
| DDD | Plaintiff Oriona Lewis Responses to County of Kern's Interrogatories – Set 1 | | |
| EEE | Plaintiff Mickel Erick Lewis, Jr. Responses to County of Kern's Interrogatories – Set 1 | | |
| FFF | Plaintiff H.L. Responses to County of Kern's Interrogatories – Set 1 | | |
| GGG | Plaintiff M.L. Responses to County of Kern's Interrogatories – Set 1 | | |
| HHH | Plaintiff A.W. Responses to County of Kern's Interrogatories – Set 1 | | |
| III | Plaintiff R.L. Responses to County of Kern's Interrogatories – Set 1 | | |
| JJJ | Plaintiff Alisha White Responses to County of Kern's Interrogatories – Set 1 | | |
| KKK | Plaintiff H.L. Responses to County of Kern's Request for Admissions – Set 1 | | |
| LLL | Plaintiff M.L. Responses to County of Kern's Request for Admissions – Set 1 | | |
| MMM | Plaintiff A.W. Responses to County of Kern's Request for Admissions – Set 1 | | |
| NNN | Plaintiff R.L. Responses to County of Kern's Request for Admissions – Set 1 | | |

DEFENDANTS' JOINT EXHIBIT LIST

| NO. | IDENTIFICATION | DATE ID | DATE ADMITTED |
|---|---|---|---|
| OOO | Plaintiff Alisha White's Responses County of Kern's Request for Admissions – Set 1 | | |
| PPP | Plaintiff Briona Lewis Responses to Jason Ayala's Interrogatories – Set 1 | | |
| QQQ | Plaintiff Oriona Lewis Responses to Jason Ayala's Special Interrogatories – Set 1 | | |
| RRR | Plaintiff Mickel Erick Lewis, Jr. Responses to Jason Ayala's Special Interrogatories – Set 1 | | |
| SSS | Plaintiff H.L. Responses to Jason Ayala's Interrogatories – Set 1 | | |
| TTT | Plaintiff M.L. Responses to Jason Ayala's Interrogatories – Set 1 | | |
| UUU | Plaintiff A.W. Responses to Jason Ayala's Interrogatories – Set 1 | | |
| VVV | Plaintiff R.L. Responses to Jason Ayala's Interrogatories – Set 1 | | |
| WWW | Plaintiff Alisha White Responses to Jason Ayala's Interrogatories – Set 1 | | |
| XXX | Deposition transcript of Jeremy Terletter | | |
| YYY | Deposition transcript of Nicholas Montoya | | |
| ZZZ | Mojave OIS final video | | |

Dated: March 6, 2025                MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Andrew C. Hamilton
    Andrew C. Hamilton, Deputy
    Kimberly L. Marshall, Deputy
    Attorneys for Defendants, County of Kern

Dated: March 6, 2025                WEAKLEY & ARENDT

By:  /s/ James D. Weakley
    James D. Weakley, Esq.
    Brande L. Gustafson, Esq.
    Attorney for Defendant, Jason Ayala

27U0521.DOCX

DEFENDANTS' JOINT EXHIBIT LIST