**TONI JARAMILLA, A Professional Law Corp.**
Toni J. Jaramilla, Esq. (SBN 174625)
E-mail: Toni@tjjlaw.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019

**ALEXANDER MORRISON + FEHR LLP**
J. Bernard Alexander, III (State Bar No. 128307)
Email: balexander@amfllp.com
Britt L. Karp (State Bar No. 278623)
Email: bkarp@amfllp.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811

Attorneys for Plaintiffs
MICKEL ERICK LEWIS JR, ORIONA LEWIS
and BRIONA LEWIS

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:    (818) 347-3333
Fax:   (818) 347-4118

Attorneys for Plaintiffs
R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro; A.W.,
a minor, by and through guardian *ad litem* Alisha White, ALISHA WHITE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, et al., | Case No: 1:21−CV−00378−KES-CDB |
| Plaintiffs, | *(Consolidated with* Case No. 1:21−CV−01352−DAD−JLT) |
| vs. | *Assigned to*: Hon. District Judge Kirk E. Sheriff |
| COUNTY OF KERN, et al., | Hon. Mag. Judge Charles D. Breyer |
| Defendants. | **JOINT STATEMENT OF THE CASE** |
| | Trial Date:   March 11, 2025 |
| R.L., et al., | Time:         8:30 s.m. |
| Plaintiffs, | Dept.:        Courtroom 6 |
| vs. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |

1
2
3
4
5
6
7
8

This case involves the fatal shooting of Mickel Lewis, Sr., by Kern County Sheriff's Deputy Jason Ayala on October 2, 2020 in the City of Mojave.  The Plaintiffs in this case are the Decedent's children, Mickel Erick Lewis, Jr., Oriona Lewis, Briona Lewis, R.L., M.L., H.L., and A.W., as well as the Decedent's wife, Alisha Lewis. The Defendants are the County of Kern and Kern County Sheriff's Deputy Jason Ayala.  Plaintiffs contend that Deputy Ayala used excessive and unreasonable deadly force and was negligent when he shot the Decedent. Plaintiffs seek damages to the extent permitted by law.

9
10

The Defendants deny these claims and contend that Deputy Ayala's use of force was reasonable under the circumstances.

11
12
13
14
15
16
17

Date: March 6, 2025

ALEXANDER MORRISON + FEHR LLP

TONI JARAMILLA, A Professional Law Corp.

s/J. Bernard Alexander, III
J. Bernard Alexander, III
Toni Jaramilla
Britt L. Karp
Counsel for Plaintiffs  MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS

18
19
20
21
22
23
24
25
26
27
28

Dated: March 6, 2025

Law Offices of Dale K. Galipo

s/ Dale K. Galipo
Renee V. Masongsong
Dale K. Galipo
Counsel for Plaintiffs, R.L., M.L., and H.L., minors, by and through guardian ad litem Roberta Haro; A.W., a minor, by and through guardian ad litem Alisha White; and Alisha White

1   Dated: March 6, 2025                    MARGO A. RAISON, COUNTY COUNSEL

2
                                           s/ Scott Fontes
3                                          _____

4                                          Marshall Scott Fontes, Chief Deputy
                                           Andrew C. Hamilton, Deputy
5                                          Kimberly L. Marshall, Deputy
                                           Attorneys for Defendants, JASON AYALA
6                                          and COUNTY OF KERN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28