MARGO A. RAISON, COUNTY COUNSEL
By: Andrew C. Hamilton, Deputy (SBN 299877)
Kimberly L. Marshall, Deputy (SBN 186838)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: ahamilton@kerncounty.com
       marshallkim@kercounty.com

Attorneys for Defendant County of Kern (erroneously sued as "Kern County")

James D. Weakley, Esq.      Bar No. 082853
Brande L. Gustafson, Esq.   Bar No. 267130
WEAKLEY & ARENDT
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:  (559) 221-5262
Email: Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Deputy Jason Ayala

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No. 1:21−CV−01352−DAD−JLT*<br><br>**DEFENDANTS' PROPOSED NEUTRAL STATEMENT OF THE CASE**<br><br>**Date:**     March 11, 225<br>**Time:**     8:30 a.m.<br>**Location:** Courtroom 6<br>**Judge:**    Hon. Judge Kirk E. Sherriff |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr., |
| 7 | Plaintiffs,<br>vs. |
| 8<br>9 | COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive, |
| 10<br>11 | Defendants. |

Pursuant to the Court's Pretrial Order, Defendants hereby submit the following Proposed Neutral Statement of the Case:

This is a civil lawsuit in which the plaintiffs are seeking money damages against the defendants. The plaintiffs are R.L., M.L., H.L., A.W., Mickel Erick Lewis, Jr., Oriona Lewis, and Briona Lewis, who are the children of Mickel Lewis, Sr. and Alisha White who is the wife of Mickel Lewis, Sr. The defendants are the County of Kern and Kern County Sheriff's Deputy Jason Ayala.

This case arises out of a fatal officer involved shooting that occurred in the community of Mojave, California on October 2, 2020. On that date, Deputy Jason Ayala performed a traffic stop on the decedent, Mickel Lewis, Sr. near the corner of K Street and Mono Street in Mojavi. Events occurred, which you will learn about during this trial, that resulted in Mr. Lewis being shot by Deputy Ayala.

Plaintiffs claim that Deputy Ayala violated Mr. Lewis and the plaintiffs' civil rights by using excessive force and that Defendants are liable for his injuries under Federal and State law. They are seeking damages for the death, loss of love and affection and compensation for pain and suffering.

///

–2–

Defendants' Proposed Neutral Statement of the Case

1  Defendants deny any liability in this matter. They claim that the conduct of the deputy,
2 including the use of force, was reasonable and necessary, under the circumstances, and that Deputy
3 Ayala was acting in self-defense. The Defendants also dispute the nature and extent of the damages
4 claimed by Plaintiffs.

5  This trial is expected to last 6-8 trial days.

7 Dated: March 6, 2025

WEAKLEY & ARENDT
A Professional Corporation

*/s/ James D. Weakley*
James D. Weakley
Brande L. Gustafson
Attorneys for Defendant,
Deputy Jason Ayala

MARGO A. RAISON, COUNTY COUNSEL

*/s/Andrew C. Hamilton*
Andrew C. Hamilton, Deputy
Kimberly L. Marshall, Deputy
Attorneys for Defendants, County of Kern
(erroneously sued as "Kern County")

–3–