# EXHIBIT 1

# INSTRUCTION NUMBER 10

Plaintiffs claim that Deputy Ayala intentionally interfered with Mickel Lewis, Sr.'s constitutional right to be free from excessive force under state law by using excessive force against him.

To establish this claim, Plaintiffs must prove the following:

1. Deputy Ayala used excessive force against Mickel Lewis, Sr.
2. Deputy Ayala intended to violate Mickel Lewis, Sr.'s constitutional rights by demonstrating a reckless disregard for Mickel Lewis, Sr.'s constitutional right to be free from excessive force.
3. The use of excessive force caused Mickel Lewis, Sr.'s harm, injuries, or death.

If you find that Plaintiffs have proved each of these elements by a preponderance of the evidence, then your verdict should be for Plaintiffs on that claim.

Authority: *Reese v. County of Sacramento*, 888 F.3d 1030, 1043 (9th Cir. 2018) (citing *Cornell v. City and County of San Francisco*, 17 Cal. App. 5th 766, 801-802 (2017)).