# UNITED STATES DISTRICT COURT

EASTERN    DISTRICT OF    CALIFORNIA

| MICKEL ERICK LEWIS, JR ET. AL | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | Case Number: **1:21-cv-00378-KES-CDB** |
| KERN COUNTY ET. AL. | |

| PRESIDING DISTRICT JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| KIRK E. SHERRIFF | T. Jaramilla, J. Alexander, B. Karp, D. Galipo, R. Valentine | S. Fontes, A, Hamilton, K. Marshall, J. Weakley, B. Gustafson |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| March 11, | Rachael Lundy | Corina Lopez Amador |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/11/2025 | | | |
| | | | | | **Witness: Jason Ayala – sworn 3:34 pm** |
| X | | | X | X | PX 6-1, page 1 of 5 – photo |
| X | | | X | X | PX 6-2, page 2 of 5 – photo |
| X | | | X | X | PX 6-3, page 3 of 5 – photo |
| X | | | X | X | PX 5-2, page 2 of 40 - photo |
| X | | | X | X | PX 5-4, page 4 of 40 – photo |
| X | | | X | X | PX 5-6, page 6 of 40 – photo |
| X | | | X | X | PX 5-8, page 8 of 40 – photo |
| X | | | X | X | PX 5-13, page 13 of 40 – photo |
| X | | | X | X | PX 5-34, page 34 of 40 – photo |
| | | 3/12/2025 | | | |
| | | | | | **Witness: Jason Ayala – previously sworn – 9:00 am** |
| X | | | X | X | PX 6-4, page 4 of 5 - photo |
| X | | | X | | PX 3-22, page 22 of 43 – Statement of Jason Ayala |
| X | | | X | X | PX 6-5, page 5 of 5 - photo |
| X | | | X | X | PX 5-11, page 11 of 40 – photo |
| | X | | X | X | MM 828 - photo |
| | X | | X | X | MM-1 – annotated photo |

|   | X |   | X | X | DX E - Wienerschnitzel Surveillance video (00-3:05) (Flash Drive) |
|---|---|---|---|---|---|
|   | X |   | X | X | DX E–1 – annotated photo of video |
|   | X |   | X | X | DX E-2 – annotated photo of video |
|   |   |   |   |   | **Witness: Jessica Salcedo – sworn 1:49 pm** |
|   |   |   |   |   | **Witness: Briona Lewis – sworn 2:23 pm** |
| X |   |   | X | X | PX 10-2, page 2 of 44 - photo |
| X |   |   | X | X | PX 10-17, page 17 of 44 - photo |
| X |   |   | X | X | PX 10-16, page 16 of 44 - photo |
| X |   |   | X | X | PX 10-18, page 18 of 44 - photo |
|   |   |   |   |   | **Witness: Oriona Lewis – sworn 3:30 pm** |
| X |   |   | X | X | PX 10-38, page 38 of 44 – photo |
| X |   |   | X | X | PX 10-9, page 9 of 44 – photo |
| X |   |   | X | X | PX 10-28, page 28 of 44 - photo |
| X |   |   | X | X | PX 10-41, page 41 of 44 – photo |
| X |   |   | X | X | PX 10-6, page 6 of 44 - photo |
| X |   |   | X | X | PX 10-21, page 21 of 44 - photo |
| X |   |   | X | X | PX 10-29, page 29 of 44 - photo |
|   |   | 3/13/2025 |   |   |   |
|   |   |   |   |   | **Witness: Mickel Lewis, Jr. – sworn 9:14 am** |
| X |   |   | X | X | PX 10-45, page 45 – photo |
| X |   |   | X | X | PX 10-46, page 46 – photo |
| X |   |   | X | X | PX 10-47, page 47 – photo |
|   |   |   |   |   | **Witness: Eugene Carpenter, Jr. M.D. – sworn 10:00 am** |
| X |   |   | X | X | PX 9-4, page 4 of 15 - photo |
| X |   |   | X | X | PX 9-3, page 3 of 15 – photo |
| X |   |   | X | X | PX 9-1, page 1 of 15 – photo |
| X |   |   | X | X | PX 9-7, page 7 of 15 – photo |
| X |   |   | X | X | PX 9-8, page 8 of 15 – photo |
| X |   |   | X | X | PX 9-11, page 11 of 15 – photo |
| X |   |   | X | X | PX 9-15, page 15 of 15 – photo |

| | | | | | |
|---|---|---|---|---|---|
| X | | | X | X | PX 8-14, page 14 of 24 – photo |
| X | | | X | X | PX 8-15, page 15 of 24 – photo |
| X | | | X | X | PX 8-16, page 16 of 24 – photo |
| X | | | X | X | PX 8-18, page 18 of 24 – photo |
| | | | | X | JX 1 - Deposition of Jeremy Terletter dated 8/15/2022 – read on the record |
| | | | | | **Witness: Scott DeFoe – sworn 1:35 pm** |
| X | | | X | X | **Witness: Alona W. – sworn 3:33 pm** |
| X | | | X | X | **Witness: Rayona L. – sworn 3:34** |
| X | | | X | X | PX 10-1, page 1 of 44 – photo |
| X | | | X | X | PX 10-24, page 24 of 44 – photo |
| X | | | X | X | PX 10-30, page 30 of 44 – photo |
| X | | | X | X | PX 10-37, page 37 of 44 – photo |
| | | | | | **Witness: Meona L. – sworn 3:47 pm** |
| | | | | | **Witness: Helona L. – sworn 3:50 pm** |
| X | | | X | X | PX 10-15, page 15 of 44 – photo |
| X | | | X | X | PX 10-10, page 10 of 44 – photo |
| X | | | X | X | PX 10-11, page 11 of 44 – photo |
| X | | | X | X | PX 10-35, page 35 of 44 – photo |
| | X | | X | | DX AAAA – Deposition of Alisha White dated 9/8/2022 and Petition-Marriage/Domestic Partnership labeled Exhibit 4 |
| | | | | | **Witness: Alisha White – sworn 4:40 pm (outside presence of jury)** |
| | | 3/14/2025 | | | |
| | | | | | **Witness: Frank Sheridan, M.D. – sworn 9:12 am (via Zoom)** |
| | | | X | | JX 3 – Deposition of Nicholas Montoya dated 8/19/2022– read on the record |

|  |  |  |  |  | Witness: Alisha White – sworn 10:58 am (before the jury) |
| X |  |  | X | X | PX 10-44, page 44 of 44 – photo |
|  |  |  | X | X | JX 2 – photo |
|  |  | 3/18/2025 |  |  |  |
|  |  |  |  |  | Witness: Clarence Robert Chapman – sworn 9:41 a.m. |
|  |  |  |  |  |  |