# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MICKEL E. LEWIS JR. ET. AL.,

    Plaintiff,

vs.

KERN COUNTY ET. AL.,

    Defendant.

CASE NO.: 1:21-CV-00378-KES-CDB

# FILED

MAR 1 9 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

## NOTE FROM THE JURY

___ The jury has reached a unanimous verdict.        Time: _____

___ The jury requests the following:        Time: _____

_____
_____
_____
_____

___ The jury has the following question(s):        Time: 11:00

In regards to question number 7 are we as a jury supposed to base our percentage off the totality of the circumstances. Or base it off the traffic stop and interaction between Deputy Ayala, and Michel lewis, Sr?

DATED: 03/19/2025

FOREPERSON OF THE JURY

```
COURT'S EXHIBITS
CASE NO. 1:21cv00378
EXHIBIT NO. 1
```