IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL E. LEWIS JR. ET. AL., | CASE NO.: 1:21-CV-00378-KES-CDB |
| Plaintiff, | |
| vs. | |
| KERN COUNTY ET. AL., | |
| Defendant. | |

## NOTE FROM THE JURY

___ The jury has reached a unanimous verdict.     Time: _____

___ The jury requests the following:     Time: _____

In regards to question number 7 are we as a jury supposed to base our percentage off the totality of the circumstance, or simply the interaction between Mickel Lewis Sr. and deputy Ayala during the

___ The jury has the following question(s):     Time: _____

_____
_____
_____
_____
_____

DATED: _____        _____
                              FOREPERSON OF THE JURY