IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICKEL E. LEWIS JR. ET. AL.,

    Plaintiff,

vs.

KERN COUNTY ET. AL.,

    Defendant.

CASE NO.: 1:21-CV-00378-KES-CDB

**FILED**

MAR 1 9 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

## NOTE FROM THE JURY

___ The jury has reached a unanimous verdict.  Time: _____

___ The jury requests the following:  Time: 11:11
*more forms for questions please*

___ The jury has the following question(s):  Time: 11:11
Are we allowed to take a break and during our break are required to stay together? Must we push the button to be relieved to our break & lunch. If so we agree that currently would be a good time for our break. Must we stay in the room for breaks and lunch?

DATED: 03/19/2025

FOREPERSON OF THE JURY [signature redacted]

COURT'S EXHIBITS
CASE NO. 1:21CV00378
EXHIBIT NO. 2