# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL E. LEWIS JR. ET. AL., | CASE NO.: 1:21-CV-00378-KES-CDB |
| Plaintiff, | |
| vs. | **FILED** |
| KERN COUNTY ET. AL., | MAR 19 2025 |
| Defendant. | CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY_____ DEPUTY CLERK |

## NOTE FROM THE JURY

_yes_ The jury has reached a unanimous verdict.   Time: 14:10

___ The jury requests the following:   Time: _____

_____
_____
_____
_____

___ The jury has the following question(s):   Time: _____

_____
_____
_____
_____

DATED: 03/19/2025

FOREPERSON OF THE JURY

```
COURT'S EXHIBITS
CASE NO. 1:21CV000 378
EXHIBIT NO.   3
```