**FILED**

MAR 19 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; Deputy JASON AYALA,<br><br>Defendants. | No. 1:21-cv-00378-KES-CDB<br><br>VERDICT FORM |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; and A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; Deputy JASON AYALA,<br><br>Defendants. | |

1

1    We, the jury in the above-entitled action, find the following verdict on the questions
2    submitted to us:
3
4    **Question 1**:
5    Did defendant Jason Ayala use excessive force against Mickel Lewis, Sr. on October 2,
6    2020?
7                                                                                              Yes ✓    No ____

8    *If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to*
9    *Question 1, proceed to Question 4.*
10
11   **Question 2**:
12   Was defendant Jason Ayala's use of excessive force an actual cause of harm or death to
13   Mickel Lewis, Sr.?
14                                                                                              Yes ✓    No ____

15   *Proceed to Question 3.*
16
17   **Question 3**:
18   Did defendant Jason Ayala violate the Bane Act when he used deadly force against
19   Mickel Lewis, Sr.?
20                                                                                              Yes ✓    No ____

21   *Proceed to Question 4.*
22   .
23   **Question 4**:
24   Did defendant Jason Ayala commit a battery on Mickel Lewis, Sr. on October 2, 2020?
25                                                                                              Yes ✓    No ____

26   *Proceed to Question 5.*
27
28

**Question 5**:

Was defendant Jason Ayala negligent in using deadly force on Mickel Lewis, Sr. on October 2, 2020?

Yes ✓  No ____

*If you answered "Yes" to Question 5, proceed to Question 6.*

*If you answered "No" to Question 5, and you also answered "No" to Questions 2, 3, **and** 4, then stop here and answer no further questions and have the Jury Foreperson sign and date this form.*

*If you answered "No" to Question 5, and you answered "Yes" to Question 2, 3, **or** 4, proceed to Question 8.*

**Question 6**:

Was Mickel Lewis, Sr. negligent in his interactions with defendant Jason Ayala on October 2, 2020?

Yes ✓  No ____

*If you answered "Yes" to Question 6, proceed to Question 7.  If you answered "No" to Question 6, proceed to Question 8.*

**Question 7**:

What percentage of responsibility for negligence do you assign to the following individuals? (Your total should equal 100%)

Jason Ayala       78 %
Mickel Lewis, Sr.  22 %

*Proceed to Question 8.*

3

**Question 8:**

What amount do you award plaintiffs for Mickel Lewis, Sr.'s damages?

Pre-death pain and suffering  $ 1 million

Loss of life  $ 5 million

*If you answered "Yes" to Question 4 or 5 proceed to Question 9.*

*If you answered "No" to Question 4 and 5, then stop here and answer no further questions and have the Jury Foreperson sign and date this form.*

**Question 9:**

What amount do you award plaintiffs for their wrongful death damages for the loss of Mickel Lewis, Sr.?

| | |
|---|---|
| R. L. | $ 3.5 million |
| H. L. | $ 3.5 million |
| M. L. | $ 3.5 million |
| A. W. | $ 3.5 million |
| Mickel Lewis, Jr | $ 3.5 million |
| Oriona Lewis | $ 3.5 million |
| Briona Lewis | $ 3.5 million |

*The Jury Foreperson shall sign and date this verdict form and return it to the Court.*

Dated: 03/19/2025

Jury Foreperson

4