## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICKEL ERICK LEWIS JR., ET AL.,**

v.

CASE NO: **1:21–CV–00378–KES–CDB**

**KERN COUNTY, ET AL.,**

**Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 3/19/2025**

ENTERED: **March 21, 2025**

by: /s/ **Keith Holland**
Clerk of Court