| CAED 435 (Rev. 10/2023) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | DUE DATE: |
| *PLEASE Read Instruction Page (attached):* | | | |

| 1. YOUR NAME<br>James D. Weakley | 2. EMAIL<br>jim@walaw-fresno.com | 3. PHONE NUMBER<br>(559)221-5256 | 4. DATE 03/28/2025 |
|---|---|---|---|
| 5. MAILING ADDRESS<br>5200 N. Palm Ave. Suite 211 | | 6. CITY<br>Fresno | 7. STATE CA / 8. ZIP CODE 93704 |
| 9. CASE NUMBER<br>21-cv-378 - KES-CBD | 10. JUDGE<br>Kirk E. Sherriff | DATES OF PROCEEDINGS | |
| | | 11. FROM 3-11-2025 | 12. TO 3-19-2025 |
| 13. CASE NAME<br>Lewis, et al. v. Kern County, et al. | | LOCATION OF PROCEEDINGS | |
| | | 14. CITY Fresno | 15. STATE CA |

16. ORDER FOR
- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [✔] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [✔] ENTIRE TRIAL | 3-11-25 to 3-19-2025 | Rachael Lundy | [ ] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | | | |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [✔] | [ ] | NO. OF COPIES | | |
| 7-Day | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [✔] | [ ] | NO. OF COPIES | | |
| Next Day | [ ] | [ ] | NO. OF COPIES | | |
| 2-HOUR | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE /s/ James D. Weakley
20. DATE 3/28/25

PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |