LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro; A.W., a minor, by and through guardian *ad litem* Alisha White

TONI JARAMILLA, A Professional Law Corp.
Toni J. Jaramilla, Esq. (SBN 174625)
Toni@tjjlaw.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019

ALEXANDER MORRISON + FEHR LLP
J. Bernard Alexander, III (State Bar No. 128307)
balexander@amfllp.com
Britt L. Karp (State Bar No. 278623)
bkarp@amfllp.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811

Attorneys for Plaintiffs MICKEL ERICK LEWIS JR., ORIONA LEWIS and BRIONA LEWIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>      Plaintiffs,<br>  vs.<br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>      Defendants. | Case No: 1:21−CV−00378−KES-CDB<br>Hon. District Judge Kirk E. Sherriff<br><br>**JOINT STIPULATION EXTENDING TIME TO FILE ANY BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased,<br><br>      Plaintiffs,<br>  vs.<br>COUNTY OF KERN; JASON AYALA,<br><br>      Defendants. | |

TO THE HONORABLE COURT:

COME NOW Plaintiffs, R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro; A.W., a minor, by and through guardian *ad litem* Alisha White; MICKEL ERICK LEWIS JR., ORIONA LEWIS and BRIONA LEWIS; and Defendants, COUNTY OF KERN and JASON AYALA, and hereby stipulate and request an order modifying briefing schedule on Plaintiffs' motion for attorneys' fees.

## Statement of Good Cause

1. March 21, 2025, this Court entered Judgment in accordance with the jury verdict rendered in this case on March 19, 2025. The jury found that Defendant Jason Ayala used excessive force against Mickel Lewis, Sr., under the Fourth Amendment, violated the Bane Act, committed a battery on Mr. Lewis, and was negligent.

2. Under 42 U.S.C. Section 1988 and California Civil Code Section 52.1, Plaintiffs, as the prevailing parties, are entitled to the recovery of attorney's fees. Pursuant to Federal Rule of Civil Procedure, Rule 54, Plaintiffs, as the prevailing parties, are also entitled to costs. Pursuant to Eastern District Local Rules 54-1 and 54-5, a prevailing party has fourteen (14) days from the date of entry of the judgment to file a motion for an award of statutory attorneys' fees and an application to the clerk to tax costs, including a bill of costs.

3. The Parties have agreed to an extended briefing schedule on Plaintiffs' motion for attorneys' fees, and the Parties agree and request that all post-trial motions be heard on the same date. The Parties agree that there is good cause to modify the briefing schedule on Plaintiffs' motion for attorneys' fees and bill of costs, as follows:

| Event | Date |
|---|---|
| Deadline to file Plaintiffs' motion for attorneys' fees and Plaintiffs' application to tax costs/bill of costs | April 25, 2025 |
| Deadline to file oppositions to Plaintiffs' attorney fee motion and bill of costs | May 16, 2025 |

-1-
JOINT STIPULATION

| Deadline for Plaintiffs' reply in support of Plaintiffs' motion for attorneys' fees | May 30, 2025 |
|---|---|
| Hearing date for all post-trial motions | June 9, 2025, at 1:30 p.m. |

IT IS SO STIPULATED.

DATED:  March 28, 2025          LAW OFFICES OF DALE K. GALIPO

By _____*/s/ Dale K. Galipo*_____
   Dale K. Galipo
   Renee V. Masongsong
   Attorneys for Plaintiffs R.L., M.L., H.L., A.W.

DATED:  March 28, 2025          ALEXANDER MORRISON + FEHR LLP
                                TONI JARAMILLA, APC

By _____*/s/*_____
   J. BERNARD ALEXANDER III
   TONI JARAMILLA
   Attorneys for Plaintiffs MICKEL ERICK
   LEWIS JR., ORIONA LEWIS
   and BRIONA LEWIS

DATED:  March 28, 2025          WEAKLEY & ARENDT

By _____*/s/*_____
   James D. Weakley
   Brande L. Gustafson
   Attorneys for Defendant, JASON AYALA

-2-
JOINT STIPULATION

| | | |
|---|---|---|
| 1 | DATED:  March 28, 2025 | MARGO A. RAISON, COUNTY COUNSEL |

By _____ */s/* _____
    Andrew C. Hamilton, Deputy
    Marshall S. Fontes, Chief Deputy
    Kimerly L. Marshall, Deputy
    Attorneys for Defendant County of Kern