**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiffs,<br>vs.<br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>Defendants. | Case No: 1:21−CV−00378−KES-CDB<br>Hon. District Judge Kirk E. Sherriff<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO FILE ANY BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased,<br><br>Plaintiffs,<br>vs.<br>COUNTY OF KERN; JASON AYALA,<br><br>Defendants. | |

PROPOSED ORDER

Having reviewed the Parties' Joint Stipulation Extending the Time to File Any Bill of Costs and Motion for Attorneys' Fees, and good cause having been shown, it is hereby ordered that the deadlines shall be extended as follows:

| Event | Date |
|---|---|
| Deadline to file Plaintiffs' motion for attorneys' fees and Plaintiffs' application to tax costs/bill of costs | April 25, 2025 |
| Deadline to file oppositions to Plaintiffs' attorney fee motion and bill of costs | May 16, 2025 |
| Deadline for Plaintiffs' reply in support of Plaintiffs' motion for attorneys' fees | May 30, 2025 |
| Hearing date for all post-trial motions | June 9, 2025, at 1:30 p.m. |

IT IS SO ORDERED.

DATED: _____, 2025          _____

                                              Honorable Kirk E. Sherriff
                                              United States District Court
                                              Eastern District of California