1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; Deputy JASON AYALA,<br><br>Defendants. | No. 1:21-cv-00378-KES-CDB<br><br>ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO FILE ANY BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; and A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; Deputy JASON AYALA,<br><br>Defendants. | |

1

**ORDER**

On March 28, 2025, the parties filed a joint stipulation to extend the deadline to file, and modifying the briefing schedule for, plaintiffs' anticipated motion for attorneys' fees and bill of costs. Pursuant to the stipulation, and good cause appearing, it is ordered that the deadlines shall be extended as follows:

1. The deadline for plaintiffs to file their motion for attorneys' fees and application to tax costs/bill of costs is April 25, 2025;
2. Any opposition to plaintiffs' motion shall be filed by May 16, 2025;
3. Any reply in support of plaintiffs' motion shall be filed by May 30, 2025;
4. The hearing date on the motion is set for June 16, 2025, at 1:30 p.m.

IT IS SO ORDERED.

Dated:   March 30, 2025

UNITED STATES DISTRICT JUDGE

2