MARGO A. RAISON, COUNTY COUNSEL
Kimberly L. Marshall, Deputy (SBN 186838)
Andrew C. Hamilton, Deputy (SBN 299877)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: ahamilton@kerncounty.com
       marshallkim@kercounty.com

Attorneys for Defendant County of Kern

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21−CV−01352−DAD−JLT*<br><br>**DECLARATION OF ANDREW C. HAMILTON IN SUPPORT OF RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW (Rule 50(b)) AND MOTION FOR A NEW TRIAL (Rule 59)**<br><br>*Filed concurrently with:*<br>*Renewed Motion for Judgment as a Matter of Law and Motion for a New Trial.*<br><br>Judge: Hon. District Judge Kirk E. Sherriff<br>Department: 6<br>Date: June 16, 2025<br>Time: 1:30 p.m. |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>Defendants. | |

/ / /

/ / /

I, Andrew C. Hamilton declare as follows:

1. I am attorney of record for the County of Kern in this matter. I am over the age of 18 and could testify truthfully to the matters stated herein if called to do so. I have personal knowledge of all matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of relevant portions of the Reporter's Trancript from the March 3, 2025 Pretrial Conference and Motions In Limine.

3. Attached hereto as **Exhibit B** is a true and correct copy of relevant portions of the Reporter's Transcript of the Trial.

4. Attached hereto as **Exhibit C** is a true and correct copy of Defense Exhibit E, which was entered as an exhibit at trial. R.T., at p. 178:18-25. It is a security camera recording of the shooting.

5. Attached hereto as **Exhibit D** is a true and correct copy of Defense Exhibit JJ, a videotaped recording of the deposition of Marlyn Komenenus. The exhibit was not entered at trial because it related to excluded testimony regarding the gun in Decedent's vehicle. The relevant portions of the recording are between 48:26 and 53:20 (and were not recorded in the transcript).

6. Attached hereto as **Exhibit E** are true and correct copies of Plaintiffs' Exhibits 5-2, 5-6, 5-11, 5-34, entered as exhibits at trial. R.T., pp. 71:11-24, 87:15-24, 131:10-18.

7. The legal issues in the motions were discussed extensively at trial. On April 15, 2025, the Defendants circulated a stipulation to extend the stay of enforcement of judgment, indicating to Plaintiffs that Defendants intended to file Rule 50(b) and Rule 59 motions. On the morning of April 18, 2025, I sent largely finished drafts of the motions and memoranda to Plaintiffs' Counsel via email and requested whether Plaintiffs would agree to the requested relief. As of the time of filing, I have not received a response.

Dated: April 18, 2025

Respectfully Submitted,

MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Andrew C. Hamilton
Kimberly L. Marshall, Deputy
Andrew C. Hamilton, Deputy
Attorneys for Defendant County of Kern

–2–
Declaration of Andrew C. Hamilton in Support of Motion