# EXHIBIT C
# Lodged Video of Shooting