# EXHIBIT D
# Lodged Videotaped Deposition of Marylin Komenenus