# EXHIBIT E





Plaintiffs' Exhibit 5