MARGO A. RAISON, COUNTY COUNSEL
By: Andrew C. Hamilton, Deputy (SBN 299877)
Kimberly L. Marshall, Deputy (SBN 186338)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: ahamilton@kerncounty.com
         marshallkim@kercounty.com

Attorneys for Defendant County of Kern (erroneously sued as "Kern County")

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No. 1:21−CV−01352−DAD−JLT*<br><br>**NOTICE OF LODGING EXHIBITS C AND D FOR MOTION FOR A NEW TRIAL AND MOTION FOR JUDGEMENT AS A MATTER OF LAW**<br><br>Date:      June 16, 2025<br>Time:      1:30 p.m.<br>Location:  Courtroom 6<br>Judge:     Hon. Judge Kirk E. Sherriff |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>Defendants. | |

Defendant, County of Kern (erroneously sued as "Kern County") (hereinafter "County

---

Notice of Lodging of Exhibits C and D for Motions for New Trial and Motion for Judgement as a Matter of Law

Defendant"), hereby lodges the following Exhibits:

    1. Exhibit C Security Footage of the Shooting.

    2. Exhibit D Videotaped Deposition of Marlyn Komenenus.

Dated: 04/18/2025　　　　　　　　　　MARGO A. RAISON, COUNTY COUNSEL

　　　　　　　　　　　　　　　　　　By: /s/ Andrew C. Hamilton
　　　　　　　　　　　　　　　　　　　　Andrew C. Hamilton, Deputy
　　　　　　　　　　　　　　　　　　　　Kimberly L. Marshall, Deputy
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants, County of Kern

Notice of Lodging of Exhibits C and D for Motions for New Trial and Motion for Judgement as a Matter of Law