| | |
|---|---|
| James D. Weakley, Esq. (SBN 082853) | MARGO A. RAISON, COUNTY COUNSEL |
| Brande L. Gustafson, Esq. (SBN 267130) | Kimberly L. Marshall, Deputy (SBN 186838) |
| **WEAKLEY & ARENDT** | Andrew C. Hamilton, Deputy (SBN 299877) |
| A Professional Corporation | Kern County Administrative Center |
| 5200 N. Palm Avenue, Suite 211 | 1115 Truxtun Avenue, Fourth Floor |
| Fresno, California 93704 | Bakersfield, CA 93301 |
| Telephone: (559) 221-5256 | Telephone: (661) 868-3800 |
| Facsimile: (559) 221-5262 | Facsimile: (661) 868-3805 |
| Jim@walaw-fresno.com | ahamilton@kerncounty.com |
| Brande@walaw-fresno.com | marshallkim@kercounty.com |
| Attorneys for Defendant, Deputy Jason Ayala | Attorneys for Defendant County of Kern |

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>　　　　　　　Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21−CV−01352−DAD−JLT*<br><br>**JOINT STIPULATION EXTENDING STAY OF ENFORCEMENT UNTIL DEFENDANTS' MOTION FOR STAY OF ENFORCEMENT OF JUDGMENT AND WAIVER OF BOND CAN BE HEARD BY THE COURT; [Proposed] ORDER** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br>　　　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br>　　　　　　Defendants. | Judge: Hon. District Judge Kirk E. Sherriff |

/ / /

---

1

Joint Stipulation Extending Stay of Enforcement Until Defendants' Motion for Stay of Enforcement of Judgment & Waiver of Bond Can Be Heard; [Proposed] Order

TO HONORABLE COURT:

Defendants, County of Kern ("County")—erroneously sued as Kern County—and Deputy Jason Ayala ("Deputy Ayala") (collectively "Defendants"); Plaintiffs, R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro; A.W., a minor, by and through guardian *ad litem* Alisha White; and Mickel Erick Lewis, Jr., Oriona Lewis, and Briona Lewis (collectively "Plaintiffs"), hereby stipulate and request an order extending the stay of execution of judgement under Rule 62 of the Federal Rules of Civil Procedure to allow the parties to be heard and for the Court to rule on Defendants' motion for stay of enforcement of judgment and waiver of bond.

## Statement of Good Cause

1. March 21, 2025, this Court entered Judgment in accordance with the jury verdict rendered in this case on March 19, 2025. The jury found that Defendant Jason Ayala used excessive force against Mickel Lewis, Sr., under the Fourth Amendment, violated the Bane Act, committed a battery on Mr. Lewis, and was negligent.

2. Under Rule 62(a) of the Federal Rules of Civil Procedure "execution on a judgment and proceedings to enforce it are stayed for 30 days after its entry, *unless the court orders otherwise*." Fed. R. Civ. P. 62(a) (emphasis added). Defendants intend to file post-trial motions under Rules 50(b) and 59 of the Federal Rules of Civil Procedure, as well as a motion to continue the stay on enforcement of judgment and for waiver or reduction of the bond requirement through the post-trial motions and appeal, if necessary. The parties want to avoid the need for Defendants to bring an ex parte application to shorten time for briefing the issue of continuing the stay of enforcement of the judgment and waiver or reduction of the bond requirement and would like to follow the standard briefing scheduling set forth in Local Rule 230 while maintaining the status quo.

4. The Parties have agreed to extend the stay of execution on the judgment until Defendants' motion for a stay of enforcement of judgment and a waiver or reduction of the bond can be heard on June 16, 2025 and ruled on by the court, provided the court rules on the

motion within 21 days of the June 16, 2025, hearing, and the parties agree that there is good cause allow the stay of enforcement to continue through the parties' briefing of the issues of continuing the stay of enforcement of the judgment and waiver or reduction of the bond requirement.

IT IS SO STIPULATED.

Dated: April 17, 2025

WEAKLEY & ARENDT
A Professional Corporation

By: */s/ Brande L. Gustafson*
James D. Weakley
Brande L. Gustafson
Attorneys for Defendant,
Deputy Jason Ayala

MARGO A. RAISON, COUNTY COUNSEL

Dated: April 17, 2025

By: */s/ Andrew C. Hamilton*
Marshall S. Fontes, Chief Deputy
Andrew C. Hamilton, Deputy
Kimberly L. Marshall, Deputy
Attorneys for Defendant County of Kern, ("erroneously sued as Kern County")

Dated: April 18, 2025

LAW OFFICES OF DALE K. GALIPO

By: */s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
Attorneys for Plaintiffs R.L., M.L., H.L., A.W

ALEXANDER MORRISON + FEHR LLP
TONI JARAMILLA, APC

Dated: April 17, 2025

By: */s/ J. Bernard Alexander III*
J. BERNARD ALEXANDER III
TONI JARAMILLA
Attorneys for Plaintiffs MICKEL ERICK LEWIS JR., ORIONA LEWIS and BRIONA LEWIS

**[Proposed] ORDER**

Having reviewed the Parties' Joint Stipulation Extending Stay of Enforcement Until Defendants' Motion for Stay of Enforcement of Judgment & Waiver of Bond Can Be Heard and good cause having been shown, it is hereby ordered that the stay on enforcement of the judgment entered on March 21, 2025, in accordance with the jury verdict rendered in this case on March 19, 2025, will be extended until this Court rules on Defendants' motion for a stay of enforcement of judgment and a waiver or reduction of the bond.

DATED: _____, 2025

_____
Honorable Kirk E. Sherriff
United States District Court
Eastern District of California