UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICH LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>                Plaintiffs,<br>    vs.<br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>                Defendants. | Case No.1:21−CV−00378−KES-CDB<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased,<br><br>                Plaintiffs,<br><br>    vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>                Defendants. | |

1  The Court having considered Plaintiffs' Motion for Attorneys' Fees along with
2 declarations and exhibits in support thereof, IT IS HEREBY ORDERED that the Motion
3 for Attorneys' Fee is granted.  The Court awards attorneys' fees as follows:

| Attorney/Biller | Yrs. Practice | Rate | Hours | Total |
|---|---|---|---|---|
| **Law Offices of Dale K. Galipo** | | | | |
| Dale K. Galipo | 36 | $1,400 | 394.15 | $551,810 |
| Renee V. Masongsong | 14 | $850 | 134.4 | $114,240 |
| Ranhee Lee | 5 | $500 | 265.5 | $132,750 |
| Santiago Laurel | Leg. Assist. | $220 | 8.2 | $1,804 |
| Stefany Anderson | Leg. Assist. | $220 | 11.6 | $2,552 |
| **Alexander Morrison + Fehr** | | | | |
| Bernard Alexander, III | 38 | $1,250 | 406 | $507,500 |
| Britt L. Karp | 14 | $750 | 168.2 | $126,150 |
| Natalie Khoury | 4 | $525 | 5.2 | $2,730 |
| Gustin Ham | Paralegal | $275 | 64.3 | $17,862.50 |
| Alicia Billalobos | Paralegal | $250 | 31.2 | $7,800 |
| **Toni J. Jaramilla** | | | | |
| Toni Jaramilla | 30 | $1,125 | 409.04 | $460,170 |
| **Subtotal**: | | | 1,897.79 | $1,925,368.5 |
| 2.0 Multiplier: | | | | $1,925,368.5 |
| **TOTAL:** | | | | **$3,850,738** |

1  IT IS SO ORDERED.

2

3  DATED:                           UNITED STATES DISTRICT COURT

4

5                                   _____

6                                   HON. KIRK E. SHERRIFF

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28