### FEES OF THE CLERK (Exhibit A)

| Description | Amount |
|---|---|
| Complaint Filing Fee | $402.00 |
| SUBTOTAL: | $402.00 |

### FEES FOR SERVICE OF SUMMONS & SUBPOENA (Exhibit B)

| Description | Amount |
|---|---|
| Service of Summons & Complaint on County of Kern | $127.00 |
| Service of Summons & Complaint on Deputy Ayala | $127.00 |
| SUBTOTAL: | $254.00 |

### FEES FOR TRANSCRIPTS (Exhibit C)

| Description | Amount |
|---|---|
| Interview/Statement Transcript: Jason Ayala | $233.00 |
| Deposition Transcript: Jason Ayala | $729.25 |
| Deposition Transcripts: Marlyn Komenenus, Jessica Salcedo, & Destiny Salcedo | $1,039.65 |
| Deposition Transcript: Frank Sheridan, MD | $363.50 |
| Deposition Transcript: Clarence Chapman | $605.75 |
| Deposition Transcript: Michael Kuzel | $585.50 |
| Deposition Transcript: Michael Levine, MD | $371.75 |
| Deposition Transcript: Parris Ward | $376.50 |
| Deposition Transcript: Rocky Edwards | $410.85 |
| SUBTOTAL: | $4,715.75 |

### FEES & DISBURSEMENTS FOR PRINTING (Exhibit D)

| Description | Amount |
|---|---|
| Copy/Print/Scan Costs (metered) | $415.00 |
| SUBTOTAL: | $415.00 |

### FEES FOR WITNESSES (Exhibit E)

| Description | Amount |
|---|---|
| Dr. Eugene Carpenter Per Diem pursuant to 28 U.S.C. 1821(b) | $40.00 |
| Dr. Eugene Carpenter Mileage to and from Trial - Week 1 (444 total miles at $0.67 per mile per IRS Guidelines) | $297.48 |
| Dr. Eugene Carpenter 1-Day Subsistence (per GSA Guidelines for Fresno) | $129.00 |

|  | SUBTOTAL: | $466.48 |
|---|---|---|

## OTHER (Exhibit F)

| Description | Amount |
|---|---|
| USPS Postage for delivery of Plaintiffs' Responses to Defendants' Propounded Discovery Requests, Set 1 | $14.25 |
| FedEx delivery of Original Deposition Transcript to Court for use in Trial | $55.18 |
| Roundtrip flight for Mr. Galipo to attend Trial - Week 1 (3/11-3/14/2025) | $1,217.97 |
| FedEx delivery of Plaintiff's Exhibit Binders to Court | $90.30 |
| FedEx delivery of trial materials (extra copies of transcripts/expert reports, notepads, pens, etc.) to Mr. Galipo's hotel | $114.42 |
| Hotel for Mr. Galipo to attend Trial - Week 1 | $1,858.48 |
| Parking at LAX for Mr. Galipo to attend Trial - Week 1 | $300.00 |
| Roundtrip flight for Mr. Galipo to attend Trial - Week 2 (3/18-3/19/2025) | $648.96 |
| Hotel for Mr. Galipo to attend Trial - Week 2 | $894.67 |
| Parking at LAX for Mr. Galipo to attend Trial - Week 2 | $180.00 |
| SUBTOTAL: | $5,374.23 |

| **TOTAL BILLABLE COSTS:** | **$11,627.46** |
|---|---|