# EXHIBIT A

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Stacy Berger |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA EASTERN DISTRICT COURT |
| **Date:** | Thursday, September 9, 2021 3:25:49 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at 916-930-4866.

Account Number: 2865132
Court: CALIFORNIA EASTERN DISTRICT COURT
Amount: $402.00
Tracking Id: ACAEDC-9810232
Approval Code: 101246
Card Number: ************2010
Date/Time: 09/09/2021 06:25:42 ET

NOTE: This is an automated message. Please do not reply