# EXHIBIT B

Case 1:21-cv-00378-KES-CDB    Document 173-3    Filed 04/25/25    Page 2 of 4

**RAPID LEGAL INC.**
15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA 91709



# INVOICE

**BILL TO**
Law Offices of Dale K. Galipo
21800 Burbank Blvd 310
Woodland Hills, CA 91367
Attn: Santiago Laurel
Billing Code: Lewis, Mickel
Haro, Roberta

**SHIP TO**
Law Offices of Dale K. Galipo
21800 Burbank Blvd 310
Woodland Hills, CA 91367
Attn: Santiago Laurel
Billing Code: Lewis, Mickel
Haro, Roberta

**INVOICE #** 5026741
**DATE** 10/15/2021
**TERMS** Due on receipt

**ACCOUNT #**
146308

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 10/11/2021 | Standard Suburban Area<br>Sub Served, 10/11/2021, Terry Derouch, Clerk Of The Board<br>PARTY TO SERVE: County Of Kern (Registered Agent: Board of Supervisors)<br>1115 Truxtun Ave Fl 5 5th Floor, Bakersfield, CA 93301<br>Complaint, Civil Case Cover Sheet, Notice Of Interested Parties, Issued Summons, Application For Appointment Of Gal, Consent Of Nominee Alisha White For Appointment As Gal For A.W., 4-2 Proposed Order Granting Application Of Alisha White For Appointment As Gal For A.W., 6 Order Setting Mandatory Scheduling Conf, 6-1 Standing Order, 6-2 Scheduling Conference Worksheet, 6-3 Amended Standing Order In Light Of Ongoing Judicial Emergency, 6-4 Magistrate Consent Form, 6-5 Notice Of Availability Of Voluntary Dispute Resolution, 7 Order Granting Application To Appoint Alisha White As Gal For Aw, 8 Application To Appoint Roberta Haro As Gal For R.L., M.L. And H.L., 8-1Consent Of Nominee Roberta Haro As Gal For R.L., M.L. And H.L., 8-2 Proposed Order Re Application Of Roberta Haro As Gal For R.L., M.L. And H.L., 9 Order Granting Application To Roberta Haro As Gal For H.L., M.L. And R.L. | 1 | 110.00 |
| 10/11/2021 | Large Document Set Up (ea. page over 50) | 26 | 13.00 |
| 10/11/2021 | Payment Processing Fee (formerly Convenience Fees) | 1 | 4.00 |

BILLING CODE: Lewis, Mickel Haro, Roberta
CASE #: 121-cv-01352-DAD-JLT
CASE NAME: L., R. v. County of Kern

PAYMENT  127.00
BALANCE DUE  **$0.00**

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565
Thank you for choosing Rapid Legal for your legal services needs

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



## INVOICE

| BILL TO | | |
|---|---|---|
| Law Offices of Dale K. Galipo | INVOICE | 5028604 |
| 21800 Burbank Blvd 310 | DATE | 11/04/2021 |
| Woodland Hills, CA 91367 | TERMS | Due on receipt |
| Attn: Santiago Laurel | | |
| Billing Code: R.L. vs. Kern | | |

ACCOUNT #
146308

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 10/15/2021 | Standard Suburban Area Diligence, 10/15/2021<br>PARTY TO SERVE: Jason Ayala,<br>1115 Truxtun Ave Fl 5 5th foor, Bakersfield, CA 93301<br>Complaint, Summons In A Civil Action, 2 Civil Cover Sheet, 3 Notice Of Interested Parties, 4 Application To Appoint Alisha White As Gal For A.W., 4-1 Consent Of Nominee Alisha White For Appointment As Gal For A.W., 4-2 Proposed Order Granting Application Of Alisha White For Appointment As Gal For A.W., 6 Order Setting Mandatory Scheduling Conf, 6-1 Standing Order, 6-2 Scheduling Conference Worksheet, 6-3 Amended Standing Order In Light Of Ongoing Judicial Emergency, 6-4 Magistrate Consent Form, 6-5 Notice Of Availability Of Voluntary Dispute Resolution, 7 Order Granting Application To Appoint Alisha White As Gal For Aw, 8 Application To Appoint Roberta Haro As Gal For R.L., M.L. And H.L., 8-1 Consent Of Nominee Roberta Haro As Gal For R.L., M.L. And H.L., 8-2 Proposed Order Re Application Of Roberta Haro As Gal For R.L., M.L. And H.L., 9 Order Granting Application To Roberta Haro As Gal For H.L., M.L. And R.L. | 1 | 110.00 |
| 10/15/2021 | Large Document Set Up (ea. page over 50) | 26 | 13.00 |
| 10/15/2021 | Payment Processing Fee (formerly Convenience Fees) | 1 | 4.00 |

BILLING CODE: R.L. vs. Kern
CASE #: 121-cv-01352-DAD-JLT
CASE NAME: R., L.

PAYMENT                                            127.00

BALANCE DUE                                        **$0.00**
                                                   **PAID**

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID #95-4470545

Page 1 of 2

If you have questions about this invoice, please email Accounts Receivable at accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID #95-4470545