# EXHIBIT C

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

8519

16-1606/1220

DATE 4/20/2022

CHECK ARMOR FRAUD PROTECTION

PAY TO THE ORDER OF Lynden J. and Associates, Inc $ 233.00

Two hundred thirty three and 00/100 DOLLARS

Photo Safe Deposit® Details on back

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100 PERSONAL & BUSINESS BANKING

FOR Lewis, Mickel v. County of Kern

MP

⑈008519⑈ ⑆122016066⑆ 224172796⑈

# INVOICE

**BILLED TO:**

DALE K. GALIPO
21800 Burbank Blvd
Suite 310
Woodland Hills, CA 91367

Attn: Dave Galipo

**INVOICE NO. :** 1025920
**INVOICE DATE:** 4/19/2022

**REPORTER:**
Nanette Jensen, CSR

**ID#** 33-0380591

Case:

| Date | Description |
|---|---|
| | Job No. TP97334 A<br>Case No. (Unknown)<br><br>Audio: Deputy Jason Ayala<br><br>Transcription of audio<br><br>Balances unpaid after 20 days are subject to a late charge of 1.5% |

| | |
|---|---|
| **Sub Total** | 233.00 |
| **Paid** | 0.00 |
| **Balance Due** | 233.00 |

THANK YOU. WE APPRECIATE YOUR BUSINESS!

*When Accuracy is Everything!*

**Please remit to:**

LYNDEN J. AND ASSOCIATES INC.
600 W. Santa Ana Blvd., Suite 816
Santa Ana, California, 92701

(800) 972-3376
(714) 542-6500
FAX (714) 542-8025
www.lyndenj.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 740590 | 7/21/2022 | 397703 |
| **Job Date** | **Case No.** | |
| 6/17/2022 | 1:21-CV-00378-NONE-JLT | |
| **Case Name** | | |
| Mickel Erich Lewis, Jr. vs. Kern County et. al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Blvd
Ste 310
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Jason Ayala | 143.00 | Pages | @ | 4.750 | 679.25 |
| Exhibit | 5.00 | Pages | @ | 0.150 | 25.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| **TOTAL DUE >>>** | | | | | **$729.25** |

Location of Job : Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Blvd
Ste 310
Woodland Hills, CA 91367-6479

Job No. : 397703 BU ID : California
Case No. : 1:21-CV-00378-NONE-JLT
Case Name : Mickel Erich Lewis, Jr. vs. Kern County et. al.

Invoice No. : 740590 Invoice Date : 7/21/2022
**Total Due : $729.25**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

# INVOICE

**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 740590 | 7/21/2022 | 397703 |
| **Job Date** | **Case No.** | |
| 6/17/2022 | 1:21-CV-00378-NONE-JLT | |
| **Case Name** | | |
| Mickel Erich Lewis, Jr. vs. Kern County et. al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Blvd
Ste 310
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jason Ayala | 143.00 | Pages | @ | 4.750 | 679.25 |
| Exhibit | 5.00 | Pages | @ | 0.150 | 25.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| | **TOTAL DUE >>>** | | | | **$729.25** |

Location of Job : Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

8684

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

16-1606/1220
1

DATE 7/25/2022

CHECK ARMOR FRAUD PROTECTION

PAY TO THE ORDER OF Huseby Global Litigation $ 1,289.25

One thousand two hundred eighty-nine and 25/100 DOLLARS

Photo Safe Deposit® Details on back

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100
PERSONAL & BUSINESS BANKING

FOR Mickel Erich Lewis Jr. v. Kern County

MP

⑈008684⑈ ⑆122016066⑆ 224172796⑈

ESQUIRE

**Invoice INV2287098**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Date** 9/7/2022
**Terms** Net 30
**Due Date** 10/7/2022

**Client Number** C25686
**Esquire Office** Bakersfield
**Proceeding Type** Deposition
**Name of Insured**
**Adjuster**
**Firm Matter/File #**
**Client VAL ID**
**Date of Loss**

**Bill To**
Law Office Of Dale Galipo - Woodland Hills
21800 Burbank Boulevard
Suite 310
Woodland Hills CA 91367

**Services Provided For**
Law Office Of Dale Galipo - Woodland Hills
Lee, Ranhee
21800 Burbank Boulevard
Suite 310
Woodland Hills CA 91367

