# EXHIBIT E

CLAIM OF **Eugene Carpenter, Jr.**
540 La Mirada Avenue
San Marino, California, 91108
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

TO
Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Suite 310
Woodland Hills, Ca, 91367

and

County of Kern
c/o Attorney Fortes
1115 Truxton Ave.
Bakersfield, Ca.

2025

| DATE | DESCRIPTION | DOLLARS | CENTS |
|---|---|---|---|
| 4-17 | Forensic pathology Services: Testimony, 3-13-25, 24/65.13, Ree Fields v. County of Kern (coroner case: 002920-20), 0908 (I was late by ~30 minutes) - Testimony, ~ 1½ hours, 0930-1120) at $400 per hour with a 2 hour minimum. | $800 | 00 |
| | Hotel Stay, one night, South Fresno, HIE, on 3-12-25 | $176 | 00 |
| | Transportation, Auto, Roundtrip, 63¢ per mile, 446 miles. | $281 | 00 |
| | | $1,257 | 00 |

The undersigned, under penalty of perjury, states: That the above claim and the items therein set out are true and correct, that no part thereof has been heretofore paid, that the amount thereon is justly due, and that the same is presented not later than one year after the accrual of the cause of action.

CLAIMANT SIGNATURE    4-17-25
DATE

Attorney Galipo owes one half or
**$628.00**  — SAnderson@galipolaw.com

County of Kern owes one half minus amount of retainer check ($275.00)
or **$353.00**  — SWillard@kerncounty.org

## Total Paid Amount v. Total Billable Amount

Per Diem Witness Fee: $40.00
Mileage: $297.48
+ 1-Day Subsistence Fee: $129.00
**Total Billable Amount = $466.48**



# FY 2025 per diem rates for fresno, California

**Daily lodging rates (excluding taxes) | October 2024 - September 2025**

| Primary destination | County | 2024 Oct | Nov | Dec | 2025 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fresno | Fresno | $129 | $129 | $129 | $129 | $129 | $129 | $129 | $129 | $129 | $129 | $129 | $129 |

SOURCE:
https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2025&state=CA&city=fresno&zip=



SOURCE:
https://www.irs.gov/tax-professionals/standard-mileage-rates

# Standard mileage rates

If you use your car for business, charity, medical or moving purposes, you may be able to take a deduction based on the mileage used for that purpose.

## 2025 mileage rates

The standard mileage rates for 2025 are:

- Self-employed and business: 70 cents/mile
- Charities: 14 cents/mile
- Medical: 21 cents/mile
- Moving (military only): 21 cents/mile

Find out when you can deduct vehicle mileage

## Mileage rates for all years (cents/mile)

| Period | Business use | Charity use | Medical or military moving | Source |
|---|---|---|---|---|
| 2025 | 70 | 14 | 21 | IR-2024-312 |
| 2024 | 67 | 14 | 21 | IR-2023-239 |
| 2023 | 65.5 | 14 | 22 | IR-2022-234 |
| 7/1/2022-12/31/2022 | 62.5 | 14 | 22 | IR-2022-124 |
| 1/1/2022-6/30/2022 | 58.5 | 14 | 18 | IR-2021-251 |
| 2021 | 56 | 14 | 16 | IR-2020-279 |
| 2020 | 57.5 | 14 | 17 | IR-2019-215 |
| 2019 | 58 | 14 | 20 | IR-2018-251 |
| 2018<br>• TCJA | 54.5 | 14 | 18 | IR-2017-204<br>   • IR-2018-127 |
| 2017 | 53.5 | 14 | 17 | IR-2016-169 |
| 2016 | 54 | 14 | 19 | IR-2015-137 |

**Tax professionals topics**

- Serve your clients
- Tax pro news and resources
- Office of Professional Responsibility and Circular 230
- Tax code, regulations and official guidance
- E-Services
- Topic no. 161, Returning an erroneous refund – Paper check or direct deposit
- Appeals
- Tax professionals

| Period | Business use | Charity use | Medical or military moving | Source |
|---|---|---|---|---|
| 2015 | 57.5 | 14 | 23 | IR-2014-114 |
| 2014 | 56 | 14 | 23.5 | IR-2013-95 |
| 2013 | 56.5 | 14 | 24 | IR-2012-95 |
| 2012 | 55.5 | 14 | 23 | IRB-2012-02 |
| 7/1/2011-12/31/2011 | 55.5 | 14 | 23.5 | IR-2011-69 |
| 1/1/2011-6/30/2011 | 51 | 14 | 19 | IR-2010-119 |

Page Last Reviewed or Updated: 02-Jan-2025