EXHIBIT F

Lewis v Kern

**tamps**
**endicia**          **Shipping Label Receipt**

**Tracking Number:**

### 9405 5118 9956 1267 8857 68

PRIORITY MAIL 2-DAY with Tracking *
Electronic Service Fee: $0.00
Total Postage and Fees: $14.25
Weight: 0 lbs 1 oz
Print Date: 09/07/2022          Mailing Date: 09/07/2022

**From:**    Law Offices of Dale K. Galipo
            21800 Burbank Blvd., Suite 310
            Woodland Hills CA 91367

**To:**    MARGO A. RAISON, KERN COUNTY COUNSEL          USPS
          KATHLEEN RIVERA, Deputy                       Postmark
          OFFICE OF THE COUNTY COUNSEL, COUNTY OF KERN  Here
          1115 TRUXTUN AVE RM 505
          BAKERSFIELD CA 93301-4630

*Regular PRIORITY MAIL 2-DAY Service postage rates apply. There is no fee for Tracking service
on PRIORITY MAIL 2-DAY services with use of this electronic shipping label. Postmark required if
fee refund requested. Delivery information is not available by phone for the electronic option.

## nstructions:

Adhere shipping label to package with tape or glue - DO NOT TAPE
OVER BARCODE. Be sure all edges are secured. Self-adhesive
label is recommended.

Place the label so it does not wrap around the edge of the package.

This package may be deposited in any collection box, handed to
your mail carrier, or presented to a clerk at your local Post Office.

Each confirmation number is unique and can be used only once -
DO NOT PHOTOCOPY.

You must mail this package on the "mail date" that is specified
on this label.

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 772284071238 | Feb 24, 2025 | 55.18 USD |

## From address

**Law Offices of Dale K. Galipo**

Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Ste. 310
91367 CA Woodland Hills
US
Phone: 8183473333

## To address

**Hon. Kirk E. Sherriff**

U.S. Courthouse Robert E. Coyle
2500 Tulare Street
Courtroom 6, 7th Floor
93721 CA Fresno
US
Phone: 8183473333

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 8.00 lb | | | n/a |

| Packaging type: | Service: | Pickup / drop-off type: |
|---|---|---|
| FedEx Large Box | FedEx Priority Overnight | I'll drop off my shipment at a FedEx location |

## Billing information

| Bill transportation cost to: | ******876 | P.O. No.: | |
|---|---|---|---|
| Bill duties, taxes and fees to: | | Invoice No.: | |
| Your reference: | | Department No.: | |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

eTicket Itinerary and Receipt for Confirmation EZXNZT

From:  United Airlines (receipts@united.com)
To:    dalekgalipo@yahoo.com
Date:  Wednesday, March 5, 2025 at 03:41 PM PST

---

# UNITED

Wed, Mar 05, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# EZXNZT

Flight 1 of 2 UA5591                                         Class: United First (D)

Mon, Mar 10, 2025                                            Mon, Mar 10, 2025

## 04:35 PM                                                  05:42 PM

Los Angeles, CA, US (LAX)                                    Fresno, CA, US (FAT)

Flight Operated by SKYWEST DBA UNITED EXPRESS.

If this is an originating flight on your itinerary, please check in at the CHECK IN WITH /UNITED TERM 7 ticket counter.

Flight 2 of 2 UA5759                                         Class: United First (Z)

Fri, Mar 14, 2025                                            Fri, Mar 14, 2025

## 06:45 PM                                                  08:10 PM

Fresno, CA, US (FAT)                                         Los Angeles, CA, US (LAX)

Flight Operated by SKYWEST DBA UNITED EXPRESS.

