# EXHIBIT 1

**Renee V. Masongsong, Esq.**  *Lewis v. County of Kern*
**Timekeeping Record**  Case No. 1:21−cv−00378-KES-CDB

| Date | Description | Hours |
|---|---|---|
| 12/23/2020 | Confer with junior associate Ranhee Lee re: case analysis (0.2); Review case file to advise Ms. Lee (0.3) | 0.5 |
| 4/2/2021 | Confer with Ms. Lee on next steps in case | 0.2 |
| 6/29/2021 | Confer with Ms. Lee on the claims in the complaint and next steps in the case / provide guidance | 0.6 |
| 11/29/2021 | Confer with Ms. Lee on upcoming scheduling conference | 0.1 |
| 12/1/2021 | Confer with/ advise Ms. Lee on next steps in case | 0.1 |
| 8/15/2022 | Advise Ms. Lee on expert disclosures | 0.2 |
| 9/6/2022 | Advise Ms. Lee on discovery responses | 0.2 |
| 11/3/2022 | Advise Ms. Lee on discovery issues | 0.2 |
| 11/4/2022 | Confer with/ advise Ms. Lee on discovery issues | 0.2 |
| 11/13/2023 | Review transition memo from Ms. Lee (0.4); Review Complaint (0.5); Review scheduling orders (0.5); Review deposition of Jason Ayala (0.9); Review docket (0.2); Review autopsy report (0.4); Review incident reports (2.2) | 5.1 |
| 11/14/2023 | Review reports by Plaintiffs' and Defendants' police practices experts (1.8); Review cell phone video and numerous surveillance videos (2.4) | 4.2 |
| 12/4/2023 | Review court order reassigning the case | 0.1 |
| 1/4/2024 | Review minute order vacating deadlines | 0.1 |
| 3/14/2024 | Review court order reassigning the case | 0.1 |
| 3/21/2024 | Review court order re: potential trial dates | 0.2 |
| 4/3/2024 | Email correspondence with co-Plaintiffs' counsel Britt L. Karp re: joint status report (0.1); review joint status report (0.1); review Galipo trial calendar for available trial dates (0.3) | 0.5 |
| 4/4/2024 | Review trial calendar again for any further availability (0.3); Email correspondence with counsel re: trial date (0.2) | 0.5 |
| 4/5/2024 | Review trial calendar again for any further availability (0.2); Edit joint status report (0.2); Email correspondence with counsel re: trial date (0.1) | 0.5 |
| 4/12/2024 | Review court order directing the parties to file a joint statement re: potential trial dates (0.1); Review trial calendar for potential trial dates in 2024 (0.3); Email correspondence with Ms. Karp re: proposed trial dates (0.1) | 0.5 |
| 4/16/2024 | Review email correspondence re: proposed trial dates | 0.2 |

**Renee V. Masongsong, Esq.** *Lewis v. County of Kern*
**Timekeeping Record** Case No. 1:21−cv−00378-KES-CDB

| Date | Description | Hours |
|---|---|---|
| 4/17/2024 | Email correspondence with Ms. Karp re: proposed trial dates (0.1); Review trial calendar for further potential availability (0.2) | 0.3 |
| 4/18/2024 | Email correspondence with Ms. Karp re: proposed trial dates (0.1); Review joint status report (0.1) | 0.2 |
| 4/22/2024 | Review court order setting the trial date (0.1); Review Court's Standing Order in Civil Cases (0.4) | 0.5 |
| 6/10/2024 | Review email correspondence and proposals re: potential trial animations | 0.4 |
| 6/11/2024 | Client contact | 0.5 |
| 6/28/2024 | Client contact | 0.4 |
| 7/23/2024 | Client contact | 0.5 |
| 8/19/2024 | Client contact | 0.5 |
| 11/27/2024 | Client contact | 0.2 |
| 12/3/2024 | Client contact | 0.3 |
| 12/10/2024 | Client contact | 0.3 |
| 12/16/2024 | Email correspondence with co-Plaintiffs' counsel re: Pretrial Statement (0.2); email correspondence with defense counsel re: continuing the last day to file the Pretrial Statement (0.1) | 0.3 |
| 12/18/2024 | Email correspondence with defense counsel re: last day to file the Pretrial Statement (0.1); Draft stipulation to continue the deadline to file the Pretrial Statement (0.3) | 0.4 |
| 12/19/2024 | Client contact | 0.5 |
| 12/19/2024 | Finalize and file stipulation and proposed order continuing the last day to file the Joint Pretrial Statement | 0.3 |
| 12/20/2024 | Review minute order continuing last day to file the Pretrial Statement | 0.1 |
| 12/21/2024 | Review discovery materials, including scene photos, surveillance videos, Homicide Report (186 pages), CAD report, stipulated judgment | 4.2 |
| 12/27/2024 | Email correspondence with Ms. Karp re: Joint Pretrial Statement (0.1); Work on Joint Pretrial Statement (1.6) | 1.7 |
| 12/30/2024 | Client contact | 0.5 |
| 12/30/2024 | Continue to work on Joint Pretrial Statement | 2.4 |

