LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs
R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro;
A.W., a minor, by and through guardian *ad litem* Alisha White, ALISHA WHITE

**TONI JARAMILLA, A Professional Law Corp.**
Toni J. Jaramilla, Esq. (SBN 174625)
Toni@tjjlaw.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019

**ALEXANDER MORRISON + FEHR LLP**
J. Bernard Alexander, III (SBN 128307)
balexander@amfllp.com
Britt L. Karp (State Bar No. 278623)
bkarp@amfllp.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811

Attorneys for Plaintiffs
MICKEL ERICK LEWIS JR, ORIONA LEWIS
and BRIONA LEWIS

DECLARATION OF WENDY MUSELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MICKEL ERICK LEWIS JR,
individually and as successor-in-interest
to MICKEL E. LEWIS SR., ORIONA
LEWIS, individually and as successor-
in-interest; and BRIONA LEWIS,
individually and as successor-in-interest,

Plaintiffs,

vs.

KERN COUNTY, Deputy JASON
AYALA, and Does 1–20, inclusive,

Defendants.

R.L., M.L., and H.L., minors, by and
through guardian *ad litem* Roberta Haro,
individually and as successors in interest
to Michel Lewis Sr., deceased; A.W., a
minor, by and through her guardian *ad
litem* Alisha White, individually and as a
successor in interest to Mickel Lewis Sr.,
deceased; ALISHA WHITE,
individually and as a successor in
interest to Mickel Lewis Sr.,

Plaintiffs,

vs.

COUNTY OF KERN; JASON AYALA;
and DOES 1-10, inclusive,

Defendants.

I, Wendy Musell, declare:

1.    I am an attorney at law duly admitted to practice before all of the courts of the State of California. If called as a witness, I could and would competently testify to the following facts of my own personal knowledge.  This declaration is made in support of Plaintiffs' Motion for Attorneys' Fees and Costs in the *Mickel Lewis, Jr. et.al. v Kern County, Deputy Jason Ayala* Case No. 1:21-CV-00378-NONE-JLT.

2.    I am a partner of the law firm of Law Offices of Wendy Musell PC located in Oakland, California. My law practice is state-wide, including representing employees in cases in the Superior Court of Los Angeles.

### ***Summary of My Experience***

3.    I am a graduate of State University of New York, Purchase (Purchase College), where I received a dual major B.A. degree in 1995. I received awards for service to the community while at Purchase College. I received a Juris Doctorate degree from Northeastern University School of Law in Boston, Massachusetts in 1999.

4.    In 1999, I was admitted to the State Bar of California. I am also admitted to the Court of Appeals for the Ninth Circuit, as well as the United States District Courts in the Central, Eastern, and Northern Districts of California. At all times, I have been a member of these Bars in good standing.

5.    While in law school, I interned as a law clerk with the Honorable Bruce Selya of the United States Court of Appeals for the First Circuit. For one year (Fall 1997-Summer 1998), I interned with the United States Attorneys' Office, Major Crimes Division, where I conducted investigations, evaluated evidence, and drafted legal memorandum and briefs involving a case of trafficking of women and young girls across the Eastern seaboard of the United States resulting in a criminal conviction, and an appellate matter regarding inter-state kidnapping and rape, resulting in a successful appeal before the United States First Circuit Court of Appeals. While interning with

DECLARATION OF WENDY MUSELL

Rudy, Exelrod Zieff & True (now Rudy, Exelrod, Zieff and Lowe, LLP), I assisted in researching and drafting a law article concerning punitive damages in employment discrimination cases for the *California Employment Law Reporter*, as well as worked on wage and hour class action litigation and discovery. As an intern with the Legal Aid Society- Employment Law Center (now Legal Aid at Work), I conducted legal research, assisted in the evaluation and presentation of evidence, drafted motions, declarations and interviewed witnesses for a class action of first impression under the Americans with Disabilities Act.

6.     Following graduation from Northeastern University School of Law in 1999, I served as a Harry Bridges Memorial Fellow at Leonard, Carder, Nathan, Zuckerman, Ross, Chin & Remar LLP, a law firm specializing in Plaintiff's side employment and union representation. In that position, I worked extensively on class action wage and hour litigation in tandem with union organizing efforts. This wage and hour class action work resulted in successful union organizing campaigns at several large Bay Area messenger service corporations. I also successfully represented union members in arbitration. Along with partner Matt Ross, I co-authored seminar materials for *Discipline and Discharge in the Unionized Workplace,* organized by the Center For Labor-Management Development in 2000.

