LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs
R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro;
A.W., a minor, by and through guardian *ad litem* Alisha White, ALISHA WHITE

**TONI JARAMILLA, A Professional Law Corp.**
Toni J. Jaramilla, Esq. (SBN 174625)
Toni@tjjlaw.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 551-3020 | F: (310) 551-3019

**ALEXANDER MORRISON + FEHR LLP**
J. Bernard Alexander, III (SBN 128307)
balexander@amfllp.com
Britt L. Karp (State Bar No. 278623)
bkarp@amfllp.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811

Attorneys for Plaintiffs
MICKEL ERICK LEWIS JR, ORIONA LEWIS
and BRIONA LEWIS

-1-
DECLARATION OF MICKEL E. LEWIS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>　　　　　　　Defendants. | |

| | |
|---|---|
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Mickel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | |

-2-
DECLARATION OF MICKEL E. LEWIS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

# DECLARATION OF MICKEL E. LEWIS, JR.

I, Mickel E. Lewis, Jr., hereby declare as follows:

1. I am one of the Plaintiffs and the son of Mickel E. Lewis, Sr., the decedent in case #1:21-CV-00378-NONE-JLT MICKEL ERICK LEWIS, JR., ET AL. v. KERN COUNTY ET, AL.  This declaration is in support of PLAINTIFFS' MOTION FOR ATTORNEYS' FEES.

2. In 2020, I, along with two of my sisters, Oriana Lewis and Briona Lewis, who are also Plaintiffs in this case, looked for civil rights and wrongful death attorneys in the Mojave Desert and Kern County areas to represent us in a wrongful death lawsuit against Kern County and Deputy Ayala after the shooting death of our father.

3. After a diligent search, we were unable to find an attorney in the local area in Kern County who was either willing to take our case or whom we believed to have the experience and ability to represent us.

4. We had to look outside of the Kern County area for attorneys.  We were referred to Toni Jaramilla, a Los Angeles attorney, who was recommended because of her experience, compassion, and success representing victims of police misconduct and excessive force.  We retained Ms. Jaramilla and her co-counsel, J. Bernard Alexander of the Alexander Morrison + Fehr law, who has a strong reputation as an experienced trial attorney.

Executed on April 21, 2025

DocuSigned by:

*Mickel E. Lewis, Jr.*
54281442C7D24F9...

Mickel E. Lewis, Jr.

**2**

DECLARATION OF MICKEL E. LEWIS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES