# EXHIBIT 1

*Lewis v. County of Kern*
**Case No. 1:21-cv-00378-KES-CDB**
**Timekeeping Record**
**Dale K. Galipo, Law Offices of Dale K. Galipo**

| Date | Description | Hours |
|---|---|---|
| 12/23/20 | Discussion w/ Ms. Lee re facts of case | 0.1 |
| 02/03/21 | Discussion w/ Ms. Lee re telephone conference w/co-plaintiffs' counsel | 0.1 |
| 02/12/21 | Call w/ co-plaintiffs' counsel and Ms. Lee | 0.7 |
| 03/17/21 | Review Case Materials | 2.1 |
| 03/18/21 | Review Complaint in Related Case: *Mickel Lewis, Jr., et al. v. Kern County, et al.*, No. 1:21-cv-00378-NONE-JLT | 0.8 |
| 03/19/21 | Review Case Materials | 1.2 |
| 04/10/21 | Review Answer in Related Case: *Mickel Lewis, Jr., et al. v. Kern County, et al.*, No. 1:21-cv-00378-NONE-JLT | 0.7 |
| 06/26/21 | Review Initial Disclosures from Related Case: *Mickel Lewis, Jr. v. Kern County*, No. 1:21-cv-00378-NONE-JLT | 1.1 |
| 06/21/21 | Review Protective Order from Related Case: *Mickel Lewis, Jr. v. Kern County*, No. 1:21-cv-00378-NONE-JLT | 0.5 |
| 08/31/21 | Review Draft Complaint (*R.L., et al. v. County of Kern, et al.*) | 0.3 |
| 09/07/21 | Discussion w/ Ms. Lee re correspondence with co-plaintiffs' counsel | 0.3 |
| 09/09/21 | Review Final Draft of Complaint | 0.2 |
| 09/29/21 | Review Discovery Responses from Related Case: *Mickel Lewis, Jr. v. Kern County*, No. 1:21-cv-00378-NONE-JLT | 0.7 |
| 11/01/21 | Discussion w/ Ms. Lee re correspondence with co-plaintiffs' counsel | 0.1 |
| 11/30/21 | Discussion w/ Ms. Lee re Rule 26(f) report | 0.2 |
| 12/01/21 | Review Consolidation Order | 0.3 |
| 12/16/21 | Further discussions w/ Ms. Lee re Rule 26(f) report | 0.2 |
| 12/27/21 | Discussion w/ Ms. Lee re Rule 26(f) report following e-mails w/ defense counsel | 0.2 |
| 12/28/21 | Review Scheduling Order | 0.3 |
| 01/02/22 | Review Draft of Plaintiffs' Initial Disclosures & documents to be produced | 1.3 |

*Lewis v. County of Kern*
Case No. 1:21-cv-00378-KES-CDB
Timekeeping Record
Dale K. Galipo, Law Offices of Dale K. Galipo

| Date | Description | Hours |
|---|---|---|
| 01/03/22 | Discussion w/ Ms. Lee re Plaintiffs' initial disclosures | 0.1 |
| 01/25/22 | Review Standing Order | 0.4 |
| 01/26/22 | Review Joint Statement | 0.3 |
| 01/26/22 | Review Motion to Compel | 0.5 |
| 02/11/22 | Discussion w/ Ms. Lee re protective order denied by the Court | 0.2 |
| 02/26/22 | Review Amended Stipulated Protective Order | 0.4 |
| 04/23/22 | Review Supplemental Disclosures | 4.4 |
| 04/24/22 | Review Supplemental Disclosures | 3.6 |
| 04/25/22 | Review Supplemental Disclosures | 2.5 |
| 04/26/22 | Review Supplemental Disclosures | 3.5 |
| 04/30/22 | Review Supplemental Disclosures | 2.0 |
| 05/14/22 | Review Supplemental Disclosures | 1.5 |
| 06/14/22 | Deposition Preparation (Ayala) | 2.7 |
| 06/15/22 | Review Supplemental Disclosures | 0.5 |
| 06/15/22 | Deposition Preparation (Ayala) | 4.4 |
| 06/16/22 | Deposition Preparation (Ayala) | 3.6 |
| 06/17/22 | Deposition Preparation -Depo (Ayala) | 4.5 |
| 08/08/22 | Review Witness Statements | 1.2 |
| 08/13/22 | Review Witness Statements | 1.8 |
| 08/14/22 | Review Witness Statements | 2.0 |
| 09/10/22 | Review Ayala Deposition | 2.4 |
| 09/11/22 | Review D. Salcedo Deposition | 1.0 |
| 09/11/22 | Review J. Salcedo Deposition | 1.1 |
| 09/11/22 | Review M. Komenenus Deposition | 1.5 |

