**EXHIBIT 2**

# The Irving H. Green Memorial Lecture

"Becoming a Civil Rights Trial Lawyer"

Dale K. Galipo '84

Monday, April 8, 2019 / 12:15 - 1:15 pm / Room 1310 / UCLA School of Law

UCLA SCHOOL OF LAW

## THE IRVING H. GREEN MEMORIAL LECTURE

1994  
Johnnie L. Cochran, Jr.

1995  
William W. Vaughn '55

1997  
Ned Good

1998  
Roxanne Barton Conlin

1999  
Elizabeth J. Cabraser

2000  
Bryan Stevenson

2002  
James J. Brosnahan

2005  
Kenneth R. Feinberg

2006  
A. Barry Cappello '65

2007  
Kent Burton '75  
Brad Baker '75

2008  
Barbara Hadsell '78

2009  
David R. Glickman '57  
Steven C. Glickman '82

2010  
Winston McKesson '82

2011  
Anna Y. Park '92

2012  
Harland W. Braun '67

2013  
Arnoldo Casillas '91

2014  
Brad N. Baker '75  
Harland W. Braun '67  
A. Barry Cappello '65  
Anna Y. Park '92  
Stephen C. Yeazell

2016  
Mark D. Baute '86

2017  
Moses Lebovits '75

2018  
Marc Seltzer '72

2019  
Dale K. Galipo '84

## Dale K. Galipo '84
Principal, The Law Offices of Dale K. Galipo



Dale K. Galipo is the founder and principal of The Law Offices of Dale K. Galipo, located in Woodland Hills, California. Originally from a suburb of Cleveland, Ohio, Mr. Galipo attended Orange High School and graduated from The University of Michigan, Ann Arbor, with a degree in business administration. Mr. Galipo obtained his Juris Doctor from the University of California, Los Angeles School of Law in 1984. In 1989, The State Bar of California admitted him to practice, and Mr. Galipo has since earned a reputation as one of the top civil rights attorneys in the nation.

Starting his own law firm in 1991, Dale Galipo began specializing in personal injury cases. Soon thereafter, he started obtaining multi-million dollar jury verdicts. During the 1990's Mr. Galipo also handled numerous criminal cases and achieved so much success in criminal law that he was dubbed "The Strikes Man" by the Daily Journal for multiple jury acquittals in "three strikes" cases. He won approximately 90% of his criminal trials, with several of his high-profile cases covered by local and national print as well as televised media. From 1995-2 thru 1996, Mr. Galipo obtained six jury acquittals in a row on major felony cases.

In 2002, Dale Galipo started to specialize in civil rights cases involving police misconduct. The majority of his cases were excessive force cases, but he also handled jail cases, false arrest, denial of medical care and sexual misconduct cases. In 2004, Mr. Galipo started obtaining multi-million dollar jury verdicts for victims of police misconduct and police abuse. In 2012, Mr. Galipo was awarded the Defender of the Constitution Award by the Inland Empire Chapter of the Federal Bar Association and was more recently the Honoree for the MLK award presented in his name at the UC Davis School of Law. In the last six years, he has prevailed in 46 Jury trials and obtained more than 70 seven-figure verdicts and settlements.

With twelve published opinions in civil rights cases, Dale Galipo has been selected to the Southern California's SuperLawyers list for the past six years. Having recently been a finalist for the CAALA Trial Lawyer of the Year, he is often asked to speak at the annual CAALA convention as well as to law students and lawyers about his civil rights practice, most often on how to successfully try a civil-rights case. Recently inducted as a Fellow of The American College of Trial Lawyers, Mr. Galipo has gone to trial and won more cases against the police than any other attorney in the country.



Irving H. Green was a much-honored trial attorney known for representing the underdog in courts across the country. During his career, Green received numerous awards — including the Ted Horn Memorial Award, given by the Los Angeles Trial Lawyers Association. He also was a member of the Inner Circle of Advocates, a group whose membership is limited to 100 outstanding trial lawyers in the United States.

Born in Minneapolis, Minnesota in 1905, Irving Green grew up poor and attended night school, graduating from law school when he was only 20. While waiting a year to be sworn into that state's bar (its legal minimum age was 21), he worked for West Publishing Company, selling law books so that he could earn enough money to open his own law office. Mr. Green was admitted to practice in California in 1952, and he practiced in Los Angeles until 1981.

Irving Green's enthusiasm for his work, his determination to help those who had no other champion, and his excellence and creativity serve as an inspiration today. Of his father, UCLA Professor of Mathematics Mark Green has said, "He lived his convictions while having a successful career." In a letter written about her late husband before the inaugural lecture, Fay Bettye Green noted, "Irving Green never forgot his background … The trial of a case was his raison d'être— his research was thorough, and his skills enabled him to convince the jury of his client's cause."

The Green family has chosen to honor Irving Green by creating a program designed to bring truly outstanding trial lawyers to UCLA to inspire law students and to engage in an exchange with them focused on the often unpopular role of lawyer.