LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*
***R.L., M.L., and H.L., minors, by and through guardian ad litem Roberta Haro; A.W., a minor, by and through guardian ad litem Alisha White, Alisha White***

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>          Plaintiffs,<br>     vs.<br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>          Defendants. | **Case No: 1:21−CV−00378−KES-CDB**<br><br>*Assigned to:Hon. Kirk E. Sherriff*<br><br>**DECLARATION OF SANTIAGO G. LAUREL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; Alisha White, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>          Plaintiffs,<br>     vs.<br>COUNTY OF KERN; JASON AYALA,<br><br>          Defendants. | |

## **DECLARATION OF SANTIAGO G. LAUREL**

I, Santiago G. Laurel, hereby declare as follows:

1. I am a litigation/legal assistant currently employed by the Law Offices of Dale K. Galipo. I work under the supervision of attorneys Dale K. Galipo Renee Masongsong, and Ranhee Lee, each of whom are licensed to practice law in the United States District Court for the Central District of California. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. I have been in the legal field for approximately 18 years, with experience in both state and federal court, working as a legal assistant and litigation assistant for multiple law firms. Prior to my employment at The Law Offices of Dale K. Galipo, I was employed for five years as the Senior Litigation Assistant at Shimmel and Parks, APLC, where I was responsible for providing high-level support to three trial attorneys, from the inception of cases to trial preparation in complex cases. My responsibilities included assembling, preparing, and finalizing all pleadings for physical court filing and/or E-filing, in state, federal, and appellate courts. I also prepared all types of discovery requests, responses to discovery, deposition notices, state and federal subpoenas, court notices, case management statements, federal reports, witness lists, exhibit lists, and jury instructions. I maintained office calendars with state, local, and administrative deadlines.

3. In September 2021, I joined the Law Offices of Dale K. Galipo, where I currently work as a litigation secretary. Over the past three and half years, I have been one of three litigation assistants assigned to Mr. Galipo and eight of his associate attorneys, including Mr. Levine, Mrs. Le, Mrs. Masongsong, Ms. Lee, Ms.

Leap, Mr. Valenzuela, Mr. Sincich, and Mr. Mayne. Under the supervision of Mr. Galipo and his associates, I have worked on approximately 50 cases from pre-litigation to trial. I am currently assigned to support Mr. Galipo's associates with their day-to-day tasks in approximately 50 cases.

4.  My daily responsibilities at the Law Offices of Dale K. Galipo include evaluating prospective cases, speaking directly with prospective clients, and gathering the necessary information and documents to make informed decisions. I draft templates for various documents at all stages of litigation, calendar dates set forth in case management or scheduling orders, and review documents produced during discovery to advise the attorneys on what was received. I also create lists of involved persons and their roles during the incident, work with clients to coordinate discovery, and assist with gathering documentation. I interpret for Spanish-speaking clients, coordinate with defense counsel and third parties for the scheduling of depositions and meet-and-confers, manage deadlines, and address miscellaneous case issues. I also draft and serve subpoenas, file pleadings, ensure compliance with local rules, maintain up-to-date litigation costs and expense worksheets, and prepare counsel for hearings and trial by organizing binders with relevant documents.

5.  As of this date, I have spent 8.20 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

6.  Since September 30, 2021, to the present date, I have supported Mr. Galipo and Ms. Lee in the service of process, expert disclosures, scheduling, and calendaring, as reflected in detail on my timesheet attached hereto as "Exhibit 1."

7.  Currently, paralegal fees are currently awarded at rates ranging from $150 to $325 per hour. Based on my eighteen years of experience in the legal field, I respectfully request an hourly rate of $220, which has previously been approved in several matters, including I.H., et al. v. State of California, et al., Case No. 2:19-cv-02343-DAD-AC Dkt.297; Nicole Juarez Zelaya v. City of Los Angeles, et al., Case

1  No. 2:20-cv-08382-ODW (MAAx), Dkt. 164; and Paola French, et al. v. City of Los
2  Angeles, et al., Case No. 5:20-cv-00416-JGB-SP, Dkt. 165. In both the I.H. and
3  Zelaya cases, the court awarded a rate of $220 per hour for my services.
4      I declare under penalty of perjury under the laws of the State of California
5  and the United States of America that the foregoing is true and correct, and that this
6  was executed this 18th day of April 2025 at Woodland Hills, California.

8                  */s/ Santiago G. Laurel*
                 Santiago G. Laurel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28