**Santiago Laurel**  *Mickel E. Lewis Jr. et al v. Kern County et.*
**Timekeeping Record**  Case No. 1:21-cv-00378-ADA-CDB

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 09/30/21 | Met with attorney Ranhee to discuss case and documents to be prepared for filing. | .50 |
| 10/01/21 | Reviewed email from Stacy regarding filing and service of summons and complaint. | .10 |
| 10/05/21 | Followed up on email from Stacy regarding service of complaint. Reviewed documents to identify defendants. Conducted online research to locate service information for the County and individual defendant. Called the Board of Supervisors at 661-868-3585 and obtained instructions and address for service. | .75 |
| 10/05/21 | Contacted ACE Attorney Service to obtain service of process quotes. Spoke with Cindy. | .25 |
| 10/05/21 | Pulled all service documents, including Summons, Complaint, Civil Cover Sheet, Notice of Interested Parties, GAL packet, Orders, and Consent Forms. Created envelope with Rapid Legal to serve the County of Kern per Board of Supervisors' instructions. Entered information and address, and uploaded all service documents. | .75 |
| 10/05/21 | Submitted second order to Rapid Legal for service on individual officers with same instructions and documents as used for Kern County Defendant. | .25 |
| 10/14/21 | Spoke with County Counsel Kathleen Rivera, who agreed to accept service on behalf of individual defendant Ayala. Prepared Notice and Acknowledgment of Receipt, gathered all service documents, and drafted email listing the 19 documents being served. | 1.0 |
| 10/18/21 | Followed up on previous email to Ms. Rivera due to no response. Called and spoke with Rita Jones, who requested the original email be forwarded to her. Prepared email with attachments and forwarded to Ms. Jones. | .25 |
| 10/18/21 | Drafted second email to both Ms. Rivera and Ms. Jones, including the Waiver of Summons form. | .25 |
| 10/21/21 | Followed up with Ms. Rivera and Ms. Jones regarding the status of the executed Waiver of Summons form. | .25 |
| 10/22/21 | Received email from Ms. Jones with signed Notice and Acknowledgment of Receipt. Reviewed the form, | .50 |

1

**Santiago Laurel**  *Mickel E. Lewis Jr. et al v. Kern County et.*
**Timekeeping Record**  Case No. 1:21-cv-00378-ADA-CDB

|  | | |
|---|---|---|
|  | prepared Waiver of Summons, and forwarded it to Ms. Rivera for signature. | |
| 10/22/21 | Prepared Proof of Service for Summons, Complaint, and other documents. Attached executed forms from County Counsel for service on Defendant Ayala. | .75 |
| 10/22/21 | Prepared caption and filed Proofs of Service for Defendants County of Kern and Ayala. Calendared relevant deadlines. | .75 |
| 10/22/21 | Converted Proofs of Service to PDF, attached signed declarations and waiver, and filed with court. | .10 |
| 10/25/22 | Assembled exhibits and attachments for Plaintiffs' Initial Expert Disclosures. Prepared Proof of Service, printed final disclosures with attachments, and served via mail. | 1.75 |
|  | TOTAL | 8.2 |