# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| Mickel Erick Lewis Jr., et al. | ) | |
| | ) | |
| v. | ) | Case No.: 1:21-cv-00378−KES-CDB |
| Kern County, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on    03/19/2025    against    Kern County & Jason Ayala  ,
                                                                          *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 402.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,047.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 7,736.68 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,125.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 32.88 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 43,030.51 |
| TOTAL | $ | 53,374.07 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:  _____

s/ Attorney:     s/ J. Bernard Alexander, III

Name of Attorney:  J. Bernard Alexander, III

For:     Plaintiffs, Mickel Lewis, Jr., Oriona Lewis, Briona Lewis          Date:     04/25/2025
                        *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____  and included in the judgment.

_____          By: _____          _____
   *Clerk of Court*                           *Deputy Clerk*                              *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Clarence R. Chapman, Santa Monica, California | 1 | 1,125.00 | | | | | $1,125.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $1,125.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).
**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Mickel Lewis, Jr., et al. v. Kern County, et al.**
**1:21-cv-00378-KES-CDB**

**ALEXANDER MORRISON + FEHR LLP**
**and**
**TONI JARAMILLA, A.P.L.C.**
*Bill of Costs Itemization*

### I.    Clerk Fees
### (See Attachment "I")

| Date | Description | Amount |
|------|-------------|--------|
| 3.9.2021 | Complaint | $402.00 |
| | Subtotal: | **$402.00** |

### II.    Fees for Service of Summons and Subpoena
### (See Attachment "II")

| Date | Description | Amount |
|------|-------------|--------|
| 3.11.2021 | First Legal Inv. 4600965- Service of Complaint on Deputy Jason Ayala | $250.48 |
| 3.22.2021 | First Legal Inv. 4609557- Service of Complaint on Kern County | $200.08 |
| 3.3.2025 | First Legal Inv. 17133798- Service of Trial Subpoena on Destiny Salcedo | $308.46 |
| 3.7.2025 | First Legal Inv. 17142836- Service of Trial Subpoena on Destiny Salcedo | $187.48 |
| 3.7.2025 | First Legal Inv. 17142857- Service of Trial Subpoena on Jessica Salcedo | $50.25 |
| 3.7.2025 | First Legal Inv. 17142868- Service of Trial Subpoena on Marlyn Komnenus | $50.25 |
| | Subtotal: | **$1,047.00** |

/ / /

/ / /

### III. Fees for Transcripts
### (See Attachment "III")

| Date | Description | Amount |
|------|-------------|--------|
| | **AMF** | |
| 9.7.2022 | Esquire Deposition Inv. 2286861- Jose Castellanos | $347.55 |
| 9.19.2022 | Esquire Deposition Inv. 2297133- Jeremy Terletter | $280.60 |
| 9.22.2022 | Esquire Deposition Inv. 2300484- Jeremy Terletter *(charges were omitted from Inv. 2297133)* | $43.40 |
| 9.28.2022 | Esquire Deposition Inv. 2304641- Roberta Haro | $749.40 |
| 1.18.2023 | Esquire Deposition Inv. 2385180- John Gardner, Ph.D | $972.69 |
| 2.27.2025 | Esquire Deposition Inv. SO2441069- Jeremy Terletter MPEG | $110.00 |
| 2.27.2025 | Esquire Deposition Inv. SO2441073-Nicholas Montoya MPEG | $110.00 |
| | Subtotal: | $2,613.64 |
| | **TJJ** | |
| 9/7/22 | Esquire Deposition Inv. 22287097 (Komenenus, J. Salcedo, D. Salcedo) | $1,039.65 |
| 9/8/22 | Esquire Deposition Inv. 2288045 (M. Lewis) | $87.40 |
| 9/8/22 | Esquire Deposition Inv. 2287897 (M. Lewis) | $798.70 |
| 9/23/22 | Esquire Deposition Inv. 2301295 (B. Lewis, O. Lewis) | $743.00 |
| 10/6/22 | Veritext Legal Solutions Inv. 6070828 (Hall Ambulance) | $55.85 |
| 1/30/23 | Esquire Deposition Inv. 2394261 (Castellanos) | $347.55 |
| 1/30/23 | Esquire Deposition Inv. 2394315 (Gardiner PhD) | $972.69 |
| 1/30/23 | Esquire Deposition Inv. 2394299 (Haro) | $749.40 |
| 1/30/23 | Esquire Deposition Inv. 2394273 (Terletter) | $284.80 |
| 1/30/23 | Esquire Deposition Inv. 2394298 (Terletter) | $44.00 |
| | Subtotal: | $5,123.04 |

**Subtotal: $7,736.68**

### IV. Fees for Witnesses
### (See Attachment "IV")

| Date | Description | Amount |
|------|-------------|--------|
| 12.8.2022 | Clarence R. Chapman Expert Witness Deposition Fee | $1,125.00 |
| | **Subtotal:** | **$1,125.00** |

**V.    Fees for Copies**
    **(See Attachment "V")**

| Date | Description | Amount |
|---|---|---|
| | **TJJ** | |
| 1/20/22 | Excelsior Inv. 80998- Scanning/Labels | $2.77 |
| 1/10/22 | Excelsior Inv. 80997- Scanning/Labels | $11.55 |
| 1/24/22 | Excelsior Inv. 81067- Files/Labels | $9.35 |
| 10/26/22 | Excelsior Inv. 82938- Files/Labels | $9.21 |
| | **Subtotal:** | **$32.88** |

**VI.    Other costs**
    **(See Attachment "VI ")**

| Date | Description | Amount |
|---|---|---|
| | **CAR RENTAL** | |
| 3.5.2025 | Hertz (rental car for transportation of Audio/Visual equipment, luggage, binders, etc.) | $233.52 |
| | **Subtotal:** | **$233.52** |
| | **EXPERT WITNESSES** | |
| | **AMF** | |
| 10.18.2022 | MEA Forensics Initial Retainer | $3,000.00 |
| 11.8.2022 | MEA Forensics Inv. 5123223 (half) | $3,002.50 |
| 1.10.2023 | MEA Forensics Inv. S123573 (half) | $3,492.75 |
| 3.27.2025 | MEA Forensics Inv. S129664 (half) | $6,017.75 |
| | Subtotal: | $15,513.00 |
| | **TJJ** | |
| 11/8/22 | MEA Forensics Inv. S123223 (half) | $3,002.50 |
| 1/10/23 | MEA Forensics Inv. S123573 (half) | $3,492.75 |
| 3/27/25 | MEA Forensics Inv. S129664 (half) | $6,017.75 |
| | Subtotal: | $12,513.00 |
| | **Subtotal:** | **$28,026.00** |

| Date | Description | Amount |
|------|-------------|--------|
| **FLIGHTS** | | |
| **J. Bernard Alexander, III** | | |
| 2.20.2025 | United Air <br> (3.10.25: LAX to Fresno (FAT)) <br> (3.19.25: Fresno (FAT) to LAX) | $631.62 |
| 3.4.2025 | United Air: <br> 3.14.25: (Fresno (FAT) to LAX <br> 3.17.25: (LAX to Fresno (FAT)) | $596.63 |
| **Gustin Ham** | | |
| 3.3.2025 | Expedia <br> (Flight for Audio/Visual Trial Conference: 3.3.2025) | $660.90 |
| 3.3.2025 | United Air (3.14.25: Fresno (FAT) to LAX) | $307.92 |
| | United Air (3.16.25: LAX to Fresno (FAT) | $437.96 |
| | Subtotal: | $2,635.03 |
| **TJJ** | | |
| 2/12/25 | United Air <br> (3.10.25: LAX to Fresno (FAT)) | $209.49 |
| 3/5/25 | United Air: <br> (3.14.25: Fresno (FAT to LAX) <br> (3.17.25: LAX to Fresno (FAT)) | $1,217.97 |
| 2/25/25 | United Air: <br> (3.20.25: Fresno (FAT) to LAX) | $383.49 |
| | Subtotal: | $1,810.95 |
| | **Subtotal:** | **$4,445.98** |
| | | |
| **HOTEL** | | |
| **J. Bernard Alexander, III** | | |
| 3.5.2025 | Double Tree- R5493362709 (March 10-14, 2025) | $1,895.41 |
| 3.20.25 | Double Tree- 54079700 (March 17-19, 2025) | $879.30 |
| | | |
| **Gustin Ham** | | |
| 2.21.2025 | La Quinta (Booking.com) #4355.567.741 | $1,395.36 |
| | Subtotal: | 4,170.07 |
| **TJJ** | | |
| 3/14/25 | Double Tree- 96256218 (March 10-14, 2025) | $1,632.75 |
| 3/20/25 | Double Tree- 87546177 (March 17-20, 2025) | $1,272.42 |
| | Subtotal: | $2,905.17 |
| | **Subtotal:** | **$7,075.24** |

| Date | Description | Amount |
|------|-------------|--------|
| | **TRIAL TRANSCRIPTS** | |
| 3.13.2025 | Rachael C. Lundy, CSR Inv. 20240392 (Trial Transcript of Scott DeFoe) | $540.20 |
| | **Subtotal:** | **$540.20** |
| | | |
| | **UBER** | |
| **J. Bernard Alexander, III** | | |
| 3.10.2025 | Home to LAX | $173.89 |
| 3.14.2025 | Hotel to Court: $16.32 Hotel to FAT: $31.78 | $48.10 |
| 3.17.2025 | Office to LAX | $90.19 |
| 3.20.2025 | LAX to Office | $128.89 |
| | | |
| **Gustin Ham** | | |
| 3.3.2025 | Fresno Airport (FAT) to Court: $27.93 Court to Fresno Airport (FAT): $28.92 | $56.85 |
| 3.10.2025 | FAT to Hotel (Car rental return) | $28.92 |
| 3.11.2025 | Hotel to Court: $31.92 Court to Hotel: $30.91 | $62.83 |
| 3.12.2025 | Hotel to Court: $29.90 Court to Hotel: $32.94 | $62.84 |
| 3.13.2025 | Hotel to Court: $33.94 Court to Hotel: $39.91 | $73.85 |
| 3.14.2025 | Hotel to Court: $36.97 Court to Hotel: $22.92 -- Hotel to FAT: $31.97 LAX to Home: $52.98 | $144.84 |
| 3.16.2025 | Home to LAX: $50.95 FAT to Hotel: $26.93 | $77.88 |
| 3.18.2025 | Hotel to Court: $37.94 Court to Hotel: $30.95 | $68.89 |
| | Subtotal: | $1,017.97 |
| | | |
| | **LYFT** **TJJ** | |
| 3/10/25 | Home to LAX:  $88.52 | $88.52 |

| Date | Description | Amount |
|------|-------------|--------|
| 3/11/25 | Hotel to Court: $15.94<br>Hotel to Witness' Location: $19.53 | $35.47 |
| 3/13/25 | Hotel to Court: $15.94<br>Court to Hotel: $15.94 | $31.88 |
| 3/14/25 | Court to Hotel: $15.82 | $15.82 |
| 3/18/25 | Hotel to Court: $16.03<br>Court to Hotel: $16.18 | $32.21 |
| 3/19/25 | Hotel to Court:  $15.26 | $15.26 |
| 3/20/25 | Hotel to Airport:  $15.84 | $15.84 |
| | Subtotal: | $235.00 |
| | **Subtotal:** | **$1,252.97** |
| | **PRIVATE INVESTIGATOR** | |
| 11/6/20 | Public Interest Investigations, Inc. | $1,456.60 |
| | **Subtotal** | **$1,456.60** |

**The Clerk is requested to tax the grand total of $53,374.07.**

DATED: April 25, 2025            Respectfully submitted,

ALEXANDER MORRISON + FEHR LLP
TONI JARAMILLA, A.P.L.C.


By:     *s/ J. Bernard Alexander, III*
        J. BERNARD ALEXANDER, III
        Attorneys for Plaintiffs,
        MICKEL ERICK LEWIS JR, ORIONA
        LEWIS and BRIONA LEWIS

**Fees of the Clerk**

**(Attachment "I")**

**From:**     caed_cmecf_helpdesk@caed.uscourts.gov
**To:**     CourtMail@caed.uscourts.dcn
**Subject:**     Activity in Case 1:21-at-00227 Lewis Jr. et al v. Kern County et al .
**Date:**     Tuesday, March 9, 2021 9:02:05 AM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of California - Live System**

## Notice of Electronic Filing

The following transaction was entered by Alexander, J. on 3/9/2021 at 9:01 AM PST and filed on 3/9/2021

| | |
|---|---|
| **Case Name:** | Lewis Jr. et al v. Kern County et al |
| **Case Number:** | 1:21-at-00227 |
| **Filer:** | Mickel Erick Lewis Jr. |
| | Briona Lewis |
| | Oriona Lewis |
| | Michael E. Lewis, Sr. |

**Document Number:** 1

**Docket Text:**
**COMPLAINT against All Defendants by Mickel Erick Lewis Jr., Briona Lewis, Oriona Lewis, Michael E. Lewis, Sr.. Attorney Alexander, J. Bernard added. (Filing fee $ 402, receipt number 0972-9462200) (Attachments: # (1) Exhibit Death Certificate of Mickel Lewis, Jr., # (2) Declaration of Michael Lewis, Jr., # (3) Declaration of Oriona Lewis, # (4) Declaration of Briona Lewis, # (5) Civil Cover Sheet Civil Cover Sheet)(Alexander, J.)**


**1:21-at-00227 Notice has been electronically mailed to:**

J. Bernard Alexander , III   balexander@amfllp.com, gham@amfllp.com

**1:21-at-00227 Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Fees for Service of Summons and Subpoena**

**(Attachment "II")**

**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10386077 | 81136 |
| Invoice Date | Total Due |
| 3/31/21 | 450.56 |
| | |
| | |

Alexander Morrison + Fehr LLP
1900 AVE. OF THE STARS
SUITE 900
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 81136 | 10386077 | 3/31/21 | 450.56 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/11/21 | 4600965 | B3D | Alexander Morrison + Fehr LLP   Deputy JASON AYALA | Base Chg : 172.00 | |  |
| PROCESS-BRANCH 3 DAYS | | | 1900 AVE. OF THE STARS        26000 Bear Valley Rd | PDF/Ship  : 63.00 | | 250.48 |
| | | | LOS ANGELES      CA 90067    TEHACHAPI       CA 93561 | Fuel Chg  : 15.48 | | |
| | | | Caller: Gustin Ham | | | |
| | | | 1:21-cv-00378-NONE-JLT | | | |
| | | | MICKEL ERICK LEWIS JR., ET AL.,  v. KERN COUNTY, E | | | |
| | | | Summons in a Civil Action, Complaint, Civil Cover Sheet, | | | |
| | | | Signed: Alison Ayala/Wife       Ref: NOT PROVIDED | | | |
| 3/22/21 | 4609557 | B3D | Alexander Morrison + Fehr LLP   Kern County | Base Chg : 172.00 | | |
| PROCESS-BRANCH 3 DAYS | | | 1900 AVE. OF THE STARS        1115 Truxton Ave | PDF/Ship  : 12.60 | | 200.08 |
| | | | LOS ANGELES      CA 90067    BAKERSFIELD      CA 93301 | Fuel Chg  : 15.48 | | |
| | | | Caller: Gustin Ham | | | |
| | | | 1:21-cv-00378-NONE-JLT | | | |
| | | | Mickel Erich Lewis Jr v Kern County | | | |
| | | | First Amended Comp | | | |
| | | | Signed: Laura Belden, deputy C    Ref: LEWIS V KERN COUNTY | | | |
| | | | | Total | | 450.56 |

# INVOICE PAYMENT DUE UPON RECEIPT



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

```
17133798      3/03/25     13:20   Alexander Morrison + Fehr LLP      Csr: SM1
CONTROL NUMBER
PICKUP                                DELIVER
Alexander Morrison + Fehr LLP     Destiny Salcedo              Base          194.00
1900 AVE. OF THE STARS  SUITE 9   9733 Irene Avenue            Return
LOS ANGELES      CA  90067        CALIFORNIA CITY   CA 93505   Wait
                                                              Weight
Req: Preston Shaw                 Comment: 2attempts           PDF/Ship
Svce: PROCESS-BRANCH SAME DAY                                 Atmpt/Addr      97.00
Acct:  4895                                                    Research
Ref: M. LEWIS JR, ET AL. V.                                   Misc
BOL: 12817332                                                 Fuel Chg        17.46
Sign: new add 17142836            16:22    Hearing Info: 03/11/  Adv.Fee
Case#:1:21-CV-00378-KES-CDB                                   Check Chg
CNAME:MICKEL ERICK LEWIS JR, et al v. KERN COPcs:,   4 al
Docs:Subpoena to Appear and Testify at a                      Total         308.46
```



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

```
17142836      3/07/25     16:21   Alexander Morrison + Fehr LLP      Csr: SM1
CONTROL NUMBER
PICKUP                                DELIVER
Alexander Morrison + Fehr LLP    Destiny Salcedo                Base         172.00
1900 AVE. OF THE STARS   SUITE 9 186 Camp Fire Drive            Return
LOS ANGELES     CA  90067        CALIFORNIA CITY  CA 93505      Wait
                                                               Weight
Req: Preston Shaw                                              PDF/Ship
Svce: PROCESS-BRANCH 3 DAYS                                    Atmpt/Addr
Acct:  4895                                                    Research
Ref: M. LEWIS JR, ET AL. V.                                   Misc
BOL: 12857247                                                  Fuel Chg       15.48
Sign: Marlyn Komnenus          15:34   Hearing Info: 03/11/    Adv.Fee
Case#:1:21-CV-00378-KES-CDB                                    Check Chg
CName:MICKEL ERICK LEWIS JR, et al v. KERN COPcs:,  4 al
Docs:Subpoena to Appear and Testify at a                      Total         187.48
```



