# EXHIBIT 1

| Date | Description | Hours |
|---|---|---|
| Wednesday, December 23, 2020 | Investigate for the factual evidence of the incident (.5); reviewed and analyzed the video footage of the incident (.7); conferred with DKG (.1); conferred with RVM on analysis and potential motions to be filed in the case (.2) | 1.5 |
| Monday, January 4, 2021 | Reviewed the initial case file and drafted 1.5.1 agreement (1) | 1 |
| Wednesday, February 03, 2021 | Telephonic conference with co-plaintiffs' counsel (.6); updated DKG (.1); 1.5.1. further drafted (.5) | 1.2 |
| Thursday, February 4, 2021 | Correspondence with clients regarding 1.5.1. agreement (.2) | 0.2 |
| Tuesday, February 9, 2021 | Follow up with co-counsel (.1); Government claim documents drafted (.6) | 0.7 |
| Friday, February 12, 2021 | call with co-plaintiffs' counsel with DKG (.7) | 0.7 |
| Monday, February 15, 2021 | Draft correspondence to co-plaintiffs' counsel regarding applicable causes of actions to be included in the complaint (.6) | 0.6 |
| Friday, February 26, 2021 | Further draft the government claims documents (.6); telephonic conference with the client regarding the facts of the case (.6) | 1.2 |
| Friday, April 2, 2021 | correspondence with client (.1); conferred with RVM (.2); telephonic conference call with client (.6) | 0.9 |
| Tuesday, June 15, 2021 | Start drafting the complaint (2.2); reviewed the related case's information on the Court's docket (.2); called and left a voicemail to client (.1); analyze the facts of the case in order to further draft Complaint. (1) | 3.5 |
| Tuesday, June 29, 2021 | Confer with RVM re the complaint and the case in order to further strategize for potential motion to dismiss issue (.6) | 0.6 |
| Friday, July 2, 2021 | correspondence with co-counsel (.4); prepared *Guardian ad litem* (GAL) application and consent documents (2.5); call with the client (.1); further reviewed the case file (.3) | 3.3 |
| Tuesday, July 6, 2021 | Drafted GAL application related documents (.6); call with client (.7); further draft GAL application (.5) | 1.8 |
| Wednesday, July 14, 2021 | correspondence with co-counsels (.2); called client (.1); correspondence to client regarding GAL application related documents (.1); | 0.4 |
| Thursday, July 15, 2021 | Call with client (.1); | 0.1 |
| Tuesday, July 27, 2021 | revised the Complaint to include additional causes of action (1.4); went through the documents related to the case in order to make sure all case initiating documents are ready to be filed (1); call with client (.1) | 2.5 |
| Monday, August 9, 2021 | correspondence with co-counsel (.1) | 0.1 |

| Date | Description | Hours |
|---|---|---|
| Thursday, August 12, 2021 | further worked on the complaint (1.4) | 1.4 |
| Friday, August 13, 2021 | further revised the Complaint and case initiating documents (.2) | 0.2 |
| Wednesday, August 25, 2021 | further worked on Complaint (2); | 2 |
| Friday, August 27, 2021 | Further draft the complaint (1) | 1 |
| Tuesday, August 31, 2021 | call with additional clients (.3); revised Lewis Complaint to reflect additional clients' causes of action (.7) | 1 |
| Wednesday, September 1, 2021 | finalized the complaint (1.3) | 1.3 |
| Wednesday, September 1, 2021 | correspondence with co-plaintiffs' counsel (.2) | 0.2 |
| Tuesday, September 7, 2021 | correspondence with co-plaintiffs' counsel (.1); conferred with DKG (.3); correspondence to client's mother Roberta Haro re GAL application (.2) | 0.6 |
| Monday, November 1, 2021 | correspondence with co-plaintiffs' counsel (.2); conferred with DKG(.1) | 0.3 |
| Tuesday, November 2, 2021 | Correspondence with Defense counsel Kathleen Rivera regarding meet and confer on consolidating the cases (.2) | 0.2 |
| Wednesday, November 03, 2021 | drafted a stipulation to consolidate the cases (1); correspondence with co-plaintiffs' counsel (.1); email to co-counsel in order to further strategize for the next step (.1) | 1.2 |
| Tuesday, November 23, 2021 | correspondence with Defense counsel and counsel for other plaintiffs for stipulation to consolidate (.5) | 0.5 |
| Monday, November 29, 2021 | conferred with RVM on Scheduling Conference and potential issues at the conference (.1) | 0.1 |
| Monday, November 29, 2021 | Emailed other counsel regarding judges Proposed orders to consolidate cases (.2); conferred with SB (.3); filed the motion (.8) | 1.3 |
| Tuesday, November 30, 2021 | correspondence with opposing counsel (.3); worked on scheduling conference worksheet (1.6); further worked on the Rule 26 scheduling report (2); conferred with DKG (.2); correspondence with other Plaintiffs' counsel (.5); M&C with opposing counsel (.7); | 5.3 |

