EXHIBIT 7

**FILED**

CLERK, U.S. DISTRICT COURT

**8/25/23**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ V. Figueroa _____ DEPUTY

1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                          **CENTRAL DISTRICT OF CALIFORNIA**
10

11  TAMMY MURILLO                    )        Case No. CV 21-8738 FMO (AGRx)
                                     )
12              Plaintiff,           )
                                     )
13        v.                         )        **VERDICT FORM**
                                     )
14  CITY OF LOS ANGELES, et al.,     )
                                     )
15              Defendants.          )
                                     )
16  _____ )

17        WE, THE JURY in the above-entitled action, unanimously find the following with respect

18  to the questions presented to us:

19                          <u>Excessive Force and Battery Claims</u>

20  **Question No. 1:**    Do you find by a preponderance of the evidence that any of the following

21                         officer defendants used force against Jesse Murillo that was unreasonable

22                         under the circumstances?

23                         Fred Sigman              YES  ✓        NO _____

24                         Christopher Montague     YES  ✓        NO _____

25

26  *If you gave any "yes" answers to Question No. 1, please proceed to Question No. 2.*

27  *If you answered only "no" to Question No. 1, please proceed to Question No. 3.*

28

<u>Bane Act Claim</u>

**Question No. 2:**   Do you find by a preponderance of the evidence that any of the officer defendants violated the Bane Act by using excessive force against Jesse Murillo?

Fred Sigman            YES ___✓___         NO _____
Christopher Montague   YES ___✓___         NO _____

*Please proceed to Question No. 3.*

<u>Negligence Claim</u>

**Question No. 3:**   Do you find by a preponderance of the evidence that any of the following officer defendants were negligent towards Jesse Murillo?

Fred Sigman            YES ___✓___         NO _____
Christopher Montague   YES ___✓___         NO _____

*If you gave any "yes" answers to Question No. 3, please proceed to Question No. 4.*

*If you answered only "no" to Question No. 3, but gave any "yes" answers to Question No. 1, please proceed to Question No. 6.*

*If you answered only "no" to Question Nos. 1 and 3, you are finished.  Do not answer any more questions.  Please skip to the end and sign, date, and return this form.*

2

<u>Comparative Fault</u>

**Question No. 4:** Do you find by a preponderance of the evidence that Jesse Murillo's negligence was a substantial factor in causing his death?

YES  √      NO _____

*If you answered "yes" to Question No. 4, please proceed to Question No. 5.*

*If you answered "no" to Question No. 4, please proceed to Question No. 6.*

**Question No. 5:** If you answered yes to Question No. 4, what percentage of negligence that resulted in Jesse Murillo's death was caused by the officer defendants, and what percentage, if any, was caused Jesse Murillo? Your total should equal 100%.

Fred Sigman ____45____ %

Christopher Montague ____48____ %

Jesse Murillo ____7____ %

*Please proceed to Question No. 6.*

3

<u>Damages – Jesse Murillo</u>

**Question No. 6:**   If you gave any "yes" answers to Question No. 1 above, what are Jesse Murillo's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering    $ _$6.5 million_

Loss of life    $ _$5.3 million_

*Please proceed to Question No. 7.*

<u>Damages – Tammy Murillo</u>

**Question No. 7:**   If you gave any "yes" answers to either Question No. 1 or 3 above, what are the Plaintiff's wrongful death damages for the loss of her son, Jesse Murillo?

Wrongful death damages    $ _12 million_

*Please sign, date, and return this form.*

Dated this _25_ day of August, 2023.

_____
JURY FOREPERSON

4