# EXHIBIT 10

FILED
CLERK, U.S. DISTRICT COURT

Apr 26, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KT___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO NAJERA SALGADO, ALEJANDRO NAJERA SALGADO, and Y.S., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAN PONDER,<br><br>　　　　　　　　Defendant. | Case No. ED CV 18-762-DMG (SPx)<br><br>**VERDICT FORM**<br><br>**REDACTED AS TO THE FOREPERSON'S NAME** |

We, the jury, unanimously find as follows:

**Question No. 1:**  On Plaintiffs' Section 1983 claim for excessive force in violation of the Fourth Amendment, we find in favor of:

(Choose one):   Plaintiffs: __✓__   Defendant Dan Ponder: _____

If you found in favor of Plaintiffs on Question No. 1, answer Question Nos. 2 and 3. If you did not find in favor of Plaintiffs on Question No. 1, skip the remaining questions, answer no more questions on this verdict form, and have the presiding juror sign and date the form.

1  **Question No. 2:** What amount of damages, if any, do you find that Plaintiffs'
2  decedent Najera sustained as a result of the actions of defendant Ponder?

4  $ 10 million

6  **Question No. 3:** Was the conduct of Defendant Ponder malicious, oppressive, or
7  in reckless disregard of decedent Clemente Najera's rights?

9  (Choose one):   Yes: _____   No: ___✓___

13  DATED: 4/26/23

