# EXHIBIT 11



1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9      **CENTRAL DISTRICT OF CALIFORNIA**
10     **SOUTHERN DIVISION**
11

| | |
|---|---|
| FERMIN VINCENT VALENZUELA, | Case No.: SACV 17-00278-CJC (DFMx), consolidated with SACV 17-02094-CJC (DFMx) |
| Plaintiff, | |
| v. | |
| CITY OF ANAHEIM, et al., | **PHASE II VERDICT FORM** |
| Defendants. | |
| VINCENT VALENZUELA and XIMENA VALENZUELA by and through their guardian PATRICIA GONZALEZ, | |
| Plaintiffs, | |
| v. | |
| CITY OF ANAHEIM, et al., | |
| Defendants. | |

-1-

# VERDICT FORM

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

**QUESTION 1:**

What are Fermin Vincent Valenzuela Junior's survival damages for his loss of life and for his pre-death pain and suffering?

Loss of life:              $ 3.6 Million

Pre-death pain and suffering:    $ 6 Million

*Proceed to Question 2.*

**QUESTION 2:**

What are Vincent Valenzuela's damages for the past and future loss of Fermin Vincent Valenzuela Junior's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, and guidance?

$ 1.8 Million

*Proceed to Question 3.*

-2-

**QUESTION 3:**

What are Ximena Valenzuela's damages for the past and future loss of Fermin Vincent Valenzuela Junior's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, and guidance?

$ __1.8 Million__

*Please sign and date this form, and then return it to the Court.*

Dated: __NOV 20, 19__

Signed: ███████████████████████
/Presiding Juror

-3-