# EXHIBIT 14

FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

REDACTE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJYNE G., DEUJANYE G., and DYVONN G., by and through their guardian ad litem KHANDI ROSE; and KAILYNN G., by and through her guardian ad litem KANDACE SIMPLIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CULVER CITY POLICE DEPARTMENT, and OFFICER LUIS MARTINEZ,<br><br>Defendants | Case No.: CV10-9497 MWF (MANx)<br><br>**SPECIAL VERDICT FORM** |

We, the jury, answer the questions submitted to us as follows:

1. **Did Officer Luis Martinez use excessive force against Decedent Lejoy Grissom on April 25, 2010?**

   ☒ Yes            ☐ No

   If your answer to question 1 is no, proceed to the end and sign and date this verdict form and return it to the Court Clerk. If your answer to question 1 is yes, proceed to the next question.

- 1 -
SPECIAL VERDICT FORM

2. **What are Lejoy Grissom's damages?**  $ 825,000.

Proceed to the next question.

3. **What are Dajyne G.'s damages?**
   a. Past non-economic damages:  $ 500,000.
   b. Future non-economic damages:  $ 1,500,000.

Proceed to the next question.

4. **What are Deujanye G.'s damages?**
   a. Past non-economic damages:  $ 500,000.
   b. Future non-economic damages:  $ 1,500,000.

Proceed to the next question.

5. **What are Dyvonn G.'s damages?**
   a. Past non-economic damages:  $ 500,000.
   b. Future non-economic damages:  $ 1,500,000

Proceed to the next question.

6. **What are Kailynn G.'s damages?**
   a. Past non-economic damages:  $ 500,000.
   b. Future non-economic damages:  $ 1,500,000.

When you have finished, sign and date this form and return it to the Court Clerk.

SIGNED:  **REDACTE**           Date: 5/8/13
Presiding Juror

- 2 -
SPECIAL VERDICT FORM