# EXHIBIT 17

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., a minor by and through his Guardian ad litem STEPHANIE SENTELL, and PAMELA AMICI, | Case No.: SACV11-00536 AG (RNBx) *Consolidated with* SACV11-06379 PA (MRXx) |
| Plaintiff, | *Honorable Andrew Guilford* REDACTED |
| vs. | **SPECIAL VERDICT** |
| CITY OF LONG BEACH, | |

## QUESTION NO. 1:

Did any defendant violate decedent's Fourth Amendment rights by using excessive force?

Officer Shurtleff          Yes ✗     No____

Officer Ortiz              Yes ✗     No____

Please answer Question No.2.

///
///
///
///

1

SPECIAL VERDICT

**QUESTION NO. 2:**

Did either Defendant commit a battery against the decedent?

Officer Shurtleff                                   Yes ✗        No _____

Officer Ortiz                                       Yes ✗        No _____

Please answer Question No. 3

**QUESTION NO. 3:**

Was either Defendant Negligent?

Officer Shurtleff                                   Yes ✗        No _____

Officer Ortiz                                       Yes ✗        No _____

If you answered "no" to questions numbers 1, 2 and 3 then do not answer any other questions. Sign and return this verdict to the Courtroom attendant or bailiff. If you answered "yes" to Question 1, 2 or 3, as to either Defendant, please answer Question No. 4.

**QUESTION NO. 4:**

Was the negligence of any Defendant a substantial factor in causing death to the decedent?

Officer Shurtleff                                   Yes ✗        No _____

Officer Ortiz                                       Yes ✗        No _____

If you answered Question 1, 2 or 4 "yes" as to any Defendant, please answer Question No. 5. Otherwise sign and return this verdict to the Courtroom attendant or bailiff.

2

SPECIAL VERDICT

1  **QUESTION NO. 5:**

2      What are Plaintiffs' damages?

3      Mark Zerby                              $ 2 Million

4      Pamela Amici                            $ 1 Million

5      River Sentell                           $ 3.5 Million

6      Please answer Question No. 6.

7

8  **QUESTION NO. 6:**

9      Was the decedent negligent?

10                                  Yes ✗    No ____

11     If you answered Question No. 6 "yes" please answer Question No. 7; if you

12  answered Question No. 6 "no" proceed to Question No. 9.

13

14  **QUESTION NO. 7:**

15     Was the negligence of the decedent a substantial factor in causing his death?

16

17                                  Yes ____    No ✗

18     If you answered Question No. 7 "yes," please answer Question No. 8; if you

19  answered Question No. 7 "no," please skip Question No. 8 and proceed to Question

20  No. 9.

21

22

23

24

25

26

27

28

3

SPECIAL VERDICT

**QUESTION NO .8:**

Assuming 100% is the total amount of negligence, what percentage is attributable to the defendants and the decedent?

| | |
|---|---|
| Officer Shurtleff | _____% |
| Officer Ortiz | _____% |
| Douglas Zerby | _____% |
| TOTAL | 100% |

**QUESTION NO. 9:**

Did any defendant act with malice, oppression or reckless disregard of the decedent's rights?

| | | |
|---|---|---|
| Officer Shurtleff | Yes X | No _____ |
| Officer Ortiz | Yes X | No _____ |

DATED: 4/4/2013

_____
Presiding Juror

4

SPECIAL VERDICT