James D. Weakley, Esq.        Bar No. 082853
Brande L. Gustafson, Esq.     Bar No. 267130
**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Deputy Jason Ayala

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>　　　　　　Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21−CV−01352−DAD−JLT*<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY EXECUTION OF JUDGMENT AND WAIVE BOND** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br>　　　　　　Defendants. | Date: June 16, 2025<br>Time: 1:30 p.m.<br>Ctrm: 6 (7th Floor)<br>Judge: Hon. District Judge Kirk E. Sherriff |

///

TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 16, 2025 at 1:30 p.m.or as soon thereafter as the matter can be heard in Courtroom 6, on the 7th Floor of the above-entitled court, located at 2500 Tulare Street, Fresno, California, defendants County of Kern ("County")—erroneously sued as Kern County—and Deputy Jason Ayala ("Deputy Ayala") (collectively "Defendants") hereby move this Court for an order staying execution of judgement under Rule 62 of the Federal Rules of Civil Procedure, pending the Court's resolution of Defendants' Rule 50(b) and Rule 59 motions, including the Court's exercise of its discretion to waive requirement of a bond or other security, until at least thirty days after the Court's order on the pending motions.

The parties have discussed the matters addressed in this Motion and were unable, following their meet and confer efforts, to reach a resolution.

This Motion is made upon the following grounds:

1.  The judgment in this action must be stayed as to the County and Deputy Ayala under California Code of Civil Procedure § 995.220(b), as this California statute either (i) is a substantive statute this Court is bound to enforce.

2.  Alternatively, if the Court does not order a stay of enforcement of the Judgment, it should order an unsecured stay or a stay secured by a reduced bond amount given the County's financial ability to pay the Judgment if unsuccessful on appeal.

This motion is based on this notice of motion and motion, the attached memorandum of points and authorities, supporting declarations of Elsa Martinez and Lisa Dearmore, and on the records and files of this matter, and on such oral and documentary evidence as may be presented at the hearing of this motion.

Dated: May 12, 2025

WEAKLEY & ARENDT
A Professional Corporation

By: */s/ Brande L. Gustafson*
James D. Weakley
Brande L. Gustafson
Attorneys for Defendant,
Deputy Jason Ayala

1
2
3
4
5
6

MARGO A. RAISON, COUNTY COUNSEL

By: */s/ Andrew C. Hamilton*
Marshall S. Fontes, Chief Deputy
Andrew C. Hamilton, Deputy
Kimberly L. Marshall, Deputy
Attorneys for Defendant County of Kern,
("erroneously sued as Kern County")

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
Defendants' Notice of Motion & Motion to Stay Execution of Judgment and Waive Bond