| | |
|---|---|
| James D. Weakley, Esq. (SBN 082853)<br>Brande L. Gustafson, Esq. (SBN 267130)<br>**WEAKLEY & ARENDT**<br>A Professional Corporation<br>5200 N. Palm Avenue, Suite 211<br>Fresno, California 93704<br>Telephone: (559) 221-5256<br>Facsimile: (559) 221-5262<br>Jim@walaw-fresno.com<br>Brande@walaw-fresno.com<br><br>Attorneys for Defendant, Deputy Jason Ayala | MARGO A. RAISON, COUNTY COUNSEL<br>Kimberly L. Marshall, Deputy (SBN 186838)<br>Andrew C. Hamilton, Deputy (SBN 299877)<br>Kern County Administrative Center<br>1115 Truxtun Avenue, Fourth Floor<br>Bakersfield, CA 93301<br>Telephone: (661) 868-3800<br>Facsimile: (661) 868-3805<br>ahamilton@kerncounty.com<br>marshallkim@kercounty.com<br><br>Attorneys for Defendant County of Kern |

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21-CV-01352-DAD-JLT*<br><br>**DECLARATION OF LISA DEARMORE IN SUPPORT OF DEFENDANTS' MOTION TO STAY ENFORCEMENT OF JUDGMENT AND WAIVE BOND** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br>Plaintiffs,<br>vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br>Defendants. | Date: June 16, 2025<br>Time: 1:30 p.m.<br>Ctrm: 6 (7th Floor)<br>Judge: Hon. District Judge Kirk E. Sherriff |

///

///

---
1

Declaration of Lisa Dearmore in Support of Defendants' Motion to Stay Enforcement of Judgment & Waive Bond

I, Lisa Dearmore, declare as follows:

1. I am the Risk Manager for Defendant County of Kern ("County"). Risk Management is a Division of the Office of County Counsel. I have worked within the insurance industry in many capacities for both the private and public sectors for over 25 years. I have personal knowledge of the facts described within and if called to testify, would testify as follows.

2. As part of my duties as Risk Manager, I'm responsible to the County Counsel for the overall direction and coordination of the County's Risk Management Program which includes the Safety Program, Self-insured Liability Program and Self-insured Workers' Compensation Program. I analyze the degree of exposure County assets have to various types of casualties and identify hazards and potential liabilities to evaluate insurable risks. I also review, negotiate, and recommend the purchase of excess and specialty insurance coverage for the County. I work with insurance providers in relation to litigation filed against the County. In that capacity, and concerning this litigation, I have inquired about the cost of an undertaking to secure the County and Deputy Jason Ayala's ("Deputy Ayala") payment of the Judgment at issue.

3. I have received a quote for bond to secure Defendants' full payment of the Judgment for an annual premium of approximately $215,098. For purpose of obtaining quotes, I asked for a quote assuming a bonding obligation of $34,415,739, secured at the rate of 125% of the potential judgment (as applicable under California statutes) or $43,019,674. I received a quote from a broker the County works with at Alliant Insurance Services, Inc. I was advised that Travelers Insurance would issue an undertaking to secure the County's performance for an annual premium of 0.5% of the bonded amount. Assuming the County were required to bond for $43,019,674, this means the premium for one year would be $215,098. I am advised that Travelers would not require the County to put up collateral as a condition for securing the undertaking.

4. If issued, this undertaking would be available to the County and Deputy Ayala for the full time it takes for this court to rule on post-trial motions and for the Ninth Circuit

1 | Court of Appeal to rule on Defendants' appeal, should an appeal become necessary.

2 |     5.    Travelers has not yet confirmed that it will issue the requested undertaking. It has advised the County it would need to take into account a number of factors prior to making a final decision to issue the County the bond. Chiefly, Travelers would need to consider whether the County would be able to invoke a California statute, Government Code section 984, to pay the Judgment in up to ten annual installments, as that section allows under certain circumstances. If an installment plan were approved in the event the County were required to pay the Judgment, Travelers advises it would also need to consider whether the Plaintiffs would have any ability to call the bond during the period in which the County is making installment payments.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in Bakersfield, California on May 12, 2025.

By: *Lisa Dearmore* (signature)
Lisa Dearmore

---

3
Declaration of Lisa Dearmore in Support of Defendants' Motion to Stay Enforcement of Judgment & Waive Bond