1 | James D. Weakley, Esq.    Bar No. 082853
2 | Brande L. Gustafson, Esq.    Bar No. 267130
**WEAKLEY & ARENDT**
A Professional Corporation
3 | 5200 N. Palm Avenue, Suite 211
Fresno, California 93704
4 | Telephone: (559) 221-5256
Facsimile: (559) 221-5262
5 | Jim@walaw-fresno.com
Brande@walaw-fresno.com
6 |
7 | Attorneys for Defendant, Deputy Jason Ayala

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest, | Case No. 1:21-CV-00378-KES-CDB *Consolidated with Case No. 1:21−CV−01352−DAD−JLT* |
| Plaintiff, | **DECLARATION OF BRANDE L. GUSTAFSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |
| vs. | |
| KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive, | |
| Defendant. | |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr., | Date: June 16, 2025 Time: 1:30 p.m. Ctrm: 6 (7th Floor) Judge: Hon. District Judge Kirk E. Sherriff |
| Plaintiffs, | |
| vs. | |
| COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive, | |
| Defendants. | |

/ / /

---

1

I, Brande L. Gustafson declare as follows:

1.      I am an attorney at law, duly licensed to practice before all of the courts in the State of California and the United States District Court for the Eastern District of California.  I am a senior associate attorney in the law firm of Weakley & Arendt, A Professional Corporation, the attorneys of record for defendant Deputy Jason Ayala ("Deputy Ayala"). As such, I have personal knowledge of the matters set forth herein, except those maters stated on information and belief, and would so testify.

2.      I was admitted to the California Bar in December 2009.   I am also admitted to practice in the United States District Court for the Eastern District of California, United States District Court for the Central District of California, the Ninth Circuit Court of Appeals, and the Supreme Court of the United States of America.

3.      I have worked for Weakley & Arendt, A Professional Corporation since September 2010.  During the past nearly 15 years, I have defended primarily civil rights cases, most of which involve claims of excessive force by law enforcement officers employed by local municipal entities within the Eastern District of California.  As a result, I am familiar with the attorneys who have represented the plaintiffs in those cases, including those attorneys who are located within the Eastern District of California.

4.      I am aware that many local lawyers have handled and are willing to handle civil rights lawsuits.  I am currently handling civil rights cases against the following lawyers from the Fresno area: Kevin Little (5 cases), Stuart Chandler, Nicholas J.P. Wagner (officer-involved shooting death case).  I have handled numerous civil rights cases against attorney Kevin Little, including civil rights cases resulting in appeals to the Ninth Circuit.

5.      I have handled the defense in other civil rights cases with the following Bakersfield area attorneys: Daniel Rodriguez (an officer-involved shooting in Tehachapi and in-custody death case), David Cohn (an in-custody death case), Chantal A. Trujillo (an officer-involved shooting in Tehachapi and in-custody death case), Mark J. Whittington (an officer-involved shooting in Tehachapi and in-custody death case), Joel T. Andreesen (an officer-

Brande L. Gustafson Decl. in Support of Defendants' Opposition to Plaintiffs' Motion for Attorney Fees

1  involved shooting in Tehachapi), Ralph B. Wegis (jail failure to protect case), John Kawai (in-
2  custody death case).

3      6.      In the past, I have handled the defense in other civil rights cases with the
4  following Fresno area attorneys: William L. Schmidt (two officer-involved shooting death
5  cases), Stuart Chandler (an officer-involved shooting death), Mark Coleman (an officer-involved
6  shooting death case), Eric Schweitzer (officer-involved shooting death case); Dan Harralson (jail
7  medical care case), John Ormand (excessive force), Michael Elder (excessive force), Warren
8  Paboojian (excessive force); Mario DiSalvo (excessive force), Patience Milrod (excessive force),
9  and Jerry Lowe (excessive force).

10      7.      Based upon my 15 years of experience there are numerous attorneys in the
11  Central Valley area that are competent, experienced, and willing to handle tough civil rights
12  litigation against law enforcement.

13      8.      Attached hereto as **Exhibit 1**, is a true and correct copy of the table
14  documenting the hourly fees sought regarding Dale Galipo which Defendants believe are
15  improper and must be excluded before the Court can determine the loadstar amount.

16      9.      Attached hereto as **Exhibit 2,** is a true and correct copy of the table
17  documenting the hourly fees sought regarding Renee V. masongsong which Defendants
18  believe are improper and must be excluded before the Court can determine the loadstar
19  amount.

20      9.      Attached hereto as **Exhibit 3,** is a true and correct copy of the table
21  documenting the hourly fees sought regarding Ranhee Lee which Defendants believe are
22  improper and must be excluded before the Court can determine the loadstar amount.

23      10.     Attached hereto as **Exhibit 4,** is a true and correct copy of the table
24  documenting the hourly fees sought regarding Toni Jaramilla which Defendants believe are
25  improper and must be excluded before the Court can determine the loadstar amount.

26      11.     Attached hereto as **Exhibit 5,** is a true and correct copy of the table
27  documenting the hourly fees sought regarding Santiago Laurel which Defendants believe are

28

Brande L. Gustafson Decl. in Support of Defendants' Opposition to Plaintiffs' Motion for Attorney Fees

improper and must be excluded before the Court can determine the loadstar amount.

