James D. Weakley, Esq.    Bar No. 082853
Brande L. Gustafson, Esq.    Bar No. 267130
**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Deputy Jason Ayala

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>             Plaintiff,<br><br>             vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>             Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21−CV−01352−DAD−JLT*<br><br>**DECLARATION OF ANDREW C. HAMILTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>             Plaintiffs,<br>   vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>             Defendants. | Date: June 16, 2025<br>Time: 1:30 p.m.<br>Ctrm: 6 (7th Floor)<br>Judge: Hon. District Judge Kirk E. Sherriff |

/ / /

/ / /

I, Andrew C. Hamilton declare as follows:

1. I am an attorney at law, duly licensed to practice before all of the courts in the State of California and the United States District Court for the Eastern District of California. I am attorney of record for the County of Kern in this matter. Except to those facts of which I have stated that I am informed and believe, I have personal knowledge of the facts stated in this declaration. If called upon to testify, I am competent to do so.

2. I have been practicing law since 2014. I joined County Counsel's Office for the County of Kern in 2019, where my practice has been focused primarily upon defending public entities in state and federal court. A significant portion of my practice at County Counsel has been defending law enforcement civil rights cases. I am aware that local Bakersfield law firms such as Chain | Cohn | Clark and Rodriguez & Associates, and their attorneys, are willing to handle civil rights lawsuits, including in-custody death and officer-involved shooting cases. I am currently defending a civil rights officer-involved shooting death case against Rodriguez & Associates, *Lynn Hughes, at al. v. County of Kern, et al*., Kern Sup. Ct. No. BCV-25-101456.

3. I am aware of the following recent civil rights cases that Kern County Counsel's Office has defended against Chain | Cohn | Clark: *McGowan v. County of Kern*, USDC Case No. 1:15-cv-01365-DAD-SKO (excessive force and wrongful death); *Jane Doe v. County of Kern*, USDC-EDCA Case No. 1:15-cv-01641-JLT (excessive force); *Samantha Vazquez v. County of Kern*, USDC-EDCA Case No. 1:15-cv-01469-JLT (excessive force); *Garlick v. County of Kern*, USDC-EDCA Case No. 1:13-cv-01051-LJO-JLT (in-custody death).

4. I am aware of the following recent civil rights cases that Kern County Counsel's Office has defended against Rodriguez and Associates: *Amanda Bassham v. County of Kern*, Kern Sup. Ct. No. BCV-20-101930 (§1983 claim Re: sexual assault); *Cassandra Ortega v. County of Kern*, Kern Sup. Ct. No. BCV-20-101994 (§1983 claim Re: sexual assault); and *Arrieta v. County of Kern*, USDC-EDCA Case No. 1:14-cv-00400-JLT (excessive force and unlawful seizure).

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in Bakersfield, California on May 16, 2025.

　　　　　　　　　　　　　　　　　　*/s/ Andrew C. Hamilton*
　　　　　　　　　　　　　　　　　　Andrew C. Hamilton