1   James D. Weakley, Esq.     Bar No. 082853
    Brande L. Gustafson, Esq.   Bar No. 267130
2   **WEAKLEY & ARENDT**
    A Professional Corporation
3   5200 N. Palm Avenue, Suite 211
    Fresno, California 93704
4   Telephone:  (559) 221-5256
    Facsimile:   (559) 221-5262
5   Jim@walaw-fresno.com
    Brande@walaw-fresno.com
6
    Attorneys for Defendant, Deputy Jason Ayala
7
                **UNITED STATES DISTRICT COURT**
8
          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10  MICKEL ERICK LEWIS JR., individually          Case No. 1:21-CV-00378-KES-CDB
    and as successor-in-interest to MICKEL E.      *Consolidated with Case No.*
11  LEWIS, SR., ORIONA LEWIS; and                  *1:21−CV−01352−DAD−JLT*
    BRIONA LEWIS, individually and as
12  successor-in-interest,                         **DECLARATION OF JAMES J. ARENDT**
                                                    **IN SUPPORT OF DEFENDANTS'**
13                      Plaintiff,                  **OPPOSITION TO PLAINTIFFS'**
                                                    **MOTION FOR ATTORNEYS' FEES AND**
14              vs.                                 **COSTS**

15  KERN COUNTY, Deputy JASON AYALA,
    and DOES 1-20, inclusive,
16
                        Defendant.
17

18  R.L., M.L., and H.L., minors, by and through
    guardian *ad litem* Roberta Haro, individually   Date: June 16, 2025
19  and as successors in interest to Michel Lewis    Time: 1:30 p.m.
    Sr., deceased; A.W., a minor, by and through     Ctrm: 6 (7th Floor)
20  her guardian *ad litem* Alisha White,            Judge: Hon. District Judge Kirk E. Sherriff
    individually and as a successor in interest to
21  Michel Lewis Sr., deceased; ALISHA
    WHITE, individually and as a successor in
22  interest to Mickel Lewis Sr.,
                        Plaintiffs,
23              vs.
24
    COUNTY OF KERN; JASON AYALA; and
25  DOES 1-10, inclusive,
                        Defendants.
26

27  / / /

28

---
                                    1
    James J. Arendt Decl. in Support of Defendants' Opposition to Plaintiffs' Motion for Attorney Fees & Costs

1    I, James J. Arendt declare as follows:

2    1.    I am an attorney at law, duly licensed to practice before all of the courts in the

3    State of California and the United States District Court for the Eastern District of California.  I

4    am a partner in the law firm of Weakley & Arendt, A Professional Corporation, the attorneys of

5    record for defendant Deputy Jason Ayala ("Deputy Ayala"). Except to those facts of which I

6    have stated that I am informed and believe, I have personal knowledge of the facts stated in this

7    declaration.  If called upon to testify, I am competent to do so.

8    2.    I have been practicing law in Fresno since 1990.  My practice is focused primarily

9    upon defending public entities in state and federal court.  A significant portion of my practice

10    over the years has been defending law enforcement civil rights cases, including over 25 jury

11    trials.  I am aware that many local lawyers have handled and are willing to handle civil rights

12    lawsuits.  I am currently handling civil rights cases against the following lawyers from the Fresno

13    area: Richard A. Ruiz, Theodore W. Hoppe, and Kevin Little.  In the past, I have handled the

14    defense in other civil rights cases with local attorneys: Kevin Little (numerous cases); Michael

15    Farley (Visalia); Phil Bourdette (Visalia); William Schimdt (Fresno - officer involved shooting);

16    Eric Schweitzer (Fresno); Dan Harralson (Fresno); John Ormand (Fresno); Michael Elder

17    (Fresno); Warren Paboojian (Fresno); James Holland (Visalia); Michael Fannon (Fresno); Darryl

18    Horowitt (Fresno); Scott Quinlan (Fresno); Mark King (Fresno); Scott VanWagenen (Fresno);

19    Patience Milrod (Fresno); Sara Hedgpeth-Harris (Fresno); Wayne Hardcastle (Hanford); and

20    David Edwards (Fresno).  Based upon my 34 years of experience there are numerous attorneys

21    in the Central Valley area that are competent, experienced and willing to handle civil rights

22    litigation against law enforcement.

23    I declare under penalty of perjury under the laws of the United States that the foregoing

24    is true and correct to the best of my knowledge and belief and that this declaration was executed

25    in Fresno, California on May 16, 2025.

26

27    _/s/ James J. Arendt_
     James J. Arendt

28

James J. Arendt Decl. in Support of Defendants' Opposition to Plaintiffs' Motion for Attorney Fees & Costs