1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  dalekgalipo@yahoo.com
   Renee V. Masongsong, Esq. (SBN 281819)
3  rvalentine@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA  91367
   Telephone:    (818) 347-3333
5  Facsimile:     (818) 347-4118

6  Attorneys for Plaintiffs
   R.L., M.L., H.L., and A.W.
7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | MICKEL ERICK LEWIS JR, et al.,  | Case No: 1:21−CV−00378−KES-CDB
12 |          Plaintiffs,            | Assigned to:
   |                                 | Hon. District Judge Kirk E. Sherriff
13 |     vs.                         |
   |                                 | **DECLARATION OF DALE K. GALIPO IN
14 | COUNTY OF KERN and JASON AYALA, | SUPPORT OF PLAINTIFFS' REPLY TO
   |                                 | MOTION FOR ATTORNEYS' FEES**
15 |          Defendants.            |
16 | R.L., et al.,                   |
17 |          Plaintiffs,            |
18 |     vs.                         |
19 | COUNTY OF KERN and JASON AYALA, |
20 |          Defendants.            |

21

22

23

24

25

26

27

28

-1-
DECLARATION OF DALE K. GALIPO

I, Dale K. Galipo, declare as follows:

1.  I am an attorney licensed to practice law in the United States District Court for the Eastern District of California and before all courts in the state of California. I was the lead trial counsel for all Plaintiffs in this instant action. I make this declaration in support of Plaintiffs' Reply to their Motion for Attorneys' Fees pursuant to 42 U.S.C. § 1988 and California Civil Code § 52.1. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2.  Since my original declaration was filed concurrently with Plaintiffs' Motion for Attorneys' Fees on April 25, 2025, I have reasonably expended an additional eight hours of billable time on this matter, bringing my total billable hours to 402.15.

3.  I have continued to maintain contemporaneous time records reflecting the work activity and time spent on this case. I have exercised billing judgment, and I have reduced or written off unproductive time or other time that would not ordinarily be charged to a fee-paying client. I personally performed the work attributed to me in this billing statement and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation. My additional time is recorded herein, as follows:

| Date | Description | Hours |
| --- | --- | --- |
| April 25, 2025 | Final review of Plaintiffs' Attorney Fee Motion and my Declaration and Timesheet | 1.2 |
| May 1, 2025 | Review Plaintiffs' Opposition to Defendants' Renewed Motion for Judgment as a Matter of Law | 1.5 |
| May 2, 2025 | Review Plaintiffs' Opposition to Defendants' Motion for a New Trial | 2.0 |
| May 12, 2025 | Review Defendants' Motion to Stay Enforcement of Judgment and Waive Bond | 0.5 |

| | | |
|---|---|---|
| May 24, 2025 | Review draft of Plaintiffs' Opposition to Defendants' Motion to Stay Enforcement of Judgment and Waive Bond | 0.7 |
| May 27, 2025 | Final review of Plaintiffs' Opposition to Defendants' Motion to Stay Enforcement of Judgment and Waive Bond | 0.8 |
| May 29, 2025 | Review Plaintiffs' Reply to Attorney Fee Motion (0.9); Prepare Reply Declaration (0.4) | 1.3 |
| Total Additional Time | | 8.0 |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 30th day of May 2025 at Woodland Hills, California.

_____
Dale K. Galipo