|   |   |
|---|---|
| 1 | LAW OFFICES OF DALE K. GALIPO |
| 2 | Dale K. Galipo, Esq. (SBN 144074) |
|   | dalekgalipo@yahoo.com |
| 3 | Renee V. Masongsong, Esq. (SBN 281819) |
|   | rvalentine@galipolaw.com |
| 4 | 21800 Burbank Boulevard, Suite 310 |
|   | Woodland Hills, California 91367 |
| 5 | Telephone:   (818) 347-3333 |
|   | Facsimile:    (818) 347-4118 |
| 6 |   |
| 7 | Attorneys for Plaintiffs |
|   | R.L., M.L., H.L., and A.W. |

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| MICKEL ERICK LEWIS JR, et al., | Case No: 1:21−CV−00378−KES-CDB |
|---|---|
| Plaintiffs, | Assigned to: |
| vs. | Hon. District Judge Kirk E. Sherriff |
| COUNTY OF KERN and JASON AYALA, | **DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |
| Defendants. | |
| R.L., et al., | |
| Plaintiffs, | |
| vs. | |
| COUNTY OF KERN and JASON AYALA, | |
| Defendants. | |

**DECLARATION OF RENEE V. MASONGSONG**

I, Renee V. Masongsong, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Eastern District of California. I make this declaration in support of Plaintiffs' Reply to Motion for Attorneys' Fees. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Since my original declaration was filed concurrently with Plaintiffs' Motion for Attorneys' Fees on April 25, 2025, I have reasonably expended an additional 70 hours of billable time on this matter, bringing my total billable hours to 204.4.

3. I have continued to maintain contemporaneous time records reflecting the work activity and time spent on this case. I have exercised billing judgment, and I have reduced or written off unproductive time or other time that would not ordinarily be charged to a fee-paying client. I personally performed the work attributed to me in this billing statement and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation. My additional time is recorded herein, as follows:

| Date | Description | Hours |
|---|---|---|
| April 25, 2025 | Final review and edit of Plaintiffs' attorney fee motion and all accompanying documents | 2.6 |
| April 28, 2025 | Review and annotate trial transcripts in conjunction with oppositions to Defendants' post-trial motions (6.5 hrs.); Work on Memorandum of Points and Authorities in Support of ("Ps and As ISO") Plaintiffs' opposition to Defendants' Rule 50(b) Motion (2.6 hrs.) | 9.1 |
| April 29, 2025 | Continue to review and annotate trial transcripts in conjunction with oppositions to Defendants' post-trial motions (4.2 hrs.); Conduct legal research on "lump sum rule" (1.2 hrs.); Work on Statement of Facts section of | 10.7 |

| | | | |
|---|---|---|---|
| | | Plaintiffs' opposition to Defendants' Rule 50(b) Motion, including preparing the trial transcripts to be used as exhibits (5.3 hrs.) | |
| | April 30, 2025 | Continue to draft and edit Plaintiffs' Ps and As ISO Opposition to Defendants' Rule 50(b) Motion (2.2 hrs.); Conduct legal research on "reasonable mistake" issue (0.8 hrs.); Draft my declaration in support of Plaintiffs' oppositions to Defendants' post-trial motions (0.6 hrs.); Locate and prepare exhibits to Plaintiffs' Opposition to Defendants' Rule 59 Motion (including verdict forms from prior cases) (1.5 hrs.); Conduct legal research re: separate lines on the verdict form (0.6 hrs.); Draft Plaintiffs' Ps and As ISO Opposition to Defendants' Rule 59 Motion, including sections re: remittitur and motions in limine (3.7 hrs.) | 9.4 |
| | May 1, 2025 | Conduct legal research on court discretion not to issue special interrogatories (0.8 hrs.); Review Court's order at Dkt. No. 134 (0.5 hrs.); Continue to draft Ps and As ISO Plaintiffs' Opposition to Defendants' Rule 59 Motion, including further examination of relevant portions of the trial transcripts (8.4 hrs.) | 9.7 |
| | May 2, 2025 | Final review and edit of Plaintiffs' Opposition to Defendants' Rule 50(b) Motion and exhibits thereto (1.1 hrs.); Final review and edit of Plaintiffs' Opposition to Defendants' Rule 59 Motion and exhibits thereto, including insertion of additional research (1.8 hrs.); Edit my declaration in support of Plaintiffs' oppositions to | 3.7 |

| | | |
|---|---|---|
| | Defendants' post-trial motions and prepare additional exhibits thereto (0.8 hrs.) | |
| May 13, 2025 | Review Defendants' Motion to Stay Enforcement of Judgment and Waive Bond (0.7 hrs.); Prepare Plaintiffs' Opposition to Defendants' Motion to Stay (2.4 hrs.) | 3.1 |
| May 14, 2025 | Prepare Plaintiffs' Opposition to Defendants' Motion to Stay | 3.8 |
| May 15, 2025 | Prepare Plaintiffs' Opposition to Defendants' Motion to Stay | 6.4 |
| May 19, 2025 | Review Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees, including supporting declarations and exhibits (3.6 hrs.); Prepare Plaintiffs' Reply re: Plaintiffs' Motion for Attorneys' Fees (2.3 hrs.) | 5.9 |
| May 21, 2025 | Continue to prepare Plaintiffs' Reply re: Plaintiffs' Motion for Attorneys' Fees (2.6 hrs.); Prepare my Declaration and timesheet re: Plaintiffs' Reply (0.8 hrs.); Client communication (0.4) | 3.8 |
| May 28, 2025 | Review and edit Plaintiffs' Reply re: Plaintiffs' Motion for Attorneys' Fees | 0.8 |
| Total Additional Time | | 70 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 30th day of May in Woodland Hills, California.

                      /s/     *Renee V. Masongsong*
                         Renee V. Masongsong