ALEXANDER MORRISON + FEHR LLP
J. Bernard Alexander, III (State Bar No. 128307)
balexander@amfllp.com
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
T: (310) 394-0888 | F: (310) 394-0811

Attorneys for Plaintiffs
MICKEL ERICK LEWIS JR, ORIONA LEWIS and BRIONA LEWIS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR, et al., <br><br>       Plaintiffs, <br><br> vs. <br><br> COUNTY OF KERN and JASON AYALA, <br><br>       Defendants. | Case No: 1:21−CV−00378−KES-CDB <br><br> Assigned to: <br> Hon. District Judge Kirk E. Sherriff <br><br> **DECLARATION OF J. BERNARD ALEXANDER, III IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION FOR ATTORNEYS' FEES** |
| R.L., et al., <br><br>       Plaintiffs, <br><br> vs. <br><br> COUNTY OF KERN and JASON AYALA, <br><br>       Defendants. | |

-1-
DECLARATION OF J. BERNARD ALEXANDER, III

I, J. Bernard Alexander, III, declare as follows:

1. I am an attorney licensed to practice law in the United States District Court for the Eastern District of California and before all courts in the state of California. I make this declaration in support of Plaintiffs' Reply to their Motion for Attorneys' Fees pursuant to 42 U.S.C. § 1988 and California Civil Code § 52.1. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. Since my original declaration was filed concurrently with Plaintiffs' Motion for Attorneys' Fees on April 25, 2025, I have reasonably expended an additional 4.5 hours reviewing defendants' post-trial motions and revising the draft oppositions thereto, as well as the instant Reply. bringing my total billable hours to 410.5

3. I have continued to maintain contemporaneous time records reflecting the work activity and time spent on this case.  I have exercised billing judgment, and I have reduced or written off unproductive time or other time that would not ordinarily be charged to a fee-paying client.  I personally performed the work attributed to me in this billing statement and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation.  My additional time is recorded herein, as follows:

| Date | Description | Hours |
| --- | --- | --- |
| 5/1/2025 | Review and edit Opposition to Motion for Judgment as a Matter of Law | 1.5 |
| 5/2/2025 | Review and edit Opposition to Motion for New Trial | 1.5 |
| 5/27/2025 | Review and edit Opposition to Motion to Stay | 1 |
| 5/27/2025 | Review and edit Reply to Attorney Fee Motion | 0.5 |
| Total Additional Time | | 4.5 |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 30th day of May 2025 at Los Angeles, California.

1

*s/ J. Bernard Alexander, III*
_____
J. Bernard Alexander, III