James D. Weakley, Esq. (SBN 082853)
Brande L. Gustafson, Esq. (SBN 267130)
**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone:  (559) 221-5256
Facsimile:   (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Deputy Jason Ayala

MARGO A. RAISON, COUNTY COUNSEL
Kimberly L. Marshall, Deputy (SBN 186838)
Andrew C. Hamilton, Deputy (SBN 299877)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
ahamilton@kerncounty.com
marshallkim@kercounty.com

Attorneys for Defendant County of Kern

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21−CV−01352−DAD−JLT*<br><br>**DECLARATION OF BRANDE L. GUSTAFSON IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION  TO DEFENDANTS' MOTION TO STAY ENFORCEMENT OF JUDGMENT AND WAIVE BOND** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>Defendants. | Date: June 16, 2025<br>Time: 1:30 p.m.<br>Ctrm: 6 (7th Floor)<br>Judge: Hon. District Judge Kirk E. Sherriff |

/ / /

/ / /

1    I, Brande L. Gustafson, declare as follows:

2        1.    I am an attorney at law, duly licensed to practice before all of the courts in the

3    State of California and the United States District Court for the Eastern District of California.  I

4    am a senior associate attorney in the law firm of Weakley & Arendt, A Professional Corporation,

5    the attorneys of record for defendant Deputy Jason Ayala ("Deputy Ayala"). As such, I have

6    personal knowledge of the matters set forth herein, except those matters stated on information

7    and belief, and would so testify.

8        2.    Attached hereto as **Exhibit "A"** is a true and correct copy of the order from the

9    Ninth Circuit Court of Appeals in the case of Victor Antonio Parsons, et al. v. Charles L. Ryan,

10   et al., Ninth Circuit Case Numbers 18-16358, 18-16365, 18-16368, filed on June 3, 2019,

11   staying the district court's Attorney's Fees Order and Judgment, staying enforcement of the

12   Judgment on Attorney Fees Cost pending appeal, and waiving Federal Rule of Civil Procedure

13   62(b)'s bond.

14       I declare under penalty of perjury under the laws of the United States that the foregoing

15   is true and correct to the best of my knowledge and belief and that this declaration was executed

16   in Fresno, California on June 6, 2025.

17

18                                          By:  *Brande L. Gustafson*
                                                 Brande L. Gustafson
19

20

21

22

23

24

25

26

27

28

---

Decl. of Brande L. Gustafson in Support of Reply to Plaintiffs' Opp. to Defendants' Motion to Stay Execution of Judgment & Waive Bond

*Lewis, et al. v. County of Kern, et al.*
**United States District Court Case No. - 1:21-cv-00378-KES-CDB**

# Exhibit A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., <br><br>             Plaintiffs-Appellees, <br><br>   v. <br><br> CHARLES L. RYAN, Director, Arizona Department of Corrections; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, <br><br>             Defendants-Appellants. | No.  18-16358<br>       18-16365<br>       18-16368<br><br>D.C. No. 2:12-cv-00601-ROS<br>District of Arizona,<br>Phoenix<br><br>ORDER |
| VICTOR ANTONIO PARSONS; et al., <br><br>             Plaintiffs-Appellants, <br><br>  and <br><br> ARIZONA CENTER FOR DISABILITY LAW, <br><br>             Plaintiff, <br><br>   v. <br><br> CHARLES L. RYAN, Director, Arizona Department of Corrections; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, <br><br>             Defendants-Appellees. | No.   18-16424<br><br><br>D.C. No. 2:12-cv-00601-ROS |

Before: THOMAS, Chief Judge, and WALLACE and CALLAHAN, Circuit Judges.

Defendants-Appellants have filed three motions to stay the underlying district court orders and judgments in these appeals. In 18-16358, Defendants-Appellants move to stay the district court's Order and Judgment of Civil Contempt. Dkt. 15. In 18-16365, Defendants-Appellants move to stay the district court's Attorneys' Fees Order and Judgment. Dkt. 11. In 18-16368, Defendants-Appellants move to stay four of the district court's orders relating to monitoring, compliance, and the appointment of experts. Dkt. 12.

In 18-16358, Defendants-Appellants' motion to stay the district court's Order and Judgment of Civil Contempt is **GRANTED in part and DENIED in part.** We **WAIVE** Federal Rule of Civil Procedure 62(b)'s bond requirement and **STAY** enforcement of the Judgment in a Civil Case, district court docket 2899, pending appeal. We do not stay the district court's order of contempt requiring monthly reporting.

In 18-16365, Defendants-Appellants' motion to stay the district court's Attorneys' Fees Order and Judgment is **GRANTED.** We **WAIVE** Federal Rule of Civil Procedure 62(b)'s bond requirement and **STAY** enforcement of the Judgment on Attorney Fees Costs, district court docket 2903, pending appeal.

In 18-16368, Defendants-Appellants' motion to stay the underlying orders appealed from is **DENIED.**

2

The stays and waivers granted by this order are effective pending further order of the Court. The parties should be prepared to discuss the merits of the stay of the contempt judgment and waiver of the bond requirement at the time set for oral argument on the merits of these appeals. Said oral argument shall take place at the James R. Browning United States Courthouse in San Francisco the week of September 23, 2019. The specific date and time shall be set by separate order.

CALLAHAN, Circuit Judge, concurring in part and dissenting in part:

I would grant each of the motions to stay.