James D. Weakley, Esq. (SBN 082853)
Brande L. Gustafson, Esq. (SBN 267130)
**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Deputy Jason Ayala

MARGO A. RAISON, COUNTY COUNSEL
Kimberly L. Marshall, Deputy (SBN 186838)
Andrew C. Hamilton, Deputy (SBN 299877)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
ahamilton@kerncounty.com
marshallkim@kercounty.com

Attorneys for Defendant County of Kern

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>Defendant.<br><br>R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No.*<br>*1:21-CV-01352-DAD-JLT*<br><br>**DECLARATION OF LISA DEARMORE IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY ENFORCEMENT OF JUDGMENT AND WAIVE BOND**<br><br>Date: June 16, 2025<br>Time: 1:30 p.m.<br>Ctrm: 6 (7th Floor)<br>Judge: Hon. District Judge Kirk E. Sherriff |

///

///

---

1

Decl. of Lisa Dearmore in Support of Reply to Plaintiffs' Opp. to Defendants' Motion to Stay Execution of Judgment & Waive Bond

I, Lisa Dearmore, declare as follows:

1. I am the Risk Manager for Defendant County of Kern ("County"). Risk Management is a Division of the Office of County Counsel. I have worked within the insurance industry in many capacities for both the private and public sectors for over 25 years. I have personal knowledge of the facts described within and if called to testify, would testify as follows.

2. As part of my duties as Risk Manager, I'm responsible to the County Counsel for the overall direction and coordination of the County's Risk Management Program which includes the Safety Program, Self-insured Liability Program and Self-insured Workers' Compensation Program. I analyze the degree of exposure County assets have to various types of casualties and identify hazards and potential liabilities to evaluate insurable risks. I also review, negotiate, and recommend the purchase of excess and specialty insurance coverage for the County. I work with insurance providers in relation to litigation filed against the County. In that capacity, and concerning this litigation, I have inquired about the cost of an undertaking to secure the County and in that capacity, and concerning this litigation, I have inquired about the cost of an undertaking to secure the County and Deputy Jason Ayala's ("Deputy Ayala") payment of the Judgment at issue.

3. I contacted each of the insurers (Berkley (Gemini) and Rockville (Allied World)) that will pay a portion of the judgment regarding the process to pay out the insurance proceeds cover $12.5 million of plaintiffs' judgment, to determine what is necessary for payment of the insurance proceeds should the County ultimately be unsuccessful in its post-trial motions and any appeal.

4. Berkley's (Gemini) coverage is for $2.5 million for the incident that gives rise to this action, exclusive of punitive damages, which were not awarded in this case. Berkley represented that there is no reservation of rights and that they would need a copy of the appellate order confirming the original judgment, payment instructions, W-9 for plaintiff attorneys, and consensus with County of Kern that no further appeals will be pursued. Once the proper information is received, then payment can be made within twenty-one days.

5. Rockville's (Allied World) coverage is for $10 million for the incident that gives rise to this action, exclusive of punitive damages, which were not awarded in this case. I have not heard back from Rockville yet about what is necessary to pay insurance proceeds.

6. To the extent there is any question concerning the coverage provided by any of the policies, the County would be able to satisfy the judgment from its general liability fund.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in Bakersfield, California on June 6, 2025.

By: _____
Lisa Dearmore