| | |
|---|---|
| 1  KENDRA L. GRAHAM, INTERIM<br>    COUNTY COUNSEL<br>2  Kimberly L. Marshall, Deputy (SBN 186838)<br>    Andrew C. Hamilton, Deputy (SBN 299877)<br>3  Kern County Administrative Center<br>    1115 Truxtun Avenue, Fourth Floor<br>4  Bakersfield, CA 93301<br>    Telephone: (661) 868-3800<br>5  Facsimile: (661) 868-3805<br>    ahamilton@kerncounty.com<br>6  marshallkim@kercounty.com<br><br>7  Attorneys for Defendant County of Kern | James D. Weakley, Esq. (SBN 082853)<br>Brande L. Gustafson, Esq. (SBN 267130)<br>**WEAKLEY & ARENDT**<br>A Professional Corporation<br>5200 N. Palm Avenue, Suite 211<br>Fresno, California 93704<br>Telephone:  (559) 221-5256<br>Facsimile:   (559) 221-5262<br>Jim@walaw-fresno.com<br>Brande@walaw-fresno.com<br><br>Attorneys for Defendant Jason Ayala |

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEL ERICK LEWIS JR., individually and as successor-in-interest to MICKEL E. LEWIS, SR., ORIONA LEWIS; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>                    Plaintiff,<br><br>              vs.<br><br>KERN COUNTY, Deputy JASON AYALA, and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No. 1:21-CV-00378-KES-CDB<br>*Consolidated with Case No. 1:21-CV-01352-DAD-JLT*<br><br>**NOTICE OF POSTING OF SUPERSEDEAS BOND AND REQUEST FOR ENTRY OF STAY OF ENFORCEMENT OF JUDGMENT**<br><br>Judge: Hon. District Judge Kirk E. Sherriff |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; ALISHA WHITE, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>                    Plaintiffs,<br><br>              vs.<br><br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>                    Defendants. | |

///

///

–1–

Notice of Posting of Supersedeas Bond and Request for Entry of Stay

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

In accordance with Federal Rule of Appellate Procedure 8, Federal Rule of Civil Procedure § 62(b), E.D. Cal. Local Rule 151, and this Court's July 7, 2025 Order (ECF No. 196) regarding the Defendant County of Kern's Motion for Stay of Enforcement of the Judgment in this action (ECF Doc No. 187, the County tenders the Supersedeas Bond for Court approval. The original was mailed to the Court via overnight mail. A true and correct copy of the Supersedeas Bond is attached as **Exhibit A**, along with the power of attorney.

The Court's Order regarding the Motion to Stay Enforcement of the Judgment required the County to post a bond in the amount of $17,000,000.00. In accordance with this directive, the County has secured Bond No. 108293698 in the amount of $17,000,000.00 from Travelers Casualty and Surety Company of America Insurance Company ("Travelers"). Travelers is duly authorized to transact business in California and under 31 U.S.C. §§ 9304 and 9306. The bond has been executed by Lawrence F. McMahon, a duly appointed Attorney-in-Fact for this transaction.

The County has posted the attached bond in favor of itself.[1] The bond is issued for the benefit of all plaintiffs. The condition of the bond is that the amount of the bond shall be paid if the defendants are unsuccessful on appeal and such defendants do not pay the amount of the judgment that thereupon becomes due. Consistent with Federal Rule of Appellate Procedure 8(b) and Local Rule 151(k), Travelers submits itself to the jurisdiction of this Court, subjects itself to all applicable federal statutes and rules, irrevocably appoints the Clerk thereof as its agent upon whom any papers affecting the liability of the undersigned surety on this obligation may be served, consents that its liability shall be joint and several, and that judgment may be entered against it in accordance with this obligation simultaneously with the judgment against its principals, and that execution may therefore issue against its property.

In light of the posting of this Supersedeas Bond, the County requests that the Court enter a stay of enforcement of the Judgment in this action for the duration of the County's and the individual Defendants' appeals, presently pending before the Ninth Circuit Court of Appeals. The stay should

---

[1] Because the County is obligated to indemnify Deputy Jason Ayala, the Court did not order Deputy Ayala to post a separate bond. ECF No. 196, at p. 13.

be issued until such time as the Defendants have exhausted all avenues of appellate relief and mandate has issued.

Dated: August 14, 2025                Respectfully Submitted,

KENDRA L. GRAHAM, INTERIM COUNTY COUNSEL

By: /s/ Andrew C. Hamilton
    Kimberly L. Marshall, Deputy
    Andrew C. Hamilton, Deputy
    Attorneys for County of Kern

WEAKLEY & ARENDT, APC

By: /s/ Brande L. Gustafson
    James D. Weakley, Esq.
    Brande L. Gustafson, Esq.
    Attorneys for Jason Ayala

# Exhibit A

Bond No. 108293698

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MICKEL ERICK LEWIS JR., ET AL.,
*Plaintiffs/Appellees*

v.

