```
LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKEL ERICH LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br>KERN COUNTY, Deputy JASON AYALA, and Does 1–20, inclusive,<br><br>　　　　　　　Defendants. | Case No. **1:21−cv−00378-KES-CDB**<br>*Hon. Kirk E. Sherriff*<br><br>**DECLARATION OF ROBERTA HARO IN SUPPORT OF PLAINTIFFS' ATTORNEY FEE MOTION (DKT. 172)** |
| R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; A.W., a minor, by and through guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased; Alisha White, individually and as a successor in interest to Mickel Lewis Sr.,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br>COUNTY OF KERN; JASON AYALA; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | |

## DECLARATION OF ROBERTA HARO

I, Roberta Haro, declare as follows:

1. I am the guardian ad litem for and natural mother of minor plaintiffs R.L., H.L., and M.L.

2. I looked for civil rights attorneys in the Kern County/Fresno area to represent my children in the above-referenced lawsuit.

3. After searching diligently, I was unable to find any attorney in the Kern County or Fresno area whom I believed could competently represent my children in this lawsuit arising from the shooting death of their father. Attorneys in the Kern County/Fresno area were unwilling to take the case and/or did not have the skills and abilities to do so.

4. My sister's mother-in-law heard that I had been unable to retain an attorney for my children's case and recommended that I reach out to attorney Dale K. Galipo. Mr. Galipo was recommended to me based on his success in civil rights litigation and his specific expertise in handling cases arising from police uses of force.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this was executed on this _13_ day of August, 2025 at ___Lancaster___, California.

_Roberta Haro_ (signature)
Roberta Haro