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/15/2022 | J8449111 | Mojave, CALIFORNIA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-VC-WI | Marlyn Komenenus | 62 | 4.60 | | $285.20 |
| CONDENSED TRANSCRIPT | Marlyn Komenenus | 1 | 25.00 | | $25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Marlyn Komenenus | 1 | 50.00 | | $50.00 |
| PROCESSING & COMPLIANCE | Marlyn Komenenus | 1 | 50.00 | | $50.00 |
| TRANSCRIPT - COPY-VID-VC-WI | Jessica Leslie Salcedo | 36 | 4.60 | | $165.60 |
| CONDENSED TRANSCRIPT | Jessica Leslie Salcedo | 1 | 25.00 | | $25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Jessica Leslie Salcedo | 1 | 50.00 | | $50.00 |
| PROCESSING & COMPLIANCE | Jessica Leslie Salcedo | 1 | 50.00 | | $50.00 |
| TRANSCRIPT - COPY-VID-VC-WI | Destiny Salcedo | 38 | 4.60 | | $174.80 |
| CONDENSED TRANSCRIPT | Destiny Salcedo | 1 | 25.00 | | $25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Destiny Salcedo | 1 | 50.00 | | $50.00 |
| PROCESSING & COMPLIANCE | Destiny Salcedo | 1 | 50.00 | | $50.00 |

| | |
|---|---|
| **Subtotal** | 1,000.60 |
| **Shipping Cost (FedEx)** | 39.05 |
| **Total** | $1,039.65 |
| **Amount Due** | 1,039.65 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

**Client Name** Law Office Of Dale Galipo - Woodland Hills
**Client #** C25686
**Invoice #** INV2287098
**Invoice Date** 9/7/2022
**Due Date** 10/7/2022
**Amount Due** **$1,039.65**

ESQUIRE DEPOSITION SOLUTIONS

**Invoice INV2287098**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Date** 9/7/2022
**Terms** Net 30
**Due Date** 10/7/2022

**Client Number** C25686
**Esquire Office** Bakersfield
**Proceeding Type** Deposition
**Name of Insured**
**Adjuster**
**Firm Matter/File #**
**Client VAL ID**
**Date of Loss**

**Bill To**
Law Office Of Dale Galipo - Woodland Hills
21800 Burbank Boulevard
Suite 310
Woodland Hills CA 91367

**Services Provided For**
Law Office Of Dale Galipo - Woodland Hills
Lee, Ranhee
21800 Burbank Boulevard
Suite 310
Woodland Hills CA 91367

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/15/2022 | J8449111 | Mojave, CALIFORNIA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-VC-WI | Marlyn Komenenus | 62 | 4.60 | | $285.20 |
| CONDENSED TRANSCRIPT | Marlyn Komenenus | 1 | 25.00 | | $25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Marlyn Komenenus | 1 | 50.00 | | $50.00 |
| PROCESSING & COMPLIANCE | Marlyn Komenenus | 1 | 50.00 | | $50.00 |
| TRANSCRIPT - COPY-VID-VC-WI | Jessica Leslie Salcedo | 36 | 4.60 | | $165.60 |
| CONDENSED TRANSCRIPT | Jessica Leslie Salcedo | 1 | 25.00 | | $25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Jessica Leslie Salcedo | 1 | 50.00 | | $50.00 |
| PROCESSING & COMPLIANCE | Jessica Leslie Salcedo | 1 | 50.00 | | $50.00 |
| TRANSCRIPT - COPY-VID-VC-WI | Destiny Salcedo | 38 | 4.60 | | $174.80 |
| CONDENSED TRANSCRIPT | Destiny Salcedo | 1 | 25.00 | | $25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Destiny Salcedo | 1 | 50.00 | | $50.00 |
| PROCESSING & COMPLIANCE | Destiny Salcedo | 1 | 50.00 | | $50.00 |

| | |
|---|---|
| **Subtotal** | 1,000.60 |
| **Shipping Cost (FedEx)** | 39.05 |
| **Total** | $1,039.65 |
| **Amount Due** | 1,039.65 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

8813

16-1606/1220
1

DATE 10/12/22

CHECK ARMOR

PAY TO THE ORDER OF Esquire Deposition Solutions, LLC $ 1039.65

One Thousand Thirty Nine 65/100 DOLLARS

Photo Safe Deposit

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100
PERSONAL & BUSINESS BANKING