## Traveler Details

GALIPO/DALE

eTicket number: **0162465947721**

Seats: **LAX-FAT -----**

Frequent Flyer: **UA-XXXXX585 Premier Silver**

**FAT-LAX -----**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 6011** |
| Date of purchase: | **Wed, Mar 05, 2025** |

| | |
|---|---|
| Airfare: | **1104.53** |
| U.S. Transportation Tax: | **82.84** |
| U.S. Flight Segment Tax: | **10.40** |
| Passenger Civil Aviation Security Service Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **9.00** |

| | |
|---|---|
| Total Per Passenger: | **1217.97 USD** |

| | |
|---|---|
| **Total:** | **1217.97 USD** |

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.
REFUNDABLE

### MileagePlus Accrual Details

| Dale Galipo | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Mar 10, 2025 | 5591 | Los Angeles, CA, US (LAX) to Fresno, CA, US (FAT) | 5040 | 720 | 1 |
| Fri, Mar 14, 2025 | 5759 | Fresno, CA, US (FAT) to Los Angeles, CA, US (LAX) | 2702 | 386 | 1 |
| MileagePlus accrual totals: | | | 7742 | 1106 | 2 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Mar 10, 2025 Los Angeles, CA, US (LAX) to Fresno, CA, US (FAT) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Fri, Mar 14, 2025 Fresno, CA, US (FAT) to Los Angeles, CA, US (LAX) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

### Important Information about MileagePlus Earning

Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual. You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

**Check-in Requirement -** Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted. **Boarding Requirement -** Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure. Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation. Bring your boarding pass or this eTicket Receipt along with photo identification to the airport. The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further. For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561. If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket. For the most current status of your reservation, go to our Flight Status page. Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page

FAA website Pack Safe page

TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations -** Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations -** For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms -** Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times -** For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**Advice to International Passengers on Carrier Liability -** Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including contracts of carriage embodied in applicable tariffs, governs, and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

**Notice - Overbooking of Flights -** Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2025 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices



21937 Ventura Blvd Gateway Plaza
Woodland Hills, CA 91364
818.884.4465

---

March 5, 2025 5:48 PM
Receipt #: JTOKS00810252

---

| 4505 | 1 @ | $10.4900 T |
| Std- Sm, 14x14x14 | | |

---

FedEx Express                          $78.81
FedEx Priority Overnight          Estimated
812377811552

**Recipient Address**
Hon. Kirk E Sherriff
2500 Tulare Street
Courtroom 6, 7th Floor
FRESNO, CA 93721, US
818-347-3333
Scheduled Delivery Date: 03/06/2025
Pricing Option: Standard Rate
Package Information: Your Packaging
15x14x10
Package Weight: 13.50 lbs (S)
Declared Value: $100

Packing Services
4505
Std- Sm, 14x14x14

---

Account Billed

Retail Subtotal              $10.49
Est. Express Subtotal        $78.81

Tax                           $1.00
**Estimated Total**          **$90.30**

Sender Account ending in *6876

---

Tell us how we're doing:


Office

LEWIS vs KERN COUNTY

21937 Ventura Blvd Gateway Plaza
Woodland Hills, CA 91364
818.884.4465

March 7, 2025 5:44 PM
Receipt #: JTOKS00710282

4614                       1  @      $13.9900 T
STND Hvy Materials

FedEx Express                      $99.10
FedEx Priority Overnight      Estimated
772568439076

Recipient Address
dale galipo
doubletree fresno convention center
2233 Cesar Chavez Blvd
FRESNO, CA 93721, US
818-347-3333
Scheduled Delivery Date: 03/10/2025
Pricing Option: Standard Rate
Package Information: Your Packaging
18x14x13
Package Weight: 29.05 lbs (S)
Declared Value: $1