**Renee V. Masongsong, Esq.** *Lewis v. County of Kern*
Timekeeping Record   Case No. 1:21−cv−00378-KES-CDB

| Date | Description | Hours |
|---|---|---|
| 12/31/2024 | Discussions with Plaintiffs' counsel re: Joint Pretrial Statement (0.6); Email correspondence re: remote appearance at Pretrial Conference (0.1) | 0.7 |
| 1/2/2025 | Email correspondence re: remote appearance at Pretrial Conference | 0.1 |
| 1/2/2024 | Continue to work on Joint Pretrial Statement (0.7); Email correspondence with Ms. Karp re: Joint Pretrial Statement (0.1) | 0.8 |
| 1/3/2025 | Email correspondence with Plaintiffs' counsel re: Joint Pretrial Statement | 0.1 |
| 1/6/2025 | Review Defendants' portions of the Joint Pretrial Statement (0.5); Make proposed edits to the Joint Pretrial Statement (0.5); Email correspondence with defense counsel re: edits to Joint Pretrial Statement (0.2); Email correspondence with Ms. Karp re: Joint Pretrial Statement (0.1) | 1.3 |
| 1/13/2025 | Prepare for Pretrial Conference (0.4); Participate in Pretrial Conference (0.5); Review court order setting trial confirmation hearing (0.1) | 1.0 |
| 1/20/2025 | Work on Supplemental Pretrial Statement (0.5); Email correspondence with Plaintiffs' counsel re: same (0.3) | 0.8 |
| 1/23/2025 | Review Tentative Pretrial Order | 0.5 |
| 2/3/2025 | Review case file to identify potential motions in limine (1.4); Email correspondence with Plaintiffs' counsel re: motions in limine and trial preparation (0.4) | 1.8 |
| 2/6/2025 | Prepare for "meet and confer" conference re: motions in limine (0.8); Participate in "meet and confer" re: motions in limine (0.8) | 1.6 |
| 2/10/2025 | Email communications with Ms. Karp re: Plaintiffs' motions in limine (0.2); Review autopsy report and autopsy photos (0.5); Review surveillance videos (0.8); Review report by Plaintiffs' expert John Gardiner (0.8); Prepare Plaintiffs' motion in limine No. 1 to exclude information unknown and proposed order (3.2); Prepare Plaintiffs' motion in limine to exclude agency findings and proposed order (0.8) | 6.3 |
| 2/10/2025 | Review email correspondence from defense counsel re: motions and limine (0.2); Discuss Defendants' anticipated motions in limine with Plaintiffs' counsel, including multiple emails with Ms. Karp and verbal communications with Mr. Galipo (0.5); Review Stipulated Judgment in context of Defendants' anticipated motion in limine to exclude the Stipulated Judgment (0.3); Instruct legal assistant on subpoenaing the medical examiner for trial (0.3) | 1.3 |
| 2/11/2025 | Review report by Defendants' expert Michael Kuzel (0.6); Prepare initial draft of motion in limine to exclude Mr. Kuzel (0.8); Emails with Ms. Karp re: motion in limine to exclude Mr. Kuzel (0.2); Review proposed edits by co-Plaintiffs' counsel to Plaintiffs' motion in limine No. 1 to exclude information unknown, make further edits to the motion (0.8); Email correspondence with defense counsel re: motions in limine (0.1); Edit Plaintiffs' opposition to Defendants' motion in limine to exclude Plaintiffs' expert Mr. Gardiner (0.3); File motion in limine to exclude agency findings (0.1) | 2.9 |
| 2/11/2025 | Select and prepare Plaintiffs' exhibits to exchange with defense counsel (including review of scene photographs, family photographs, cell phone video | 5.0 |

3

Renee V. Masongsong, Esq. *Lewis v. County of Kern*
Timekeeping Record   Case No. 1:21−cv−00378-KES-CDB