7.     Following my fellowship, I became a Staff Attorney at The Hawkins Center of Law and Services for Individuals with Disabilities, a not-for-profit organization specializing in representing individuals with disabilities in administrative law hearings and before the United States Circuit Court, Ninth Circuit Court of Appeals regarding disability benefit issues. In this position, I also tried over 30 administrative hearings and successfully represented claimants in benefit appeals issues before the Ninth Circuit Court of Appeals.

8.     In 2001, I joined the firm of Schneider, McCormac and Wallace (now Schneider, Wallace, Brayton, Cottrell & Konecky), as a Senior Associate.  In that

position, I specialized in class action litigation and employment discrimination cases. As a Senior Associate, I worked extensively on the following representative cases:

- *Singleton v. Regents Of The University Of California* (with co-counsel The Sturdevant Law Firm, Trial Lawyers For Public Justice and Gwilliam, Ivary, Chiosso, Cavalli & Brewer) was successful in securing a $10.6 million settlement on behalf of 3,200 female employees of the Lawrence Livermore National Laboratory who alleged that they were discriminated against in pay and promotions;

- *Bates v. United Parcel Service* (with co-counsel Disability Rights Advocates), represented current and former United Parcel Service employees with hearing disabilities in a nationwide lawsuit resulting in a landmark $5.8 million settlement and after 8 month trial, secured a judicial order that the "no deaf drivers" policy of UPS violated the Americans with Disabilities Act;

- *Siddiqi v. University of California* (with co-counsel The Legal Aid Society - Employment Law Center), successfully challenged policies and communication barriers that made it impossible for deaf and hard of hearing students to gain equal opportunity and meaningful access to the educational opportunities offered by the University of California at Berkeley and Davis;

- *Lopez v. San Francisco Unified School District* (with co-counsel Jose R. Allen and the Legal Aid Society - Employment Law Center), represented students with disabilities against the San Francisco Unified School District (SFUSD) to remove the physical barriers that prevent San Francisco's disabled school children from enjoying the full and equal benefits of San Francisco's public education system as prescribed by the Americans with

Disabilities Act (ADA).  Resulted in a stipulated judgment requiring SFUSD to make over $100 million dollars in physical barrier removal;

- *Leonel v. American Airlines,* where the Ninth Circuit Court of Appeals ruled for the first time in a case involving the ADA and the California's Fair Employment and Housing Act ("FEHA"), the standard for pre-employment and post-employment medical inquiries, and successfully challenged policy which required that flight attendant applicants disclose whether they are HIV positive.

9.    In the application for reasonable attorneys' fees and costs in the *Lopez v. San Francisco Unified School District* matter, in 2005, the Honorable Susan Illston of the Northern District of California granted my then prevailing rate as an associate of $325 an hour for every hour of my work for which Schneider, Wallace, Brayton, Cottrell & Konecky sought attorneys' fees.

10.    In July 2004, I opened my own law practice, Law Offices of Wendy E. Musell. My solo law practice specialized in plaintiff's-side employment, civil rights and criminal defense matters. Representative cases included successfully representing a student against California Polytechnic Institute for sexual harassment by a professor, settling the matter prior to filing a Complaint for significant damages; *Springer v. Simcock* successfully representing same sex couple in hate crime attack; and *Farac v. City and County of San Francisco,* represented 26 year veteran of the San Francisco Fire Department in disability discrimination and disciplinary action, securing full reinstatement of employment, salary, retirement and all benefits and damages and a complete dismissal of all disciplinary charges.

11.    In 2006, I co-founded Stewart & Musell, LLP, where I continued to work as a named partner until August 2020. I continued to specialize in Plaintiff's side employment matters, wage and hour, civil rights and criminal defense.  Representative cases include *Donovan v. California Dept. of Parks and Recreation,* where we obtained