*Lewis v. County of Kern*
Case No. 1:21-cv-00378-KES-CDB
Timekeeping Record
Dale K. Galipo, Law Offices of Dale K. Galipo

| | | |
|---|---|---|
| 09/17/22 | Review Terletter Deposition | 2.2 |
| 09/17/22 | Review Montoya Deposition | 1.8 |
| 10/08/22 | Review Plaintiffs' Depositions | 1.4 |
| 10/09/22 | Review Plaintiffs' Depositions | 1.6 |
| 10/24/22 | Review Initial Expert Disclosures – Reports | 2.2 |
| 10/25/22 | Review Initial Expert Disclosures – Reports | 3.8 |
| 10/26/22 | Review Initial Expert Disclosures – Reports | 1.5 |
| 11/28/22 | Review Chapman Materials | 2.1 |
| 11/29/22 | Prepare for Sheridan deposition | 1.4 |
| 12/01/22 | Prepare for Sheridan deposition | 1.6 |
| 12/02/22 | Deposition of Frank Sheridan | 1.0 |
| 12/04/22 | Prepare for Levine deposition | 1.1 |
| 12/05/22 | Deposition of Michael Levine | 1.25 |
| 12/05/22 | Prepare for Parris Ward's deposition | 1.5 |
| 12/06/22 | Prepare for Parris Ward's deposition | 1.0 |
| 12/07/22 | Deposition of Parris Ward | 1.5 |
| 12/18/22 | Preparation for Michael Kuzel deposition | 1.4 |
| 12/19/22 | Preparation for Michael Kuzel deposition | 1.6 |
| 12/20/22 | Deposition of Michael Kuzel | 2.3 |
| 01/03/23 | Prepare for Edwards' deposition | 0.9 |
| 01/04/23 | Prepare for Edwards' deposition | 2.1 |
| 01/05/23 | Deposition of Rocky Edwards | 1.5 |
| 01/08/23 | Prepare for DeFoe Deposition | 2.8 |
| 01/17/23 | Review Motion In Limine documents | 1.3 |
| 01/31/23 | Review Oppositions to Motion In Limine | 1.7 |
| 02/10/23 | Review Replies to Motion In Limine | 0.8 |
| 05/15/23 | Telephone with Judge Baker – pre-settlement conference | 0.5 |

*Lewis v. County of Kern*
Case No. 1:21-cv-00378-KES-CDB
**Timekeeping Record**
**Dale K. Galipo, Law Offices of Dale K. Galipo**

| | | |
|---|---|---|
| 05/19/23 | Settlement Conference -Preparation | 2.5 |
| 06/17/23 | Review Sheridan deposition/report | 1.5 |
| 06/17/23 | Review Chapman deposition/report | 2.0 |
| 06/18/23 | Review Levine deposition/ report | 1.5 |
| 06/18/23 | Review Ward deposition/report | 1.2 |
| 06/24/23 | Review Kuzel deposition/report | 1.8 |
| 06/24/23 | Review Edwards deposition/report | 1.5 |
| 06/24/23 | Review DeFoe deposition/report | 1.5 |
| 06/25/23 | Review Gardiner deposition/report | 1.3 |
| 06/25/23 | Review Hiserodt report | 0.7 |
| 12/31/24 | Discussion with Ms. Masongsong and co-counsel re Joint Pretrial Statement | 0.5 |
| 01/04/25 | Review Pleadings | 2.1 |
| 01/05/25 | Review Discovery – Investigation Materials | 3.9 |
| 01/11/25 | Review Depositions – Ayala – Terletter - Montoya | 4.7 |
| 01/17/25 | Review Officer/Deputy Statements | 3.3 |
| 01/18/25 | Review Depositions – Witnesses | 2.8 |
| 01/19/25 | Review Expert Depositions | 1.7 |
| 01/25/25 | Review Expert Depositions | 4.0 |
| 01/26/25 | Review videos-autopsy scene photos | 1.5 |
| 01/26/25 | Review Statements | 1.8 |
| 01/27/25 | Review Depositions | 2.2 |
| 01/28/25 | Review Depositions | 2.5 |
| 01/29/25 | Review Statements | 1.5 |
| 01/30/25 | Review Expert Reports | 1.4 |
| 01/31/25 | Review Expert Reports | 1.1 |
| 02/01/25 | Outline Depositions | 4.5 |
| 02/02/25 | Review Depositions | 2.7 |