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

```
17142857      3/07/25     16:25   Alexander Morrison + Fehr LLP      Csr: SM1
CONTROL NUMBER                     DELIVER
PICKUP
Alexander Morrison + Fehr LLP      Jessica Salcedo                Base        50.25
1900 AVE. OF THE STARS   SUITE 9   186 Camp Fire Drive            Return
LOS ANGELES      CA  90067         CALIFORNIA CITY   CA 93505     Wait
                                                                 Weight
Req: Preston Shaw                  Comment: RELATED PROCESS       PDF/Ship
Svce: PROCESS-BRANCH 3 DAYS                                       Atmpt/Addr
Acct:  4895                                                       Research
Ref: M. LEWIS JR, ET AL. V.                                      Misc
BOL: 12857283                                                    Fuel Chg
Sign: Marlyn Komnenus              15:34    Hearing Info: 03/11/  Adv.Fee
Case#:1:21-CV-00378-KES-CDB                                      Check Chg
CNAME:MICKEL ERICK LEWIS JR, et al v. KERN COPcs:,   4 al
Docs:Subpoena to Appear and Testify at a                        Total       50.25
```



**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

```
17142868      3/07/25      16:28  Alexander Morrison + Fehr LLP      Csr: SM1
CONTROL NUMBER                    DELIVER
PICKUP
Alexander Morrison + Fehr LLP    Marlyn Komnenus               Base        50.25
1900 AVE. OF THE STARS   SUITE 9 186 Camp Fire Drive           Return
LOS ANGELES      CA  90067       CALIFORNIA CITY   CA 93505     Wait
                                                               Weight
Req: Preston Shaw                Comment: RELATED PROCESS       PDF/Ship
Svce: PROCESS-BRANCH 3 DAYS                                     Atmpt/Addr
Acct:  4895                                                     Research
Ref: M. LEWIS JR, ET AL. V.                                    Misc
BOL: 12857300                                                  Fuel Chg
Sign: Marlyn Komnenus            15:34    Hearing Info: 03/11/  Adv.Fee
Case#:1:21-CV-00378-KES-CDB                                    Check Chg
CName:MICKEL ERICK LEWIS JR, et al v. KERN COPcs:,  4 al
Docs:Subpoena to Appear and Testify at a                       Total       50.25
```

**Fees for Transcripts**

**(Attachment "III")**

# AMFLLP

# Costs



# ESQUIRE
DEPOSITION SOLUTIONS

**Invoice  INV2286861**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 9/7/2022 |
| Terms | Net 30 |
| Due Date | 10/7/2022 |

| | |
|---|---|
| Claim Number | |
| Esquire Office | Bakersfield |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client VAL ID | |
| Date of Loss | |

**RECEIVED**
SEP 15 2022
BY: ..............................

**Bill To**
Alexander, Morrison & Fehr - Los Angeles
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Alexander, Morrison & Fehr - Los Angeles
Alexander, J Bernard
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/19/2022 | J8449116 | Riverside, CALIFORNIA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-VC-WI | Jose Castellanos | 38 | 0.00 | No | $0.00 |
| MINIMUM TRANSCRIPT COPY | Jose Castellanos | 1 | 175.00 | No | $175.00 |
| CONDENSED TRANSCRIPT | Jose Castellanos | 1 | 25.00 | No | $25.00 |
| EXHIBITS W/TABS | Jose Castellanos | 10 | 0.60 | No | $6.00 |
| EXHIBITS COLOR | Jose Castellanos | 2 | 1.25 | No | $2.50 |
| DIGITAL TRANSCRIPT-PDF-PTX | Jose Castellanos | 1 | 50.00 | No | $50.00 |
| PROCESSING & COMPLIANCE | Jose Castellanos | 1 | 50.00 | No | $50.00 |

| | |
|---|---|
| Subtotal | 308.50 |
| Shipping Cost (FedEx) | 39.05 |
| **Total** | **$347.55** |
| **Amount Due** | **347.55** |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this Invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Alexander, Morrison & Fehr - Los Angeles |
| Client # | C158613 |
| Invoice # | INV2286861 |
| Invoice Date | 9/7/2022 |
| Due Date | 10/7/2022 |
| Amount Due | $347.55 |



# ESQUIRE

*Invoice* **INV2297133**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**RECEIVED**
SEP 26 2022
BY:_____

| | | |
|---|---|---|
| **Date** | 9/19/2022 | |
| **Terms** | Net 30 | |
| **Due Date** | 10/19/2022 | |

| | |
|---|---|
| **Client Number** | C158613 |
| **Esquire Office** | Bakersfield |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Alexander, Morrison & Fehr - Los Angeles
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Alexander, Morrison & Fehr - Los Angeles
Alexander, J Bernard
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/15/2022 | J8552199 | Bullhead City, ARIZONA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty. | Unit Price | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-VC-WI | Jeremy Earl Terletter | 50 | 4.10 | No | $205.00 |
| E-EXHIBITS B&W COPY | Jeremy Earl Terletter | 1 | 0.60 | No | $0.60 |
| CONDENSED TRANSCRIPT | Jeremy Earl Terletter | 1 | 25.00 | No | $25.00 |
| PROCESS & COMPLIANCE | Jeremy Earl Terletter | 1 | 50.00 | No | $50.00 |

| | |
|---|---|
| **Subtotal** | 280.60 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $280.60 |
| **Amount Due** | 280.60 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Alexander, Morrison & Fehr - Los Angeles |
| **Client #** | C158613 |
| **Invoice #** | INV2297133 |
| **Invoice Date** | 9/19/2022 |
| **Due Date** | 10/19/2022 |
| **Amount Due** | **$280.60** |



# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice* **INV2300484**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 09/22/2022 |
| Terms | Net 30 |
| Due Date | 10/22/2022 |

| | |
|---|---|
| Client Number | C158613 |
| Esquire Office | Bakersfield |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client VAL ID | |
| Date of Loss | |

**RECEIVED**
OCT 0 3 2022
BY:

**Bill To**
Alexander, Morrison & Fehr - Los Angeles
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Alexander, Morrison & Fehr - Los Angeles
Alexander, J Bernard
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 08/15/2022 | J8552199 | Bullhead City, ARIZONA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| E-EXHIBITS B&W COPY | Jeremy Earl Terletter | 7 | 0.60 | No | $4.20 |
| EXHIBITS CD-ROM | Jeremy Earl Terletter | 1 | 35.00 | No | $35.00 |
| E- EXHIBITS COLOR COPY | Jeremy Earl Terletter | 7 | 0.60 | No | $4.20 |
| Exhibits missing from initial invoice | | 1 | 0.00 | No | $0.00 |

| | |
|---|---|
| Subtotal | 43.40 |
| Shipping Cost (n/a) | 0.00 |
| **Total** | **$43.40** |
| Amount Due | 43.40 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Alexander, Morrison & Fehr - Los Angeles |
| Client # | C158613 |
| Invoice # | INV2300484 |
| Invoice Date | 09/22/2022 |
| Due Date | 10/22/2022 |
| Amount Due | **$43.40** |



# ESQUIRE

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV2304641**

| | |
|---|---|
| Date | 9/28/2022 |
| Terms | Net 30 |
| Due Date | 10/28/2022 |
| Client Number | C158613 |
| Esquire Office | Bakersfield |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client VAL ID | |
| Date of Loss | |

RECEIVED
OCT 04 2022
BY:

**Bill To**
Alexander, Morrison & Fehr - Los Angeles
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Alexander, Morrison & Fehr - Los Angeles
Khoury, Natalie
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/9/2022 | J8627229 | Bakersfield, CALIFORNIA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Report by | Qty | Unit Price | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-VC-WI | Roberta Haro, Non-Confidential | 107 | 4.60 | No | $492.20 |
| E-EXHIBITS B&W COPY | Roberta Haro, Non-Confidential | 102 | 0.60 | No | $61.20 |
| CONDENSED TRANSCRIPT | Roberta Haro, Non-Confidential | 1 | 25.00 | No | $25.00 |
| PROCESSING & COMPLIANCE | Roberta Haro, Non-Confidential | 1 | 50.00 | No | $50.00 |
| TRANSCRIPT - COPY-VID-VC-WI | Roberta Haro, Confidential | 10 | 4.60 | No | $46.00 |
| CONDENSED TRANSCRIPT | Roberta Haro, Confidential | 1 | 25.00 | No | $25.00 |
| PROCESSING & COMPLIANCE | Roberta Haro, Confidential | 1 | 50.00 | No | $50.00 |

| | |
|---|---|
| **Subtotal** | 749.40 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | **$749.40** |
| **Amount Due** | 749.40 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
Esquire Deposition Solutions, LLC
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Alexander, Morrison & Fehr - Los Angeles |
| Client # | C158613 |
| Invoice # | INV2304641 |
| Invoice Date | 9/28/2022 |
| Due Date | 10/28/2022 |
| Amount Due | $749.40 |



# ESQUIRE

**Invoice  INV2385180**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 1/18/2023 |
| **Terms** | Net 30 |
| **Due Date** | 2/17/2023 |

| | |
|---|---|
| **Client Number** | C158613 |
| **Esquire Office** | Bakersfield |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

JAN 2 4 2023

**Bill To**
Alexander, Morrison & Fehr - Los Angeles
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Alexander, Morrison & Fehr - Los Angeles
Alexander, J Bernard
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/6/2023 | J8978051 | Laguna Hills, CALIFORNIA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Price | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-EXP-VID-VC-WI | John Gardiner, Ph.D | 89 | 5.45 | No | $485.05 |
| 3 DAY EXPEDITE | John Gardiner, Ph.D | | 80% | No | $388.04 |
| E-EXHIBITS B&W COPY | John Gardiner, Ph.D | 29 | 0.60 | No | $17.40 |
| CONDENSED TRANSCRIPT | John Gardiner, Ph.D | 1 | 25.00 | No | $25.00 |
| PROCESSING & COMPLIANCE | John Gardiner, Ph.D | 1 | 50.00 | No | $50.00 |
| E- EXHIBITS COLOR COPY | John Gardiner, Ph.D | 12 | 0.60 | No | $7.20 |

| | |
|---|---|
| **Subtotal** | 972.69 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $972.69 |
| **Amount Due** | 972.69 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on Invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Alexander, Morrison & Fehr - Los Angeles |
| **Client #** | C158613 |
| **Invoice #** | INV2385180 |
| **Invoice Date** | 1/18/2023 |
| **Due Date** | 2/17/2023 |
| **Amount Due** | $972.69 |



**ESQUIRE**
DEPOSITION SOLUTIONS

*Proxy Invoice   SO2441069*

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 2/27/2025 |
| **Terms** | COD |

| | |
|---|---|
| **Client Number** | C158613 |
| **Esquire Office** | Bakersfield |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Alexander, Morrison & Fehr - Los Angeles
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Ship To Address**
Alexander Morrison & Fehr - Los Angeles
Alexander, J Bernard
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/15/2022 | J8552199 | Bullhead City, ARIZONA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| DIGITAL MEDIA MPEG1 | Jeremy Earl Terletter | 1 | 85.00 | $85.00 |
| HANDLING FEE | Jeremy Earl Terletter | 1 | 25.00 | $25.00 |

*Representing Client: County of Kern Office of the County Counsel (P) : County of Kern Office of the County Counsel - Bakersfield*

| | |
|---|---|
| **Subtotal** | 110.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $110.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Alexander Morrison & Fehr - Los Angeles |
| **Client #** | C158613 |
| **Invoice #** | SO2441069 |
| **Invoice Date** | 2/27/2025 |
| **Due Date** | |
| **Amount Due** | |



**ESQUIRE**
DEPOSITION SOLUTIONS

*Proxy Invoice   SO2441073*

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 2/27/2025 |
| **Terms** | COD |

| | |
|---|---|
| **Client Number** | C158613 |
| **Esquire Office** | Bakersfield |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Alexander, Morrison & Fehr - Los Angeles
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Ship To Address**
Alexander Morrison & Fehr - Los Angeles
Alexander, J Bernard
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/19/2022 | J8552741 | Bullhead City, ARIZONA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| DIGITAL MEDIA MPEG1 | Nicholas Montoya | 1 | 85.00 | $85.00 |
| HANDLING FEE | Nicholas Montoya | 1 | 25.00 | $25.00 |

*Representing Client: County of Kern Office of the County Counsel (P) : County of Kern Office of the County Counsel - Bakersfield*

| | |
|---|---|
| **Subtotal** | 110.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $110.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Alexander Morrison & Fehr - Los Angeles |
| **Client #** | C158613 |
| **Invoice #** | SO2441073 |
| **Invoice Date** | 2/27/2025 |
| **Due Date** | |
| **Amount Due** | |

# TJJ

# Costs



ESQUIRE
DEPOSITION SOLUTIONS

| | | |
|---|---|---|
| 1500 Centre Pkwy | | |
| Suite 100 | | |
| East Point GA 30344 | | |
| 888-486-4044 | | |
| www.esquiresolutions.com | | |
| Tax ID # 45-3463120 | | |

| | | | |
|---|---|---|---|
| **Date** | 9/7/2022 | **Client Number** | C20230 |
| **Terms** | Net 30 | **Esquire Office** | Bakersfield |
| **Due Date** | 10/7/2022 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

*Invoice # INV2287097*

**Bill To**
Toni Jaramilla, A Professional Law Corporation
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Toni Jaramilla, A Professional Law Corporation - Los Angeles
Jaramilla, Tonette "Toni" J
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/15/2022 | J8449111 | Mojave, CALIFORNIA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-VC-WI | Marlyn Komenenus | 62 | 4.60 | $285.20 |
| CONDENSED TRANSCRIPT | Marlyn Komenenus | 1 | 25.00 | $25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Marlyn Komenenus | 1 | 50.00 | $50.00 |
| PROCESSING & COMPLIANCE | Marlyn Komenenus | 1 | 50.00 | $50.00 |
| TRANSCRIPT - COPY-VID-VC-WI | Jessica Leslie Salcedo | 36 | 4.60 | $165.60 |
| CONDENSED TRANSCRIPT | Jessica Leslie Salcedo | 1 | 25.00 | $25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Jessica Leslie Salcedo | 1 | 50.00 | $50.00 |
| PROCESSING & COMPLIANCE | Jessica Leslie Salcedo | 1 | 50.00 | $50.00 |
| TRANSCRIPT - COPY-VID-VC-WI | Destiny Salcedo | 38 | 4.60 | $174.80 |
| CONDENSED TRANSCRIPT | Destiny Salcedo | 1 | 25.00 | $25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Destiny Salcedo | 1 | 50.00 | $50.00 |
| PROCESSING & COMPLIANCE | Destiny Salcedo | 1 | 50.00 | $50.00 |

| | |
|---|---|
| **Subtotal** | 1,000.60 |
| **Shipping Cost (FedEx)** | 39.05 |
| **Total** | $1,039.65 |
| **Amount Due** | 1,039.65 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

| | | | |
|---|---|---|---|
| **Remit to:** | **Federal Express, UPS or Overnight USPS:** | **Client Name** | Toni Jaramilla, A Professional Law Corporation - Los Angeles |
| Esquire Deposition Solutions, LLC | Esquire Deposition Solutions, LLC | **Client #** | C20230 |
| P. O. Box 846099 | Lockbox 846099 | **Invoice #** | INV2287097 |
| Dallas, TX 75284-6099 | 1950 N. Stemmons Freeway | **Invoice Date** | 9/7/2022 |
| | Suite 5010 | **Due Date** | 10/7/2022 |
| | Dallas, TX 75207 | **Amount Due** | **$1,039.65** |



**ESQUIRE**
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 9/8/2022 |
| **Terms** | Net 30 |
| **Due Date** | 10/8/2022 |

| | |
|---|---|
| **Client Number** | C20230 |
| **Esquire Office** | Bakersfield |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

*Invoice # INV2288045*

**Bill To**
Toni Jaramilla, A Professional Law Corporation
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Toni Jaramilla, A Professional Law Corporation - Los Angeles
Jaramilla, Tonette "Toni" J
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/22/2022 | J8553364 | Bakersfield, CALIFORNIA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VC-VID-WI | Mickel E. Lewis Jr. | | 0.75 | $87.40 |

| | |
|---|---|
| **Subtotal** | 87.40 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $87.40 |
| **Amount Due** | 87.40 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Toni Jaramilla, A Professional Law Corporation - Los Angeles |
| **Client #** | C20230 |
| **Invoice #** | INV2288045 |
| **Invoice Date** | 9/8/2022 |
| **Due Date** | 10/8/2022 |
| **Amount Due** | $87.40 |



**ESQUIRE**
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 9/8/2022 | **Client Number** | C20230 |
| **Terms** | Net 30 | **Esquire Office** | Bakersfield |
| **Due Date** | 10/8/2022 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Invoice # INV2287897**