| Date | Description | Hours |
|---|---|---|
| Wednesday, December 1, 2021 | conferred with RVM on consolidated cases in order to strategize for the next step (.1) | .1 |
| Monday, December 6, 2021 | compared Complaints between Lewis 1 case and our case in order to strategize for the next step (.5) | 0.5 |
| Tuesday, December 7, 2021 | correspondence with opposing counsel (OC) on Alisha White (.2) | 0.2 |
| Wednesday, December 8, 2021 | correspondence with Defense Counsel on GAL application filed on behalf of Alisha White (.5); reviewed and analyzed the Defendants' portion of the Rule 26 revision (.3); revised the rule 26 report (.8) | 1.6 |
| Thursday, December 9, 2021 | correspondence with defense counsel on the upcoming hearing (.2) | 0.2 |
| Friday, December 10, 2021 | correspondence with co-plaintiffs' counsel (.4) | 0.4 |
| Monday, December 13, 2021 | telephonic conference with co-plaintiffs' counsel (.3); updated the proposed workshit in the scheduling worksheet (.2) | 0.5 |
| Tuesday, December 14, 2021 | correspondence with client (.2); correspondence with co-counsel (.2) | 0.4 |
| Wednesday, December 15, 2021 | updated the scheduling worksheet based on strategies on the case (.7); correspondence with co-plaintiffs' counsel (.2) | 0.9 |
| Thursday, December 16, 2021 | further worked on the scheduling report (1); conferred with DKG (.2); correspondence with defense counsel (.1); | 1.3 |
| Friday, December 17, 2021 | correspondence with co-plaintiffs' counsel (.4); finalize protective order and scheduling report (1.4); correspondence with defense counsel to meet and confer on the scheduling report (.3) | 2.1 |
| Wednesday, December 22, 2021 | emailed the defense counsel on scheduling report (.1) | 0.1 |
| Monday, December 27, 2021 | conferred with DKG (.2); emailed SB for filing (.1) | .3 |
| Tuesday, December 28, 2021 | Review and analyze the court's order on the scheduling report in order to strategize for the next step (.5) | 0.5 |

| | | |
|---|---|---|
| Wednesday, December 29, 2021 | started preparing initial disclosures due 1/3 (.5) | 0.5 |
| Thursday, December 30, 2021 | Further worked on the initial disclosures (.8) | 0.8 |
| Monday, January 3, 2022 | further worked on the initial disclosures (1); went through all the client documents (.5); conferred with DKG (.1) | 1.6 |
| Tuesday, January 4, 2022 | briefly reviewed defendant's initial disclosures (.2) | 0.2 |
| Wednesday, January 5, 2022 | correspondence with co-plaintiffs' counsel in order to meet and confer on officer deposition (.2) | 0.2 |
| Thursday, January 6, 2022 | sent out an email to Defense counsel regarding Protective order (.2); reviewed the deposition notice and finalize (.1); correspondence with SB on depo notice in order to strategize for the next step (.2); correspondence with co-plaintiffs' counsel (.3) | 0.8 |
| Tuesday, February 1, 2022 | searched on the Docket for Protective Order (.1); followed up with defense counsel on the Court's protective order (.1); | 0.2 |
| Wednesday, February 2, 2022 | reviewed the Protective Order (.3) | 0.3 |
| Friday, February 4, 2022 | correspondence with OC on Protective Order denied by the Court (.3) | 0.3 |
| Friday, February 11, 2022 | confer with DKG on Protective Order denied by the Court (.2) ; correspondence with Defense counsel and co-plaintiffs' counsel (.3) | 0.5 |
| Monday, February 14, 2022 | correspondence with co-plaintiffs' counsel (.2); correspondence with SB (.1) | 0.3 |
| Tuesday, February 15, 2022 | checked tentative Court's order on the hearing scheduled for 2/16 (.1); review/analyze the amended Protective Order (.2); conferred with DKG (.1); correspondence with OC (.3) | 0.7 |
| Thursday, February 17, 2022 | Correspondence from OC regarding the documents produced by Defendants (.1); start reviewing and analyzing documents produced by Defendants (2) | 2.1 |
| Friday, February 18, 2022 | checked the docket and obtained the amended Protective order signed by the Judge (.2); emailed to co-plaintiffs' counsel regarding factual evidence of the case (.1) | 0.3 |