12.     Attached hereto as **Exhibit 6,** is a true and correct copy of the table documenting the hourly fees sought regarding Stefany Aderson which Defendants believe are improper and must be excluded before the Court can determine the loadstar amount.

13.     Nearly every time entry submitted by Bernard Alexander, III, Britt Karp, Natalie Khoury, Gustin Ham, Alicia Billalobos include something objectionable, whether it be intra-office conferences, clerical work, or improper block billing which Defendants believe to be improper and must be excluded before the Court can determine the loadstar amount. Defendants would request their time be reduced accordingly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in Fresno, California on May 16, 2025.

 */s/ Brande L. Gustafson*
Brande L. Gustafson

Brande L. Gustafson Decl. in Support of Defendants' Opposition to Plaintiffs' Motion for Attorney Fees

**DALE K. GALIPO OBJECTIONABLE TIME ENTRIES**

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
| 12/23/20 | Discussion w/ Ms. Lee re facts of case | 0.1 | Impermissible intra-office conference |
| 02/03/21 | Discussion w/ Ms. Lee re telephone conference w/co-plaintiffs' counsel | 0.1 | Impermissible intra-office conference |
| 2/12/21 | Call w/ co-plaintiffs' counsel and Ms. Lee | 0.7 | Impermissible intra-office conference |
| 9/07/21 | Discussion w/ Ms. Lee re correspondence with co-plaintiffs' counsel | 0.3 | Impermissible intra-office conference |
| 11/01/21 | Discussion w/ Ms. Lee re correspondence with co-plaintiffs' counsel | 0.1 | Impermissible intra-office conference |
| 11/30/21 | Discussion w/ Ms. Lee re Rule 26(f) report | 0.2 | Impermissible intra-office conference |
| 12/16/21 | Further discussions w/ Ms. Lee re Rule 26(f) report | 0.2 | Impermissible intra-office conference |
| 12/27/21 | Discussion w/ Ms. Lee re Rule 26(f) report following e-mails w/ defense counsel | 0.2 | Impermissible intra-office conference |
| 1/03/22 | Discussion w/ Ms. Lee re Plaintiffs' initial disclosures | 0.1 | Impermissible intra-office conference |
| 2/11/22 | Discussion w/ Ms. Lee re protective order denied by the Court | 0.2 | Impermissible intra-office conference |
| 6/25/23 | Review Hiserodt report | 0.7 | Withdrawn expert |
| 1/18/25 | Review Depositions – Witnesses | 2.8 | Vague as to which witnesses as several witnesses were not called to testify at trial |
| 1/19/25 | Review Expert Depositions | 1.7 | Vague as to which experts as many of the experts were not called to testify at trial and Defense expert Kuzel was precluded from testifying |
| 1/25/25 | Review Expert Depositions | 4.0 | Vague as to which experts as many of the experts were not called to testify at trial and Defense expert Kuzel was precluded from testifying. |
| 1/26/25 | Review Statements | 1.8 | Vague as it is not clear what this is referencing. |
| 1/27/25 | Review Depositions | 2.2 | Vague as to which depositions were reviewed or whether the review related to witnesses or experts not called to testify or related to claims that were withdrawn or dismissed. |
| 1/28/25 | Review Depositions | 2.5 | Vague as to which depositions were reviewed or whether the |

**Exhibit 1** - Page 1

**DALE K. GALIPO OBJECTIONABLE TIME ENTRIES**

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
| | | | review related to witnesses or experts not called to testify or related to claims that were withdrawn or dismissed. |
| 1/29/25 | Review Statements | 1.5 | Vague as it is not clear what this is referencing. |
| 1/30/25 | Review Expert Reports | 1.4 | Vague as to which expert reports were reviewed or whether the review related to withdrawn experts or experts not called to testify. |
| 1/31/25 | Review Expert Reports | 1.1 | Vague as to which expert reports were reviewed or whether the review related to withdrawn experts or experts not called to testify. |
| 2/02/25 | Review Depositions | 2.7 | Vague as to which depositions were reviewed or whether the review related to witnesses or experts not called to testify or related to claims that were withdrawn or dismissed. |
| 2/03/25 | Review Depositions | 3.3 | Vague as to which depositions were reviewed or whether the review related to witnesses or experts not called to testify or related to claims that were withdrawn or dismissed. |
| 2/04/25 | Review Depositions | 2.0 | Vague as to which depositions were reviewed or whether the review related to witnesses or experts not called to testify or related to claims that were withdrawn or dismissed. |
| 2/05/25 | Review Statements/Investigations Report | 1.5 | Vague as it is not clear what is referenced with regard to "review statements". |
| 2/10/25 | Draft Voir Dire; Discussions w/ Ms. Masongsong re Defendants' anticipated Motions in Limine | 1.3 | Impermissible block billing; Impermissible intra-office conference |
| 2/12/25 | Draft Opening Statement; Discussions w/ Ms. Masongsong re demonstratives and courtroom tech | 1.8 | Impermissible block billing; Impermissible intra-office conference |
| 2/15/25 | Review Motion In Limine – review final/pre-trial order | 1.2 | Impermissible block billing |