KERN COUNTY, ET AL.
*Defendants/Appellants*

**Case No. 1:21-CV-00378-KES-CDB**

### SUPERSEDEAS BOND

**WHEREAS**, in the above-captioned action in the United States District Court for the Eastern District of California (the "District Court"), the District Court entered that certain Judgement dated March 21, 2025 in *Mickel Lewis Jr., et al. v. Kern County, et al.,* Case No.1:21-CV-00378-KES-CDB;

**WHEREAS**, the Defendants, KERN COUNTY, ET AL., feeling aggrieved thereby, have filed an appeal therefrom to the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit Appeal"); and

**WHEREAS**, the District Court has entered a stay of collection on the judgment during the Ninth Circuit Appeal conditioned on Defendants posting a bond in the maximum penal sum amount of $17,000,000.00; and

**WHEREAS**, Defendants desire to give this Supersedeas Bond pursuant to Fed. R. Civ. Pro. 62(d);

**NOW, THEREFORE**, Defendants, KERN COUNTY, ET AL., as Principal, and Travelers Casualty and Surety Company of America, a corporation organized under the laws of the State of Connecticut and duly authorized to do business in the State of California, as Surety, are held and firmly bound unto Plaintiffs MICKEL ERICK LEWIS JR., ET AL., as Obligee, in the total aggregate penal sum **of SEVENTEEN MILLION AND 00/100 DOLLARS ($17,000,000.00)**, lawful money of the United States for which payment well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors and assigns, subject to the terms of this bond as outlined below;

**THE CONDITION OF THIS OBLIGATION** is that if 1) Defendants shall prosecute their appeal to effect and shall satisfy the judgment in full, together with costs, interest and damages for delay if the appeal is finally dismissed or the judgment is affirmed; or 2) shall satisfy in full such judgment as modified together with such costs, interests, and damages as the Court of Appeals may adjudge and award; or 3) shall satisfy such judgment and/or modified judgment through periodic payments approved by the court under Gov. Code Section 984 without acceleration under subsection (e)(4) thereunder; or (4) or if the judgment is set aside, vacated, and/or the case is otherwise remanded for further proceedings, then this obligation shall be void; otherwise it shall remain in full force and effect;

**PROVIDED, HOWEVER**, that the surety's obligation under this bond shall not exceed the maximum aggregate sum of **SEVENTEEN MILLION AND 00/100 DOLLARS ($17,000,000.00).**

SIGNED, SEALED AND DATED THE 12th day of August, 2025.

KERN COUNTY, ET AL., AS PRINCIPAL

By: *[signature]*
Name: Kendra L. Graham
Title: Attorney-in-Fact

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AS SURETY

By: *[signature]*
Name: Lawrence F. McMahon
Title: Attorney-in-Fact

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT  Civil Code § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.

STATE OF CALIFORNIA

County of San Diego

On 8/12/2025 before me, Sarah Myers , Notary Public,
    Date                                Insert Name of Notary exactly as it appears on the official seal

personally appeared Lawrence F. McMahon
                                                Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature _____
              Signature of Notary Public

[Notary Seal: SARAH MYERS, COMM. #2470840, Notary Public - California, San Diego County, My Comm. Expires Nov. 30, 2027]

Place Notary Seal Above

——————————— **OPTIONAL** ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of the form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☑ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer is Representing: _____

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer is Representing: _____



**Travelers Casualty and Surety Company of America**
**Travelers Casualty and Surety Company**
**St. Paul Fire and Marine Insurance Company**

## POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**: That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint **LAWRENCE F MCMAHON** of **SAN DIEGO**, **California**, their true and lawful Attorney(s)-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this **21st** day of **April, 2021**.

  

State of Connecticut

City of Hartford ss.

By: _____
Robert L. Raney, Senior Vice President

On this the **21st** day of **April, 2021**, before me personally appeared **Robert L. Raney**, who acknowledged himself to be the Senior Vice President of each of the Companies, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of said Companies by himself as a duly authorized officer.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

My Commission expires the **30th** day of **June, 2026**



_____
Anna P. Nowik, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of **each of the Companies**, which resolutions are now in full force and effect, reading as follows:

**RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED,** that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED,** that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of **each of the Companies**, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this   12th   day of   August   , 2025

  

_____
Kevin E. Hughes, Assistant Secretary

*To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.*
*Please refer to the above-named Attorney(s)-in-Fact and the details of the bond to which this Power of Attorney is attached.*