FOR INV2287098 Lewis v. Kern

⑈008813⑈ ⑆122016066⑆ 224172796⑈



# INVOICE

Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 765994 | 12/14/2022 | 426801 |
| **Job Date** | **Case No.** | |
| 12/2/2022 | 1:21-CV-00378-NONE-JLT | |
| **Case Name** | | |
| Mickel Erich Lewis, Jr., et al. vs. Kern County, et al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
Suite 310
21800 Burbank Boulevard
Woodland Hills, CA 91367-6479

| ORIGINAL TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Frank Sheridan, MD | 66.00 | Pages | @ | 4.750 | 313.50 |
| Litigation Support Services | 1.00 | | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| Appearance | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign | 1.00 | | @ | 25.000 | 25.00 |
| **TOTAL DUE >>>** | | | | | **$363.50** |

Location of Job : Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

8917

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

16-1606/1220
1

DATE 12/16/2022

CHECK ARMOR

PAY TO THE ORDER OF Huseby Global Litigation $ 969.25

nine hundred sixty-nine and 25/100 DOLLARS

Photo Safe Deposit® Details on back

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100 PERSONAL & BUSINESS BANKING

FOR mickel Erich Lewis v Kern County

⑈008917⑈ ⑆122016066⑆ 224172796⑈

Email:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 765085 | 12/9/2022 | 426800 |
| **Job Date** | **Case No.** | |
| 11/29/2022 | 1:21–CV–00378–NONE–JLT | |
| **Case Name** | | |
| Mickel Erich Lewis, Jr., et al. vs. Kern County, et al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
Suite 310
21800 Burbank Boulevard
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Clarence R. Chapman | 117.00 | Pages | @ | 4.750 | 555.75 |
| Hourly | 2.50 | Hours | @ | 0.000 | 0.00 |
| Exhibits - Black & White | 14.00 | Pages | @ | 0.250 | 25.00 |
| Litigation Support Services | 1.00 | | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| | **TOTAL DUE >>>** | | | | **$605.75** |

Location of Job : Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Dale K. Galipo, Esq.
Dale Galipo Law Offices
Suite 310
21800 Burbank Boulevard
Woodland Hills, CA 91367-6479

Job No. : 426800 BU ID : California
Case No. : 1:21–CV–00378–NONE–JLT
Case Name : Mickel Erich Lewis, Jr., et al. vs. Kern County, et al.
Invoice No. : 765085 Invoice Date : 12/9/2022
**Total Due** : **$605.75**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 765085 | 12/9/2022 | 426800 |
| **Job Date** | **Case No.** | |
| 11/29/2022 | 1:21−CV−00378−NONE−JLT | |
| **Case Name** | | |
| Mickel Erich Lewis, Jr., et al. vs. Kern County, et al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
Suite 310
21800 Burbank Boulevard
Woodland Hills, CA 91367-6479

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Dale K. Galipo, Esq.
Dale Galipo Law Offices
Suite 310
21800 Burbank Boulevard
Woodland Hills, CA 91367-6479

Job No. : 426800 BU ID : California
Case No. : 1:21−CV−00378−NONE−JLT
Case Name : Mickel Erich Lewis, Jr., et al. vs. Kern County, et al.
Invoice No. : 765085 Invoice Date : 12/9/2022
**Total Due : $605.75**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**



# INVOICE

**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 765085 | 12/9/2022 | 426800 |

| Job Date | Case No. |
|---|---|
| 11/29/2022 | 1:21-CV-00378-NONE-JLT |

| Case Name |
|---|
| Mickel Erich Lewis, Jr., et al. vs. Kern County, et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
Suite 310
21800 Burbank Boulevard
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Clarence R. Chapman | 117.00 | Pages | @ | 4.750 | 555.75 |
| Hourly | 2.50 | Hours | @ | 0.000 | 0.00 |
| Exhibits - Black & White | 14.00 | Pages | @ | 0.250 | 25.00 |
| Litigation Support Services | 1.00 | | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| **TOTAL DUE >>>** | | | | | **$605.75** |

Location of Job : Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Job No. : 426800 BU ID : California
Case No. : 1:21-CV-00378-NONE-JLT

Dale K. Galipo, Esq.