Packing Services
4614
STND Hvy Materials

                          Account Billed

        Retail Subtotal          $13.99
Est. Express Subtotal            $99.10

                  Tax              $1.33
        Estimated Total         $114.42

        Sender Account ending in *6876



ACCOUNT ENDING - 49009                                                      CARD MEMBER

**Business Gold Rewards Card**                                              DALE GALIPO

| DATE | DESCRIPTION | AMOUNT |
|------|------------|--------|
| Mar 15 | **DOUBLETREE BY HILTON HOTEL FRESNO CONVENTION CENTER** 2233 VENTURA ST  FRESNO CA 93721 (559) 268-1000 https://www.hilton.com/en/hotels/fatccdt-doubletree-fresno-convention-center/ | $1,858.48 |

**DOUBLETREE HOTEL FREFRESNO CA**

Will appear on your Mar 27, 2025 statement as
DOUBLETREE HOTEL FREFRESNO CA

CARD
DALE GALIPO

MEMBERSHIP REWARDS POINTS
1X on Other purchases                    1,858

THANK YOU FOR YOUR STAY
CHECK-IN                 CHECK-OUT
March 10, 2025           March 14, 2025

ADDITIONAL INFORMATION
600076 559-268-1000
LODGING

-



**Business Gold Rewards Card**    DALE GALIPO

## Card Activity Since Feb 25 (Closing Mar 27)

Transactions                                                            5 Transactions

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Mar 15** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | Will appear on your Mar 27, 2025 statement as | |
| | ▮▮▮▮▮▮▮▮▮▮▮▮ | |
| | CARD | |
| | DALE GALIPO | |
| | REWARDS | |
| | You'll be able to see Rewards information for an eligible charge within 5 days of the charge posting to your account. Please check back later. | |
| | ADDITIONAL INFORMATION | |
| | ▮▮▮▮▮▮▮▮▮ | |
| **Mar 14**<br>Pending | **DOUBLETREE BY HILTON HOTEL FRESNO CONVENTION CENTER**<br>2233 VENTURA ST<br><br>FRESNO<br>CA<br>93721<br>(559) 268-1000<br>https://www.hilton.com/en/hotels/fatccdt-doubletree-fresno-convention-center/ | **DOUBLETREE BY HILTON HOTEL FRE**<br>Will appear on your statement as DOUBLETREE BY HILTON HOTEL FRE<br><br>METHOD   CARD<br>Card entered manually   DALE GALIPO<br><br>REWARDS<br>You'll be able to see Rewards information for an eligible charge within 5 days of the charge posting to your account. Please check back later. | **$26.53** |
| **Mar 14**<br>Pending | **DOUBLETREE BY HILTON HOTEL FRESNO CONVENTION CENTER**<br>2233 VENTURA ST<br><br>FRESNO<br>CA<br>93721<br>(559) 268-1000<br>https://www.hilton.com/en/hotels/fatccdt-doubletree-fresno-convention-center/ | **DOUBLETREE BY HILTON HOTEL FRE**<br>Will appear on your statement as DOUBLETREE BY HILTON HOTEL FRE<br><br>METHOD   CARD<br>Card entered manually   DALE GALIPO<br><br>REWARDS<br>You'll be able to see Rewards information for an eligible charge within 5 days of the charge posting to your account. Please check back later. | **$275.86** |
| **Mar 14**<br>Pending | **P7 LAX SMART PARKING**<br>651-3 WORLD WAY SOUTH<br><br>LOS ANGELES<br>CA<br>90045<br>(310) 646-2911 | **P7 LAX SMART PARKING**<br>Will appear on your statement as P7 LAX SMART PARKING<br><br>METHOD   CARD<br>Paid for in-person   DALE GALIPO<br><br>REWARDS<br>You'll be able to see Rewards information for an eligible charge within 5 days of the charge posting to your account. Please check back later. | **$300.00** |
| **Mar 11** | **DAYS INN FRESNO SOUTH**<br>2640 SOUTH 2ND ST<br><span style="color:red">**Roberta Haro hotel cost**</span> | **DAYS INN FRESNO SOUTFRESNO CA**<br>Will appear on your Mar 27, 2025 statement as DAYS INN FRESNO SOUTFRESNO CA | **$256.18** |