| Date | Description | Hours |
|---|---|---|
| | and transcript thereof, surveillance videos) (4.4); Draft long email to Ms. Karp re: Plaintiffs' exhibits, and further email exchange re: same (0.6) | |
| 2/12/2025 | Trial preparation, including discussion of demonstratives and tech conference with Mr. Galipo and Ms. Karp, further analysis of exhibits and transmission of exhibits to defense counsel | 1.2 |
| 2/14/2025 | Review Final Pretrial Order (0.4); Review Defendant County's motions in limine (0.5); Review Defendant Ayala's motions in limine (0.5) | 1.4 |
| 2/17/2025 | Draft long email to Ms. Karp re: trial preparation and oppositions to Defendants' motions in limine (0.3); Trial preparation, including confirming availability of witnesses (0.5); Review Defendants' motions in limine to prepare to draft the oppositions thereto (1.4) | 2.2 |
| 2/18/2025 | Trial preparation, including work on Plaintiffs' amended exhibit list, consider objections to Defendants' exhibits, discussions with Ms. Karp re: witness availability and subpoenas | 1.4 |
| 2/19/2025 | Client contact (0.6); communications with Plaintiffs' retained expert (0.2); Instruct legal assistant re: locating original deposition transcripts and preparing the notice of lodging of deposition transcripts (0.2); Email exchange with Ms. Karp re: oppositions to Defendants' motion in limine (0.2) | 1.2 |
| 2/19/2025 | Prepare Plaintiffs' special verdict form and proposed jury instructions | 2.8 |
| 2/20/2025 | Trial preparation | 1.2 |
| 2/20/2025 | Review co-Plaintiffs counsel's input on Plaintiffs' proposed special verdict form and jury instructions | 0.4 |
| 2/21/2025 | Continue to work on Plaintiffs' proposed special verdict form and jury instructions, including implementing edits by co-Plaintiffs' counsel (0.8); Email correspondence with Ms. Karp re: edits to Plaintiffs' proposed special verdict form and jury instructions (0.2); Trial preparation (0.6) | 1.6 |
| 2/24/2025 | Instruct legal assistant re lodging original depo transcripts and review notice of lodging (0.1); Review email from Ms. Karp re: Defendants' jury instructions with review of Defendants' proposed jury instructions (0.6); Prepare Plaintiffs' opposition to Defendant Ayala's motion in limine No. 3 and Defendant Kern's motion in Limine No. 6 (1.0); Prepare Plaintiffs' opposition to Defendant County's motion in limine No. 4 to exclude graphic photos (2.2) | 2.9 |
| 2/24/2025 | Trial preparation, including efforts to retrieve deposition video files and transmission of files to co-Plaintiffs' counsel | 0.6 |
| 2/24/2025 | Prepare opposition to Defendant Ayala's motion in limine No. 1 to exclude arguments re: lesser amount of force | 2.2 |
| 2/25/2025 | Review Defendants' proposed special verdict form (0.5); Review Defendants' proposed jury instructions, determine which of the Parties' proposed jury instructions may be included in the joint set, and email defense counsel re: same (1.6); Compare Defendants' draft of the joint proposed jury instructions with the model instructions and Plaintiffs' version of those instructions, confer with co-Plaintiffs' counsel re: same, email defense counsel re: further proposed modifications to the joint set (1.2); Prepare Plaintiffs' set of disputed jury instructions with index (1.3) | 4.6 |