state-wide injunctive relief to address disparities for lesbian, gay, bi-sexual and transgender employees of California State Parks; *Hilton I. Wesley v. Gates, Secretary of the Department of Defense*, co-counseled with Law Office of Mary Dryovage, where we obtained extensive damages, back pay and attorneys' fees in a federal employment matter against the Dept. of Defense; *Thrasher v. United States Air Force*, where my firm obtained significant damages and injunctive relief in a sexual harassment matter against the Armed Forces; *Gerald Dumaguit v. John Potter, Postmaster General*, co-counseled with Law Offices of Mary Dryovage, where we obtained lifetime retirement benefits and damages; *Ramirez v. Ghillotti Bros.* co-counseled with Rosen, Bien, Galvan and Grunfeld in a wage and hour class action on behalf of construction workers who were primarily Spanish-speaking for $950,000 and injunctive relief; *Plaskett v. Department of Army,* ruling in complainant's favor after a full evidentiary trial before the EEOC for age discrimination awarding full back pay, and reinstatement, including lifetime medical and retirement benefits; *Starkey v. Department of Army*, with co-counsel Mark Epstein of Seiler Epstein Ziegler & Applegate, where we obtained damages of $820,000 and injunctive relief in a sexual harassment case. This was reported as one of the largest settlements ever obtained against a military branch in an employment matter and received nationwide and international media coverage; *Latenser v. Cal Fire, et al*. where we obtained damages of $825,000 and non-monetary relief, on behalf of a whistleblower employee against a state entity. My firm (with Lowenstein Sandler PC) served as Attorneys for Amici Curiae in Support of Plaintiffs-Appellees for the American Civil Liberties Union of Northern California, The Justice Policy Institute, Legal Services for Prisoners and Children, The National Council on Crime and Delinquency, and The Sentencing Project and other interested entities, in *Valdivia v. Swarzenegger,* before the Ninth Circuit Court of Appeals, a landmark case regarding reforms to the parole process in California, including the right to counsel and evidence based decision making. I also represented Dr. Michael Golding, a whistleblower whose

reporting of unlawful conduct and misleading of the federal court led to a finding by the federal court necessitating class-wide remedial actions at the California Department of Corrections and Rehabilitation.

12.    Representative criminal law cases include *People v. Smit*, where a parent was accused of first degree murder of their child without the possibility of parole, and with extensive pretrial and expert testimony, our firm obtained a plea resulting in 3.5 years of custodial time based on the extensive development of medical and other testimony. In *People v. Uhlmann,* I second-chaired a serious felony matter where we secured dismissal of all charges and a favorable ruling of first impression in California and nationally that the Law Enforcement Officers' Safety Act of 2004, Chapter 44 of Title 18, United States Code section 926B, applies to retired U.S. military service members, resulting in a complete dismissal of all charges for our client, a veteran of the Armed Forces. Further, through our office in New Jersey, my firm provided legal services to the State of New Jersey, Office of the Public Defender to provide criminal defense representation for all felony and other criminal matters in a particular courtroom for the years 2009-2010. As a result, our docket of criminal defense cases included over 75 pending criminal cases, with extensive trial and pretrial appearances.

13.    I founded Law Offices of Wendy Musell in August 2020 and Law Offices of Wendy Musell PC in 2023. I currently represent a class of civilian deaf and hard of hearing applicants, employees and former employees related to failure to accommodate and disability discrimination in the United States Air Force with co-counsel Disability Right Advocates. We obtained nationwide class certification with a class spanning the entirety of the United States and international military bases of the United States Air Force.

14.    I also represent along with Stanford University School of Law, Religious Liberty Clinic, a California employee related to loyalty oaths on the basis of religious discrimination, which resulted in a favorable ruling before the Ninth Circuit Court of

Appeals, *Bolden-Harge v. California State Controller*, Case No 21-15660 (9th Cir. 2023) allowing plaintiff's claims based on Title VII of the Civil Rights Act and the First Amendment Free Exercise of Religion to proceed and ruling California law's constitutional requirement of a loyalty oath did not preclude plaintiff's claims.

15.     Representative cases for Law Offices of Wendy Musell PC also include *Bronshteyn v. State of California*, where with co-counsel Levy Vinick Burrell Hyams, we prevailed at trial in a disability discrimination and failure to accommodate in employment with a total verdict of over $8.5 million dollars, inclusive of attorneys' fees and costs after a seven-week jury trial. This case is discussed further below.

16.     In 2024, in *Escoto v. Garland,* in the U.S. Central District of California, a federal sexual harassment and discrimination case against the federal Department of Justice, judgment was entered in Plaintiff's favor for $1.2 million dollars in damages, injunctive relief and fees and costs.

17.     In 2024, in *Toscano v. City of Oakland,* in Alameda County Superior Court, our firm prevailed on all causes of action in a sexual harassment and discrimination and retaliation jury trial for a total over $5.8 million dollars in damages and attorneys' fees and costs.

18.     Press accounts of cases where my firm represented employees in employment and civil rights matters have been published in the New York Times, ABC News, NBC, Fox News, CNN, SF Chronicle, Sacramento Bee, the Recorder, Los Angeles Times, Guardian of London, the Wall Street Journal, Forbes, WIRED, Politico, the Daily Journal, National Public Radio, the BBC, the American Bar Association Journal among many other publications and print and television networks across the Unites States and occasionally internationally. I have also been regularly interviewed as a legal expert on employment matters for print, network news and certain local news

stations on employment matters in the news, as well as nationally syndicated radio programs.