*Lewis v. County of Kern*
**Case No. 1:21-cv-00378-KES-CDB**
**Timekeeping Record**
**Dale K. Galipo, Law Offices of Dale K. Galipo**

| | | |
|---|---|---|
| **02/03/25** | Review Depositions | 3.3 |
| **02/04/25** | Review Depositions | 2.0 |
| **02/05/25** | Review Statements/Investigations Report | 1.5 |
| **02/06/25** | Review Exhibits | 1.0 |
| **02/07/25** | Review Exhibits | 0.7 |
| **02/09/25** | Review Motion In Limine | 1.8 |
| **02/10/25** | Draft Voir Dire; Discussions w/ Ms. Masongsong re Defendants' anticipated Motions in Limine | 1.3 |
| **02/11/25** | Draft Opening Statement | 1.4 |
| **02/12/25** | Draft Opening Statement; Discussions w/ Ms. Masongsong re demonstratives and courtroom tech | 1.8 |
| **02/13/25** | Draft Closing Argument Points | 2.5 |
| **02/14/25** | Outline Expert Examinations | 3.2 |
| **02/15/25** | Review Motion In Limine – review final/pre-trial order | 1.2 |
| **02/16/25** | Outline Depositions | 4.4 |
| **02/17/25** | Outline Statements | 1.8 |
| **02/22/25** | Outline Statements | 2.2 |
| **02/23/25** | Outline Deposition – Opening Statement | 4.5 |
| **02/27/25** | Outline Deposition -Opening Statement | 1.9 |
| **02/28/25** | Outline Examinations | 3.5 |
| **03/01/25** | Review Pre-Trial Documents | 1.6 |
| **03/02/25** | Outline Depositions | 3.0 |
| **03/03/25** | Outline Direct Examinations | 5.5 |
| **03/04/25** | Outline Cross-Examinations | 6.5 |
| **03/05/25** | Review Exhibits | 1.5 |
| **03/06/25** | Trial Preparation/Voir Dire | 8.5 |
| **03/07/25** | Trial Preparation/Opening Statement | 9.3 |

5

*Lewis v. County of Kern*
**Case No. 1:21-cv-00378-KES-CDB**
**Timekeeping Record**
**Dale K. Galipo, Law Offices of Dale K. Galipo**

| | | |
|---|---|---:|
| **03/01/25** | Trial Preparation/Cross Examination Ayala | 10.7 |
| **03/09/25** | Trial Preparation/Cross Examination Ayala | 11.6 |
| **03/10/25** | Trial Preparation/Direct Examination DeFoe | 12.4 |
| **03/11/25** | Trial-Trial Preparation | 15.5 |
| **03/11/25** | Trial -Trial Preparation | 10.0 |
| **03/13/25** | Trial - Trial Preparation | 16.2 |
| **03/14/25** | Trial -Trial Preparation; Discussion w/ Ms. Masongsong re Defendants' Rule 50(a) motion and plaintiffs' position on jury instructions | 15.8 |
| **03/15/25** | Trial Preparation | 11.5 |
| **03/16/25** | Trial Preparation | 12.5 |
| **03/17/25** | Trial Preparation | 15.5 |
| **03/18/25** | Trial -Trial Preparation | 14.0 |
| **03/19/25** | Trial | 8.0 |
| **04/16/25** | Work on Motion for Attorney Fees | 2.2 |
| **04/17/25** | Work on Motion for Attorney Fees | 1.8 |
| **04/18/25** | Review Declaration and Timesheet in Support of Motion for Attorney's Fees | 1.5 |
| | **Sub-Total:** | **394.15** |
| | **Total Hours Billed:** | 394.15 |
| | **Hourly Rate Requested:** | $1,400 |
| | **Total Fees Requested:** | $551,810 |