**Bill To**
Toni Jaramilla, A Professional Law Corporation
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Toni Jaramilla, A Professional Law Corporation - Los Angeles
Jaramilla, Tonette "Toni" J
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/22/2022 | J8553364 | Bakersfield, CALIFORNIA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VC-VID-WI | Mickel E. Lewis Jr. | | 4.15 | $446.20 |
| EXHIBITS W/TABS | Mickel E. Lewis Jr. | 2 | 0.60 | $1.20 |
| CONDENSED TRANSCRIPT | Mickel E. Lewis Jr. | 1 | 25.00 | $25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Mickel E. Lewis Jr. | 1 | 50.00 | $50.00 |
| PROCESSING & COMPLIANCE | Mickel E. Lewis Jr. | 1 | 50.00 | $50.00 |
| TRANSCRIPT - COPY-VC-WI | Mickel E. Lewis Jr. | | 4.15 | $62.25 |
| CONDENSED TRANSCRIPT | Mickel E. Lewis Jr. | 1 | 25.00 | $25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Mickel E. Lewis Jr. | 1 | 50.00 | $50.00 |
| PROCESSING & COMPLIANCE | Mickel E. Lewis Jr. | 1 | 50.00 | $50.00 |

| | |
|---|---|
| **Subtotal** | 759.65 |
| **Shipping Cost (FedEx)** | 39.05 |
| **Total** | $798.70 |
| **Amount Due** | 798.70 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Toni Jaramilla, A Professional Law Corporation - Los Angeles |
| **Client #** | C20230 |
| **Invoice #** | INV2287897 |
| **Invoice Date** | 9/8/2022 |
| **Due Date** | 10/8/2022 |
| **Amount Due** | **$798.70** |



**ESQUIRE**
DEPOSITION SOLUTIONS

*Invoice INV2301295*

| | |
|---|---|
| 1500 Centre Pkwy | |
| Suite 100 | |
| East Point GA 30344 | |
| 888-486-4044 | |
| www.esquiresolutions.com | |
| Tax ID # 45-3463120 | |

| | | | |
|---|---|---|---|
| **Date** | 9/23/2022 | **Client Number** | C20230 |
| **Terms** | Net 30 | **Esquire Office** | Bakersfield |
| **Due Date** | 10/23/2022 | **Proceeding Type** | Deposition |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Toni Jaramilla, A Professional Law Corporation
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Toni Jaramilla, A Professional Law Corporation - Los Angeles
Lewis, Stefanie
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/22/2022 | J8579936 | Las Vegas, NEVADA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-VC-WI | Briona Lewis | 34 | 4.65 | $158.10 |
| CONDENSED TRANSCRIPT | Briona Lewis | 1 | 25.00 | $25.00 |
| PROCESSING & COMPLIANCE | Briona Lewis | 1 | 50.00 | $50.00 |
| TRANSCRIPT - COPY-VID-VC-WI | Oriona Lewis (Confidential Portions) | 12 | 4.65 | $55.80 |
| CONDENSED TRANSCRIPT | Oriona Lewis (Confidential Portions) | 1 | 25.00 | $25.00 |
| PROCESSING & COMPLIANCE | Oriona Lewis (Confidential Portions) | 1 | 50.00 | $50.00 |
| TRANSCRIPT - COPY-VID-VC-WI | Oriona Lewis | 57 | 4.65 | $265.05 |
| CONDENSED TRANSCRIPT | Oriona Lewis | 1 | 25.00 | $25.00 |
| PROCESSING & COMPLIANCE | Oriona Lewis | 1 | 50.00 | $50.00 |

| | |
|---|---|
| **Subtotal** | 703.95 |
| **Shipping Cost (FedEx)** | 39.05 |
| **Total** | $743.00 |
| **Amount Due** | 743.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

| | | |
|---|---|---|
| | | **Client Name** Toni Jaramilla, A Professional Law Corporation - Los Angeles |
| **Remit to:** | **Federal Express, UPS or Overnight USPS:** | **Client #** C20230 |
| | | **Invoice #** INV2301295 |
| Esquire Deposition Solutions, LLC | Esquire Deposition Solutions, LLC | **Invoice Date** 9/23/2022 |
| P. O. Box 846099 | Lockbox 846099 | **Due Date** 10/23/2022 |
| Dallas, TX 75284-6099 | 1950 N. Stemmons Freeway | **Amount Due** **$743.00** |
| | Suite 5010 | |
| | Dallas, TX 75207 | |

A

**Wood & Randall, A Veritext Company - California Region**

Tel. 661-395-1050 Email: Billing-WoodRandall@Veritext.com
Fed. Tax ID: 20-3132569



| | | | |
|---|---|---|---|
| Bill To: | Toni J. Jaramilla | **Invoice #:** | **6070828** |
| | Toni Jaramilla Professional Law Corporation | **Invoice Date:** | **10/6/2022** |
| | 1900 Avenue of the Stars | **Balance Due:** | **$55.85** |
| | Suite 900 | | |
| | Los Angeles, CA, 90067 | | |

| **Case: Lewis, Jr., Mickel Erick v. Kern County (1:21CV00378DADBAK)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 5429346    |    Job Date: 9/27/2022    |    Delivery: Normal

| Location: | Bakersfield, CA |
|---|---|
| Billing Atty: | Toni J. Jaramilla |
| Scheduling Atty: | Kathleen Rivera | Kern County Counsel |

| **Witness: Custodian of Records - Hall Ambulance** | **Amount** |
|---|---|
| Exhibits | $5.85 |
| Transcript Services | $25.00 |
| Hosting & Delivery of Encrypted Files | $25.00 |

| Notes: | **Invoice Total:** | **$55.85** |
|---|---|---|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$55.85** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 6070828** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice Date: 10/6/2022** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Balance Due: $55.85** |
| Chicago IL 60694-1303 | **Bank Addr:**311 W. Monroe Chicago, IL 60606 | |
| Fed. Tax ID: 20-3132569 | **Account No:**4353454 **ABA:**071000288 | |
| | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com



**ESQUIRE**
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 01/30/2023 |
| Terms | Net 30 |
| Due Date | 03/01/2023 |

*Invoice # INV2394261*

| | |
|---|---|
| Client Number | C20230 |
| Esquire Office | Bakersfield |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client VAL ID | |
| Date of Loss | |

**Bill To**
Toni Jaramilla, A Professional Law Corporation
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Toni Jaramilla, A Professional Law Corporation - Los Angeles
Jaramilla, Tonette "Toni" J
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 08/19/2022 | J8449116 | Riverside, CALIFORNIA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-VC-WI | Jose Castellanos | 38 | 0.00 | No | $0.00 |
| MINIMUM TRANSCRIPT COPY | Jose Castellanos | 1 | 175.00 | No | $175.00 |
| CONDENSED TRANSCRIPT | Jose Castellanos | 1 | 25.00 | No | $25.00 |
| EXHIBITS W/TABS | Jose Castellanos | 10 | 0.60 | No | $6.00 |
| EXHIBITS COLOR | Jose Castellanos | 2 | 1.25 | No | $2.50 |
| DIGITAL TRANSCRIPT-PDF-PTX | Jose Castellanos | 1 | 50.00 | No | $50.00 |
| PROCESSING & COMPLIANCE | Jose Castellanos | 1 | 50.00 | No | $50.00 |

| | |
|---|---|
| Subtotal | 308.50 |
| Shipping Cost (FedEx) | 39.05 |
| Total | $347.55 |
| Amount Due | 347.55 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| Client Name | Toni Jaramilla, A Professional Law Corporation - Los Angeles |
| Client # | C20230 |
| Invoice # | INV2394261 |
| Invoice Date | 01/30/2023 |
| Due Date | 03/01/2023 |
| Amount Due | $347.55 |



## ESQUIRE
### DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice # INV2394315*

| | |
|---|---|
| **Date** | 01/30/2023 |
| **Terms** | Net 30 |
| **Due Date** | 03/01/2023 |

| | |
|---|---|
| **Client Number** | C20230 |
| **Esquire Office** | Bakersfield |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Toni Jaramilla, A Professional Law Corporation
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Toni Jaramilla, A Professional Law Corporation - Los Angeles
Jaramilla, Tonette "Toni" J
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 01/06/2023 | J8978051 | Laguna Hills, CALIFORNIA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-EXP-VID-VC-WI | John Gardiner, Ph.D | 89 | 5.45 | No | $485.05 |
| 3 DAY EXPEDITE | John Gardiner, Ph.D | | 80% | No | $388.04 |
| E-EXHIBITS B&W COPY | John Gardiner, Ph.D | 29 | 0.60 | No | $17.40 |
| CONDENSED TRANSCRIPT | John Gardiner, Ph.D | 1 | 25.00 | No | $25.00 |
| PROCESSING & COMPLIANCE | John Gardiner, Ph.D | 1 | 50.00 | No | $50.00 |
| E- EXHIBITS COLOR COPY | John Gardiner, Ph.D | 12 | 0.60 | No | $7.20 |

| | |
|---|---|
| **Subtotal** | 972.69 |
| **Total** | $972.69 |
| **Amount Due** | 972.69 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Toni Jaramilla, A Professional Law Corporation - Los Angeles |
| **Client #** | C20230 |
| **Invoice #** | INV2394315 |
| **Invoice Date** | 01/30/2023 |
| **Due Date** | 03/01/2023 |
| **Amount Due** | $972.69 |



**ESQUIRE**
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 01/30/2023 |
| **Terms** | Net 30 |
| **Due Date** | 03/01/2023 |

| | |
|---|---|
| **Client Number** | C20230 |
| **Esquire Office** | Bakersfield |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Invoice # INV2394299**

**Bill To**
Toni Jaramilla, A Professional Law Corporation
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Toni Jaramilla, A Professional Law Corporation - Los Angeles
Jaramilla, Tonette "Toni" J
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 09/09/2022 | J8627229 | Bakersfield, CALIFORNIA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-VC-WI | Roberta Haro, Non-Confidential | 107 | 4.60 | No | $492.20 |
| E-EXHIBITS B&W COPY | Roberta Haro, Non-Confidential | 102 | 0.60 | No | $61.20 |
| CONDENSED TRANSCRIPT | Roberta Haro, Non-Confidential | 1 | 25.00 | No | $25.00 |
| PROCESSING & COMPLIANCE | Roberta Haro, Non-Confidential | 1 | 50.00 | No | $50.00 |
| TRANSCRIPT - COPY-VID-VC-WI | Roberta Haro, Confidential | 10 | 4.60 | No | $46.00 |
| CONDENSED TRANSCRIPT | Roberta Haro, Confidential | 1 | 25.00 | No | $25.00 |
| PROCESSING & COMPLIANCE | Roberta Haro, Confidential | 1 | 50.00 | No | $50.00 |

| | |
|---|---|
| **Subtotal** | 749.40 |
| **Total** | $749.40 |
| **Amount Due** | 749.40 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Toni Jaramilla, A Professional Law Corporation - Los Angeles |
| **Client #** | C20230 |
| **Invoice #** | INV2394299 |
| **Invoice Date** | 01/30/2023 |
| **Due Date** | 03/01/2023 |
| **Amount Due** | $749.40 |



**ESQUIRE**
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 01/30/2023 |
| **Terms** | Net 30 |
| **Due Date** | 03/01/2023 |

*Invoice • INV2394273*

| | |
|---|---|
| **Client Number** | C20230 |
| **Esquire Office** | Bakersfield |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Toni Jaramilla, A Professional Law Corporation
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Toni Jaramilla, A Professional Law Corporation - Los Angeles
Jaramilla, Tonette "Toni" J
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 08/15/2022 | J8552199 | Bullhead City, ARIZONA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-VC-WI | Jeremy Earl Terletter | 50 | 4.10 | No | $205.00 |
| E-EXHIBITS B&W COPY | Jeremy Earl Terletter | 8 | 0.60 | No | $4.80 |
| CONDENSED TRANSCRIPT | Jeremy Earl Terletter | 1 | 25.00 | No | $25.00 |
| PROCESS & COMPLIANCE | Jeremy Earl Terletter | 1 | 50.00 | No | $50.00 |

| | |
|---|---|
| **Subtotal** | 284.80 |
| **Total** | $284.80 |
| **Amount Due** | 284.80 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

| | |
|---|---|
| **Client Name** | Toni Jaramilla, A Professional Law Corporation - Los Angeles |
| **Client #** | C20230 |
| **Invoice #** | INV2394273 |
| **Invoice Date** | 01/30/2023 |
| **Due Date** | 03/01/2023 |
| **Amount Due** | **$284.80** |



**ESQUIRE**
DEPOSITION SOLUTIONS

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

|  |  |  |  |
|---|---|---|---|
| **Date** | 01/30/2023 | **Client Number** | C20230 |
| **Terms** | Net 30 | **Esquire Office** | Bakersfield |
| **Due Date** | 03/01/2023 | **Proceeding Type** | Deposition |
|  |  | **Name of Insured** |  |
|  |  | **Adjuster** |  |
|  |  | **Firm Matter/File #** |  |
|  |  | **Client VAL ID** |  |
|  |  | **Date of Loss** |  |

**Bill To**
Toni Jaramilla, A Professional Law Corporation
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

**Services Provided For**
Toni Jaramilla, A Professional Law Corporation - Los Angeles
Jaramilla, Tonette "Toni" J
1900 Avenue of the Stars
Suite 900
Los Angeles CA 90067

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 08/15/2022 | J8552199 | Bullhead City, ARIZONA | MICKEL E. LEWIS, JR VS KERN COUNTY, ET AL. |

| Description | Deponent | Qty | Unit Rate | Tax | Amount |
|---|---|---|---|---|---|
| E-EXHIBITS B&W COPY | Jeremy Earl Terletter | 8 | 0.60 | No | $4.80 |
| EXHIBITS CD-ROM | Jeremy Earl Terletter | 1 | 35.00 | No | $35.00 |
| E- EXHIBITS COLOR COPY | Jeremy Earl Terletter | 7 | 0.60 | No | $4.20 |
| Exhibits missing from initial invoice |  | 1 | 0.00 | No | $0.00 |

|  |  |
|---|---|
| **Subtotal** | 44.00 |
| **Total** | **$44.00** |
| **Amount Due** | 44.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75208

|  |  |
|---|---|
| **Client Name** | Toni Jaramilla, A Professional Law Corporation - Los Angeles |
| **Client #** | C20230 |
| **Invoice #** | INV2394298 |
| **Invoice Date** | 01/30/2023 |
| **Due Date** | 03/01/2023 |
| **Amount Due** | **$44.00** |

**Fees for Witnesses**

**(Attachment "IV")**



Employee Justice.

December 8, 2022

Clarence R. Chapman
1014 Broadway, Suite 350
Santa Monica, California 90401

    Re:  M. Lewis v. Kern County

Dear Mr. Chapman:

Enclosed please find Check No. 1825 for $1,125. This constitutes full and final payment
your deposition in this matter.

       Sincerely,

       *s/Gustin Y. Ham*
       Gustin Y. Ham | Office Manager
       ALEXANDER MORRISON + FEHR LLP

Enclosure:  Check No. 1825

1900 Avenue of the Stars
Suite 900
Los Angeles
California 90067

T: 310.394.0888
F: 310.394.0811
info@amfllp.com
amfllp.com

**Fees for Copies**

**(Attachment "V")**

**Excelsior Digital**

1900 Avenue of the Stars, A-104
Los Angeles, CA  90067 US
+1 3105538100
billing@excelsiordigital.com
https://excelsiordigital.com/

# EXCELSIOR
## *"Always Moving Forward!"*

## INVOICE

| BILL TO | SHIP TO | | | | |
|---|---|---|---|---|---|
| Stefanie Lewis | Law Office of Toni Jaramilla | SHIP DATE | 01/10/2022 | INVOICE | 80998 |
| Law Office of Toni Jaramilla | 1900 Avenue of the Stars, Suite 900 | TRACKING# | 80998 | DATE | 01/20/2022 |
| 1900 Avenue of the Stars, Suite 900 | Los Angeles, CA  90067 | | | TERMS | Due on receipt |
| Los Angeles, CA  90067 | | | | DUE DATE | 02/01/2022 |

CLIENT REFERENCE
Oriona Lewis

| DATE | DESCRIPTION | CODE | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | A Auto Feed Litigation Scanning | SCAL | 16 | 0.09 | 1.44T |
| | Electronic Bates Label | SCLB | 16 | 0.04 | 0.64T |
| | Indexing | Index | 1 | 0.45 | 0.45T |

| | | |
|---|---|---|
| SUBTOTAL | | 2.53 |
| TAX (9.5%) | | 0.24 |
| TOTAL | | 2.77 |

| BALANCE DUE | **$2.77** |
|---|---|

**Excelsior Digital**

1900 Avenue of the Stars, A-104

Los Angeles, CA  90067 US

+1 3105538100

billing@excelsiordigital.com

https://excelsiordigital.com/



## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 01/10/2022 | INVOICE | 80997 |
|---|---|---|---|---|---|
| Law Office of Toni Jaramilla | Stefanie Lewis | TRACKING# | 80997 | DATE | 01/20/2022 |
| 1900 Avenue of the Stars, Suite 900 | Law Office of Toni Jaramilla | | | TERMS | Due on receipt |
| Los Angeles, CA  90067 | 1900 Avenue of the Stars, Suite 900 | | | DUE DATE | 02/01/2022 |
| | Los Angeles, CA  90067 | | | | |