| Date | Description | Hours |
|---|---|---|
| Tuesday, February 22, 2022 | correspondence with co-plaintiffs' counsel on discovery (.2); | 0.2 |
| Friday, February 25, 2022 | Start reviewing documents from co-plaintiffs' counsel in order to strategize for the next step (1) | 1 |
| Monday, February 28, 2022 | checked the docket for amended scheduling order (.2); conferred with SB on upcoming deadlines (.1); correspondence with co-plaintiffs' counsel regarding Court's scheduling order and discovery (.3); correspondence with Defense counsel (.2) | 0.8 |
| Tuesday, March 1, 2022 | correspondence with co-plaintiffs' counsel (.2); reached out to the transcription service for officer's interview (.1); conferred with DKG (.1); Provided edits to mid-discovery report (.3); reviewed Defense counsel's edits to the mid-discovery report (.1) correspondence with other counsel on the matter (.2) | 1.0 |
| Tuesday, March 8, 2022 | conferred with DKG on the strategize for the defendant's deposition (.1) | 0.1 |
| Tuesday, April 5, 2022 | followed up with the OC on possible available dates for the Defendant Ayala (.1) | 0.1 |
| Wednesday, April 6, 2022 | correspondence with co-plaintiffs' counsel in order to meet and confer on the depositions (.2) | 0.2 |
| Thursday, April 7, 2022 | conferred with DKG (.1) | 0.1 |
| Thursday, April 14, 2022 | Start reviewing relevant documents for the Defendant's deposition (.7) | 0.7 |
| Tuesday, April 19, 2022 | correspondence with co-counsel (.1); | 0.1 |
| Wednesday, April 20, 2022 | correspondence with co-counsel (.3); conferred with DKG in order to strategize for the upcoming deposition (.2) | 0.5 |
| Thursday, June 16, 2022 | Review and analyze documents and videos to prepare for Defendant officer Ayala's deposition (4); correspondence with co-plaintiffs' counsel regarding upcoming deposition (.4); conferred with DKG (.2); | 4.6 |
| Thursday, July 21, 2022 | Strategized for potential experts on the matter (.6); further analyze documents produced by Defendants (2) | 2.6 |
| Monday, July 25, 2022 | further analyze documents produced by Defendants (4) ; Telephonic conference all with client (.2); correspondence with client (.2) | 4.4 |

| Thursday, July 28, 2022 | Review and analyzed documents produced by Defendants in order to see whether further discovery request needs to be sent out (2) ; correspondence with client (.5) | 2.5 |
|---|---|---|
| Friday, July 29, 2022 | Telephonic conference with client (.6); further reviewed documents produced from Defendants and co-plaintiffs in order to strategize for further discovery (1.4) | 2.0 |
| Monday, August 1, 2022 | Telephonic conference call with client regarding discovery responses (3.5) | 3.5 |
| Tuesday, August 2, 2022 | Telephonic conference call with client on discovery (.4) | 0.4 |
| Thursday, August 4, 2022 | Start drafting written discovery requests (4.2) | 4.2 |
| Friday, August 5, 2022 | correspondence with other Plaintiffs' counsel (.1) | 0.1 |
| Tuesday, August 9, 2022 | Telephonic conference call with client (1) | 1.0 |
| Wednesday, August 10, 2022 | Prepare for for witnesses' depositions (5.2) ; call with clients (.3) | 5.5 |
| Friday, August 12, 2022 | Conference call with client (3); correspondence with other plaintiffs' counsel (.2) | 3.2 |
| Monday, August 15, 2022 | Appear at Deposition of Witness Marlyn Komeneus (2); Appear at Deposition of Witness Jessica Salcedo (2); Appear at Deposition of Witness Destiny Salcedo (1); Appear at Deposition of Witness Jeremy Terletter (2); prepare for upcoming depositions (2); correspondence with other plaintiffs' counsel (.3); confer with RVM on expert disclosures (.2) | 9.5 |
| Wednesday, August 17, 2022 | correspondence with other plaintiffs' counsel (.5); confer with DKG (.1); prepare for witness deposition scheduled for Friday (2.4) | 3.0 |
| Friday, August 19, 2022 | Appear at deposition of witness Nicholas Montoya (2); Appear at deposition of witness CHP officer Jose Castellanos (2.5) ; prepare for additional upcoming deposition (2) | 6.5 |
| Monday, August 22, 2022 | Appear at deposition of Plaintiff Mickel Lewis Jr. (3); Appear at deposition of Plaintiff Oriona Lewis (2); Appear at deposition of Plaintiff Briona Lewis (2) | 7.0 |
| Monday, August 29, 2022 | correspondence with Defense counsel regarding meet and confer on discovery responses (.2); worked on discovery responses (3) | 3.2 |
| Tuesday, August 30, 2022 | correspondence with other plaintiffs' counsel (.2) | 0.2 |