**Exhibit 1** - Page 2

## DALE K. GALIPO OBJECTIONABLE TIME ENTRIES

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
|      |         |      |           |
| 2/16/25 | Outline Depositions | 4.4 | Vague as to which depositions were outlined or whether the outlining related to witnesses or experts not called to testify or related to claims that were withdrawn or dismissed. |
| 2/17/25 | Outline Statements | 1.8 | Vague as it is not clear what is referenced with regard to "outline statements". |
| 2/22/25 | Outline Statements | 2.2 | Vague as it is not clear what is referenced with regard to "outline statements". |
| 3/14/25 | Trial -Trial Preparation; Discussion w/ Ms. Masongsong re Defendants' Rule 50(a) motion and plaintiffs' position on jury instructions | 15.8 | Impermissible block billing; Impermissible intra-office conference |
| **Total Objectionable Hours:** | | **59.9** | |

**Exhibit 1**  - Page 3

## RENEE V. MASONGSONG OBJECTIONABLE TIME ENTRIES

| Date | Subject | Time | Objection |
|---|---|---|---|
| 12/23/220 | Confer with junior associate Ranhee Lee re: case analysis (0.2); | 0.2 | Impermissible intra-office conference |
| 4/02/21 | Confer with Ms. Lee on next steps in case | 0.2 | Impermissible intra-office conference |
| 6/29/21 | Confer with Ms. Lee on the claims in the complaint and next steps in the case / provide guidance | 0.6 | Impermissible intra-office conference |
| 11/29/21 | Confer with Ms. Lee on upcoming scheduling conference | 0.1 | Impermissible intra-office conference |
| 12/01/21 | Confer with/ advise Ms. Lee on next steps in case | 0.1 | Impermissible intra-office conference |
| 8/15/22 | Advise Ms. Lee on expert disclosures | 0.2 | Impermissible intra-office conference |
| 9/06/22 | Advise Ms. Lee on discovery responses | 0.2 | Impermissible intra-office conference |
| 11/03/22 | Advise Ms. Lee on discovery issues | 0.2 | Impermissible intra-office conference |
| 11/04/22 | Confer with/ advise Ms. Lee on discovery issues | 0.2 | Impermissible intra-office conference |
| **11/13/2023** | Review transition memo from Ms. Lee (0.4); | 0.4 | Impermissible intra-office conference |
| 4/03/24 | Email correspondence with co-Plaintiffs' counsel Britt L. Karp re: joint status report (0.1); review Galipo trial calendar for available trial dates (0.3) | 0.4 | Impermissible intra-office conference; Impermissible clerical work |
| 4/04/24 | Review trial calendar again for any further availability (0.3); | 0.3 | Impermissible clerical work |
| 4/05/24 | Review trial calendar again for any further availability | 0.2 | Impermissible clerical work |
| 4/12/24 | Review trial calendar for potential trial dates in 2024 (0.3); Email correspondence with Ms. Karp re: proposed trial dates (0.1) | 0.4 | Impermissible intra-office conference; Impermissible clerical work |

**Exhibit 2 – Page 1**

**RENEE V. MASONGSONG OBJECTIONABLE TIME ENTRIES**

| | | | |
|---|---|---|---|
| 4/17/24 | Review trial calendar for further potential availability (0.2) | 0.2 | Impermissible clerical work |
| 4/18/24 | Email correspondence with Ms. Karp re: proposed trial dates | 0.1 | Impermissible intra-office conference |
| 12/16/24 | Email correspondence with co-Plaintiffs' counsel re: Pretrial Statement | 0.2 | Impermissible intra-office conference |
| 12/31/24 | Discussions with Plaintiffs' counsel re: Joint Pretrial Statement | 0.6 | Impermissible intra-office conference |
| 1/02/25 | Email correspondence with Ms. Karp re: Joint Pretrial Statement (0.1) | 0.1 | Impermissible intra-office conference |
| 1/06/25 | Email correspondence with Ms. Karp re: Joint Pretrial Statement (0.1) | 0.1 | Impermissible intra-office conference |
| 1/20/25 | correspondence with Plaintiffs' counsel re: same (0.3) | 0.3 | Impermissible intra-office conference |
| 2/03/25 | Email correspondence with Plaintiffs' counsel re: motions in limine and trial preparation | 0.4 | Impermissible intra-office conference |
| 2/10/25 | Discuss Defendants' anticipated motions in limine with Plaintiffs' counsel, including multiple emails with Ms. Karp and verbal communications with Mr. Galipo | 0.5 | Impermissible intra-office conference |
| 2/11/25 | Review proposed edits by co-Plaintiffs' counsel to Plaintiffs' motion in limine No. 1 to exclude information unknown, make further edits to the motion (0.8); File motion in limine to exclude agency findings (0.1) | 0.9 | Impermissible block billing; Impermissible clerical work |
| 2/11/25 | Draft long email to Ms. Karp re: Plaintiffs' exhibits, and further email exchange re: same (0.6) | 0.6 | Impermissible intra-office conference |