8917

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

16-1606/1220
1

CHECK ARMOR FRAUD PROTECTION

DATE 12/16/2022

PAY TO THE ORDER OF Huseby Global Litigation $ 969.25

nine hundred sixty-nine and 25/100 DOLLARS

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100
PERSONAL & BUSINESS BANKING

FOR Mickel Erich Lewis v Kern County

MP

⑈008917⑈ ⑆122016066⑆ 224172796⑈



# INVOICE

Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 769610 | 1/5/2023 | 426803 |
| **Job Date** | **Case No.** | |
| 12/20/2022 | 1:21-CV-00378-NONE-JLT | |
| **Case Name** | | |
| Mickel Erich Lewis, Jr., et al. vs. Kern County, et al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Boulevard,
Suite 310
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Michael Kuzel | 118.00 | Pages | @ | 4.750 | 560.50 |
| Litigation Support Services | 1.00 | | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

8958

16-1606/1220

DATE 1/10/2023

CHECK ARMOR FRAUD PROTECTION

PAY TO THE ORDER OF Huseby Global Litigation $ 585.50

Five hundred eighty five and 50/100 DOLLARS

Photo Safe Deposit® Details on back

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100 PERSONAL & BUSINESS BANKING

FOR Mickel Erich Lewis Jr. v. Kern County

MP

⑈008958⑈ ⑆122016066⑆ 224172796⑈

Tax ID: 51-1705732

*Please detach bottom portion and return with payment.*

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Boulevard,
Suite 310
Woodland Hills, CA 91367-6479

Job No. : 426803 BU ID : California
Case No. : 1:21-CV-00378-NONE-JLT
Case Name : Mickel Erich Lewis, Jr., et al. vs. Kern County, et al.
Invoice No. : 769610 Invoice Date : 1/5/2023
**Total Due : $585.50**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**



INVOICE

Huseby.com

Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 769200 | 1/10/2023 | 425446 |

| Job Date | Case No. |
|---|---|
| 12/5/2022 | 1:21-CV-00378-NONE-JLT |

**Case Name**

Mickel Erich Lewis, Jr., et al. vs. Kern County, et al.

**Payment Terms**

Due upon receipt, after 30 days 1.5% fee

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Boulevard,
Suite 310
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| Item | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Michael Levine, MD | 73.00 | Pages | @ | 4.750 | 346.75 |
| Litigation Support Services | 1.00 | | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| Appearance | 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE >>>** | | | | | **$371.75** |

Location of Job : Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice
(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the pa ge. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Ple ase DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

8982

16-1606/1220
1

DATE 1/24/2023

PAY TO THE ORDER OF Huseby Global Litigation $ 748.25

Seven hundred forty-eight and 25/100 DOLLARS

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100 PERSONAL & BUSINESS BANKING

CHECK ARMOR FRAUD PROTECTION

Photo Safe Deposit Details on back

FOR Mickel Erich Lewis Jr. v. Kern County

⑈008982⑈ ⑆122016066⑆ 2241727796⑈

Email:

# INVOICE

**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 769183 | 1/10/2023 | 425448 |
| **Job Date** | **Case No.** | |
| 12/7/2022 | 1:21-CV-00378-NONE-JLT | |
| **Case Name** | | |
| Mickel Erich Lewis, Jr., et al. vs. Kern County, et al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Boulevard,
Suite 310
Woodland Hills, CA 91367-6479

ORIGINAL TRANSCRIPT OF:

| | Qty | | | Rate | Amount |
|---|---|---|---|---|---|
| Parris Ward | 74.00 | Pages | @ | 4.750 | 351.50 |
| Litigation Support Services | 1.00 | | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| Appearance | 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE >>>** | | | | | **$376.50** |

Location of Job : Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice
(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the pa ge. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Ple ase DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Job No. : 425448 BU ID : California

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

8982

16-1606/1220
1

DATE 1/24/2023

CHECK ARMOR

PAY TO THE ORDER OF Huseby Global Litigation $ 748.25

Seven hundred forty-eight and 25/100 DOLLARS

Photo Safe Deposit® Details on back

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100 PERSONAL & BUSINESS BANKING