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|

FRESNO
CA
93706-5448
(559) 237-6644
http://www.daysinn.com

CARD
DAVE GALIPO

MEMBERSHIP REWARDS POINTS
1X on Other purchases                    256

THANK YOU FOR YOUR STAY
CHECK-IN                          CHECK-OUT
March 10, 202025            March 11, 202025

ADDITIONAL INFORMATION
1 559-237-6644
LODGING



Doubletree by Hilton Fresno Convention Center
2233 CESAR CHAVEZ BLVD
Fresno CA 93721
United States of America
TELEPHONE 559-268-1000 • FAX 559-441-2954
Reservations
www.hilton.com or 1 800 HILTONS

GALIPO, DALE

21800 BURBANK BLVD, STE 310

LOS ANGELES CA  91367
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 301/NKS |
| Arrival Date: | 3/10/2025  6:19:00 PM |
| Departure Date: | 3/14/2025 |
| Adult/Child: | 1/0 |
| Cashier ID: | CCBIBBS |
| Room Rate: | 290.46 |
| AL: | |
| HH # | 2222422889 SILVER |
| VAT # | |
| Folio No/Che | 600076 A |

Confirmation Number: 86187195

Doubletree by Hilton Fresno Convention Center 3/14/2025 2:21:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 3/10/2025 | 3378369 | IRD #6376 | $90.74 |
| 3/10/2025 | 3378575 | GUEST ROOM | $290.46 |
| 3/10/2025 | 3378575 | RM - CITY TAX | $34.86 |
| 3/10/2025 | 3378575 | LOCAL ASSESSMENT FEE | $6.38 |
| 3/11/2025 | 3378952 | CAFE #6388 | $30.65 |
| 3/11/2025 | 3378959 | IRD #5594 | $26.47 |
| 3/11/2025 | 3379348 | IRD #5619 | $56.66 |
| 3/11/2025 | 3379522 | GUEST ROOM | $302.82 |
| 3/11/2025 | 3379522 | RM - CITY TAX | $36.34 |
| 3/11/2025 | 3379522 | LOCAL ASSESSMENT FEE | $6.65 |
| 3/12/2025 | 3379921 | CAFE #5632 | $30.46 |
| 3/12/2025 | 3380333 | IRD #6425 | $82.11 |
| 3/12/2025 | 3380687 | GUEST ROOM | $302.82 |
| 3/12/2025 | 3380687 | RM - CITY TAX | $36.34 |
| 3/12/2025 | 3380687 | LOCAL ASSESSMENT FEE | $6.65 |
| 3/13/2025 | 3381067 | IRD #6434 | $26.47 |
| 3/13/2025 | 3381078 | CAFE #5657 | $31.65 |
| 3/13/2025 | 3381417 | IRD #5673 | $100.65 |
| 3/13/2025 | 3381624 | GUEST ROOM | $291.40 |
| 3/13/2025 | 3381624 | RM - CITY TAX | $34.97 |
| 3/13/2025 | 3381624 | LOCAL ASSESSMENT FEE | $6.40 |
| | | WILL BE SETTLED TO AX*5005 | $1,831.95 |
| | | EFFECTIVE BALANCE OF | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com



Doubletree by Hilton Fresno Convention Center
2233 CESAR CHAVEZ BLVD
Fresno CA 93721
United States of America
TELEPHONE 559-268-1000  • FAX 559-441-2954
Reservations
www.hilton.com or 1 800 HILTONS

GALIPO, DALE

21800 BURBANK BLVD, STE 310

LOS ANGELES CA 91367
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 301/NKS |
| Arrival Date: | 3/10/2025  6:19:00 PM |
| Departure Date: | 3/14/2025 1:29:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | JJRICHIE |
| Room Rate: | 290.46 |
| AL: | |
| HH # | 2222422889 SILVER |
| VAT # | |
| Folio No/Che | 600076 A |