**Renee V. Masongsong, Esq.**  *Lewis v. County of Kern*
**Timekeeping Record**  Case No. 1:21−cv−00378-KES-CDB

| Date | Description | Hours |
|---|---|---|
| 2/25/2025 | Continue to work on oppositions to motions in limine, including editing the oppositions, reviewing Defendants' motions in limine, and exchanging numerous emails with Ms. Karp re: oppositions to Defendants' motions in limine | 1.2 |
| 2/25/2024 | Work on Plaintiffs' amended exhibit list, including further examination, withdrawal, and selection of proposed exhibits (1.4); Communication with co-Plaintiffs' counsel re: exhibits (0.3); Work on Plaintiffs' objections to Defendants' exhibits (0.4); File Plaintiffs' proposed verdict form, Plaintiffs' disputed jury instructions, and oppositions to Defendants' motions in limine (0.2) | 2.3 |
| 2/27/2025 | Summarize statements of percipient witnesses Destiny Salcedo, Jessica Salcedo, Marylyn Komenenus, Jeremy Terletter, and Nicholas Montoya (2.6); Email exchange with Ms. Karp re: trial preparation (0.2); Review report by Plaintiffs' expert John Gardiner (0.4) | 3.2 |
| 2/28/2025 | Summarize depositions of Destiny Salcedo, Jessica Salcedo, Marylyn Komenenus, Jeremy Terletter, and Nicholas Montoya (2.5); Trial preparation, including finalizing and reviewing Plaintiffs' exhibits and instructing legal assistants on preparing the exhibit binders (1.4); Email exchange with Ms. Karp re: exhibit binders (0.2); Work on Plaintiffs' objections to Defendants' jury instructions (0.4) | 4.5 |
| 3/3/2025 | Prepare for trial confirmation hearing by reviewing pretrial documents the court's pretrial order (1.1); Participate in trial confirmation hearing (1.7); Participate in Zoom trial preparation strategy meeting with all Plaintiffs' counsel (0.9); Client communication (0.8); Continue to review witness statements and depositions (0.5); Email defense counsel re: exhibit binders (0.2) | 5.2 |
| 3/4/2025 | Work on Plaintiffs' objections to Defendants' jury instructions (0.7); Prepare Plaintiffs' proposed voir dire (0.4); Numerous emails with co-Plaintiffs' counsel re: exhibits and other trial preparation (0.4) | 1.5 |
| 3/5/2025 | Work on Plaintiffs' exhibit binders, including analyzing use of certain video exhibits for trial and coordination with co-Plaintiffs' counsel (1.1); Finalize and file Plaintiffs' first amended exhibit list (0.3); Client communication (0.4); Zoom meeting with co-Plaintiffs' counsel (0.9) | 2.7 |
| 3/6/2025 | Revise co-Plaintiffs' draft of the joint statement of the case (0.4); Review Defendants' proposed statement of the case (0.2); Client communication (0.6) | 1.2 |
| 3/7/2025 | Client communication (0.4); Communications with co-Plaintiffs' counsel re: trial preparation (0.2) | 0.6 |
| 3/10/2025 | Communications with Plaintiffs' retained expert (0.2); Prepare Plaintiffs' designations of the depositions of Nicholas Montoya and Jeremy Terletter to be read in lieu of live testimony (2.5); Review and compare proposed designations by co-Plaintiffs' counsel (0.4) | 3.1 |
| 3/11/2025 | Client contact (0.5); Revise designations of the depositions of Nicholas Montoya and Jeremy Terletter and circulate to all Plaintiffs' counsel (0.5) | 1.0 |
| 3/14/2025 | Communications with Mr. Galipo re: Defendants' Rule 50(a) motion and Position on Jury Instructions (0.3); Work on Plaintiffs' opposition to Defendants' Rule 50(a) motion (0.6); Client contact (0.3) | 1.2 |

**Renee V. Masongsong, Esq.**  *Lewis v. County of Kern*
**Timekeeping Record**  Case No. 1:21−cv−00378-KES-CDB

| Date | Description | Hours |
|---|---|---|
| 3/17/2025 | Review Defendants' Rule 50(a) motion (0.5); Prepare Plaintiffs' opposition to Defendants' Rule 50(a) motion (4.8); Prepare Plaintiffs' Position on Jury Instructions and Verdict Form (0.5); File opposition to Rule 50(a) motion and file Plaintiffs' Position on Jury Instructions and Verdict Form (0.2) | 6.0 |
| 3/19/2025 | Client communication | 0.6 |
| 3/20/2025 | Client communication | 0.3 |
| 3/21/2025 | Client communication | 0.3 |
| 3/24/2025 | Client communication | 0.2 |
| 3/26/2025 | Prepare stipulation to continue the briefing schedule on Plaintiffs' attorney fee motion and bill of costs | 0.5 |
| 3/27/2025 | Revise stipulation to continue the briefing schedule on Plaintiffs' attorney fee motion and bill of costs and discuss with Plaintiffs' counsel | 0.5 |
| 3/28/2025 | Email communications with defense counsel re: stipulation to continue the briefing schedule on Plaintiffs' attorney fee motion and bill of costs (0.1); make further revisions and file (0.2) | 0.3 |
| 4/15/2025 | Prepare and review time sheet (2.4); Review and edit proposed stipulation to stay enforcement of judgment (0.3) | 2.7 |
| 4/16/2025 | Prepare Plaintiffs' motion for attorneys' fees and accompanying exhibits | 4.4 |
| 4/17/2025 | Revise Defendants' proposed stipulation to stay enforcement of judgment (0.2) and related email (0.1) | 0.3 |
| 4/18/2025 | Initial review of Defendants' post-trial motions (0.5); Defendants' proposed stipulation to stay enforcement of judgment (0.2) and related email (0.1) | 0.6 |
| 4/21/2025 | Prepare my declaration and accompanying exhibits in support of Plaintiffs' attorney fee motion | 1.2 |
| 4/23/2025 | Review Defendants' Rule 59 motion, Declaration of A. Hamilton and Exhibits A-E (1.6); Review Defendants' Rule 50(b) motion (0.7); Review trial transcripts (3.2) | 5.5 |
| 4/24/2025 | Work on Plaintiffs' attorney fee motion and accompanying exhibits, including further review of my timesheet and declaration, coordination with co-Plaintiffs' counsel on the motion, and preparing all documents for filing (3.6); Work on opposition to Defendants' Rule 59 motion (2.4); Work on opposition to Defendants' Rule 50(b) motion (0.6) | 6.6 |
| | **TOTAL HOURS BILLED: 134.4** | |
| | **Hourly Rate Requested: $850** | |
| | **Total Amount: $114,240** | |