### *Continuing Legal Education Speaking Engagements*

19.    I have presented in numerous speaking engagements regarding employment law throughout my career. This includes the following:

- I was also a guest lecturer at Golden Gate University School of Law in Employment Law for Human Resources Managers in 2004.
- I was a guest Speaker at the U.S. Equal Employment Opportunity Commission's Technical Assistance Program on "Disability: Avoid Top Ten Mistakes" in San Francisco, CA July 22, 2005.
- Continuing Legal Education Instructor regarding "Basics of Disability Law," sponsored by AIDS Legal Referral Panel in 2005.
- I have been a Continuing Legal Education Instructor for the State Bar of California, providing CLE's on Disability Law and Right to Privacy, sponsored by the AIDS Legal Referral Panel, September 27, 2006.
- In 2008, I was a guest lecturer at Golden Gate School of Law for "Tips for Human Resources Professionals."
- Also in 2008, I was a Continuing Legal Education Instructor for the State Bar of California regarding Disability Law.
- In 2010, I spoke on behalf of the California Employment Lawyer's Association before hearings with the California Governor's Committee on the Status of Women and Children to provide legislative recommendations relating to employment matters of concern to women and families in California.
- In 2011, I provided testimony to the California State Legislature in support of pending legislation sponsored by Assembly member Lowenthal that would create a protected right to California employees

-8-

for bereavement leave in the case of death of an immediate family member.

- I have repeatedly presented continuing legal education regarding presentation of federal employees, including at the 2014 National Employment Lawyers Association conference regarding representing federal employees (in Washington D.C.) and for the California Bar Association.

- I further was a Continuing Legal Education Instructor for the State Bar of California in 2014 as a panelist at the California Employment Lawyers Association presenting "Immunity and Impunity" relating to immunity for public employers.

- I presented for the Alameda County Bar Association, employment section for legislative updates for 2014.

- In 2015, I was a Continuing Legal Education Instructor for the State Bar of California for a panel by the California Employment Lawyers Association for Legislative Updates for 2015.

- In 2015, I also presented as a Continuing Legal Education Instructor for the State Bar of California at the 6th Annual Employment Law Symposium of the Alameda County Bar Association related to ethical issues in employment investigations.

- In 2016, I served as a co-editor, along with a select group of attorneys who represent both employers and employees at law firms across the country, for the Third Edition, Sex Based Harassment: Workplace Policies for the Legal Profession, American Bar Association, published in 2018 where I focused on particular chapters related to policies and best practices.

- I was a Continuing Legal Education Instructor for the State Bar of California for the San Mateo Bar Association related to ethical issues in employment investigations in April 2016.
- In September 2016, I served as a Continuing Legal Education Instructor for the State Bar of California as a panelist at the California Employment Lawyers Association 2016 conference regarding legislative actions for this legislative session in employment law.
- I spoke at 37th annual conference of the Consumer Attorneys Association of Los Angeles (CAALA) speaking about Harassment & Related Civil Rights Causes of Action.
- In 2018 and 2019, I had the great fortune to assist in the legislation amending the Fair Employment and Housing Act related to sexual harassment. These legislative changes included amending the definition of sexual harassment, making clear summary judgment is rarely appropriate for sexual harassment cases, clarified that the "stray remarks" doctrine is inapplicable and that the legal requirements for sexual harassment do not vary by type of workplace. These legislative changes set the applicable law that was utilized in this case, as well as every other case in the State of California. I also presented on behalf of the California Employment Lawyers Association in front of the California state legislature related to legislation which was subsequently passed in California regarding sexual interest not being a required element for a successful sexual harassment claim, particularly in the context of same sex or same gender sexual harassment.
- In 2020, I presented continuing legal education for CAALA for Discovery and Summary Judgment in Employment Cases.