CLIENT REFERENCE

Briona Lewis

| DATE | DESCRIPTION | CODE | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | A Auto Feed Litigation Scanning | SCAL | 20 | 0.09 | 1.80T |
| | File(s) Sent Electronically (FTP/EMAIL) | FILE | 1 | 7.50 | 7.50T |
| | Electronic Bates Label | SCLB | 20 | 0.04 | 0.80T |
| | Indexing | Index | 1 | 0.45 | 0.45T |

| | | |
|---|---|---|
| SUBTOTAL | | 10.55 |
| TAX (9.5%) | | 1.00 |
| TOTAL | | 11.55 |

| BALANCE DUE | **$11.55** |
|---|---|

**Excelsior Digital**

1900 Avenue of the Stars, A-104

Los Angeles, CA  90067 US

+1 3105538100

billing@excelsiordigital.com

https://excelsiordigital.com/



# INVOICE

| BILL TO | SHIP TO | SHIP DATE | 01/24/2022 | INVOICE | 81067 |
|---|---|---|---|---|---|
| Law Office of Toni Jaramilla | Stefanie Lewis | TRACKING# | 81067 | DATE | 02/04/2022 |
| 1900 Avenue of the Stars, Suite 900 | Law Office of Toni Jaramilla | | | TERMS | Due on receipt |
| Los Angeles, CA  90067 | 1900 Avenue of the Stars, Suite 900 | | | DUE DATE | 02/16/2022 |
| | Los Angeles, CA  90067 | | | | |

CLIENT REFERENCE

Mickel Lewis, Jr.: Bates Stamp

| DATE | DESCRIPTION | CODE | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | File(s) Sent Electronically (FTP/EMAIL) | FILE | 1 | 7.50 | 7.50T |
| | Electronic Bates Label | SCLB | 8 | 0.04 | 0.32T |
| | TIFF Files Created from Electronic Data | DITICE | 8 | 0.09 | 0.72T |

| | |
|---|---|
| SUBTOTAL | 8.54 |
| TAX (9.5%) | 0.81 |
| TOTAL | 9.35 |
| **BALANCE DUE** | **$9.35** |

**Excelsior Digital**

1900 Avenue of the Stars, A-104

Los Angeles, CA 90067 US

+1 3105538100

billing@excelsiordigital.com

https://excelsiordigital.com/



*"Always Moving Forward!"*

## INVOICE

| BILL TO | SHIP TO | SHIP DATE | 10/26/2022 | INVOICE | 82938 |
|---|---|---|---|---|---|
| Law Office of Toni Jaramilla | Stefanie Lewis | TRACKING# | 82938 | DATE | 11/01/2022 |
| 1900 Avenue of the Stars, Suite 900 | Law Office of Toni Jaramilla | | | TERMS | Due on receipt |
| Los Angeles, CA 90067 | 1900 Avenue of the Stars, Suite 900 | | | DUE DATE | 11/04/2022 |
| | Los Angeles, CA 90067 | | | | |

CLIENT REFERENCE

Lewis

| DATE | DESCRIPTION | CODE | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | File(s) Sent Electronically (FTP/EMAIL) | FILE | 1 | 7.50 | 7.50T |
| | Electronic Bates Label | SCLB | 7 | 0.04 | 0.28T |
| | TIFF Files Created from Electronic Data | DITICE | 7 | 0.09 | 0.63T |

| | | |
|---|---|---|
| SUBTOTAL | | 8.41 |
| TAX (9.5%) | | 0.80 |
| TOTAL | | 9.21 |
| BALANCE DUE | | **$9.21** |

**"Other" Costs**

**(Attachment "VI")**

# "Other" Costs

# Car Rental

| From: | Hertz |
|---|---|
| To: | Gustin Ham |
| Subject: | My Hertz Reservation L15323274E2 |
| Date: | Wednesday, March 5, 2025 1:05:33 PM |

Trouble Viewing?  **View in Browser**

CONFIRMATION
L15323274E2

Enjoy exclusive benefits with Hertz Gold Plus Rewards.* | Join Now

## Thanks, Gustin!

Your vehicle has been reserved.

Please find information about your Prepaid reservation below. We look forward to helping you get going quickly and easily.

Modify My Rental

Medium 7 Passenger SUV
(L4) Nissan Pathfinder or similar

location

## Your Trip Itinerary

PICKUP LOCATION
Hollywood Burbank Airport
2501 North Hollywood Way
1st Floor
Burbank, CA US 91505

DROP-OFF LOCATION
Fresno Yosemite International Airport
5175 East Clinton Way
Fresno, CA US 93727

PICKUP DATE & TIME
Mon, Mar 10, 2025 at 06:30 AM

DROP-OFF DATE & TIME
Mon, Mar 10, 2025 at 05:00 PM

LOCATION HOURS
Mon-Fri 6:00AM-11:00PM, Sat 6:00AM-
10:30PM, Sun 6:00AM-11:00PM

LOCATION HOURS
Mon-Sun 6:30AM-11:30PM

Modify My Rental

| Prepaid Cancellation / No Show | Fee |
|---|---|
| Cancel within 24 hours of booking | No Fee |
| Cancel more than 24 hours before scheduled Pick-up. | $50.00 USD |
| Cancel 24 hours or less before scheduled Pick-up. | $100.00 USD |
| No Show | Total Prepaid Amount |

*If you fail to cancel this reservation prior to your reserved pickup time or fail to pick up the vehicle, the No-Show Fee listed in the chart above will be charged to the Credit Card you used at booking.
Modifications or cancellations can be made through Hertz.com

Documents you'll need to bring:



DRIVER'S LICENSE



CREDIT CARD

Add flight info & we'll hold your car
If your flight is delayed, we will hold your reservation up to 8 hours.

Add flight info

**WARNING:** Operating a motor vehicle can expose you to chemicals including engine exhaust, carbon monoxide, phthalates, and lead, which are known to the State of California to cause cancer and birth defects or other reproductive harm. To minimize exposure, avoid breathing exhaust, always start and operate the engine in a well-ventilated area, if in an enclosed area, vent the exhaust to the outside, do not modify or tamper with the exhaust system, do not idle the engine except as necessary. For more information, visit www.P65Warnings.ca.gov

# Prepaid Reservation

# Total                                    $233.52 USD

*Additional fees, charges and taxes may apply if changes*
*are made to your services, return date, time and/or location.*

---

### Medium 7 Passenger SUV                    $140.99 USD
(L4) Nissan Pathfinder or similar          1 DAY AT $140.99 USD

---

Subtotal                                     $140.99 USD

Discount                                     No Affiliations

---

Included

UNLIMITED MILES INCLUDED

AIRPORT CONCESSION FEE                        $20.58 USD

VEHICLE LICENSE RECOVERY FEE                   $2.24 USD

CUSTOMER FACILITY CHARGE                       $6.00 USD

STATE TOURISM ASSESSMENT                       $4.93 USD

Taxes
Sales Tax                                     $16.79 USD

---

Amount Paid: $191.53 USD

---

## Extras - To be paid at time of rental

---

Protect the Car                               $41.99 USD

---

Due at Time of Rental:  $41.99 USD

Rate is guaranteed. Taxes, fees and extras, if not included in the Rate, are subject to change.

NOTE: There may be discrepancies between charge detail amounts and totals. Total amounts are correct.

RENTAL TERMS AND CONDITIONS

The terms and conditions that appear below are called the "Reservation Terms". The Reservation Terms are the terms and conditions which govern (a) reservations for Hertz rental cars, and (b) rentals of vehicles using such reservations. These Reservation Terms apply in combination with any Gold, Platinum, or other Hertz Membership Terms, including Member Rental Terms, as well as the Rental Agreement provided in either paper or email form at the time of rent. You may obtain a copy of the Reservation Terms by going to Hertz.com. A copy will also be emailed to you at the email address provided to Hertz in the process of reserving your rental car.

ECONSENT
As of the date you are reading this paragraph, you represent to Hertz that your hardware and software meet the requirements for access to, receiving of, and retention of electronic records and email. You may receive a paper copy of these Terms by calling 1-888-999-4900. You may withdraw consent to have Terms delivered electronically by calling 1-888-999-4900. Please note that by withdrawing consent to receive electronic mail and records, you may not receive rental service at an intended level, or your reservation may be cancelled by Hertz. You may update your contact information by going on Hertz.com/rentacar/reservation/#search or by calling 1-888-999-4900. By clicking on the 'I accept' or similar button below these scrolling terms, you agree to both the Reservation Terms and electronic contracting/signature relating to your reservation and applicable rental.

ARBITRATION
THIS AGREEMENT REQUIRES ARBITRATION OR A SMALL CLAIMS COURT CASE ON AN INDIVIDUAL BASIS, RATHER THAN JURY TRIALS OR CLASS ACTIONS. BY ENTERING INTO THIS AGREEMENT, YOU AGREE TO THIS ARBITRATION PROVISION. Except for claims for property damage, personal injury or death, ANY DISPUTES BETWEEN US MUST BE RESOLVED ONLY BY ARBITRATION OR IN A SMALL CLAIMS COURT ON AN INDIVIDUAL BASIS; CLASS ARBITRATIONS AND CLASS ACTIONS ARE NOT ALLOWED. YOU AND THE RESPECTIVE HERTZ COMPANY IDENTIFIED ON PAGE ONE OF THIS DOCUMENT (HEREINAFTER "HERTZ") EACH WAIVE THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION, EITHER AS A CLASS REPRESENTATIVE OR CLASS MEMBER.

You and Hertz remain free to bring any issues to the attention of government agencies. This arbitration Provision's scope is broad and includes, without limitation, any claims relating to any aspect of the relationship or communications between us, whether based in contract, tort, statute, fraud, misrepresentation or any other legal theory. It is governed by the Federal Arbitration Act, 9 U.S.C. § 1 et seq. In any arbitration under this Arbitration Provision, all issues are for the arbitrator to decide, including his or her own jurisdiction, and any objections with respect to the existence, scope or validity of this Arbitration Provision. The arbitration will take place in the county of Your billing address unless agreed otherwise. The American Arbitration Association ("AAA") will administer any arbitration pursuant to its Consumer Arbitration Rules (the "Rules"). You can obtain the Rules at www.adr.org. You or Hertz may commence an arbitration by providing a written demand for arbitration to the other (to Hertz, 8501 Williams Road, Estero, FL 33928, Attn: Arbitration) and two copies of the demand to the AAA. If You seek $10,000 or less through arbitration, Hertz will reimburse You for any AAA required filing fee. The arbitrator may award injunctive relief as well as money, but only in favor of and as warranted by the claim of the individual party seeking relief. Judgment on the arbitration award may be entered in any court having jurisdiction. An arbitration award and any judgment confirming it apply only to the specific parties in that case and cannot be used in any other case except to enforce the award itself. The arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of representative or class action. IF YOU DO NOT WISH TO AGREE TO THIS ARBITRATION PROVISION, YOU MUST NOTIFY US IN WRITING WITHIN 30 DAYS OF YOUR RECEIPT OF THIS AGREEMENT BY EMAILING US AT no.arbitration@Hertz.com OR BY MAIL TO Hertz, 8501 Williams Road, Estero, FL 33928, Attn: Legal Department. Include Your name, address, reservation ID number or Agreement Rental number (if provided), and a clear statement that You do not agree to this Arbitration Provision. If You have previously notified Hertz of Your decision to opt out of arbitration, You do not need to do so again.

RESERVATIONS ON YOUR BEHALF
These Reservation Terms will apply to both individuals booking reservations on a renter's behalf, whether by travel agents, assistants, or other individuals designated by the renter to complete a reservation on their behalf, as well as the renter themselves.

CARD USE
The credit, debit, or other acceptable payment card entered and used by you at the time of reservation (including those which may be on file for Gold or Platinum Members) may be required to be provided at the time of rent for verification purposes, but does not have to be used to pay for the rental charges. If a debit card or other payment card that is not a credit card is used to prepay your rental car, you may not be permitted to use the same card to qualify at the time of rental, as debit cards are not accepted to qualify for rental at all locations. Debit cards are accepted at all locations as a final form of payment when the car is returned. While a debit card may be used to prepay a rental car without a credit check being performed, if such card is acceptable for use at your rental location, and is offered by you for hold or additional payment purposes, a credit check may be performed. Hold or authorization amounts may still be placed on your card when renting a vehicle. Regardless of whether the estimated charges were prepaid.

CANCELLATION AND NO-SHOW CHARGES
In the event of a cancellation or no-show, the payment card provided during your reservation will be charged in the amount shown during the reservation booking process, according to the details provided. The cancellation or no-show amounts and details will also be provided in your confirmation email. Such charges may apply up to the full prepaid amount, but will never be more than the entire

**"Other" Costs**

**Expert Witnesses**

# AMFLLP

# Costs

```
       MEA FORENSIC ENGINEERS AND SCIEN
         23281 VISTA GRANDE DR STE A
            LAGUNA HILLS, CA 92653
                949-855-4632


     MEA FORENSIC ENGINEERS AND SCI

     Date: 10/18/2022     11:36:14 AM

              CREDIT CARD SALE


AMERICAN EXPRESS
CARD NUMBER:    **********6001 K

TOTAL AMOUNT:       $3,000.00

APPROVAL CD:     280255
RECORD #:        000
CLERK ID:        MEAEva
CUST CODE:       JB Alexander III
SALES TAX:       $0.00
INVOICE #:       516772 Lewis

X_____
           JB Alexander III

I AGREE TO PAY THE ABOVE TOTAL AMOUNT
ACCORDING TO THE CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
```



Los Angeles ⚯ Vancouver ⚯ Toronto

**Invoice Number:  S123223**

Invoice Date: November 8, 2022

Toni Jaramilla, PLC
1900 Avenue of the Stars
Suite 900
Los Angeles, CA  90067
Attention: Toni Jaramilla

| | |
|---|---|
| MEA Ref: | 516772 LEWIS |
| Your Ref: | DOL: 10/3/20 |
| Your Ref. 2: | Shooting |

RE: Mickel Lewis v. Kern County

For Professional Services Rendered from October 12, 2022 to November 7, 2022

**Fees**

| | | |
|---|---|---:|
| Data Collection, Analysis & Testing | | |
| Review of file material | $ | 2,550.00 |
| Field work & evidence exam | $ | 1,417.50 |
| Drafting services | $ | 57.00 |
| Analysis | $ | 1,892.50 |
| Reporting & Correspondence | | |
| Report of findings | $ | 2,005.00 |
| Communication | | |
| Client consultation | $ | 577.50 |
| Engineering support | $ | 264.00 |
| **Total Fees** | $ | **8,763.50** |

**Disbursements**

| | | |
|---|---|---:|
| Mileage | $ | 91.50 |
| File opening fee | $ | 150.00 |
| **Total Disbursements** | $ | **241.50** |

**Retainers applied to this Invoice**

| | | |
|---|---|---:|
| | $ | -3,000.00 |
| **Total  Retainers applied to this Invoice** | $ | **-3,000.00** |

| | | |
|---|---|---:|
| **Subtotal:** | $ | **6,005.00** |
| Tax: | $ | 0.00 |
| **Total:** | $ | **6,005.00** |
| **Remaining Retainers:** | $ | **0.00** |

Terms: Payable upon receipt. Payable in U.S. funds.
Interest on accounts outstanding over 30 days will be charged at 1.50% per month
Tax ID # : 95-4658039



**Los Angeles** ⚺ Vancouver ⚺ Toronto

**Invoice Number: S123573**

Invoice Date: January 10, 2023

Toni Jaramilla, PLC
1900 Avenue of the Stars
Suite 900
Los Angeles, CA  90067
Attention: Toni Jaramilla

| | |
|---|---|
| MEA Ref: | 516772 LEWIS |
| Your Ref: | DOL: 10/3/20 |
| Your Ref. 2: | Shooting |

RE: Mickel Lewis v. Kern County

For Professional Services Rendered from November 9, 2022 to January 9, 2023

**Fees**

| | |
|---|---|
| Data Collection, Analysis & Testing | |
| Review of file material | $ **2,648.00** |
| Drafting services | $ **216.00** |
| Analysis | $ **440.00** |
| Trial & Deposition | |
| Plan & prepare for deposition | $ **1,544.00** |
| Communication | |
| Client consultation | $ **1,800.00** |
| Engineering support | $ **337.50** |
| **Total Fees** | $ **6,985.50** |

| | | |
|---|---|---|
| Subtotal: | $ | 6,985.50 |
| Tax: | $ | 0.00 |
| **Total:** | $ | **6,985.50** |
| **Remaining Retainers:** | $ | **0.00** |

Terms: Payable upon receipt. Payable in U.S. funds.
Interest on accounts outstanding over 30 days will be charged at 1.50% per month
Tax ID # : 95-4658039



Los Angeles ⚘ Vancouver ⚘ Toronto

**Invoice Number:  S129664**

Invoice Date: March 27, 2025

| | |
|---|---|
| Toni Jaramilla, PLC | MEA Ref:    516772 LEWIS |
| 1900 Avenue of the Stars | |
| Suite 900 | Your Ref:    DOL: 10/3/20 |
| Los Angeles, CA 90067 | |
| Attention: Toni Jaramilla | Your Ref. 2:   Shooting |

RE: Mickel Lewis v. Kern County

For Professional Services Rendered from June 14, 2023 to March 4, 2025

**Fees**

| | | |
|---|---|---:|
| Data Collection, Analysis & Testing | | |
| Review of file material | $ | 1,376.00 |
| Drafting services | $ | 562.50 |
| Analysis | $ | 8,561.50 |
| Trial & Deposition | | |
| Plan & prepare for trial | $ | 420.00 |
| Communication | | |
| Client consultation | $ | 758.00 |
| Engineering support | $ | 232.50 |
| **Total Fees** | $ | **11,910.50** |

**Disbursements**

| | | |
|---|---|---:|
| Test data (Collision data, German testing...) | $ | 125.00 |
| **Total Disbursements** | $ | **125.00** |

| | |
|---:|---:|
| **Subtotal:** | **$12,035.50** |
| Tax: | $0.00 |
| **Total:** | **$12,035.50** |
| **Remaining Retainers:** | **$0.00** |

Terms: Payable upon receipt. Payable in U.S. funds.