| Date | Description | Hours |
|---|---|---|
| Wednesday, August 31, 2022 | worked on discovery responses (1); correspondence with defense counsel's office (.3) | 1.3 |
| Thursday, September 1, 2022 | Conference call with client regarding discovery responses (3); worked on discovery responses (1); correspondence with client (.7) | 4.7 |
| Friday, September 2, 2022 | Prepare for upcoming deposition (3); further worked on discovery responses (3) | 6.0 |
| Tuesday, September 6, 2022 | Further prepare for coming deposition (6.5); further worked on discovery responses (2.7); correspondence with defense counsel (.7) ; confer with in firm on documents to be produced with discovery responses (.2) ; correspondence with RVM on discovery responses (.2) | 10.4 |
| Wednesday, September 07, 2022 | correspondence with client re verification (.2); correspondence with defense counsel (.6) | 0.8 |
| Thursday, September 8, 2022 | Appear at deposition of client A.W. (2); Appear at Deposition of GAL Alisha White (2); correspondence with other plaintiffs' counsel (.2) ; correspondence with defense counsel (.2) | 4.4 |
| Friday, September 9, 2022 | Appear at deposition of GAL Roberta Haro (3.5); correspondence with defense counsel (.2) | 3.7 |
| Monday, September 12, 2022 | correspondence with other plaintiffs' counsel re further discovery (.2) | 0.2 |
| Thursday, September 15, 2022 | correspondence with other plaintiffs' counsel re documents produced by Defendants (.3); | 0.3 |
| Monday, September 19, 2022 | correspondence with expert (.1) | 0.1 |
| Monday, October 10, 2022 | correspondence with other plaintiffs' counsel re potential expert on the matter (.5); correspondence with other plaintiff's counsel on expert report (.2); correspondence with potential experts (.3) ; correspondence with defense counsel in order to meet and confer on expert disclosure (.2) ; confer with DKG (.2) ; reviewed documents produced in discovery for experts (2.4) | 3.8 |
| Tuesday, October 11, 2022 | review documents produced by Defendants for initial expert disclosures (1.7); correspondence with other plaintiffs' counsel on several documents missing (.6); conferred with DKG on stipulation to extend expert discovery deadlines (.2) | 2.5 |

| Date | Description | Hours |
|---|---|---|
| Monday, October 17, 2022 | correspondence with other plaintiffs' counsel on expert disclosure (.2) | 0.2 |
| Thursday, October 20, 2022 | correspondence with other Plaintiffs' counsel (.2); reviewed deposition transcripts (1) | 1.2 |
| Monday, October 24, 2022 | conferred with DKG on expert discovery (.2) | 0.2 |
| Tuesday, October 25, 2022 | correspondence with other plaintiffs' counsel regarding expert discovery (.3); conferred with DKG on expert discovery (.1); worked on the initial expert disclosures (1) | 1.4 |
| Thursday, October 27, 2022 | correspondence with other plaintiffs' counsel (.2); | 0.2 |
| Monday, October 31, 2022 | correspondence with other plaintiffs' counsel (.4); call with other Plaintiffs' counsel in order to strategize for the next step (.4); revised the expert depo notices (.2) | 1.0 |
| Tuesday, November 1, 2022 | correspondence with defense counsel (.3); correspondence with other plaintiffs' counsel (.3); conferred in firm on expert depositions (.4); | 1.0 |
| Wednesday, November 2, 2022 | conferred with DKG (.1) | 0.1 |
| Thursday, November 3, 2022 | confer with DKG and RVM on discovery issues (.3); Research on the discovery issues (2) | 2.3 |
| Friday, November 4, 2022 | Further research on discovery issues (2); conferred with DKG (.3); m&c call with Defense counsel (.5); correspondence with other plaintiffs' counsel (.4); confer with RVM (.2) | 3.4 |
| Monday, November 7, 2022 | conferred with DKG and other Plaintiffs' counsel regarding expert depositions (.6); confer in firm on amending expert deposition notices (.2); correspondence to our experts for availabilities for depositions (.4) | 1.2 |
| Tuesday, November 8, 2022 | confer in firm on expert depositions (.3); correspondence with other plaintiffs' counsel on expert depositions (.2) | 0.5 |
| Wednesday, November 09, 2022 | subpoena matter conferred in firm (.2) | 0.2 |
| Thursday, November 10, 2022 | correspondence with Defense counsel (.2); further correspondence with Plaintiffs' experts regarding their availability (.4) | 0.6 |