**Exhibit 2 – Page 2**

## RENEE V. MASONGSONG OBJECTIONABLE TIME ENTRIES

| 2/12/25 | Trial preparation, including discussion of demonstratives and tech conference with Mr. Galipo and Ms. Karp, further analysis of exhibits and transmission of exhibits to defense counsel | 1.2 | Impermissible block billing; Impermissible intra-office conference |
|---|---|---|---|
| 2/17/25 | Draft long email to Ms. Karp re: trial preparation and oppositions to Defendants' motions in limine ( | 0.3 | Impermissible intra-office conference |
| 2/18/25 | Trial preparation, including work on Plaintiffs' amended exhibit list, consider objections to Defendants' exhibits, discussions with Ms. Karp re: witness availability and subpoenas | 1.4 | Impermissible block billing; Impermissible intra-office conference |
| 2/19/25 | communications with Plaintiffs' retained expert (0.2); Instruct legal assistant re: locating original deposition transcripts and preparing the notice of lodging of deposition transcripts (0.2); Email exchange with Ms. Karp re: oppositions to Defendants' motion in limine (0.2) | 0.6 | Vague entries; Impermissible intra-office conferences |
| 2/20/25 | Trial preparation | 1.2 | Vague entry especially considering Ms. Masongsong did not participate in the trial itself. |
| 2/21/25 | Email correspondence with Ms. Karp re: edits to Plaintiffs' proposed special verdict form and jury instructions (0.2); Trial preparation (0.6) | 0.8 | Impermissible intra-office conferences |
| 2/24/25 | Trial preparation, including efforts to retrieve deposition video files and transmission of files to co-Plaintiffs' counsel | 0.6 | Vague entry especially considering Ms. Masongsong did not participate in the trial itself. |
| 2/25/25 | Compare Defendants' draft of the joint proposed jury instructions with the model instructions and Plaintiffs' version of those instructions, confer with co-Plaintiffs' counsel re: same, email defense counsel re: further | 1.2 | Impermissible block billing; Impermissible intra-office conference |

**Exhibit 2 – Page 3**

**RENEE V. MASONGSONG OBJECTIONABLE TIME ENTRIES**

| | | | |
|---|---|---|---|
| | proposed modifications to the joint set (1.2); | | |

**Exhibit 2 – Page 4**

## RANHEE LEE OBJECTIONABLE TIME ENTRIES

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
| 12/23/20 | conferred with DKG (.1); conferred with RVM on analysis and potential motions to be filed in the case (.2) | 0.3 | Impermissible intra-office conferences |
| 1/04/21 | Reviewed the initial case file and drafted 1.5.1 agreement | 1.0 | Impermissible block billing; clerical for drafting of fee agreement between counsel |
| 2/03/21 | Telephonic conference with co-plaintiffs' counsel (.6); updated DKG (.1); 1.5.1. further drafted (.5) | 1.2 | Impermissible intra-office conference; clerical for drafting of fee agreement between counsel |
| 2/12/21 | call with co-plaintiffs' counsel with DKG | 0.7 | Impermissible intra-office conference |
| 4/02/21 | conferred with RVM | 0.2 | Impermissible intra-office conference |
| 6/29/21 | Confer with RVM re the complaint and the case in order to further strategize for potential motion to dismiss issue | 0.6 | Impermissible intra-office conference |
| 7/02/21 | correspondence with co-counsel | 0.4 | Impermissible intra-office conference |
| 8/09/21 | correspondence with co-counsel | 0.1 | Impermissible intra-office conference |
| 9/01/21 | correspondence with co-plaintiffs' counsel | 0.2 | Impermissible intra-office conference |
| 9/07/21 | correspondence with co-plaintiffs' counsel (.1); conferred with DKG (.3); | 0.4 | Impermissible intra-office conferences |
| 11/01/21 | correspondence with co-plaintiffs' counsel (.2); conferred with DKG(.1) | 0.3 | Impermissible intra-office conferences |
| 11/03/21 | correspondence with co-plaintiffs' counsel (.1); email to co-counsel in order to further strategize for the next step (.1) | 0.2 | Impermissible intra-office conferences |
| 11/29/21 | conferred with RVM on Scheduling Conference and potential issues at the conference | 0.1 | Impermissible intra-office conferences |
| 11/29/21 | conferred with SB (.3); filed the motion (.8) | 1.1 | Vague entry; Impermissible intra-office conference; impermissible clerical work. |