FOR Mickel Erich Lewis Jr. v. Kern County

MP

⑈008982⑈ ⑆122016066⑆ 224172796⑈



# Invoice

#765994

Dale Galipo Law Offices
Dale K. Galipo, Esq.
Suite 310
21800 Burbank Boulevard
Woodland Hills CA 91367-6479
United States

in file

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 12/14/2022 | DUR, after 30 days 1.5% | 12/14/2022 | 12/2/2022 | 426801 |

| Case Number | Case Name |
|---|---|
| 1:21-CV-00378-NONE-JLT | Mickel Erich Lewis, Jr., et al. vs. Kern County, et al. |

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Frank Sheridan, MD | 66.00 | Pages | @ | 4.75 | 313.50 |
| Litigation Support Services | | | | 0.00 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | | | | 0.00 | 0.00 |
| Print/Bind/Package/Shipping | | | | 25.00 | 25.00 |
| Appearance | | | | 0.00 | 0.00 |
| Read & Sign | | | | 25.00 | 25.00 |

**TOTAL DUE >>>** **$363.50**

Finance Charge $5.45

Grand Total $368.95

Location of Job: Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

Thank you for choosing Huseby!

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9052

16-1606/1220
1

DATE 3/1/23

PAY TO THE ORDER OF Huseby Global Litigation $ 1380.10

One Thousand Three Hundred Eighty 10/100 DOLLARS

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100
PERSONAL & BUSINESS BANKING

Lewis v Kern

FOR INV 772195, 765994, 765085

⑈009052⑈ ⑆122016066⑆ 224172796⑈

**Huseby.com**

Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# Invoice

#772195

**Dale Galipo Law Offices**
Dale K. Galipo, Esq.
21800 Burbank Boulevard,
Suite 310
Woodland Hills CA 91367-6479
United States

in file

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 1/26/2023 | DUR, after 30 days 1.5% | 1/26/2023 | 1/5/2023 | 433039 |

| Case Number | Case Name |
|---|---|
| 1:21-CV-00378-NONE-JLT | Mickel Erich Lewis, Jr., et al. vs. Kern County, et al. |

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Rocky Edwards | 78.00 | Pages | @ | 4.45 | 347.10 |
| Exhibits - Black & White | 8.00 | Pages | @ | 0.25 | 25.00 |
| Litigation Support Services | | | | 0.00 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | | | | 0.00 | 0.00 |
| Print/Bind/Package/Shipping | | | | 25.00 | 25.00 |
| Appearance | | | | 0.00 | 0.00 |
| Exhibits - Color | 11.00 | | @ | 1.25 | 13.75 |
| | **TOTAL DUE >>>** | | | | **$410.85** |

Location of Job: Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9052

16-1606/1220
1

DATE 3/1/23

CHECK ARMOR

PAY TO THE ORDER OF Huseby Global Litigation $ 1380.10

One Thousand Three Hundred Eighty 10/100 DOLLARS

Photo Safe Deposit

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

Lewis v Kern

FOR INV 772195, 765994, 765085

⑈009052⑈ ⑆122016066⑆ 224172796⑈



# Invoice

#765085

**Dale Galipo Law Offices**
Dale K. Galipo, Esq.
Suite 310
21800 Burbank Boulevard
Woodland Hills CA 91367-6479
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 12/09/2022 | DUR, after 30 days 1.5% | 12/09/2022 | 11/29/2022 | 426800 |

| Case Number | Case Name |
|---|---|
| 1:21-CV-00378-NONE-JLT | Mickel Erich Lewis, Jr., et al. vs. Kern County, et al. |

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Clarence R. Chapman | 117.00 | Pages | @ | 4.75 | 555.75 |
| Exhibits - Black & White | 14.00 | Pages | @ | 0.25 | 25.00 |
| Litigation Support Services | | | | 0.00 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | | | | 0.00 | 0.00 |
| Print/Bind/Package/Shipping | | | | 25.00 | 25.00 |
| Hourly | 2.50 | Hours | @ | 0.00 | 0.00 |

**TOTAL DUE >>> $605.75**

Finance Charge $9.09

Grand Total $614.84

Location of Job: Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9052

16-1606/1220
1

DATE 3/1/23

PAY TO THE ORDER OF Huseby Global Litigation $ 1380.10

One Thousand Three Hundred Eighty 10/100 DOLLARS

CITY NATIONAL BANK AN RBC COMPANY (800) 773-7100
PERSONAL & BUSINESS BANKING

Lewis v Kern

FOR Inv 772195, 765994, 765085

⑈009052⑈ ⑆122016066⑆ 224172796⑈