Confirmation Number: 86187195

Doubletree by Hilton Fresno Convention Center 3/14/2025 1:29:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 3/10/2025 | 3378369 | IRD #6376 | $90.74 |
| 3/10/2025 | 3378575 | GUEST ROOM | $290.46 |
| 3/10/2025 | 3378575 | RM - CITY TAX | $34.86 |
| 3/10/2025 | 3378575 | LOCAL ASSESSMENT FEE | $6.38 |
| 3/11/2025 | 3378952 | CAFE #6388 | $30.65 |
| 3/11/2025 | 3378959 | IRD #5594 | $26.47 |
| 3/11/2025 | 3379348 | IRD #5619 | $56.66 |
| 3/11/2025 | 3379522 | GUEST ROOM | $302.82 |
| 3/11/2025 | 3379522 | RM - CITY TAX | $36.34 |
| 3/11/2025 | 3379522 | LOCAL ASSESSMENT FEE | $6.65 |
| 3/12/2025 | 3379921 | CAFE #5632 | $30.46 |
| 3/12/2025 | 3380333 | IRD #6425 | $82.11 |
| 3/12/2025 | 3380687 | GUEST ROOM | $302.82 |
| 3/12/2025 | 3380687 | RM - CITY TAX | $36.34 |
| 3/12/2025 | 3380687 | LOCAL ASSESSMENT FEE | $6.65 |
| 3/13/2025 | 3381067 | IRD #6434 | $26.47 |
| 3/13/2025 | 3381078 | CAFE #5657 | $31.65 |
| 3/13/2025 | 3381417 | IRD #5673 | $100.65 |
| 3/13/2025 | 3381624 | GUEST ROOM | $291.40 |
| 3/13/2025 | 3381624 | RM - CITY TAX | $34.97 |
| 3/13/2025 | 3381624 | LOCAL ASSESSMENT FEE | $6.40 |
| 3/14/2025 | 3381881 | CAFE #5693 | $26.53 |
| 3/14/2025 | 3382219 | AX *5005 | ($1,858.48) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

eTicket Itinerary and Receipt for Confirmation M4SQ3M

From: United Airlines (receipts@united.com)
To: dalekgalipo@yahoo.com
Date: Friday, March 14, 2025 at 03:09 PM PDT

# UNITED

Fri, Mar 14, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# M4SQ3M

Flight 1 of 2 UA5591                                    Class: United First (Z)

Mon, Mar 17, 2025                                       Mon, Mar 17, 2025
## 04:35 PM                                            05:42 PM
Los Angeles, CA, US (LAX)                              Fresno, CA, US (FAT)

Flight Operated by SKYWEST DBA UNITED EXPRESS.

If this is an originating flight on your itinerary, please check in at the UNITED TERM 7 ticket counter.

Flight 2 of 2 UA5759                                    Class: United First (Z)

Wed, Mar 19, 2025                                       Wed, Mar 19, 2025
## 06:45 PM                                            08:10 PM
Fresno, CA, US (FAT)                                   Los Angeles, CA, US (LAX)

Flight Operated by SKYWEST DBA UNITED EXPRESS.

**Traveler Details**

GALIPO/DALE

eTicket number: **0162468784210**                                    Seats: **LAX-FAT -----**

Frequent Flyer: **UA-XXXXX585 Premier Silver**                              **FAT-LAX -----**

## Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 6011** |
| Date of purchase: | **Fri, Mar 14, 2025** |

| | |
|---|---|
| Airfare: | **575.22** |
| U.S. Transportation Tax: | **43.14** |
| U.S. Flight Segment Tax: | **10.40** |
| Passenger Civil Aviation Security Service Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **9.00** |

| | |
|---|---|
| Total Per Passenger: | **648.96 USD** |

# Total:                                                            648.96 USD

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## MileagePlus Accrual Details

| Dale Galipo | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Mon, Mar 17, 2025 | 5591 | Los Angeles, CA, US (LAX) to Fresno, CA, US (FAT) | 2016 | 288 | 1 |
| Wed, Mar 19, 2025 | 5759 | Fresno, CA, US (FAT) to Los Angeles, CA, US (LAX) | 2016 | 288 | 1 |
| MileagePlus accrual totals: | | | 4032 | 576 | 2 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Mar 17, 2025 Los Angeles, CA, US (LAX) to Fresno, CA, US (FAT) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Wed, Mar 19, 2025 Fresno, CA, US (FAT) to Los Angeles, CA, US (LAX) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

Baggage check-in must occur with United or United Express, and you must have valid MileagePlus Premier® Silver membership at time of check-in to qualify for waiver of service charges for up to three checked bags (within specified size and weight limits).

## Important Information about MileagePlus Earning

Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual. You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

**Check-in Requirement -** Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met. **EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted. **Boarding Requirement -** Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure. Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation. Bring your boarding pass or this eTicket Receipt along with photo identification to the airport. The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further. For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561. If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket. For the most current status of your reservation, go to our Flight Status page. Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page

FAA website Pack Safe page

TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations -** Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations -** For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms -** Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times -** For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**Advice to International Passengers on Carrier Liability -** Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including contracts of carriage embodied in applicable tariffs, governs, and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

**Notice - Overbooking of Flights -** Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2025 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices



Doubletree by Hilton Fresno Convention Center
2233 CESAR CHAVEZ BLVD
Fresno CA 93721
United States of America
TELEPHONE 559-268-1000    • FAX 559-441-2954
Reservations
www.hilton.com or 1 800 HILTONS

GALIPO, DALE

21800 BURBANK BLVD, STE 310

LOS ANGELES CA  91367
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 444/NKS |
| Arrival Date: | 3/17/2025  7:14:00 PM |
| Departure Date: | 3/19/2025 11:04:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | MORONA2 |
| Room Rate: | 330.88 |
| AL: | |
| HH # | 2222422889 SILVER |
| VAT # | |
| Folio No/Che | 600343 A |

Confirmation Number: 53819416

Doubletree by Hilton Fresno Convention Center 3/19/2025 11:04:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 3/17/2025 | 3387029 | IRD #5944 | $43.57 |
| 3/17/2025 | 3387543 | GUEST ROOM | $338.10 |
| 3/17/2025 | 3387543 | RM - CITY TAX | $40.57 |
| 3/17/2025 | 3387543 | LOCAL ASSESSMENT FEE | $7.42 |
| 3/18/2025 | 3387875 | CAFE #7482 | $26.53 |
| 3/18/2025 | 3389143 | GUEST ROOM | $361.62 |
| 3/18/2025 | 3389143 | RM - CITY TAX | $43.39 |
| 3/18/2025 | 3389143 | LOCAL ASSESSMENT FEE | $7.94 |
| 3/19/2025 | 3389655 | CAFE #5049 | $25.53 |
| 3/19/2025 | 3389751 | AX *5005 | ($894.67) |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com



ACCOUNT ENDING - 45005

Business Gold Rewards Card

CARD MEMBER

DALE GALIPO

## Card Activity Since Feb 25 (Closing Mar 27)

## Transactions

*LEWIS VS KERN CO.*

1 Transactions

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Mar 19<br>Pending | **P7 LAX SMART PARKING**<br>651-3 WORLD WAY SOUTH<br><br>LOS ANGELES<br>CA<br>90045<br>(310) 646-2911 | **P7 LAX SMART PARKING**<br><br>Will appear on your statement as P7 LAX SMART PARKING<br><br>METHOD      CARD<br>Paid for in-person   DALE GALIPO<br><br>REWARDS<br>You'll be able to see Rewards information for an eligible charge within 5 days of the charge posting to your account. Please check back later. | **$180.00** |