- Also in 2020, The National Women's Law Center published 2020 Progress Update: Me Too Workplace Reforms in the States.  I was included as one of the legal experts quoted in the publication.
- In 2021, I served as a panelist for the American Bar Association https://www.americanbar.org/groups/crsj/events_cle/ Is There a Needle in the Haystack? Exploring Religious Objections to Vaccine Mandates.
- In 2021, I also was a continuing legal educator presenter for Litigation with the Collectively Represented at the Alameda County Bar Association 2021 Employment Law Symposium.
- Also in 2021, I served as a presenter on behalf of the California Judges Association and the Rutter Group Employment Litigation 2021 regarding COVID-Related Accommodation Requests and Retaliation Claims.
- I served as a speaker at the 2022 Public Sector Conference for the California Lawyers Association.
- In 2022, I was a continuing legal education speaker related to issues of judicial and court bias for CEB.
- In 2023, I was a speaker for the California Lawyers Association regarding Sexual Harassment in the law.
- I have served as moderator for presentation in 2023 for the American Bar Association regarding religious discrimination and accommodation issues and the U.S. Supreme Court decision in *Grof v. USPS.*
- In 2023, I served as a presenter on behalf of the California Judges Association and the Rutter Group Employment Litigation for Harassment in the Remote Workplace.

DECLARATION OF WENDY MUSELL

- In 2023, I served as a lecturer/faculty at the California Employment Lawyers Trial College, where I presented a continuing legal education seminar regarding conducting jury voir dire. I also served as faculty on prior years, assisting plaintiff-side employment attorneys on how to present cases at trial including openings, closings, cross and direct examinations and expert examinations.

- In 2024, I served as a presenter for the Rutter Group in a four part series of emerging issues in employment law for the following subjects:
  - *Enforceability of Covenants Not to Compete in California and Beyond* with co-presenters Honorable Rebecca Wiseman and Honorable William Claster;
  - *Religion in the Workplace* with co-presenters Honorable Rebecca Wiseman and Professor James Sonne of Stanford Law School, Religious Liberty Clinic;
  - *Privacy and Artificial Intelligence in the California Workplace* with co-presenters Honorable Rebecca Wiseman and Honorable George Acero;
  - *Summary Judgment Motions in Sexual Harassment Cases* with co -presenters Honorable Rebecca Wiseman and Honorable George Acero.

- In 2024, I served as a presenter with Professor James Sonne, Stanford Law School for the California Lawyers Associations Public Employment Conference on *Religious Liberty in the Workplace*.

- In 2024, I was a panelist for the 60th Anniversary of the Church State Counsel with Professor James Sonne, Stanford Law School, Alan Reinach, Professsor Sonne and plaintiff Groff discussing Mr. Groff's win before the U.S. Supreme Court in *Groff v. DeJoy*. Mr. Reinach

DECLARATION OF WENDY MUSELL

was Mr. Groff's legal counsel. I was also presented an award for my work on behalf of people of all faiths regarding religious discrimination.

- In 2024, I served as a lecturer/faculty at the California Employment Lawyers Trial College, where I presented a continuing legal education seminar regarding issues of bias in employment litigation at trial. I will also serve as a lecturer/faculty in 2025.

- In 2024, I have been a guest for a one-long radio program on an NPR affiliate regarding the legal rights in the workplace for employees who engage in political protests on and off work time. I have been invited back for another hour-long discussion as a panelist in July 2024.

- In 2025, I was a continuing legal education speaker the Berkeley Center on Comparative Equality and Anti-Discrimination Law's Comparative Equality's 2025 CLE conference.

- In 2025, I was a continuing legal education speaker at the Bar Association of San Francisco Labor and Employment section annual conference regarding press and employment cases.

- In 2025, I served as a continuing legal education speaker presenter for the Rutter Group and California Judges Association for a continuing legal education regarding Emerging Issues in Whistleblower Laws.

- In 2025, I served as a continuing legal education speaker presenter for CELA regarding Representing Federal Workers.

- In 2025, I served as a continuing legal education speaker presenter for the National employment Lawyers Association (NELA) regarding Representing Federal Workers.

I have additional speaking engagements where I served a continuing legal education panelist and speaker that are not listed above. I also have additional scheduled speaking

engagements for 2025, where continuing legal education credits will be provided, including for the California Lawyers Association, among others.

### ***Awards and Recognitions***

20.     In 2005, I received "Outstanding Achievement" awards from the Aids Legal Referral Panel (ALRP) for work with employees with HIV and/or AIDS.

21.     In 2006, I received two "Hero Awards" from the Aids Legal Referral Panel (ALRP) for my representation of clients who are HIV positive.

22.     I received a "Hero Award" in 2008 and in 2010, for continued work representing clients who are HIV positive, much of it uncompensated.

23.     In 2016 through 2025, I was named as a "Northern California Super Lawyer," which is advertised as being awarded to the top five (5) percent of practicing attorneys. From 2021-2025, I have been named as a Top 50 Women Northern California Super Lawyer. From 2021-2024, I was named as a Top 100 Northern California Super Lawyer and named as a Super Lawyer in the area of plaintiff side employment attorneys. I was also named among the "Top Women Attorneys in Northern California," published in San Francisco Magazine.