Interest on accounts outstanding over 30 days will be charged at 1.50% per month

Tax ID # : 95-4658039

# TJJ

# Costs



**Los Angeles** ⚘ Vancouver ⚘ Toronto

**Invoice Number:  S123223**

Invoice Date: November 8, 2022

| | | |
|---|---|---|
| Toni Jaramilla, PLC | MEA Ref: | 516772 LEWIS |
| 1900 Avenue of the Stars | | |
| Suite 900 | Your Ref: | DOL: 10/3/20 |
| Los Angeles, CA  90067 | | |
| Attention: Toni Jaramilla | Your Ref. 2: | Shooting |

RE: Mickel Lewis v. Kern County

For Professional Services Rendered from October 12, 2022 to November 7, 2022

**Fees**

| | | |
|---|---|---:|
| Data Collection, Analysis & Testing | | |
|    Review of file material | $ | 2,550.00 |
|    Field work & evidence exam | $ | 1,417.50 |
|    Drafting services | $ | 57.00 |
|    Analysis | $ | 1,892.50 |
| Reporting & Correspondence | | |
|    Report of findings | $ | 2,005.00 |
| Communication | | |
|    Client consultation | $ | 577.50 |
|    Engineering support | $ | 264.00 |
| **Total Fees** | **$** | **8,763.50** |

**Disbursements**

| | | |
|---|---|---:|
|    Mileage | $ | 91.50 |
|    File opening fee | $ | 150.00 |
| **Total Disbursements** | **$** | **241.50** |

** Retainers applied to this Invoice**

| | | |
|---|---|---:|
| | $ | -3,000.00 |
| **Total  Retainers applied to this Invoice** | **$** | **-3,000.00** |

| | | |
|---|---|---:|
| **Subtotal:** | $ | 6,005.00 |
| Tax: | $ | 0.00 |
| **Total:** | $ | 6,005.00 |
| **Remaining Retainers:** | $ | 0.00 |

Terms: Payable upon receipt. Payable in U.S. funds.

Interest on accounts outstanding over 30 days will be charged at 1.50% per month

Tax ID # : 95-4658039



**Los Angeles** ⚹ Vancouver ⚹ Toronto

**Invoice Number:  S123573**

Invoice Date: January 10, 2023

| | |
|---|---|
| Toni Jaramilla, PLC | MEA Ref:    516772 LEWIS |
| 1900 Avenue of the Stars | |
| Suite 900 | Your Ref:    DOL: 10/3/20 |
| Los Angeles, CA  90067 | |
| Attention: Toni Jaramilla | Your Ref. 2:   Shooting |

RE: Mickel Lewis v. Kern County

For Professional Services Rendered from November 9, 2022 to January 9, 2023

<u>**Fees**</u>

| | | |
|---|---|---:|
| Data Collection, Analysis & Testing | | |
|     Review of file material | $ | **2,648.00** |
|     Drafting services | $ | **216.00** |
|     Analysis | $ | **440.00** |
| Trial & Deposition | | |
|     Plan & prepare for deposition | $ | **1,544.00** |
| Communication | | |
|     Client consultation | $ | **1,800.00** |
|     Engineering support | $ | **337.50** |
| **Total Fees** | $ | **6,985.50** |

| | | |
|---|---|---:|
| **Subtotal:** | $ | **6,985.50** |
| Tax: | $ | 0.00 |
| **Total:** | $ | **6,985.50** |
| **Remaining Retainers:** | $ | **0.00** |

Terms: Payable upon receipt. Payable in U.S. funds.

Interest on accounts outstanding over 30 days will be charged at 1.50% per month

Tax ID # : 95-4658039

D

# mea forensic

Los Angeles ⚬ Vancouver ⚬ Toronto

**Invoice Number:  S129664**

Invoice Date: March 27, 2025

Toni Jaramilla, PLC
1900 Avenue of the Stars
Suite 900
Los Angeles, CA 90067
Attention: Toni Jaramilla

| | |
|---|---|
| MEA Ref: | 516772 LEWIS |
| Your Ref: | DOL: 10/3/20 |
| Your Ref. 2: | Shooting |

RE: Mickel Lewis v. Kern County

For Professional Services Rendered from June 14, 2023 to March 4, 2025

**Fees**

| | | |
|---|---|---:|
| Data Collection, Analysis & Testing | | |
| Review of file material | $ | 1,376.00 |
| Drafting services | $ | 562.50 |
| Analysis | $ | 8,561.50 |
| Trial & Deposition | | |
| Plan & prepare for trial | $ | 420.00 |
| Communication | | |
| Client consultation | $ | 758.00 |
| Engineering support | $ | 232.50 |
| **Total Fees** | **$** | **11,910.50** |

**Disbursements**

| | | |
|---|---|---:|
| Test data (Collision data, German testing...) | $ | 125.00 |
| **Total Disbursements** | **$** | **125.00** |

| | |
|---:|---:|
| **Subtotal:** | **$12,035.50** |
| Tax: | $0.00 |
| **Total:** | **$12,035.50** |
| **Remaining Retainers:** | **$0.00** |

Terms: Payable upon receipt. Payable in U.S. funds.

Interest on accounts outstanding over 30 days will be charged at 1.50% per month

Tax ID # : 95-4658039

Type text here

**"Other" Costs**

**Flights**

# AMFLLP

# Costs

**Business Management Account**℠
ALEXANDER & YONG
J B ALEXANDER III
Closing Date 02/21/25

Account Ending 3-66001

---

## Detail Continued

| | | | | | Amount |
|---|---|---|---|---|---|
| 02/20/25 | CHEAP FARE GURU CHEAP FARE GURU<br>TRANSPORTATION SERVICES | LOS ANGELES | CA | Mickel Lewis JBA | $18.90 |
| 02/20/25 | CHEAP FARE GURU CHEAP FARE GURU<br>TRANSPORTATION SERVICES | LOS ANGELES | CA | Mickel Lewis JBA | $96.79 |
| 02/20/25 | CHEAP FARE GURU CHEAP FARE GURU<br>TRANSPORTATION SERVICES | LOS ANGELES | CA | M. Lewis JBA | $493.96 |
| 02/20/25 | TRAVELEX INSURANCE SERVIC 084870007576<br>8008199004 | OMAHA | NE | M. Lewis JBA | $21.97 |

---

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

---

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on reverse

# Thanks John for choosing United!

## Confirmation number: **CSVHBR**

**Manage my trip**

## Flight details

Flight to Los Angeles

| DEPART | ARRIVE | FLIGHT INFO | |
|--------|--------|-------------|---|
| Fri, Mar 14, 2025 | Fri, Mar 14, 2025 | Flight | UA 5759 |
| 6:45 PM | 8:10 PM | | Operated by SKYWEST DBA UNITED EXPRESS |
| | | Duration | 1h 25m |
| **FAT** | **LAX** | Aircraft | Embraer 175 |
| | | Fare Class | United First (Z) |
| | | Meal | Check with operating partner |
| Fresno, CA, US | Los Angeles, CA, US | Seats | 1C |

Flight to Fresno

| DEPART | ARRIVE | FLIGHT INFO | |
|--------|--------|-------------|---|
| Mon, Mar 17, 2025 | Mon, Mar 17, 2025 | Flight | UA 5239 |
| 9:00 PM | 10:15 PM | | Operated by SKYWEST DBA UNITED EXPRESS |
| | | Duration | 1h 15m |
| **LAX** | **FAT** | Aircraft | Embraer 175 |
| | | Fare Class | United First (Z) |
| | | Meal | Check with operating partner |
| Los Angeles, CA, US | Fresno, CA, US | Seats | 4A |

Site Feedback

## Calculate bag charges

**Fresno, CA → Los Angeles, CA**
March 14, 2025

| | |
|---|---|
| **FIRST BAG** | **Included** |
| **SECOND BAG** | **Included** |
| **WEIGHT PER BAG** | 70lbs (32kgs) |

**Los Angeles, CA → Fresno, CA**
March 17, 2025

| | |
|---|---|
| **FIRST BAG** | **Included** |
| **SECOND BAG** | **Included** |
| **WEIGHT PER BAG** | 70lbs (32kgs) |

These are estimates of additional bag service charges that may apply to your itinerary. Service charges may vary by traveler, depending on status or memberships. First and second bag service charges do not apply to active duty-members of the U.S. military and their accompanying dependents. For additional information, visit united.com/baggage.

| | |
|---|---|
| You paid today | $596.63 |
| Card statement credit… Open in new tab. | -$300.00 |
| **Total after statement credit** | **$296.63** |

Site Feedback

## Purchase Summary

| | |
|---|---|
| › **Fare** | **$491.50** |
| › **Taxes and Fees** | **$67.46** |
| **Trip Insurance**<br>(Billed separately by Travel Guard Group, Inc.) | **$37.67** |
| **TOTAL** | **$596** |

**Credit card payment:** $558.96 (American Express **6001) Billed by United



**Credit card payment:** $37.67 (American Express **6001) Billed by Travel Guard Group, Inc.

## Travelers

👤 **John Alexander**

**Email:**
balexander@amfllp.com

**Date of Birth:**

**Known Traveler/Pass ID:**
*********

**Contact number:**

---

**Special seating accommodations** ⌄

---

**About carry-on and checked bags** ⌄

---

**Important travel information** ⌄

Site Feedback

Expedia flight purchase confirmation - Fresno, CA, United States (FAT-Fresno Yosemite Intl.) - Mon, Mar 3 - (Itinerary # 73036004221252)

From: Expedia.com (expedia@eg.expedia.com)

To:      gustin ████████████

Date: Wednesday, February 19, 2025 at 12:19 PM PST



# Thank you, ! Your flights are booked.

**Itinerary #** 73036004221252

View your trip

Download to your phone

---

## Los Angeles to Fresno

✈  Hawaiian Airlines 4999 confirmation: 3LI9CQ
Fare type: Economy / Coach
1h 25m flight

📅 Departure                          Arrival

6:00am                               7:25am

Mon, Mar 3                           Mon, Mar 3
Los Angeles, CA (LAX-Los Angeles     San Francisco, CA (SFO-San
Intl.)                               Francisco Intl.)

---

Layover: 1h in San Francisco

---

✈  United 5662 (SUBSIDIARY/FRANCHISE operated)
1h 12m flight

📅 Departure                          Arrival

8:25am                                    9:37am

Mon, Mar 3                                Mon, Mar 3
San Francisco, CA (SFO-San                Fresno, CA (FAT-Fresno Yosemite Intl.)
Francisco Intl.)

**Free cancellation expires 24 hours after confirmation**

## Fresno to Burbank

✈  United 4712 (SUBSIDIARY/FRANCHISE operated)
   SUBSIDIARY/FRANCHISE confirmation: BE262X
   Fare type: Economy / Coach
   1h 9m flight

📅 Departure                              Arrival

2:25pm                                    3:34pm

Mon, Mar 3                                Mon, Mar 3
Fresno, CA (FAT-Fresno Yosemite Intl.)    San Francisco, CA (SFO-San
                                          Francisco Intl.)

Layover: 1h 18m in San Francisco

✈  United 1413
   1h 22m flight

📅 Departure                              Arrival

4:52pm                                    6:14pm

Mon, Mar 3                                Mon, Mar 3
San Francisco, CA (SFO-San                Burbank, CA (BUR-Hollywood
Francisco Intl.)                          Burbank)

( **Change or cancel booking** )

📱 Travel confidently with the Expedia app

Manage your plans and make trip updates on the fly - wherever the journey takes
your. Explore the app

## Traveler details

Gustin Y Ham

View ticket numbers
Use for changes and cancellation, or to check in for international airlines.

**Manage your seats and bags for each flights**

| | |
|---|---|
| FAT to SFO | 15C |
| SFO to FAT | 21C |
| LAX to SFO | 14C |
| SFO to BUR | 34D |

## Price details

| | |
|---|---|
| 1 adult | $518.48 |
| Taxes and fees | $79.89 |
| Seats | $14.99 |
| Trip Protection | $47.54 |

**Total paid**                                              $660.90

View receipt



You'll earn $1.20 in OneKeyCash™ after this trip. Fantastic!

Use your OneKeyCash when booking your next trip to save even more.¹

View my rewards activity

## Plan more of your trip



Discover great stays to add to your trip

Find stays

🚗    Explore more by car                                              ›

---

## Trip Protection

Mon, Mar 3 - Mon, Mar 3

You have purchased Trip Protection. Please refer to your itinerary number when calling to ask questions or file a claim.

Itin #73036004221252

Policy #25050X08J3

---

## Important Information

**Flight information**

Remember to bring your itinerary and government-issued photo ID for airport check-in and security.

E-ticket: This email can be used as an E-ticket.

**Contact the airline to confirm:**

- Specific seat assignments
- Special meals
- Frequent flyer point awards
- Special assistance requests

If the airline changes such fees in accordance with its own policies, the cost will be passed on to you.

**Additional fees**

Additional fees for your flight to Fresno: The airline may charge additional fees for checked baggage or other optional services.

Additional fees for your flight to Burbank: The airline may charge additional fees for checked baggage or other optional services.

 Gmail

**Gustin Ham <gustinham@gmail.com>**

---

**Your United Airlines booking confirmation – PDHFTB**

---

**United Airlines** <notifications@united.com>
To: Gustinham@gmail.com

Mon, Mar 3, 2025 at 10:58 AM

United Airlines

# Thanks Gustin for choosing United!

## Confirmation number: PDHFTB

You'll receive a second email with your receipt once we're done processing your reservation. If you don't receive your receipt with 24 hours, contact us .

Manage my trip

You have purchased Travel Guard® travel insurance from AIG Travel. Insurance details, along with applicable definitions and terms of coverage, are fully described in your Policy of Insurance. It is your responsibility to read and understand the details of your coverage. To ask about a Travel Guard product or file a claim, please call 1-877-934-8308.

## Purchase summary

| | |
|---|---|
| Fare | $202.96 |
| Taxes and Fees | $30.52 |

Case 1:21-cv-00378-KES-CDB    Document 179    Filed 04/25/25    Page 72 of 146

| | |
|---|---|
| Premium add-ons | $55.00 |
| Trip insurance (billed separately by Travel Guard Group, Inc.) | $19.44 |

## Total                                                    $307.92

Credit card payment: $288.48 (Visa **2690) Billed by United

Credit card payment: $19.44 (Visa **2690) Billed by Travel Guard Group, Inc.

## Flight to Los Angeles

**Mar 14, 2025**                                          **Nonstop**

# 6:45 PM                                                  8:10 PM

**FAT** · · · · · · · · · · · · · 1h 25m · · · · · · · · · · · · · **LAX**

Fresno, CA, US                                    Los Angeles, CA, US

**FLIGHT INFO**

Duration: 1h 25m
UA 5759 Operated by SkyWest dba United Express
Embraer E175
United Economy
Meals are not offered for this flight

## Travelers

### Gustin Ham

**Email:** Gu*****am▮▮▮▮           **Seats:**

**Phone number:** ▮▮▮▮▮           FAT to LAX: 10C

**Frequent flyer:** UA-*****641     Economy Plus®

# Calculate bag charges

| FLIGHT | FIRST BAG | SECOND BAG | WEIGHT PER BAG |
|---|---|---|---|
| Fresno, CA, US (FAT) to Los Angeles, CA, US (LAX) March 14, 2025 | $40/per traveler | $50/per traveler | 50lb (23kg) |

These are estimates of additional bag service charges that may apply to your itinerary. Service charges may vary by traveler, depending on status or memberships. First and second bag service charges do not apply to active duty members of the U.S military and their accompanying dependents. For additional information, visit united.com/baggage.

Carry-on baggage allowed

United accepts the following items, per customer, to be carried on the aircraft at no charge:

- One carry-on bag no more than 45 linear inches or 114 linear centimeters
- One personal item (such as a shoulder or laptop bag)

nDue to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage.

Additional trip planning tools

Baggage Policies: View current baggage acceptance allowances.

Passport and Visa Information: International Travel Documentation requirements

**freedom®**

Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|

**PAYMENTS AND OTHER CREDITS**

| 03/10 | Payment Thank You Bill Pay Service | ▮▮▮▮ |

**PURCHASE**

| 03/03 | UNITED   0162465186426 UNITED.COM TX | 437.96 |
|       | 031625 1 Q    LAX    FAT |  |

| 2025 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | ▮▮▮▮ |
| Total interest charged in 2025 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

# TJJ

# Costs



Fri, Mar 21, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# M9NXFM

---

Flight 1 of 1 UA5299                                    Class: United First (P)

Mon, Mar 10, 2025                                        Mon, Mar 10, 2025

# 10:30 AM                                              11:51 AM

Los Angeles, CA, US (LAX)                              Fresno, CA, US (FAT)

Flight Operated by SKYWEST DBA UNITED EXPRESS.