| Date | Description | Hours |
|---|---|---|
| Friday, November 11, 2022 | work on objection to amended subpoena (.2); confer in firm on the objection (.2); correspondence with Defense Counsel (.2) | 0.6 |
| Monday, November 14, 2022 | worked on objection to Defendant's subpoena (.2); confer in firm regarding strategies for the next step (.1); correspondence with Defense counsel (.2); correspondence with other plaintiffs' counsel (.1) | 0.6 |
| Tuesday, November 15, 2022 | correspondence with other plaintiffs' counsel (.1); | 0.1 |
| Monday, November 21, 2022 | correspondence with other plaintiffs' counsel re stipulation (.4) | 0.4 |
| Tuesday, November 22, 2022 | drafted stipulation to be filed with the Court (.7); correspondence with other plaintiffs' counsel (.3) | 1 |
| Wednesday, November 23, 2022 | Prepare for Defendant's Expert's deposition (1) | 1 |
| Tuesday, November 29, 2022 | Prepare for the Defendants' expert Chapman's deposition (4); Appear at Defendant's expert Chapman's deposition (2); confer with other Plaintiffs' counsel (.7) | 6.7 |
| Friday, December 2, 2022 | Prepare for other expert's depositions (4); confer with DKG (.1) | 4.1 |
| Monday, December 5, 2022 | Further prepare for upcoming expert depositions (2); correspondence with Defense counsel (.2); start preparing for another expert's deposition (.4) | 2.6 |
| Tuesday, December 6, 2022 | Further worked on the stipulation (1); prepare for the expert's deposition (2) ; correspondence with other plaintiffs' counsel (.2) | 3.2 |
| Wednesday, December 07, 2022 | correspondence with defense counsel (.4); Appear at Expert deposition (1.5); further prepare for expert's deposition (1); confer with DKG on expert deposition (.3) | 3.2 |
| Thursday, December 8, 2022 | Further draft the stipulation to continue expert discovery cut-off (1) | 1 |
| Friday, December 9, 2022 | finalize the stipulation to continue expert discovery and file (1) | 1 |
| Wednesday, December 14, 2022 | correspondence with other plaintiffs' counsel (.2); confer with DKG in order to strategize for the next step (.1) | 0.3 |
| Friday, December 16, 2022 | Confer with DKG regarding further expert discovery (.1) | 0.1 |

| Date | Description | Hours |
|---|---|---|
| Monday, December 19, 2022 | correspondence with Defense counsel's office (.1); confer with DKG (.1) | 0.2 |
| Tuesday, December 20, 2022 | Further prepare for expert depositions (.5); appear at deposition of Defendant's expert Kuzel (2.5); confer with DKG (.2); confer with other plaintiffs' counsel (.2); call with Defense counsel (.1); correspondence with Defense counsel on Expert Kuzel's W-9 (.2); | 3.7 |
| Wednesday, December 21, 2022 | Start preparing for Expert Rocky Edwards' deposition (.2) | 0.2 |
| Wednesday, December 28, 2022 | correspondence with other plaintiffs' counsel and defense counsel regarding expert discovery (.5); | 0.5 |
| Tuesday, January 3, 2023 | correspondence with Defense counsel (.5); confer with DKG regarding upcoming expert deposition (.4); call with Defense Counsel (.3); correspondence with other plaintiffs' counsel (.2); prepare for upcoming expert Deposition (2.4) | 3.8 |
| Wednesday, January 4, 2023 | Appear at deposition of expert Scott DeFoe (3); prepare for further expert depositions (2.8); confer with DKG (.1) | 5.9 |
| Thursday, January 5, 2023 | Further prepare for deposition of expert Rocky Edwards (1); appear at expert Rocky Edwards' Deposition (1.5); call with other plaintiffs' counsel (.5); confer with DKG (.2) | 3.2 |
| Friday, January 6, 2023 | Prepare for deposition of expert John Gardiner (1.4); appear at deposition of expert John Gardiner (2); confer with DKG (.2) | 3.6 |
| Monday, January 9, 2023 | correspondence with other plaintiffs' counsel regarding further expert discovery (.2) | 0.2 |
| Tuesday, January 10, 2023 | confer with DKG (.1) | 0.1 |
| Friday, January 20, 2023 | confer with DKG regarding Defendant's motion to exclude (.2); review and analyze Defendant's motion to exclude (.9); correspondence with Other plaintiff's counsel (.3) | 1.4 |
| Monday, January 23, 2023 | Review and analyze Oppositions to motion to exclude draft (2.7) | 2.7 |
| Tuesday, January 24, 2023 | caselaw research (1) | 1 |
| Thursday, January 26, 2023 | caselaw research (1) | 1 |