Exhibit 3 – Page 1

### RANHEE LEE OBJECTIONABLE TIME ENTRIES

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
| 11/30/21 | conferred with DKG (.2); correspondence with other Plaintiffs' counsel (.5); | 0.7 | Impermissible intra-office conferences |
| 12/01/21 | conferred with RVM on consolidated cases in order to strategize for the next step | 0.1 | Impermissible intra-office conferences |
| 12/07/21 | correspondence with opposing counsel (OC) on Alisha White | 0.2 | Dismissed party |
| 12/10/21 | correspondence with co-plaintiffs' counsel | 0.4 | Impermissible intra-office conference |
| 12/13/21 | telephonic conference with co-plaintiffs' counsel | 0.3 | Impermissible intra-office conference |
| 12/14/21 | correspondence with co-counsel | 0.2 | Impermissible intra-office conference |
| 12/15/21 | correspondence with co-plaintiffs' counsel (.2) | 0.9 | Impermissible intra-office conference |
| 12/16/21 | conferred with DKG (.2); correspondence with defense counsel (.1); | 0.3 | Impermissible intra-office conferences |
| 12/17/21 | correspondence with co-plaintiffs' counsel | 0.4 | Impermissible intra-office conference |
| 12/27/21 | Conferred with DKG (.2); emailed SB for filing (.1) | 0.3 | Impermissible intra-office conference; impermissible clerical work. |
| 1/03/22 | conferred with DKG | 0.1 | Impermissible intra-office conference |
| 1/06/22 | correspondence with SB on depo notice in order to strategize for the next step | 0.2 | Impermissible intra-office conference |
| 2/11/22 | confer with DKG on Protective Order denied by the Court | 0.2 | Impermissible intra-office conference |
| 2/14/22 | correspondence with co-plaintiffs' counsel (.2); correspondence with SB (.1) | 0.3 | Impermissible intra-office conference |
| 2/17//22 | conferred with DKG | 0.1 | Impermissible intra-office conference |
| 2/18/22 | emailed to co-plaintiffs' counsel regarding factual evidence of the case | 0.3 | Impermissible intra-office conference |
| 2/22/22 | correspondence with co-plaintiffs' counsel on discovery | 0.2 | Impermissible intra-office conference |

**Exhibit 3 – Page 2**

## RANHEE LEE OBJECTIONABLE TIME ENTRIES

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
| 2/28/22 | checked the docket for amended scheduling order (.2); conferred with SB on upcoming deadlines (.1); | 0.3 | Impermissible intra-office conference; impermissible clerical work. |
| 3/01/22 | correspondence with co-plaintiffs' counsel (.2); reached out to the transcription service for officer's interview (.1); | 0.3 | Impermissible intra-office conference; impermissible clerical work. |
| 3/08/22 | conferred with DKG on the strategize for the defendant's deposition | 0.1 | Impermissible intra-office conference |
| 4/07/22 | conferred with DKG | 0.1 | Impermissible intra-office conference |
| 4/19/22 | correspondence with co-counsel (.1); | 0.1 | Impermissible intra-office conference |
| 4/20/22 | correspondence with co-counsel (.3); conferred with DKG in order to strategize for the upcoming deposition (.2) | 0.5 | Impermissible intra-office conferences |
| 6/16/22 | correspondence with co-plaintiffs' counsel regarding upcoming deposition (.4); conferred with DKG (.2); | 0.6 | Impermissible intra-office conferences |
| 8/05/22 | correspondence with other Plaintiffs' counsel (.1) | 0.1 | Impermissible intra-office conference |
| 8/12/22 | correspondence with other plaintiffs' counsel (.2) | 0.2 | Impermissible intra-office conference |
| 8/15/22 | correspondence with other plaintiffs' counsel (.3); confer with RVM on expert disclosures (.2) | 0.5 | Impermissible intra-office conferences |
| 8/17/22 | correspondence with other plaintiffs' counsel (.5); confer with DKG (.1); | 0.6 | Impermissible intra-office conferences |
| 8/30/22 | correspondence with other plaintiffs' counsel (.2) | 0.2 | Impermissible intra-office conference |
| 9/08/22 | correspondence with other plaintiffs' counse | 0.2 | Impermissible intra-office conference |
| 9/12/22 | correspondence with other plaintiffs' counsel re further discovery | 0.2 | Impermissible intra-office conference |

**Exhibit 3 – Page 3**

## RANHEE LEE OBJECTIONABLE TIME ENTRIES

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
| | | | |
| 10/10/22 | confer with DKG | 0.2 | Impermissible intra-office conference |
| 10/20/22 | correspondence with other Plaintiffs' counsel (.2); reviewed deposition transcripts (1) | 1.2 | Impermissible intra-office conference; vague and what deposition transcripts were reviewed and whether or not they relate to witnesses who were not called to testify at trial |
| 10/27/22 | correspondence with other plaintiffs' counsel | 0.2 | Impermissible intra-office conference |
| 10/31/22 | correspondence with other plaintiffs' counsel (.4); call with other Plaintiffs' counsel in order to strategize for the next step (.4); | 0.8 | Impermissible intra-office conferences |
| 11/01/22 | correspondence with other plaintiffs' counsel (.3); conferred in firm on expert depositions (.4); | 0.7 | Impermissible intra-office conferences |
| 11/02/22 | conferred with DKG | 0.1 | Impermissible intra-office conference |
| 11/03/22 | confer with DKG and RVM on discovery issues | 0.3 | Impermissible intra-office conference |
| 11/04/22 | conferred with DKG (.3); correspondence with other plaintiffs' counsel (.4); confer with RVM (.2) | 0.9 | Impermissible intra-office conferences |
| 11/07/22 | conferred with DKG and other Plaintiffs' counsel regarding expert depositions (.6); confer in firm on amending expert deposition notices (.2); | 0.8 | Impermissible intra-office conferences |
| 11/08/22 | confer in firm on expert depositions (.3); correspondence with other plaintiffs' counsel on expert depositions (.2) | 0.5 | Impermissible intra-office conferences |
| 11/09/22 | subpoena matter conferred in firm | 0.2 | Vague as to what this entry is about. |
| 11/11/22 | confer in firm on the objection | 0.2 | Impermissible intra-office conference |
| 11/14/22 | confer in firm regarding strategies for the next step (.1); | 0.2 | Impermissible intra-office conferences |