24.     In December 2016-2025, I was named among the top ten percent of attorneys in the United States, according to "Lawyers of Distinction," which is published bi-annually in USA Today and the New York Times.

25.     I was named a Top 100 Woman Lawyer in California in 2019, 2023 and 2024 by the Daily Journal. I was repeatedly honored by the Los Angeles Daily Journal as a Top 75 Labor and Employment Lawyer in California for 2020, 2021 and 2024.

26.     I was also named by the National Women Trial Lawyers Association a Top 25 trial attorney.

27.    I was selected as a top 500 Leading Employment Lawyer in the nation for 2019 and 2024 (the only years this honor has been bestowed) by Lawdragon.

28.    In 2016- 2018, I had the honor of serving as an adjunct clinical law professor at the University of San Francisco School of Law for a clinical employment law course open to second- and third-year law students specifically about representing federal sector employees. I performed this role, in addition to serving as a partner of Stewart & Musell, LLP.

29.    The National Women's Law Center published 2020 Progress Update: Me Too Workplace Reforms in the States.  I was included as one of the legal experts quoted in the publication.

30.    In 2019, I was inducted as a member of the Fellows of the American Bar Foundation. The Fellows "comprise a global honorary society of attorneys, judges, law faculty, and legal scholars whose public and private careers have demonstrated outstanding dedication to the highest principles of the legal profession and to the welfare of their communities."

31.    I have been a member of the American Trial Lawyers Association, National Employment Lawyers Association, San Francisco Trial Lawyers Association, Bay Area Lawyer's For Individual Freedom, American Bar Association and San Francisco Bar Association.  I am also a member of the National Association of Professional Women, as of 2016.

32.    I have volunteered as a Supervising Attorney for the Legal Aid- Employment Law Center's Workers Rights Clinic which provides free and confidential information to low-income workers about their legal rights.

33.    I have also volunteered as a Supervising Attorney for the Legal Aid Society-Employment Law Workers' Rights Disability Law Clinic at the Ed Roberts

Campus (ERC) in Berkeley, California, which provides free and confidential advice to low-income employees with disabilities.

34.    I also volunteer as a Supervising Attorney for the Center for Workers Rights in Sacramento, which provides free and confidential advice to low-income employees.

### *Leadership Roles in Professional Organizations*

35.    I served as the Chair and Board President of the California Employment Lawyer's Association (CELA), the largest organization in the country of attorneys who represent employees in employment matters from 2018-2019 for a two-year term. The California Employment Lawyers Association is a statewide organization of attorneys representing employees in termination, discrimination, and other employment cases. We help our members protect and expand the legal rights of working women and men through litigation, education, and advocacy.

36.    I served as a Co-Chair of the CELA Legislative Committee, which monitors and works on state and federal legislation affecting employees and the attorneys who represent them from 2014 until I became Chair of CELA. I continue to serve on this committee.

37.    In 2011, I became a member of CELA's Political Appointments Committee.  This committee assesses political and judicial appointment candidates and helps recruit and advocate for candidates who are committed to workers' rights.

38.    From 2011 until 2017, I served as a Co-chair of CELA's Public Employee Committee, which works on issues of importance to state and federal public employees, including legislation, education and advocacy. I have received awards from CELA for my work, including the 2019 Leadership Award for CELA, which is awarded to one member per year that shows extraordinary leadership to CELA, as well as a Torch Award for work performed regarding legislation. I also received in 2021 a Committee

Service Award for extraordinary service. I served on the Executive Board of CELA from 2012 to 2024, the legislative committee, as well as other committees of CELA.

39.    I have provided testimony as a legal expert to the California State Legislature in 2018, providing testimony before the Joint Senate and Assembly Rules Committee regarding factors impacting the California Legislature's responses to sexual harassment complaints. I also provided testimony to Senate judiciary Committee regarding the "severe or pervasive" legal standard and potential changes to law to address sexual harassment.  Certain of my recommendations have been utilized in legislation that was signed into law, as well as revised policies for the California State Legislature.

40.    In 2021, I was honored to be selected and confirmed as the California State Assembly's designee to the State Bar of California Closing the Justice Gap working group. I was the sole designee for the state legislature for this working group that is tasked with exploring methods to address the lack access for underserved and low-income Californians to the legal system, as well as other proposed reforms.

41.    In 2023 to the present, I have served as a Board member of the Center for Worker Rights in Sacramento, CA. The Center for Worker Rights is a not-for-profit organization that provides education, advocacy and representation to low wage workers.