If this is an originating flight on your itinerary, please check in at the CHECK IN WITH /UNITED TERM 7 ticket counter.

---

Traveler Details

JARAMILLA/TONETTE
eTicket number: **0162459681397**                      Seats: **LAX-FAT 03D**

---

Purchase Summary

Method of payment:                        **American Express ending in 1007**
                                          **Travel Certificate**
Date of purchase:                         **Wed, Feb 12, 2025**

| | |
|---|---|
| Airfare: | **180.64** |
| U.S. Transportation Tax: | **13.55** |
| U.S. Flight Segment Tax: | **5.20** |
| Passenger Civil Aviation Security Service Fee: | **5.60** |
| U.S. Passenger Facility Charge: | **4.50** |

Total Per Passenger:                                   **209.49 USD**

**Total:**                                             **209.49 USD**

## Additional Collection

An additional amount of **84.49 USD** for the difference in fare was charged to American Express ending in 1007 on Wed, Feb 12, 2025.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Mon, Mar 10, 2025<br>Los Angeles, CA, US (LAX)<br>to Fresno, CA, US (FAT) | 0.00 USD | 0.00 USD | 70.0lbs(32.0kg) -<br>62.0in(157.0cm) | 70.0lbs(32.0kg) -<br>62.0in(157.0cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the

Case 1:21-cv-00378-KES-CDB    Document 179    Filed 04/25/25    Page 78 of 146

carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers



provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**Advice to International Passengers on Carrier Liability** - Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including contracts of carriage embodied in applicable tariffs, governs, and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding

Case 1:21-cv-00378-KES-CDB      Document 179      Filed 04/25/25      Page 80 of 146

priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to *travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2025 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy                     View our Legal Notices



Fri, Mar 21, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** <u>Visit the Travel-Ready Center</u>, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# EB5YTY

| Flight 1 of 2 UA5759 | Class: United First (Z) |
|---|---|
| Fri, Mar 14, 2025 | Fri, Mar 14, 2025 |
| 06:45 PM | 08:10 PM |
| Fresno, CA, US (FAT) | Los Angeles, CA, US (LAX) |

Flight Operated by SKYWEST DBA UNITED EXPRESS.

| Flight 2 of 2 UA5239 | Class: United First (D) |
|---|---|
| Mon, Mar 17, 2025 | Mon, Mar 17, 2025 |
| 09:00 PM | 10:15 PM |
| Los Angeles, CA, US (LAX) | Fresno, CA, US (FAT) |

Flight Operated by SKYWEST DBA UNITED EXPRESS.

If this is an originating flight on your itinerary, please check in at the CHECK IN WITH /UNITED TERM 7 ticket counter.

## Traveler Details

JARAMILLA/TONETTE
eTicket number: **0162465843521**
Frequent Flyer: **UA-XXXXX832 Member**

Seats: **FAT-LAX -----**
**LAX-FAT -----**

## Purchase Summary

Method of payment:

Date of purchase:

**American Express ending in 1007**

**Wed, Mar 05, 2025**

D   Case 1:21-cv-00378-KES-CDB     Document 179     Filed 04/25/25     Page 82 of 146

| | |
|---|---|
| Airfare: | **1104.53** |
| U.S. Transportation Tax: | **82.84** |
| U.S. Flight Segment Tax: | **10.40** |
| Passenger Civil Aviation Security Service Fee: | **11.20** |
| U.S. Passenger Facility Charge: | **9.00** |
| Total Per Passenger: | **1217.97 USD** |
| **Total:** | **1217.97 USD** |

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

## MileagePlus Accrual Details

| Tonette Jaramilla | | | |
|---|---|---|---|
| Date | Flight | From/To | Award Miles |
| Fri, Mar 14, 2025 | 5759 | Fresno, CA, US (FAT) to Los Angeles, CA, US (LAX) | 1930 |
| Mon, Mar 17, 2025 | 5239 | Los Angeles, CA, US (LAX) to Fresno, CA, US (FAT) | 3600 |
| MileagePlus accrual totals: | | | 5530 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Fri, Mar 14, 2025 Fresno, CA, US (FAT) to Los Angeles, CA, US (LAX) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |
| Mon, Mar 17, 2025 Los Angeles, CA, US (LAX) to Fresno, CA, US (FAT) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.

- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles,

Case 1:21-cv-00378-KES-CDB    Document 179    Filed 04/25/25    Page 83 of 146

Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

### Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

united.com restricted items page
FAA website Pack Safe page
TSA website Prohibited Items page

### Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

### Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

### IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets, for those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For international travel governed by the Warsaw Convention (including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time

Case 1:21-cv-00378-KES-CDB     Document 179     Filed 04/25/25     Page 85 of 146

limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**Advice to International Passengers on Carrier Liability** - Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including contracts of carriage embodied in applicable tariffs, governs, and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2025 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy                    View our Legal Notices



Fri, Mar 21, 2025

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# PY6X7G

| Flight 1 of 1 UA5307 | Class: United First (P) |
|---|---|
| Thu, Mar 20, 2025 | Thu, Mar 20, 2025 |
| **10:30 AM** | **11:51 AM** |
| Fresno, CA, US (FAT) | Los Angeles, CA, US (LAX) |

Flight Operated by SKYWEST DBA UNITED EXPRESS.

### Traveler Details

JARAMILLA/TONETTE
eTicket number: **0162463430000**                                    Seats: **FAT-LAX -----**
Frequent Flyer: **UA-XXXXX832 Member**

### Purchase Summary

| | |
|---|---|
| Method of payment: | **American Express ending in 1007** |
| Date of purchase: | **Tue, Feb 25, 2025** |

| | |
|---|---|
| Airfare: | **342.50** |
| U.S. Transportation Tax: | **25.69** |
| U.S. Flight Segment Tax: | **5.20** |
| Passenger Civil Aviation Security Service Fee: | **5.60** |
| U.S. Passenger Facility Charge: | **4.50** |
| Total Per Passenger: | **383.49 USD** |
| **Total:** | **383.49 USD** |

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

## MileagePlus Accrual Details

| Tonette Jaramilla | | | |
|---|---|---|---|
| Date | Flight | From/To | Award Miles |
| Thu, Mar 20, 2025 | 5307 | Fresno, CA, US (FAT) to Los Angeles, CA, US (LAX) | 1715 |
| MileagePlus accrual totals: | | | 1715 |

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Thu, Mar 20, 2025 Fresno, CA, US (FAT) to Los Angeles, CA, US (LAX) | 0.00 USD | 0.00 USD | 70lbs(32kg) - 62in(157cm) | 70lbs(32kg) - 62in(157cm) |

The service charges for standard first and second checked bags (within specified size and weight limits) have been waived based on the fare purchased. Changes to the fare type purchased could result in increased baggage service charges.

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, frequent flyer status, and the selected itinerary. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program. Once travel has started, accruals will no longer display. You can always view your MileagePlus account for posted accrual.
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown. Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San Diego, San Francisco, San Juan, PR (60 minutes), Savannah, Seattle, St. Louis, St. Thomas, U.S. Virgin Islands (60 minutes), Tampa, Washington, DC (both IAD and DCA), the check in requirement time for Passengers and Bags is 45 minutes except where noted.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger. The fare rules for your ticket may restrict your carry-on baggage allowance even further.
- For up to the minute flight information, sign-up for our Flight Status Updates or call 1-800-824-6200; in Spanish 1-800-426-5561.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, go to our Flight Status page.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules.

Case 1:21-cv-00378-KES-CDB      Document 179      Filed 04/25/25      Page 88 of 146

## Data Protection Notice

Your personal data will be processed in accordance with the applicable carrier's privacy policy and if your booking is made via a reservation system provider ("GDS"), with its privacy policy. These are available at http://www.iatatravelcenter.com/privacy or from the carrier or GDS directly. You should read this documentation, which applies to your booking and specifies, for example, how your personal data is collected, stored, used, disclosed and transferred

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care form

## Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years' imprisonment and penalties of $250,000 or more (49 U.S.C. 5124). Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:

> united.com restricted items page
> FAA website Pack Safe page
> TSA website Prohibited Items page

## Refunds Within 24 Hours

When you book and ticket a reservation through united.com, the United mobile app, the United Customer Contact Center, at our ticket counters or city ticket offices, or if you use MileagePlus® miles to book an award ticket, we will allow you to cancel the ticketed reservation without penalty and receive a 100 percent refund of the ticket price to the original form of payment if you cancel the reservation within 24 hours of purchase and if the reservation is made one week or more prior to scheduled flight departure.

## Disinsection Notice

Certain countries require that the passenger cabins of aircraft be treated with insecticides. For additional information and a list of those countries, please visit the U.S. Department of Transportation's disinsection website.

## IMPORTANT CONSUMER NOTICES

**Changes/Cancellations** - Most tickets, other than Basic Economy tickets or those for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean, may be changed to a different itinerary, or cancelled and the value of the ticket retained so that it can be applied to a new ticket, without a change fee. Such change or cancellation must be made prior to the scheduled departure time. Travelers making changes will be responsible for the fare difference if the new itinerary has a higher fare than the original ticketed itinerary. Regarding non-refundable tickets, if the new itinerary has a lower fare than the original ticketed itinerary, changes can be made without charge, but the traveler is not entitled to any residual value. United may, in its sole discretion, provide partial or full residual credit under certain circumstances. A change fee may apply for changes or cancellations made to tickets for travel originating outside the United States, other than for travel between the United States and Mexico or the Caribbean. Policies concerning your ability to make reservation changes and cancellations and any fees associated with such changes can be found at Important travel notices | United Airlines.

**Notice of Baggage Liability Limitations** - For domestic travel between points within the United States (except for domestic portions of international journeys), United's liability for loss of, damage to, or delay in delivery of a customer's checked baggage is limited to $3,800 per ticketed customer unless a higher value is declared in advance and additional charges are paid (not applicable to wheelchairs or other assistive devices). For such travel, United assumes no liability for high value, fragile, perishable, or otherwise excluded items; excess valuation may not be declared on certain types of valuable articles. Further information may be obtained from the carrier. For

international travel governed by the Warsaw Convention including the domestic portions of the trip), maximum liability is approximately 640 USD per bag for checked baggage, and 400 USD per passenger for unchecked baggage. For international travel governed by the Montreal Convention (including the domestic portions of the trip), maximum liability is 1,288 SDRs per passenger for baggage, whether checked or unchecked. For baggage lost, delayed, or damaged in connection with domestic travel, United requires that customers provide preliminary notice within 24 hours after arrival of the flight on which the baggage was or was to be transported and submit a written claim within 45 days of the flight. For baggage damaged or delayed in connection with most international travel (including domestic portions of international journeys), the Montreal Convention and United require customers to provide carriers written notice as follows: (a) for damaged baggage, within seven days from the date of receipt of the damaged baggage; (b) for delayed baggage, within 21 days from the date the baggage should have been returned to the customer. Please refer to Rule 28 of United's Contract of Carriage for important information relating to baggage and other limitations of liability.

**Notice of Incorporated Terms** - Transportation is subject to the terms and conditions of United's Contract of Carriage, which are incorporated herein by reference. Incorporated terms may include, but are not limited to: 1. Limits on liability for personal injury or death of the customer, and for loss, damage, or delay of goods and baggage, including high value, fragile, perishable, or otherwise excluded items. 2. Claims restrictions, including time periods within which customers must file a claim or bring an action against the carrier. 3. Rights of the carrier to change terms of the contract. 4. Rules about reconfirmation of reservations, check-in times, and refusal to carry. 5. Rights of the carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of an alternate air carrier or aircraft, and rerouting. The full text of United's Contract of Carriage is available at united.com or you may request a copy at any United ticket counter. Passengers have the right, upon request at any location where United's tickets are sold within the United States, to receive free of charge by mail or other delivery service the full text of United's Contract of Carriage.

**Notice of Certain Terms** - If you have purchased a restricted ticket, depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to, the following may apply to your travel: (1) the ticket may not be refundable but can be exchanged for a fee for another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) select tickets may not be eligible for refunds or changes even for a fee; (4) select tickets have no residual value and cannot be applied towards the purchase of future travel; or (5) travel may be restricted to specific flights and/ or times and a minimum and/or maximum stay may be required. United reserves the right to refuse carriage to any person who has acquired a ticket in violation of any United tariffs, rules, or regulations, or in violation of any applicable national, federal, state, or local law, order, regulation, or ordinance. Notwithstanding the foregoing, you are entitled to a full refund if you cancel a ticket purchased at least a week prior to departure within 24 hours of purchase.

**Notice of Boarding Times** - For Domestic flights, customers must be at the boarding gate at least 15 minutes prior to scheduled departure. For International flights, customers must be at the boarding gate at least 30 minutes prior to scheduled departure. The time limits provided by United in this Notice are minimum time requirements. Customer and baggage processing times may differ from airport to airport. Please visit united.com for information regarding airport-specific boarding times. It is the customer's responsibility to arrive at the airport with enough time to complete check-in, baggage, and security screening processes within these minimum time limits. Please be sure to check flight information monitors for the correct boarding gate and the departure time of your flight. Failure to be at the boarding gate by the required time could result in the loss of your seat without compensation, regardless of whether you are already checked in or have a confirmed seat and boarding pass.

**Advice to International Passengers on Carrier Liability** - Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including contracts of carriage embodied in applicable tariffs, governs, and may limit the liability of the Carrier in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

**Notice - Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first

Case 1:21-cv-00378-KES-CDB    Document 179    Filed 04/25/25    Page 90 of 146

ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadlines, which are available upon request from the air carrier, persons, denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. *Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*



Copyright © 2025 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy          View our Legal Notices

# "Other" Costs

# Hotel

# AMFLLP

# Costs

# JB, your reservation has been prepaid and is fully guaranteed.

## TRAVEL DETAILS

**DoubleTree By Hilton Fresno Convention Center**

☐ 2233 Ventura Street Fresno, CA 93721

☐ **Check-in:** Monday, Mar 10, 2025
☐ **Check-out:** Friday, Mar 14, 2025
☐ 4 Nights
☐ 2 Adults
☐ 0 Children

**Booking Ref. #** 16092753395
**Booking Confirmation #** R5493362709

## ROOM & GUEST DETAILS

☐ **Rooms (1)**
1 King Bed Suite

☐ **Guests (1)**
Bernard Alexander

**Included With Your Booking:**

Free Breakfast    Free Parking

## CHECK-IN DETAILS

☐ **Check-in Time:**
3:00 PM
☐ **Check-out Time:**
11:00 AM

The guest checking in will need a valid photo ID and a major credit card for incidentals.

Due to COVID-19 it is recommended that you review the local health and safety ordinances before you travel. As requirements and restrictions continue to change your travel may be impacted, as well as your ability to check-in to your reserved accommodation. Please consider checking the Hilton global website or contacting the hotel directly prior to arrival for the most up-to-date information.

**If you are arriving after 9pm on the day of check-in, contact the hotel directly or your reservation may result in cancellation.**

**Manage Your Reservation**

## CUSTOMER & PAYMENT DETAILS

**JB Alexander III**

▉▉▉▉▉▉▉

balexander@amfllp.com

**American Express:**\*\*\*\* 6001

| | |
|---|---|
| **Mar 10 Mon** | US$307.48 |
| **Mar 11 Tue** | US$307.48 |
| **Mar 12 Wed** | US$306.66 |
| **Mar 13 Thu** | US$306.42 |

Subtotal
US$1,228.04
Tax Recovery Charges & Service
Fees (See Details Below)
US$667.37

**Private Membership Total**          **US$1,895.41**

**CC Disclaimer -** This payment will be processed in the United
States and will appear on your statement as
"HTL*DoubleTreeByHi".

**Terms -** By booking this reservation you have accepted the
Terms and Conditions.

*This charge includes the estimated amount we pay the hotel for
occupancy related taxes owed by the hotel and any amounts
charged to us for resort fees, cleaning fees, and other fees. The
balance of the charge is a fee we, the hotel supplier and/or the
website you booked on, retain as part of the compensation for
our and/or their services which varies based on factors such as
location, the amount, and how you booked.

## CANCELLATION POLICY

Each room in this reservation is subject to the following
cancellation policy: Cancellations before 03/09/2025, 11:59 PM
(America/Los Angeles) are fully refundable. Bookings cancelled
after 03/09/2025, 11:59 PM (America/Los Angeles) are non-
refundable. There is no refund for no-shows or early checkouts.