| Wednesday, February 1, 2023 | correspondence with Defense counsel on Motion for Summary Judgment (.2); confer with other p's counsel (.2) | 0.4 |
|---|---|---|
| Wednesday, February 8, 2023 | correspondence with other plaintiff's counsel (.3); confer with DKG on the Motion for Summary Judgment (.2) ; correspondence with Defense counsel (.2) | 0.7 |
| Friday, February 10, 2023 | Meet and confer correspondence with Defense counsel and counsel for other P's counsel regarding meet and confer on Motion for Summary Judgment (.4) | 0.4 |
| Monday, February 13, 2023 | correspondence with Defense counsel (.2); review of Defendant's proposed statement of undisputed facts (.5); confer with DKG (.1) | 0.8 |
| Thursday, February 16, 2023 | reviewed the undisputed facts from Defendants (2); Meet and confer on Motion for Summary Judgment matter with DKG and other Ps' counsel (1.5) | 3.5 |
| Monday, February 20, 2023 | correspondence with expert Scott DeFoe on his deposition transcript review (.2) | 0.2 |
| Friday, February 24, 2023 | reviewed the errata sheet by expert Scott DeFoe (.2) | 0.2 |
| Wednesday, March 1, 2023 | correspondence with other plaintiffs' counsel on Defendants' proposal on Motion for Summary Judgment (.3); confer with DKG (.3) | 0.6 |
| Friday, March 3, 2023 | reviewed correspondence from the Defense counsel (.1) ; confer with DKG (.2) ; further correspondence with Defense counsel (.1) | 0.4 |
| Tuesday, March 14, 2023 | correspondence with other plaintiffs' counsel and defense counsel (.5) | 0.5 |
| Monday, March 20, 2023 | review Court's ECF notice/order (.1) | 0.1 |
| Friday, May 5, 2023 | start working on the settlement conference statement/mediation brief (1); further draft settlement conference statement by reviewing depo transcripts (3) | 4 |
| Monday, May 8, 2023 | correspondence with court clerk (.3) ; prepare for the settlement conference with the Court (2); call with clients regarding the settlement conference with the Court (2) | 4.3 |
| Tuesday, May 9, 2023 | correspondence with Defense counsel (.2) ; further worked on settlement conference/mediation brief (2) | 2.2 |
| Thursday, May 11, 2023 | Further worked on settlement conference/mediation brief (5) ; correspondence with other plaintiff's counsel (.2) ; drafted and filed notice of appearance (.3) | 5.5 |

| Friday, May 12, 2023 | Further prepare for the settlement conference (4) | 4 |
|---|---|---|
| Monday, May 15, 2023 | Pre-settlement conference with the Magistrate Judge with DKG (.5); call with other plaintiff's counsel (.3) ; Further prepare for the settlement conference (.4) | 1.2 |
| Wednesday, May 17, 2023 | Further prepare for the settlement conference (2) | 2 |
| Thursday, May 18, 2023 | call with clients (.5) ; confer with DKG (.3) | 0.8 |
| Friday, May 19, 2023 | Appear at mandatory settlement conference (3.5); confer with other plaintiffs' attorney (.2); call with clients (.5) | 4.2 |
| Wednesday, July 12, 2023 | review local rules for meet and confer on the joint pretrial statement (.2). | 0.2 |
| Tuesday, October 10, 2023 | call with clients (.6) | 0.6 |
| Wednesday, October 11, 2023 | call with clients (1) | 1 |

Total Hours: 265.5