**Exhibit 3 – Page 4**

## RANHEE LEE OBJECTIONABLE TIME ENTRIES

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
| | correspondence with other plaintiffs' counsel (.1) | | |
| 11/15/22 | correspondence with other plaintiffs' counsel (.1); | 0.1 | Impermissible intra-office conference |
| 11/21/22 | correspondence with other plaintiffs' counsel re stipulation | 0.4 | Impermissible intra-office conference |
| 11/22/22 | correspondence with other plaintiffs' counsel | 0.3 | Impermissible intra-office conference |
| 11/29/22 | confer with other Plaintiffs' counsel | 0.7 | Impermissible intra-office conference |
| 12/02/22 | confer with DKG | 0.1 | Impermissible intra-office conference |
| 12/06/22 | prepare for the expert's deposition (2) ; correspondence with other plaintiffs' counsel (.2) | 0.2 | Impermissible intra-office conference; Vague entry with regard to which expert is referred to and whether it was an expert that was withdrawn before trial. |
| 12/07/22 | Appear at Expert deposition (1.5); further prepare for expert's deposition (1); confer with DKG on expert deposition (.3) | 2.8 | Impermissible intra-office conference; Vague entry with regard to which expert(s) is/are referred to and whether  was an expert that was withdrawn before trial |
| 12/14/22 | correspondence with other plaintiffs' counsel (.2); confer with DKG in order to strategize for the next step (.1) | 0.3 | Impermissible intra-office conference |
| 12/16/22 | Confer with DKG regarding further expert discovery | 0.1 | Impermissible intra-office conference |
| 12/19/22 | confer with DKG | 0.2 | Impermissible intra-office conference |
| 12/20/22 | confer with DKG (.2); confer with other plaintiffs' counsel | 0.2 | Impermissible intra-office conference |
| 1/03/23 | confer with DKG regarding upcoming expert deposition (.4); correspondence with other plaintiffs' counsel (.2); prepare for upcoming expert Deposition (2.4) | 3.0 | Impermissible intra-office conference; Vague entry with regard to which expert is referred to and whether it was an expert that was withdrawn before trial. |
| 1/05/23 | confer with DKG | 0.2 | Impermissible intra-office conference |

**Exhibit 3 – Page 5**

## RANHEE LEE OBJECTIONABLE TIME ENTRIES

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
| 1/06/23 | confer with DKG | 0.2 | Impermissible intra-office conference |
| 1/09/23 | correspondence with other plaintiffs' counsel regarding further expert discovery | 0.2 | Impermissible intra-office conference |
| 1/10/23 | confer with DKG | 0.1 | Impermissible intra-office conference |
| 1/20/23 | confer with DKG regarding Defendant's motion to exclude (.2); correspondence with Other plaintiff's counsel (.3) | 0.5 | Impermissible intra-office conference |
| 1/24/23 | caselaw research | 1.0 | Vague entry. |
| 1/26/23 | caselaw research | 1.0 | Vague entry. |
| 2/01/23 | confer with other p's counsel | 0.2 | Impermissible intra-office conference |
| 2/08/23 | correspondence with other plaintiff's counsel | 0.3 | Impermissible intra-office conference |
| 3/03/23 | confer with DKG | 0.2 | Impermissible intra-office conference |
| 5/11/23 | correspondence with other plaintiff's counsel | 0.2 | Impermissible intra-office conference |
| 5/15/23 | call with other plaintiff's counsel | 0.3 | Impermissible intra-office conference |
| 5/15/23 | confer with DKG | 0.3 | Impermissible intra-office conference |
| 5/19/23 | confer with other plaintiffs' attorney | 0.2 | Impermissible intra-office conference |
| **Total Objectionable Hours:** | | **41.9** | |

**Exhibit 3 – Page 6**

**TONI J. JARAMILLA OBJECTIONABLE TIME ENTRIES**

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
| 10/09/20 | Draft statement for family and to press, re: shooting of unarmed Black man (.75); discussions with community activists (.75); | 0.75 | Improper billing for media contacts and meeting with community activist. *Gates v. Gomez*, 60 F.3d 525, 535 (9th Cir. 1995); *Gilbrook v. City of Westminster*, 177 F.3d 839 (9th Cir. 1999). |
| 10/10/25 | Travel to Mojave to visit scene; assist clients at BLM demonstration at sheriff dept (1.5); Video sheriff's intimidating clients, circling area as visit scene of shooting; meeting with siblings | 8.5 | Improper block billing; improper billing for attending BLM demonstration and |
| 10/12/20 | Review research on penal code re: seizure of contents of vehicle without warrant | 0.5 | Duplicate billing entry and research for issues not presented in case. |
| 10/12/20 | Review research on penal code re: seizure of contents of vehicle without warrant | 0.5 | Duplicate billing entry and research for issues not presented in case. |
| 3/08/21 | discussion with Najee re: case/media | 0.5 | Impermissible intra-office conference |
| 3/12/21 | Review of video (.4); discussions (.5) public response (.5); | 1.4 | Vague billing entry; Improper billing for preparing media response. *Gates v. Gomez*, 60 F.3d 525, 535 (9th Cir. 1995); *Gilbrook v. City of Westminster*, 177 F.3d 839 (9th Cir. 1999). |
| 3/17/21 | Review of bias video issued by Kern; discussion re: same | 1.2 | Vague billing entry; impermissible block billing; Impermissible intra-office conference |
| 4/14/21 | Discussion re: Bain Act (.75, remedies; research (.75) | 1.5 | Vague billing entry; Impermissible intra-office conference |
| 5/07/21 | Review article re harassment of victim's family by LA Sheriffs. | 0.5 | Improper billing for media contacts and meeting with community activist. *Gates v. Gomez*, 60 F.3d 525, 535 (9th Cir. 1995); *Gilbrook v. City of Westminster*, 177 F.3d 839 (9th Cir. 1999); Impermissible billing related to dismissed Fourteenth Amendment claim. |
| 5/07/21 | Discussion with clients re: experience with Kern deputies | 0.75 | Impermissible billing related to dismissed Fourteenth Amendment claim. |