42.    As of 2023 to the present, I serve on the Labor and Employment Section Executive Board of the California Lawyer's Association. I published two front-page articles for the CLA Labor and employment section in 2024 that are distributed to attorneys and judges throughout California. I also now serve as one of the Editors for that publication.

43.    The Superior Court of California has ruled in a fee petition that I was a recognized expert in employment law in 2007. In March 2023, in Superior Court of California for the County of Los Angeles, in a case under the Fair Employment and Housing Act, *Bronshteyn v. State of California,* the Court awarded Plaintiff's attorneys'

fees and costs; the Court granted an hourly rate of $1000/hour for my work, and awarded a multiplier enhancement for work performed through trial of 1.75 and a post-trial multiplier enhancement of 1.25. In *Toscano v. City of Oakland,* the Alameda Superior Court awarded by 2024 hourly rate of $1100 per hour, as well as a 1.4 multiplier enhancement.

44.     As a partner of Law Offices of Wendy Musell PC, I set the hourly rates for the partners and attorneys of Law Offices of Wendy Musell PC yearly based on legal and market research, recent fee decisions, rate surveys and consultation with fee experts. My current hourly rate is $1100 per hour. Katherine Smith is a Senior Litigation Associate with my firm, and a 2012 law school graduate. Ms. Smith's hourly rate is $875 per hour. Brittany Shamma, an Associate at Law Offices of Wendy Musell PC is a 2021 law school graduate, and her hourly rate is $525 per hour. While the majority of our legal work is performed on a contingency fee basis, we have charged and been paid our hourly rates for certain clients.

45.     Through my work with the California Employment Lawyers Association (CELA), I have participated a project where we have researched extensively and collected attorney fee decisions in employment matters regarding discrimination, harassment, retaliation, wage and hour and whistleblower actions throughout California. Further, given the numerous legal voluntary organizations where I have volunteered, set forth above, I have also become aware of the prevailing rates and community standards for attorney fees for attorneys specializing in employment law. I have been called on to provide declarations in support of fees for attorneys practicing employment law matters. It is based on this knowledge set forth above that I opine on the rreasonableness of the hourly rates charged by counsel in this matter.

**The Requested Hourly Rates of Plaintiff's Counsel Are Reasonable and Within the Range of Market Rates for the Los Angeles Legal Marketplace**

46.    I have been asked to express my opinion as to the hourly rates being charged by Plaintiff's counsel in this case. I am personally familiar with the work of Toni Jaramilla and Bernard Alexander. I have reviewed the hourly rates claimed by the principal attorneys in this case. In my opinion, the hourly rates being claimed are well within the range of market rates charged by Los Angeles attorneys for equivalent experience, skill, and expertise for comparable litigation and are otherwise reasonable rates for the high level of work done by the Plaintiff's counsel. I have considered the following facts in reaching this conclusion.

## J. Bernard Alexander, III

47.    I am personally familiar with the professional abilities and accomplishments of J. Bernard Alexander, who I have known for more than 16 years, including when we both served on the board of the California Employment Lawyers Association. This included a two-year timeframe during which Mr. Alexander was the President of CELA. I followed as President two years later. Mr. Alexander served as an adviser to my Executive (advisory) Committee. I often turned to Mr. Alexander for advice both regarding governance issues for CELA, and also case and trial advice. I repeatedly sought out Mr. Alexander's opinion and expertise regarding litigation and case strategy. In particular, I have repeatedly sought his opinion regarding trial strategy regarding public employee cases, given his exceptional expertise and superior knowledge as a trial attorney. I have also worked with Mr. Alexander regarding legislative issues regarding worker rights, assisting in drafting legislation that was ultimately passed into California law that provided greater protections for workers. Mr. Alexander and I have been co-speakers as experts in employment law. Mr. Alexander is one of the top trial attorneys in the entire country and certainly in the State of California. I have repeatedly sought his advice for trial strategy issues. I have also observed Mr. Alexander in trials in order to learn strategies regarding how to present evidence and conduct opening and closing

arguments. Therefore, I have personal knowledge of Mr. Alexander's specific skills and abilities as a trial attorney.