## ADDITIONAL POLICIES

Age Restriction Disclosure: The reservation holder must be 21
years of age or older. Guarantee Policy: Reservation is
guaranteed for arrival on the confirmed check-in date only. If
you don't check-in to the hotel on the first day of your
reservation and you do not alert the hotel in advance the
remaining portion of your reservation will be canceled and you
will not be entitled to a refund. Room Charge Disclosure: Your



Doubletree by Hilton Fresno Convention Center
2233 CESAR CHAVEZ BLVD

United States of America
TELEPHONE 559-268-1000   • FAX 559-441-2954
Reservations
www.hilton.com or 1 800 HILTONS

ALEXANDER, BERNARD

1900 AVENUE OF THE STARS
SUITE 900
LOS ANGELES CA  90067
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 420/NK |
| Arrival Date: | 3/17/2025  10:41:00 PM |
| Departure Date: | 3/20/2025 |
| Adult/Child: | 1/0 |
| Cashier ID: | CCBIBBS |
| Room Rate: | 259.00 |
| AL: | |
| HH # | 2377734740 BLUE |
| VAT # | |
| Folio No/Che | 602124 A |

Confirmation Number: 54079700

Doubletree by Hilton Fresno Convention Center 3/20/2025 2:14:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 3/17/2025 | 3387519 | GUEST ROOM | $242.00 |
| 3/17/2025 | 3387519 | RM - CITY TAX | $29.04 |
| 3/17/2025 | 3387519 | LOCAL ASSESSMENT FEE | $5.31 |
| 3/18/2025 | 3389118 | GUEST ROOM | $269.00 |
| 3/18/2025 | 3389118 | RM - CITY TAX | $32.28 |
| 3/18/2025 | 3389118 | LOCAL ASSESSMENT FEE | $5.90 |
| 3/19/2025 | 3390610 | GUEST ROOM | $259.00 |
| 3/19/2025 | 3390610 | RM - CITY TAX | $31.08 |
| 3/19/2025 | 3390610 | LOCAL ASSESSMENT FEE | $5.69 |
| | | WILL BE SETTLED TO AX*6001 | $879.30 |
| | | EFFECTIVE BALANCE OF | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com



**Booking confirmation**
CONFIRMATION NUMBER: **4355.567.741**
PIN CODE: **6575**

---

**La Quinta by Wyndham Clovis CA**
**Address:** 1508 Clovis Ave, Clovis, CA93612, United States
**Star rating:** 🟠🟠🟠
**Phone:** +1 559 291 9000
**GPS coordinates:** N 036° 48.777, W 119° 42.062

| CHECK-IN | CHECK-OUT | ROOMS | NIGHTS |
|---|---|---|---|
| **10** MARCH *Monday* 🕐 from 15:00 | **20** MARCH *Thursday* 🕐 until 11:00 | **1** | **10** |

---

### PRICE

| | |
|---|---|
| 1 room | |
| 12 % TAX | $1,224 |
| 2 % City tax | $146.88 |
| | $24.48 |

### Price
(for 2 guests)

$1,395.36

**The final price shown is the amount you will pay to the property.**
Booking.com does not charge guests any reservation, administration or other fees.
Your card issuer may charge you a foreign transaction fee.

### Payment information
La Quinta by Wyndham Clovis CA handles all payments.
This property accepts the following forms of payment: American Express, Visa, Mastercard, Diners Club, JCB, Discover

### Additional information
Please note that additional supplements (e.g. extra bed) are not added in this total.
If you cancel, applicable taxes may still be charged by the property.
If you don't show up at this booking, and you don't cancel beforehand, the property is liable to charge you the full reservation amount.
Please remember to read the **Important information** below, as this may contain important details not mentioned here.

---

### King Room - Mobility Access/Non-Smoking 

**Guest name:** Gustin Ham / for 2 Adults, 1 child (up to 12 years of age)
**Room size:** 300 ft²
**Meal Plan:**
Breakfast is included in the final price.

Private bathroom • Free toiletries • Air conditioning • Safety deposit box • Toilet • Bath or shower • TV • Telephone • Flat-screen TV • Alarm clock • Toilet paper

**Bed Size(s):** 1 extra-large double bed (71-82 inches wide)

**Prepayment :** No prepayment is needed.

**Cancellation cost:**
until March 8, 2025 11:59 PM [PST]: $0
from March 9, 2025 12:00 AM [PST]: $125.44 —
Changing the dates of your stay is not possible.

---

ⓘ **Important information**

When traveling with pets, please note that an extra charge of $25.00 per pet, per night with a Max of $75.00 per stay . Please note that a maximum of 2 pets is allowed. Please note that the property has no weight limit on pets.

Please note that there is a safe fee (service charge) of US$2.99 per stay is not included.
Due to Coronavirus (COVID-19), wearing a face mask is mandatory in all indoor common areas.
Guests are required to show a photo identification and credit card upon check-in. Please note that all Special Requests are subject to availability and additional charges may apply.

📋 **Hotel Policies**
**Guest parking**
- Free public parking is possible at a location nearby (reservation is not possible).
- WiFi is available in public areas and is free of charge.

---

💬 **Special Requests**
"I am travelling for business and I may be using a business credit card."

# TJJ

# Costs

# DOUBLETREE
## by Hilton™

| Name and Address | | Hotel Address |
|---|---|---|

JARAMILLA, TONI
10100 SANTA MONICA BLVD SUT 30
LOS ANGELES, CA 90067

2233 CESAR CHAVEZ
FRESNO, CA 93721

**DOUBLETREE BY HILTON FRESNO**
**CONVENTION CENTER**

Reservations
www.doubletree.com or
1-800-222-TREE

| Room | 445/NKS |
|---|---|
| Arrival Date | 03/10/25 |
| Departure Date | 03/14/25 |

Confirmation #   96256218

| Adult/Child | 1/0 |
|---|---|
| Room Rate | $371.42 |

03/14/25   PAGE  1

| Rate Plan | L-HBK |
|---|---|
| Honors # | 791572859 |
| Airline: | |

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/10/25 | 3378621 | GUEST ROOM | $310.66 |
| 03/10/25 | 3378621 | RM - CITY TAX | $37.28 |
| 03/10/25 | 3378621 | LOCAL ASSESSMENT FEE TAX | $6.82 |
| 03/11/25 | 3379271 | LOUNGE DINNER | $41.35 |
| 03/11/25 | 3379271 | LOUNGE FOOD 8.35% TAX | $3.45 |
| 03/11/25 | 3379272 | Hilton Honors Daily F&B credit V25 - COMP | ($15.00) |
| 03/11/25 | 3379273 | LOUNGE BEV | $12.00 |
| 03/11/25 | 3379273 | LOUNGE FOOD 8.35% TAX | $1.00 |
| 03/11/25 | 3379274 | LOUNGE TIPS | $12.00 |
| 03/11/25 | 3379609 | GUEST ROOM | $328.30 |
| 03/11/25 | 3379609 | RM - CITY TAX | $39.40 |
| 03/11/25 | 3379609 | LOCAL ASSESSMENT FEE TAX | $7.21 |
| 03/12/25 | 3380776 | GUEST ROOM | $371.42 |
| 03/12/25 | 3380776 | RM - CITY TAX | $44.57 |
| 03/12/25 | 3380776 | LOCAL ASSESSMENT FEE TAX | $8.15 |
| 03/13/25 | 3381680 | GUEST ROOM | $371.42 |
| 03/13/25 | 3381680 | RM - CITY TAX | $44.57 |
| 03/13/25 | 3381680 | LOCAL ASSESSMENT FEE TAX | $8.15 |
| 03/14/25 | 3382227 | ***********1007 | ($1632.75) |
| | | ** BALANCE ** | $0.00 |

## DOUBLETREE
### by Hilton™

**DOUBLETREE BY HILTON FRESNO CONVENTION CENTER**

| | Name and Address |
|---|---|

JARAMILLA, TONI
1900 AVENUE OF THE STARS
LOS ANGELES, CA 90067

| | Hotel Address |
|---|---|

2233 CESAR CHAVEZ
FRESNO, CA 93721

Reservations
www.doubletree.com or
1-800-222-TREE

| | |
|---|---|
| Room | 345/NKS |
| Arrival Date | 03/17/25 |
| Departure Date | 03/20/25 |
| Adult/Child | 1/0 |
| Room Rate | $371.42 |
| Rate Plan | L-HBK |
| Honors # | 791572859 |
| Airline: | |

Confirmation #  87546177

03/20/25   PAGE  1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/17/25 | 3387501 | GUEST ROOM | $371.42 |
| 03/17/25 | 3387501 | RM - CITY TAX | $44.57 |
| 03/17/25 | 3387501 | LOCAL ASSESSMENT FEE TAX | $8.15 |
| 03/18/25 | 3389097 | GUEST ROOM | $371.42 |
| 03/18/25 | 3389097 | RM - CITY TAX | $44.57 |
| 03/18/25 | 3389097 | LOCAL ASSESSMENT FEE TAX | $8.15 |
| 03/19/25 | 3390590 | GUEST ROOM | $371.42 |
| 03/19/25 | 3390590 | RM - CITY TAX | $44.57 |
| 03/19/25 | 3390590 | LOCAL ASSESSMENT FEE TAX | $8.15 |
| 03/20/25 | 3391029 | ************1007 | ($1272.42) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.

**"Other" Costs**

**Trial Transcripts**

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Eastern District of California

INVOICE 20250392

**MAKE CHECKS PAYABLE TO:**

J. Alexander, III
Alexander Morrison + FEHR LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

RACHAEL C. LUNDY, CSR, RPR
U.S. Official Court Reporter
2500 Tulare Street
Room 1501
Fresno, CA 93721
(559) 207-1072
RLundy.CSR@gmail.com

| \_\_ CRIMINAL    X CIVIL | DATE ORDERED: 03-14-2025 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 21-cv-378, Lewis, Sr., et al. v County of Kern, et al.

Trial day 3 - 3-13-2025 - Excerpt of Scott DeFoe Testimony ~74 pgs

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | 74 | 7.30 | 540.20 | | | | | | | 540.20 |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | Misc. Charges | | | |
| | | | | | | | Subtotal | | | 540.20 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 540.20 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Rachael Lundy

DATE: 03-13-2025

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# INVOICE

**Rachael Lundy, CSR, RMR**
2500 Tulare St
Ste 1501
Fresno, CA 93721-1322

rlundy.csr@gmail.com
+1 (559) 207 1072



**Bill to**
Mr. J Alexander III
Alexander Morrison + FEHR LLP

**Ship to**
Mr. J Alexander III
Alexander Morrison + FEHR LLP

**Invoice details**

Invoice no.: 20240392
Terms: Due on receipt
Invoice date: 03/13/2025
Due date: 03/13/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **Sales** | S. DeFoe Excerpt 3-13-25 Trial Day 3 | 74 | $7.30 | $540.20 |

| | |
|---|---|
| **Total** | **$540.20** |

## Ways to pay

| | |
|---|---|
| **Overdue** | 03/13/2025 |

**View and pay**

**"Other" Costs**

**Uber**

# AMFLLP

# Costs

| From: | noreply=uber.com@mgt.uber.com on behalf of Uber Receipts |
| To: | J. Bernard Alexander, III |
| Subject: | [Personal] Your Monday morning trip with Uber |
| Date: | Tuesday, March 11, 2025 9:14:01 PM |



Total $173.89
March 10, 2025

# Thanks for tipping, Bernard

Here's your updated Monday morning ride receipt.

# Total                    $173.89

$10.00 of your Amex Benefit has been applied to this trip.

| Trip fare | $145.56 |
|---|---|
| Subtotal | $145.56 |
| Wait Time | $0.86 |
| LAX Airport Surcharge | $4.00 |
| Tip | $22.68 |
| CA Driver Benefits | $0.79 |

## Payments

| | | |
|---|---|---|
|  **Uber Cash** <br> 3/10/25 9:13 AM | | $10.00 |
| **American Express ••••7001** <br> 3/10/25 9:13 AM | | $141.21 |
| **American Express ••••7001** <br> 3/11/25 9:13 PM | | $22.68 |

Switch Payment Method

Download PDF

## You rode with Ethar

4.98 ☐ Rating    ⚪ Has passed a multi-step safety screen

Issued on behalf of Ethar

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

**Black**    12.81 miles | 51 min

8:21 AM
▮▮▮▮▮▮▮▮
Angeles, CA 90069-1615, US

9:12 AM
Terminal 7/8, Los Angeles
International Airport (LAX),
Los Angeles, CA 90045, US

| From: | Uber Receipts |
|---|---|
| To: | J. Bernard Alexander, III |
| Subject: | [Business] Your Friday morning trip with Uber |
| Date: | Friday, March 14, 2025 10:13:25 AM |

Total $16.32
March 14, 2025

# Thanks for tipping, Bernard

Here's your updated Friday morning ride receipt.

# Total                    $16.32

In December 2024 in California, roughly 32% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. Take action to bring down costs.

| Trip fare | $6.36 |
|---|---|
| Subtotal | $6.36 |
| CA Driver Benefits | $1.73 |
| Booking Fee | $3.23 |
| Tip | $5.00 |

Payments

American Express ••••6001                              $16.32
3/14/25 10:13 AM

Switch Payment Method

Download PDF

## You rode with ELI

4.97 ☐ Rating                    ☐ Has passed a multi-step safety screen

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

**Comfort**    0.66 miles | 3 min

8:28 AM
2233 Ventura St, Fresno, CA
93721, US

8:32 AM
2500 Tulare St, Fresno, CA
93721, US

Report lost item    |    Contact support    |    My trips



Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

| From: | noreply=uber.com@mgt.uber.com on behalf of Uber Receipts |
|---|---|
| To: | J. Bernard Alexander, III |
| Subject: | [Business] Your Friday afternoon trip with Uber |
| Date: | Friday, March 14, 2025 2:02:45 PM |

Total $31.78
March 14, 2025

# Thanks for tipping, Bernard

Here's your updated Friday afternoon ride receipt.



# Total                    $31.78

In December 2024 in California, roughly 32% of customers' fares went toward covering government-mandated commercial insurance for rideshare/TNC (transportation network company) trips. Take action to bring down costs.

| Trip fare | $11.18 |
|---|---|

| Subtotal | $11.18 |
|---|---|
| CA Driver Benefits | $1.73 |
| Uber Airport Surcharge | $3.00 |
| Booking Fee | $8.87 |
| Tip | $7.00 |

Payments

**American Express ••••6001**
3/14/25 2:02 PM

$31.78

Switch Payment Method

Download PDF

## You rode with KEITH

4.96  Rating                    Has passed a multi-step safety screen

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

**Comfort**   6.51 miles | 12 min

1:09 PM
2233 Ventura St, Fresno, CA 93721, US

1:22 PM
5175 E Clinton Way, Fresno, CA 93727, US

Report lost item       Contact support       My trips



Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

| From: | Uber Receipts |
| --- | --- |
| To: | J. Bernard Alexander, III |
| Subject: | [Business] Your Monday evening trip with Uber |
| Date: | Tuesday, March 18, 2025 5:46:53 AM |



Total $90.19
March 17, 2025

# Thanks for riding, Bernard

We hope you enjoyed your ride this evening.



# Total                              $90.19

| Trip fare | $85.40 |
| --- | --- |

| Subtotal | $85.40 |
| --- | --- |
| LAX Airport Surcharge | $4.00 |
| CA Driver Benefits | $0.79 |

### Payments

 **American Express ••••6001**          $90.19
3/18/25 5:46 AM

Switch Payment Method

Download PDF

## You rode with Jamal

5.00 ☐ Rating                        ☐ Has passed a multi-step safety screen

**Rate or tip** ☐

Issued on behalf of Jamal

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

**Black**    11.26 miles | 35 min

6:49 PM
1900 Avenue of the Stars, Los Angeles, CA 90067-4606, US

7:24 PM
Terminal 7/8, Los Angeles International Airport (LAX), Los Angeles, CA 90045, US

Report lost item      |      Contact support      |      My trips

Forgot password                        Uber Technologies

Privacy

Terms

1725 3rd Street,
San Francisco,
California
94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

| From: | Uber Receipts |
|---|---|
| To: | J. Bernard Alexander, III |
| Subject: | [Business] Your Thursday morning trip with Uber |
| Date: | Thursday, March 20, 2025 1:13:04 PM |



Total $128.89
March 20, 2025

# Thanks for tipping, Bernard

Here's your updated Thursday morning ride receipt.



# Total                    $128.89

| Trip fare | $107.29 |
|---|---|

| Subtotal | $107.29 |
|---|---|
| CA Driver Benefits | $0.79 |
| Tip | $16.81 |
| LAX Airport Surcharge | $4.00 |

### Payments

 **American Express ••••6001**
3/20/25 1:12 PM                              $128.89

Switch Payment Method

Download PDF

## You rode with GAGIK

4.98 ☐ Rating                              ◯ Has passed a multi-step safety screen

Issued on behalf of GAGIK

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more

---

**Black**    11.32 miles | 34 min

11:56 AM
Terminal 7/8, Los Angeles
International Airport (LAX),
Los Angeles, CA 90045, US

12:30 PM
1900 Avenue of the Stars,
Los Angeles, CA 90067-4606,
US



| Report lost item | Contact support | My trips |
|---|---|---|

Forgot password                    Uber Technologies
                                   1725 3rd Street,

Privacy

Terms

San Francisco,
California
94158

Read about our **zero tolerance policy.** Report a zero tolerance complaint by visiting **help.uber.com**

[Business] Your Monday morning trip with Uber

From:   Uber Receipts (noreply@uber.com)

To:      gustin

Date:   Monday, March 3, 2025 at 12:19 PM PST

---

## Uber

Total **$27.93**
March 3, 2025

# Thanks for tipping, Gustin

Here's your updated Monday
morning ride receipt.



# Total                                     $27.93

> In December 2024 in California, roughly 32% of customers' fares
> went toward covering government-mandated commercial insurance
> for rideshare/TNC (transportation network company) trips. Take
> action to bring down costs.

| | |
|---|---|
| Trip fare | $10.36 |
| | |
| Subtotal | $10.36 |
| CA Driver Benefits ❓ | $1.73 |

| | |
|---|---|
| Tip | $5.00 |
| Booking Fee  | $7.74 |
| Uber Airport Surcharge | $3.00 |
| Access for All Fee | $0.10 |

### Payments

**Visa ••••7107**
3/3/25 12:19 PM                                    $27.93

**Switch Payment Method**

**Download PDF**

## You rode with Bhupinder

**4.96** ★ Rating          Has passed a multi-step safety screen

Transportation Network Company: Uber Technologies, Inc.