**Exhibit 4 – Page 1**

**TONI J. JARAMILLA OBJECTIONABLE TIME ENTRIES**

| Date | Subject | Time | Objection |
|---|---|---|---|
| | flashing lights and waving at them mockingly | | |
| 6/04/21 | Review exchange of documents; stipulated order, Prepare for intent to appear | 0.5 | Impermissible block billing. |
| 8/02/21 | Provide input on discovery | 0.75 | Vague billing entry. |
| 10/08/21 | Email to SL. | 0.08 | Impermissible intra-office conference |
| 10/28/21 | Rev'd and resp to email from SL. | 0.08 | Duplicate entry; Impermissible intra-office conference |
| 10/28/21 | Rev'd and resp to email from SL. | 0.08 | Duplicate entry; Impermissible intra-office conference |
| 1/10/22 | Rev'd and resp to email from SL. | 0.08 | Vague entry; Impermissible intra-office conference |
| 1/10/22 | Rev'd and resp to email from MM | 0.08 | Vague entry; Impermissible intra-office conference |
| 1/10/22 | tcw SL re clients' responses due to discovery. | 0.33 | Vague entry; Impermissible intra-office conference |
| 1/11/22 | tcw SL. | 0.25 | Vague entry; Impermissible intra-office conference |
| 1/21/22 | Rev'd and resp to email from SP. | 0.08 | Impermissible intra-office conference |
| 1/24/22 | Email to SP. | 0.08 | Impermissible intra-office conference |
| 1/25/22 | Email to SP | 0.08 | Vague entry; Duplicate entry; Impermissible intra-office conference |
| 1/25/22 | Email to SP | 0.08 | Vague entry; Duplicate entry; Impermissible intra-office conference |
| 1/25/22 | Discuss case with SP | 1.20 | Vague entry; Impermissible intra-office conference |
| 1/26/22 | Email to SL | 0.08 | Vague entry; Impermissible intra-office conference |
| 2/03/22 | Review reassignment to Judge Drodz- discussion re new judge | 0.5 | Duplicate entry; Impermissible intra-office conference |
| 2/09/22 | Review reassignment to Judge Drodz- discussion re new judge | 0.5 | Duplicate entry; Impermissible intra-office conference |
| 2/07/22 | Email to SL. | 0.08 | Vague entry; Impermissible intra-office conference |
| 2/16/22 | Email to SL. | 0.08 | Vague entry; Impermissible intra-office conference |
| 2/24/22 | Discussion with SP re: case for project work | 1.2 | Vague entry; Impermissible intra-office conference |
| 4/12/22 | Discussion with SP re case and status of projects on matter | 0.75 | Vague entry; Impermissible intra-office conference |
| 1/09/23 | discussion re: de-designation of Hiserodt | 0.3 | Withdrawn expert; Impermissible intra-office conference |

**Exhibit 4 – Page 2**

**TONI J. JARAMILLA OBJECTIONABLE TIME ENTRIES**

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
| 5/11/23 | Review deposition of Mickel Lewis for mediation brief | 1.5 | Duplicate entry; Impermissible intra-office conference |
| 5/11/23 | Review deposition of Mickel Lewis for mediation brief | 1.5 | Duplicate entry; Impermissible intra-office conference |
| 5/11/23 | receive and review electronic filing. | 0.1 | Vague entry |
| 6/14/23 | Email exchange with Esteva-MEA Forensic | 0.2 | Withdrawn expert |
| 7/27/23 | Discussion with Esteva re forensics | 0.2 | Withdrawn expert |
| 7/27/23 | Discussion with co-counsel re pretrial conference | 0.2 | Impermissible intra-office conference |
| 8/14/23 | Discussion with Esteva re forensics | 0.5 | Withdrawn expert |
| 9/11/23 | discussion re same (.5) | 0.5 | Impermissible intra-office conference |
| 9/14/23 | Discussion re summary of Jason Ayala. | 0.5 | Vague entry; Impermissible intra-office conference |
| 10/12/23 | email exchange with RL | 0.25 | Vague entry; Impermissible intra-office conference |
| 10/16/23 | Review expert invoice and correspondence | 0.25 | Vague entry; Withdrawn expert |
| 1/22/24 | Discussion with co-counsel re upcoming PTC. | 0.5 | Impermissible intra-office conference |
| 1/22/24 | discussion re trial and reassignment | 0.3 | Vague entry; Impermissible intra-office conference |
| 3/05/24 | email exchange with forensic expert | 0.2 | Vague entry; Withdrawn expert |
| 12/20/24 | Prepare federal stip to remove May Mallari as counsel of record | 0.3 | Impermissible clerical work. |
| 1/14/25 | Email exchange re pre-trial conference | 0.25 | Duplicate entry; Impermissible intra-office conference |
| 1/14/25 | Email exchange re pre-trial conference | 0.25 | Duplicate entry; Impermissible intra-office conference |
| 1/21/25 | review pre-trial documents; | 0.5 | Duplicate entry |
| 2/17/25 | Call with biomechanic expert (.5); discussions re: using (.4) | 0.9 | Vague entry; Withdrawn expert; Impermissible intra-office conference |
| 2/21/25 | Call to witness | 0.2 | Vague entry |
| 2/21/25 | discussion re animation with MEA | 0.5 | Withdrawn expert; animations not used at trial. |
| 2/27/25 | Discussion re 3rd party witnesses and video | 0.25 | Vague entry; Impermissible intra-office conference |