48.     I have also observed Mr. Alexander during the CELA trial college where CELA members learned trial techniques and other CLE demonstrations. Mr. Alexander has earned a reputation as one of the best employment law trial attorneys in the entire State of California and in the nation, with a recognized and exceptionally well-deserved reputation of successful trial verdicts, arbitration awards and settlements, including some of the largest employment law verdicts nationally and in the State of California. Search any top ten list of trial attorneys in employment cases nationally and in California and Mr. Alexander's name is at the very top. I understand that Mr. Alexander is seeking an hourly rate of $1,250 based on the Los Angeles Area legal market for attorneys of similar skill, experience, and reputation. As set forth above, I am familiar with the prevailing rates for employment lawyers in California. Mr. Alexander is one of the top Plaintiff employment trial attorneys in the state of California and the nation. His requested rate is eminently reasonable and well within the range of market value for a lawyer of Mr. Alexander's caliber, experience and well-deserved outstanding reputation.

**Toni Jaramilla**

49.     I am personally familiar with the professional abilities and accomplishments of Toni Jaramilla over the past fifteen years. Ms. Jaramilla and I served on the board of the California Employment Lawyers Association.  Ms. Jaramilla was a President of CELA. Ms. Jaramilla is an outstanding attorney and is a leader in California and nationally. Ms. Jaramilla and I worked with CELA, the Equal Right Advocates and law makers to bring workers' rights legislation to fruition regarding sex assault and sexual harassment in the workplace, greatly strengthening these protections for all Californians. In 2024, Ms. Jaramilla and I were co-counsel in the *Escoto v. Garland,* matter in the U.S. Central District of California, a federal sexual harassment and discrimination case against the federal Department of Justice, judgment was entered in Plaintiff's favor for $1.2

million dollars in damages, injunctive relief and fees and costs. This case was a rarity insofar that it addressed egregious violations of civil rights in a judicial setting and against the Department of Justice. These are the types of cases that Ms. Jaramilla is known for taking on. Ms. Jaramilla takes on the most powerful defendants that few attorneys would have the skill and ability to do so to address civil rights violations. She is tenacious, persistent, and an outstanding trial attorney. Additionally, Ms. Jaramilla has identified gaps in the law and successfully assisted in getting new laws passed. I also have attended many CLEs where Ms. Jaramilla has presented on many employment law and litigation strategies. Ms. Jaramilla has a well-earned reputation as an outstanding attorney and litigator and legal specialist that other attorneys frequently seek out for her expertise. She is considered among the top plaintiff-side employment attorneys in California. Her dogged persistence in this case with significant obstacles does not at all surprise me and is consistent with her outstanding legal reputation.

**Hourly Rates**

50.    The hourly rates charged by Plaintiff's counsel are comparable to my rates and those of attorneys at my firm. My 2024 billing rate of $1,100 per hour was approved by the Alameda County Superior Court (Hon. Rebekah Evenson) in August 2024. We were also awarded a multiplier enhancement. The previous year, I was awarded $1000 per hour for a single plaintiff discrimination case by Judge Epstein, for a case that was tried in 2022 in Los Angeles. Judge Epstein.  We were also awarded a multiplier enhancement.

51.    I recently surveyed the rates of Los Angeles employment attorneys in connection with a motion for attorney's fees in 2023. I also consulted with attorney fee experts, reviewed attorney rate surveys, and reviewed attorney fee decisions. The information gathered in this survey confirms that the rates charged by Plaintiff's attorneys are well within the range of rates charged by comparable attorneys in the Los Angeles market, including by my own law firm.

DECLARATION OF WENDY MUSELL

## 2.0 Multiplier

52.   Federal law and California law provide for fee multipliers to encourage attorneys to represent clients in civil rights matters. Such multipliers are especially important in cases to vindicate important civil rights. I understand that Defendants aggressively defended the case at every stage of the case.  I understand that based on evidence presented by Plaintiffs' trial team, they persuaded the jury to award each of the seven children of the decedent $3.4 million, and to award pre-death pain and suffering of $1,000,000 and Loss of Life damages of $5,000,000, for a total of $30.5 million.

53.   The outcome of this difficult public entity case reflects the exceptional legal skills by the coordinated efforts of the Plaintiffs' respective legal teams.  Ultimately, the result is evidence of Plaintiffs' counsel's outstanding ability. I understand that the case was taken on a contingency fee basis. Attorneys who consent to cases on a contingent fee take an enormous risk of complete non-payment for the time that they work on a case. A fee multiplier is certainly appropriate in the present case to address the risk, the difficulty of the case, complexity of the issues, the inability to take on other matters, as well as the excellent results achieved. In my experience, lawyers routinely seek multipliers of 2.0 and higher. Courts have routinely granted multiplier enhancements in cases that have similar risk factors results as this case. In the present case, a multiplier enhancement is warranted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 22nd day of April, 2025, at Oakland, California.


By:   _____
Wendy Musell
Law Offices of Wendy Musell PC