When you ride with Uber, your trips are insured in case of a covered accident.

**Learn more** ›

UberX     6.06 miles | 12 min

■   **9:50 AM**

5175 E Clinton Way, Fresno, CA 93727, US

↓   **10:02 AM**



2500 Tulare St, Fresno, CA
93721-1331, US



**Report lost item**  ❯          **Contact support**  ❯

**My trips**  ❯

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

# Uber

March 10, 2025

## Thanks for tipping, Gustin

Here's your updated Monday afternoon ride receipt.

| Total | $28.92 |
|---|---|

| | |
|---|---|
| Trip fare | $10.83 |

| | |
|---|---|
| Subtotal | $10.83 |
| Tip | $5.00 |
| CA Driver Benefits | $1.73 |
| Uber Airport Surcharge | $3.00 |
| Booking Fee | $8.36 |

## Payments

 American Express ••••6001
3/10/25 4:24 PM                                                    $28.92

Visit the trip page for more information, including invoices (where available)

---

You rode with DALJEET

UberX    5.04 miles | 13 min

■ 3:49 PM | Fresno Yosemite International Airport (FAT), Fresno, CA 93727, US

■ 4:03 PM | 1508 Clovis Ave, Clovis, CA 93612-2703, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

# Thanks for tipping, Gustin

Here's your updated Tuesday morning ride receipt.

## Total                                                                    $31.92

Trip fare                                                                   $12.34

Subtotal                                                                    **$12.34**
CA Driver Benefits                                                          $1.73
Booking Fee                                                                 $10.85
Tip                                                                         $7.00

## Payments

 American Express ••••6001                             $31.92
3/11/25 8:04 AM

[Visit the trip page](#) for more information, including invoices (where available)

You rode with Abdel

UberX    9.65 miles | 18 min

7:33 AM | 1508 Clovis Ave, Clovis, CA 93612-2703, US

7:51 AM | 2500 Tulare St, Fresno, CA 93721-1331, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

# Thanks for tipping, Gustin

Here's your updated Tuesday afternoon ride receipt.

## Total                                                           $30.91

| | |
|---|---|
| Trip fare | $12.34 |

| | |
|---|---|
| **Subtotal** | **$12.34** |
| CA Driver Benefits | $1.73 |
| Tip | $5.00 |
| Booking Fee | $11.84 |

## Payments



| | |
|---|---|
| American Express ••••6001<br>3/11/25 5:22 PM | $30.91 |

Visit the trip page for more information, including invoices (where available)

---

You rode with JOAN

UberX    10.69 miles | 16 min

■ **4:55 PM** | 2500 Tulare St, Fresno, CA 93721-1331, US

■ **5:11 PM** | 1508 Clovis Ave, Clovis, CA 93612-2703, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

# Thanks for tipping, Gustin

Here's your updated Wednesday morning ride receipt.

## Total                                                      $29.90

| | |
|---|---|
| Trip fare | $12.72 |

| | |
|---|---|
| Subtotal | $12.72 |
| CA Driver Benefits | $1.73 |
| Booking Fee | $10.45 |
| Tip | $5.00 |

## Payments

 American Express ••••6001                    $29.90
3/12/25 8:20 AM

Visit the trip page for more information, including invoices (where available)

You rode with JORGE

UberX   9.64 miles | 20 min

7:48 AM | 1508 Clovis Ave, Clovis, CA 93612-2703, US

8:09 AM | 2500 Tulare St, Fresno, CA 93721-1331, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

# Thanks for tipping, Gustin

Here's your updated Wednesday afternoon ride receipt.

| Total | $32.94 |
|---|---|

| Trip fare | $12.76 |
|---|---|

| Subtotal | $12.76 |
|---|---|
| Booking Fee | $11.45 |
| CA Driver Benefits | $1.73 |
| Tip | $7.00 |

## Payments

| American Express ••••6001 | |
|---|---|
| 3/12/25 5:21 PM | $32.94 |

Visit the trip page for more information, including invoices (where available)

---

You rode with Carlos

UberX     10.69 miles | 20 min

■ 4:49 PM | 2500 Tulare St, Fresno, CA 93721-1331, US

■ 5:10 PM | 1508 Clovis Ave, Clovis, CA 93612-2703, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

# Thanks for tipping, Gustin

Here's your updated Thursday morning ride receipt.

| Total | $33.94 |
|---|---|

| Trip fare | $12.55 |
|---|---|

| Subtotal | $12.55 |
|---|---|
| Booking Fee | $14.66 |
| CA Driver Benefits | $1.73 |
| Tip | $5.00 |

## Payments

| | American Express ••••6001 | $33.94 |
|---|---|---|
| | 3/13/25 9:03 AM | |

Visit the trip page for more information, including invoices (where available)

You rode with Bhupinder

UberX    10.28 miles | 25 min

7:41 AM | 1508 Clovis Ave, Clovis, CA 93612-2703, US

8:06 AM | 2500 Tulare St, Fresno, CA 93721-1331, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

March 13, 2025

# Thanks for tipping, Gustin

Here's your updated Thursday afternoon ride receipt.

## Total                                                                    $39.91

| | |
|---|---|
| Trip fare | $12.47 |

| | |
|---|---|
| Subtotal | $12.47 |
| CA Driver Benefits | $1.73 |
| Tip | $9.00 |
| Booking Fee | $16.71 |

## Payments

 American Express ••••6001
3/13/25 5:03 PM                                                          $39.91

Visit the trip page for more information, including invoices (where available)

---

You rode with Horacio

UberX    10.27 miles | 16 min

4:35 PM | 2500 Tulare St, Fresno, CA 93721-1331, US

4:52 PM | 1508 Clovis Ave, Clovis, CA 93612-2703, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

# Thanks for tipping, Gustin

Here's your updated Friday morning ride receipt.

| Total | $36.97 |
|---|---|

| Trip fare | $12.21 |
|---|---|

| Subtotal | $12.21 |
|---|---|
| Booking Fee | $14.03 |
| Tip | $9.00 |
| CA Driver Benefits | $1.73 |

## Payments

| | | |
|---|---|---|
| AMEX | American Express ••••6001<br>3/14/25 8:25 AM | $36.97 |

<u>Visit the trip page</u> for more information, including invoices (where available)

---

You rode with ARTHUR

UberX     10.64 miles | 21 min

**7:52 AM** | 1508 Clovis Ave, Clovis, CA 93612-2703, US

**8:13 AM** | 2500 Tulare St, Fresno, CA 93721-1331, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

March 14, 2025

# Here's your receipt for your ride, Gustin

We hope you enjoyed your ride this afternoon.

| Total | $22.92 |
|---|---|

| Trip fare | $11.43 |
|---|---|

| Subtotal | $11.43 |
|---|---|
| CA Driver Benefits | $1.73 |
| Booking Fee | $9.76 |

## Payments

| | | |
|---|---|---|
| AMEX | American Express ••••6001 <br> 3/14/25 11:10 PM | $22.92 |

Visit the trip page for more information, including invoices (where available)

You rode with ARSHDEEP

UberX    9.87 miles | 17 min

■    **12:14 PM** | 2500 Tulare St, Fresno, CA 93721-1331, US

■    **12:32 PM** | 1508 Clovis Ave, Clovis, CA 93612-2703, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

March 14, 2025

# Thanks for tipping, Gustin

Here's your updated Friday afternoon ride receipt.

| Total | $31.97 |
|---|---|

| Trip fare | $9.48 |
|---|---|

| Subtotal | $9.48 |
|---|---|
| Booking Fee | $8.76 |
| CA Driver Benefits | $1.73 |
| Uber Airport Surcharge | $3.00 |
| Tip | $9.00 |

## Payments

 American Express ••••6001      $31.97
3/14/25 5:31 PM

Visit the trip page for more information, including invoices (where available)

---

You rode with Abdel

UberX    4.67 miles | 13 min

■    4:58 PM | 1508 Clovis Ave, Clovis, CA 93612-2703, US

■    5:11 PM | 5175 E Clinton Way, Fresno, CA 93727, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

# Thanks for tipping, Gustin

Here's your updated Friday evening ride receipt.

## Total                                                      $52.98

| | |
|---|---|
| Trip fare | $25.32 |

| | |
|---|---|
| **Subtotal** | **$25.32** |
| Tip | $10.00 |
| LAX Airport Surcharge | $4.00 |
| Access for All Fee | $0.10 |
| Booking Fee | $12.77 |
| CA Driver Benefits | $0.79 |

## Payments

 American Express ••••6001                    $52.98
3/14/25 9:03 PM

Visit the trip page for more information, including invoices (where available)

---

You rode with Sekul

UberX     7.39 miles | 16 min

■  **8:36 PM** | Sky Way, Los Angeles, CA 90045, US

■  **8:52 PM** | 11901 Tabor St, Los Angeles, CA 90066-2821, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# Uber

March 16, 2025

## Thanks for tipping, Gustin

Here's your updated Sunday afternoon ride receipt.

| Total | $50.95 |
|---|---|

| Trip fare | $26.48 |
|---|---|

| Subtotal | $26.48 |
|---|---|
| Booking Fee | $14.58 |
| LAX Airport Surcharge | $4.00 |
| CA Driver Benefits | $0.79 |
| Tip | $5.00 |
| Access for All Fee | $0.10 |

## Payments

 American Express ••••6001
3/16/25 4:41 PM                                                       $50.95

Visit the trip page for more information, including invoices (where available)

---

You rode with Francisco

UberX   6.14 miles | 20 min

■  3:52 PM | 11829 Charnock Rd, Los Angeles, CA 90066, US

■  4:12 PM | Terminal 7/8, Los Angeles International Airport (LAX), Los Angeles, CA 90045, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

March 16, 2025

# Thanks for tipping, Gustin

Here's your updated Sunday evening ride receipt.

| Total | $26.93 |
|---|---|

| Trip fare | $9.86 |
|---|---|

| **Subtotal** | **$9.86** |
|---|---|
| Booking Fee | $7.34 |
| CA Driver Benefits | $1.73 |
| Tip | $5.00 |
| Uber Airport Surcharge | $3.00 |

## Payments

 American Express ••••6001
3/16/25 7:21 PM

$26.93

Visit the trip page for more information, including invoices (where available)

---

You rode with ADAN

UberX    5.06 miles | 11 min

6:36 PM | 5175 E Clinton Way, Fresno, CA 93727, US

6:47 PM | 1508 Clovis Ave, Clovis, CA 93612-2703, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

March 18, 2025

# Thanks for tipping, Gustin

Here's your updated Tuesday morning ride receipt.

## Total                                                $37.94

| | |
|---|---|
| Trip fare | $16.20 |

| | |
|---|---|
| **Subtotal** | **$16.20** |
| Booking Fee | $11.01 |
| Tip | $9.00 |
| CA Driver Benefits | $1.73 |

## Payments

 American Express ••••6001                    $37.94
3/18/25 8:23 AM

<u>Visit the trip page</u> for more information, including invoices (where available)

---

You rode with DANNY

UberX    9.62 miles | 21 min

▮  **7:43 AM** | 1508 Clovis Ave, Clovis, CA 93612-2703, US

▮  **8:05 AM** | 2500 Tulare St, Fresno, CA 93721-1331, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

Uber

March 18, 2025

# Thanks for tipping, Gustin

Here's your updated Tuesday evening ride receipt.

| Total | $30.95 |
|---|---|

| Trip fare | $11.73 |
|---|---|

| Subtotal | $11.73 |
|---|---|
| Booking Fee | $10.49 |
| Tip | $7.00 |
| CA Driver Benefits | $1.73 |

## Payments

| American Express ••••6001 3/18/25 6:32 PM | $30.95 |
|---|---|

Visit the trip page for more information, including invoices (where available)

---

You rode with Vanessa

UberX    9.04 miles | 17 min

6:04 PM | 2500 Tulare St, Fresno, CA 93721-1331, US

6:21 PM | 1508 Clovis Ave, Clovis, CA 93612-2703, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

# TJJ

# Costs

10:20

‹            **Ride history**            **Export**

All                    Personal                    Business

Mar 11, 2025

Priority Pickup ride
8:07 AM • 3 min                          $15.94  ›

**Mar 10, 2025**

XL ride
11:55 AM • 14 min                        $27.88  ›

Black ride
7:54 AM • 51 min                         $88.52  ›

10:20 ✈

← **Ride history**          **Export**

All          Personal          Business

8:14 AM • Canceled by you          ~~$0.00~~ >

## Mar 13, 2025



Priority Pickup ride
5:37 PM • 4 min          **$15.94** >

Priority Pickup ride
8:09 AM • 3 min          **$15.94** >



## Mar 11, 2025

Priority Pickup ride
7:54 PM • 5 min          **$19.53** >



10:19

.ıl 🛜 91

< **Ride history**     **Export**

All          Personal          Business




**Mar 14, 2025**

Priority Pickup ride
12:28 PM • 4 min          $15.82 ›



10:19

< 　　　　**Ride history**　　　　**Export**

**All**　　　　　Personal　　　　Business

## Mar 20, 2025

 Priority Pickup ride
8:31 AM • 11 min                    $15.84  >

## Mar 19, 2025



Priority Pickup ride
9:05 AM • 3 min                     $15.26  >

## Mar 18, 2025



 Priority Pickup ride
6:05 PM • 3 min                     $16.18  >

Priority Pickup ride
7:40 AM • 3 min                     $16.03  >

## Mar 17, 2025 _____

**Other" Costs**

**Private Investigator**

**Public Interest Investigations, Inc.**
304 S. Broadway, #350
Los Angeles, CA 90013

November 06, 2020

**Toni Jaramilla, Esq.**
6011 - Toni Jaramilla
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

**Invoice Number: 266**
Invoice Period: 10-01-2020 - 10-31-2020

**RE: Mickel Erich Lewis v. Kern County (6011-101)**

| | |
|---|---:|
| **Fees** | 1,440.00 |
| **Expenses** | 16.60 |
| **Total for this Invoice** | 1,456.60 |
| **Total Amount to Pay** | 1,456.60 |

**Outstanding Balance as of 11-06-2020**

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 180+ Days | Total |
|---:|---:|---:|---:|---:|---:|---:|
| 1,456.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,456.60 |

**Public Interest Investigations, Inc.**
304 S. Broadway, #350
Los Angeles, CA 90013
213.482.1780 x210
www.piila.com

November 06, 2020

**Toni Jaramilla, Esq.**
6011 - Toni Jaramilla
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

**Invoice Number: 266**
Invoice Period: 10-01-2020 - 10-31-2020

Payment Terms: Upon Receipt
**RE: Mickel Erich Lewis v. Kern County (6011-101)**

**Time Details**

| Date | Professional | Description | Hours |
|---|---|---|---|
| 10-07-2020 | M. Grillo | Review case information to plan research | 0.20 |
| 10-07-2020 | M. Grillo | Research regarding ML Sr. Background | 0.80 |
| 10-08-2020 | M. Grillo | Research regarding ML Sr. Background - case search | 3.10 |

| 10-09-2020 | M. Grillo | Draft case summary information | 2.00 |
|---|---|---|---|
| 10-12-2020 | K. Rohman | Review draft report | 0.40 |
| 10-12-2020 | K. Rohman | Draft short summary for client | 0.20 |
| 10-12-2020 | M. Grillo | Conference with Keith Rohman regarding results of case records | 0.30 |
| 10-12-2020 | M. Grillo | Review and compile case record information, confirm details | 2.10 |
| 10-15-2020 | K. Rohman | Edit report. | 0.20 |
| 10-16-2020 | M. Grillo | Draft summary of case results and findings | 0.30 |

|  |  |  | **Total** | 1,440.00 |
|---|---|---|---|---|

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| K. Rohman | 0.80 | 150.00 | 120.00 |
| M. Grillo | 8.80 | 150.00 | 1,320.00 |

## Expenses

| Expense | Description | Amount |
|---|---|---|
| Online research | Online research | 16.60 |

|  | **Total Expenses** | 16.60 |
|---|---|---|
|  | **Total for this Invoice** | 1,456.60 |
|  | **Total Amount to Pay** | 1,456.60 |

**Outstanding Balance as of 11-06-2020**

| Current | 30 Days | 60 Days | 90 Days | 120 Days | 180+ Days | Total |
|---|---|---|---|---|---|---|
| 1,456.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,456.60 |

**Toni Jaramilla, Esq.**
6011 - Toni Jaramilla
1900 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

November 06, 2020

**Public Interest Investigations, Inc.**
304 S. Broadway, #350
Los Angeles, CA 90013

**Invoice Number: 266**
Invoice Period: 10-01-2020 - 10-31-2020

## REMITTANCE COPY
### Please Include with Payment

**RE: Mickel Erich Lewis v. Kern County (6011-101)**

| **Fees** | 1,440.00 |
|---|---|
| **Expenses** | 16.60 |
| **Total for this Invoice** | 1,456.60 |

D

| Matter | Balance Due |
|---|---|
| Mickel Erich Lewis v. Kern County | 1,456.60 |
| **Total Amount to Pay** | **1,456.60** |

**Open Invoices and Credits**

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---|---|---|
| 11-06-2020 | Invoice 266 | Mickel Erich Lewis v. Kern County | 1,456.60 | | 1,456.60 |
| | | | | **Balance** | **1,456.60** |