**Exhibit 4 – Page 3**

## TONI J. JARAMILLA OBJECTIONABLE TIME ENTRIES

| Date | Subject | Time | Objection |
|---|---|---|---|
| 2/28/25 | Discussion re 3rd party witnesses and video | 0.20 | Vague entry; Impermissible intra-office conference |
| 3/03/25 | Discussion re 3rd party witness- MK | 0.5 | Impermissible intra-office conference |
| 3/06/25 | review various pre-trial docs; provide input (trial brief, jury instructions) | 1.7 | Impermissible block billing; Impermissible intra-office conference |
| 3/06/25 | Review documents (.75); | 0.75 | Vague entry |
| 3/16/25 | address client issues | 1.4 | Vague entry |
| **Total Objectionable Hours:** | | **37.66** | |

**Exhibit 4 – Page 4**

## SANTIAGO LAUREL OBJECTIONABLE TIME ENTRIES

| Date | Subject | Time | Objection |
|------|---------|------|-----------|
| 9/30/21 | Met with attorney Ranhee to discuss case and documents to be prepared for filing. | 0.5 | Impermissible intra-office conference; impermissible clerical work. |
| 10/01/21 | Reviewed email from Stacy regarding filing and service of summons and complaint. | 0.1 | Vague entry; impermissible clerical work. |
| 10/05/21 | Contacted ACE Attorney Service to obtain service of process quotes. Spoke with Cindy. | 0.25 | impermissible clerical work. |
| 10/05/21 | Pulled all service documents, including Summons, Complaint, Civil Cover Sheet, Notice of Interested Parties, GAL packet, Orders, and Consent Forms. Created envelope with Rapid Legal to serve the County of Kern per Board of Supervisors' instructions. Entered information and address, and uploaded all service documents. | 0.75 | Impermissible block billing; impermissible clerical work. |
| 10/05/21 | Submitted second order to Rapid Legal for service on individual officers with same instructions and documents as used for Kern County Defendant | 0.25 | impermissible clerical work. |
| 10/22/21 | Prepared Proof of Service for Summons, Complaint, and other documents. Attached executed forms from County Counsel for service on Defendant Ayala. | 0.75 | Impermissible block billing |
| 10/22/21 | Prepared caption and filed Proofs of Service for Defendants County of Kern and Ayala. Calendared relevant deadlines. | 0.75 | Impermissible block billing; impermissible clerical work. |
| 10/22/21 | Converted Proofs of Service to PDF, attached signed declarations and waiver, and filed with court. | 0.10 | Impermissible block billing; impermissible clerical work. |
| 10/25/22 | Assembled exhibits and attachments for Plaintiffs' Initial Expert Disclosures. Prepared | 1.75 | Impermissible block billing |

**Exhibit 5 – Page 1**

**SANTIAGO LAUREL OBJECTIONABLE TIME ENTRIES**

| Date | Subject | Time | Objection |
|---|---|---|---|
| | Proof of Service, printed final disclosures with attachments, and served via mail. | | |
| **Total Objectionable Hours:** | | **5.2** | |

**Exhibit 5 – Page 2**

**STEFANY ANDERSON OBJECTIONABLE TIME ENTRIES**

| Date | Subject | Time | Objection |
|---|---|---|---|
| 11/19/24 | Calculate and calendar deadline regarding upcoming trial | 0.2 | Impermissible clerical work. |
| 12/19/24 | E-File Joint Stipulation and Proposed Order and email Chambers | 0.2 | Impermissible clerical work. |
| 2/03/25 | Gather and print deposition/interview testimony transcripts. Original and three copies of each. Print place holder to identify transcripts. | 5.0 | Impermissible block billing; Impermissible clerical work. |
| 2/24/25 | E-File Notice of Lodging | 0.2 | Impermissible clerical work. |
| 2/24/25 | Review and saved Trial Exhibits, download and organize file | 0.2 | Impermissible clerical work. |
| 2/26/25 | E-File Plaintiffs' Jury Instructions | 1.0 | Impermissible clerical work. |
| 3/03/25 | Gather and Print depositions | 1.5 | Impermissible clerical work. |
| **Total Objectionable Hours:** | | **8.3** | |

**Exhibit 6 – Page 1**